UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE,

    *Plaintiff*,

v.                                    Case No. 4:16cv511-MW/CAS

JULIE JONES, In Her Official
Capacity As Secretary, Florida
Department Of Corrections; TRUNG
VAN LE, In His Official Capacity As
Chief Health Officer Of The Desoto
Annex; TERESITA DIEGUEZ, In Her
Official Capacity As Medical Director
Of Everglades Correctional Institution;
AND FRANCISCO ACOSTA, In His
Official Capacity As Warden Of
Everglades C.I.,

    *Defendants*.

_____/

**ORDER GRANTING IN PART &
DENYING IN PART THE MOTIONS TO DISMISS**

    This Court considered Defendants' Motions to Dismiss, ECF Nos. 20 & 22, during its hearing on Plaintiff's Motion for Preliminary Injunction. Defense counsel moved to dismiss Defendants Le and Acosta as parties during the hearing. Both parties stipulated to the motion, and Secretary Jones' counsel affirmed that she will ensure that Defendant Acosta complies with any relief

1

this Court grants. Accordingly, the motions are **GRANTED**. Defendants Le and Acosta are dismissed.

As explained on the record, the motions to dismiss, ECF Nos. 20 & 22, are otherwise **DENIED**. *Kothmann v. Rosario*, 558 F. App'x 907, 907 (11th Cir. 2014).

**SO ORDERED on October 19, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**