| | |
|---|---|
| From: | Daniel Tilley |
| To: | Daniel R. Lazaro; Devang Desai; "kreid@joneswalker.com"; Russell, Daniel (DRussell@joneswalker.com) |
| Cc: | Nancy Abudu; Akins, Liza; Grosack, Matthew; Leslie Cooper |
| Subject: | RE: Keohane: Dieguez"s responses to the motions to compel |
| Date: | Sunday, January 8, 2017 3:17:15 PM |
| Importance: | High |

Dan L.,

Thank you for your email. I am referring to multiple requests. Requests for Production numbers 2 and 3 ask for Plaintiff's green and blue folders. The requests, by their terms, are not limited to those records that were reviewed pre-suit. You did not produce any medical records beyond the date the litigation was filed. Can you tell me why that is? Further, in response to Requests for Production numbers 9, 10, and 11, your response includes: "Without waiving said objection, no such documents are in Dr. Dieguez's possession before Plaintiff filed the instant lawsuit." My question is: Is it your position that you do not have to provide any discovery materials that post-date the filing of the lawsuit?

Since Wexford is responsible for providing medical services at Everglades, our position is that this request applies to any Wexford official, since this is an official-capacity lawsuit.

Best,

Daniel

**Daniel Tilley | Staff Attorney**
American Civil Liberties Union of Florida
4500 Biscayne Blvd., Suite 340, Miami, FL 33137
Direct 786.363.2714 | Fax 786.363.1257 | dtilley@aclufl.org
Because Freedom Can't Protect Itself | www.aclufl.org



**From:** Daniel R. Lazaro [mailto:dlazaro@gaebemullen.com]
**Sent:** Saturday, January 07, 2017 3:47 PM
**To:** Daniel Tilley; Devang Desai
**Cc:** Nancy Abudu; Akins, Liza; Grosack, Matthew; Leslie Cooper; 'kreid@joneswalker.com'; Russell, Daniel (DRussell@joneswalker.com)
**Subject:** RE: Keohane: Dieguez's responses to the motions to compel

Daniel,

In reviewing your e-mail, I have some clarifications.

Regarding the first concern, can you point to which specific requests you are referencing? For example, the "blue" and "green" folders as you referenced in the depositions refer to information

– Exh. 1 –

which Dr. Dieguez testified that she reviewed pre-suit. I am happy to address other specific inquiries.

Regarding the second concern, I understand this is an official capacity suit; however, the entity being sued is the Everglades Correctional Institution, which as you know is operated by the Co-Defendant DOC. I've copied DOC counsel on this e-mail. Dr. Dieguez's responses reflect the records she has access to in her official capacity as the Medical Director of Everglades.

Please let me know your thoughts. I have limited availability on Monday, but can make myself available on Tuesday morning.

Thanks,
Dan

>DANIEL R. LAZARO, ESQ.
>ATTORNEY
>420 South Dixie Highway, Third Floor, Coral Gables, FL 33146
>tel 305.667.0223 | fax 305.284.9844
>dlazaro@gaebemullen.com | www.gaebemullen.com
>
>Celebrating 30 Years of Service 1985 - 2015

**Confidentiality Notice:** The information contained in this transmittal, including any attachment, is privileged and confidential information and is intended only for the person or entity to which it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank. Thank you.

---

**From:** Daniel Tilley [mailto:dtilley@aclufl.org]
**Sent:** Friday, January 6, 2017 10:48 AM
**To:** Devang Desai; Daniel R. Lazaro
**Cc:** Nancy Abudu; Akins, Liza; Grosack, Matthew; Leslie Cooper
**Subject:** Keohane: Dieguez's responses to the motions to compel
**Importance:** High

Devang and Dan,

I write about two of our concerns with your responses to our discovery requests.

The first concern is that the medical records produced do not include any records beyond the date the lawsuit was filed. Can you tell me why that is? I note in several of your responses to our requests for production that you write "no such documents are in Dr. Dieguez's possession before Plaintiff filed the instant lawsuit." Is it your position that you do not have to provide any discovery materials that post-date the filing of the lawsuit?

The second concerns is that you appear to take the position that Dr. Dieguez is the only individual who must respond to discovery. But as case law makes clear, a suit against an individual in their

official capacity is a suit against the entity itself. Despite this law, are you maintaining that no one other than Dr. Dieguez must respond to discovery?

Please let me know immediately whether you intend to provide all of the requested materials on an extremely expedited basis. If you do not so indicate, I will file a motion to compel.

**Daniel Tilley | Staff Attorney**
American Civil Liberties Union of Florida
4500 Biscayne Blvd., Suite 340, Miami, FL 33137
Direct 786.363.2714 | Fax 786.363.1257 | dtilley@aclufl.org
Because Freedom Can't Protect Itself | www.aclufl.org

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
of FLORIDA

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.