| | |
|---|---|
| **From:** | Daniel R. Lazaro |
| **To:** | Daniel Tilley (dtilley@aclufl.org); Nancy Abudu (NAbudu@aclufl.org); Leslie Cooper (LCOOPER@aclu.org); Grosack, Matthew (Matthew.Grosack@dlapiper.com); "kreld@joneswalker.com"; Russell, Daniel (DRussell@joneswalker.com); Devang Desai |
| **Cc:** | Linda Beggs |
| **Subject:** | Keohane v. Jones - discovery |
| **Date:** | Friday, December 23, 2016 1:28:00 PM |
| **Attachments:** | Dieguez" Resp to P"s RFA.pdf |

Good afternoon counsel,

I have attached Dr. Dieguez's responses to Plaintiff's Requests for Admissions. I will be out of the office next week, so we will need until Wednesday, January 4th to complete the responses.

I hope you all have a nice holiday and New Year!

Dan

>DANIEL R. LAZARO, ESQ.
>ATTORNEY
>420 South Dixie Highway, Third Floor, Coral Gables, FL 33146
>tel 305.667.0223 | fax 305.284.9844
>dlazaro@gaebemullen.com | www.gaebemullen.com
>
>Celebrating 30 Years of Service 1985 - 2015

**Confidentiality Notice:** The information contained in this transmittal, including any attachment, is privileged and confidential information and is intended only for the person or entity to which it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank. Thank you.

- Exh. 2 -