IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

      **Plaintiff,**

v.                                              Case No.  4:16cv511-MW/CAS

**JULIE JONES, in her official capacity
as Secretary of the Florida Department
of Corrections, and
TERESITA DIEGUEZ, in her official
capacity as Medical Director of
Everglades Correctional Institution,**

      **Defendants.**
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

This Court considered at telephonic hearing on January 25, 2017, Plaintiff's Motion to Compel.  ECF No. 71.  For the reasons stated on the record, Plaintiff's motion is **DENIED**.  Plaintiff shall secure the discovery at issue by other means.

**SO ORDERED on January 25, 2017.**

                                              **s/Mark E. Walker             **
                                              **United States District Judge**