UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


Reiyn Keohane,

        Plaintiff,

v.                           Case No. 4:16-cv-511-MW-CAS

Julie Jones,
*in her official capacity as*
Secretary of the Florida Department of Corrections,

Teresita Dieguez,
*in her official capacity as*
Medical Director of Everglades Correctional Institution,

        Defendants.

_____

## **Expert Report of George R. Brown, MD, DFAPA**

      This evaluation is submitted concerning Plaintiff Reiyn Keohane, an inmate currently in custody with the Florida Department of Corrections at Everglades Correctional Institution, at the request of the American Civil Liberties Union.


## **Qualifications**

I am a Professor of Psychiatry and the Associate Chairman for Veterans Affairs at the East Tennessee State University Quillen College of Medicine Department of Psychiatry. I also hold a teaching appointment related to my expertise with transgender healthcare and research at the Texas College of Osteopathic Medicine, and I have current privileges to provide transgender health care and training at two Federal Bureau of Prison facilities in the Dallas-Fort Worth area. For three decades, my research has focused principally on the study of transgender health, particularly with gender nonconforming adults with a diagnosis of Gender Dysphoria (GD), previously known as Gender Identity Disorder (GID). I have done research with, taught on, and published peer-reviewed professional publications specifically addressing incarcerated persons with GD.  I have been involved in the clinical evaluation of patients with GD for approximately thirty years and I have evaluated and/or treated more than 500 patients with gender identity disorders, including approximately 10 individuals with GD who were, at the time of my evaluations, incarcerated.  I have served for more than fifteen years on the Board of Directors of the World Professional Association for Transgender Health (WPATH), and was a member of the WPATH committee that authored Version 7 of the Standards of Care, published in 2011, which is the current version. I personally authored the section addressing the treatment of incarcerated persons suffering from GD in Versions 5, 6, and 7. I have been an active member of

WPATH since 1987 without interruption and I have presented original research

work on GD topics nationally and internationally in eight countries. I have been

accepted as an expert on transgender health issues by numerous federal district

courts, federal tax court, and Canadian courts.  I provide national training on

transgender health issues, to include psychiatric, hormonal, and surgical

treatments, for the Veterans Health Administration and the Department of Defense.

### Sources of information reviewed for this report

- Docketed filings in connection with this case

- Declaration of Reiyn Keohane filed 10/6/16 and 8/15/16

- Expert report of Dr. David Baker-Hargrove, 10/6/16

- Declaration of Jose Santeiro, MD, 10/17/16

- Florida Department of Corrections (FDOC) Health Services excerpt,
  "Transgender Hormone Therapy-Estrogen and Androgens, Informed
  Consent"

- FDOC Procedure Number 602.046, Inmate Clothing Issue and Laundry
  Program, 3/18/15

- FDOC Procedure Number 602.053, Prison Rape: Prevention, Detection, and
  Response, 10/14/16

- Outpatient mental health records, FDOC, 9-10/16

- Records from Eugenio Angueira-Serrano, MD, endocrinologist

- Medical records and progress notes from approximately 8/13 through 9/16

- Medical records of Dr. Rieche, child psychiatrist

- Medical records of Dr. Jehaimi, pediatric endocrinologist

- State of MA DOC document, 103 DOC 652, titled "Identification, Treatment and Correctional Management of Inmates Diagnosed with Gender Identity Disorder," last published in April 2015 (effective date August 9, 2012)

- Brown G: Bioethical issues in the management of gender dysphoria. Jefferson J Psychiatry, 6(1):33-44, 1988.

- Brown G: A review of clinical approaches to gender dysphoria. J. Clin. Psychiatry, 51(2):57-64, 1990.

- Brown G, McDuffie E: Healthcare policies addressing transgender inmates in prison systems in the United States, J Correctional Health Care, 15(4):280-291, 2009. DOI: 10.1177/1078345809340423

- Brown G: Autocastration and autopenectomy as surgical self-treatment in incarcerated persons with gender identity disorder, International Journal of Transgenderism, 12(1):31-39, 2010. DOI: 10.1080/15532731003688970.

- Brown G: Recommended revisions to the World Professional Association for Transgender Health's Standards of Care section on medical care for incarcerated persons with GID, Int'l J Transgenderism, 11(2):133-139, 2009.

- Brown G: Qualitative analysis of transgender inmates' correspondence: Implications for Departments of Correction, J. Correctional Health Care, 20(4):334-342, 2014.

- Brown, G: Health Correlates of Criminal Justice Involvement in 4,793 Transgender Veterans, LGBT Health, 2(4):297-305, 2015. DOI: 10.1089/lgbt.2015.0052

- Textbook of Forensic Psychiatry, Second Edition.  Robert Simon and Liza Gold, American Psychiatric Publishing, Inc, Washington, DC, 2012.

- Principles of Transgender Medicine and Surgery, Second Edition. R Ettner, S Monstrey, and E Eyler, editors; Haworth Press, NY, 2016.

- Transgender Emergence.  Arlene Lev, Haworth Press, NY, 2004.

- Springer A: Pathologie der geschlechtlichen Identit¨at: Transsexualismus und Homosexualität—Theorie, Klinik, Therapie [Pathology of sexual identity: Transsexualism and homosexuality—Theory, treatment, therapy]. New York: Springer-Verlag, 1981. English Translation.

- Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ, Monstrey S, Adler

RK, Brown GR, et al:  Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, Int'l Journal of Transgenderism, 13:4,165-232 (2012). http://dx.doi.org/10.1080/15552739.2011.700873

- Diagnostic and Statistical Manual of Mental Disorders, fourth edition, text revision (2000); and DSM-V (2013); American Psychiatric Publishing Inc, Washington, D.C.

**Date of evaluation**

January 9, 2017; three hours, 20 minutes, in person, at Everglades C.I. near Miami, Florida

**Relevant History**

*Childhood and Adolescent History:*

Reiyn Keohane (RK) was assigned male at birth and was named near birth as Brendan J. Keohane. RK legally changed her[1] name to Reiyn Keohane at the age of 17, and prison records reflect this legal name change. She stated that she

---

[1] As it is the clinical convention to utilize the pronouns appropriate to the gender presentation of a person who is reported to have, or claims to have, GD, especially when they have legally changed their names, Reiyn Keohane will be referred to by female pronouns and by her initials, RK.  To do otherwise is inappropriate, as noted in Brown, 1990, and Ettner, et al, 2016, cited above.

"severely disliked my first name as a child" and that she began using Reiyn (the Irish spelling for a word that means 'warrior queen') at 14, three years prior to legal name change.  She preferred to be addressed using female pronouns, as would be expected.  She reports a history that is internally consistent with that reported to prior examiners and to that in her records.  She was aware of being "different" from the early ages of 2-4, and "always sat to pee."  At 8, she was socializing more with girls than boys.  She came out to others in grade 7, which resulted in extensive bullying and confrontations. She stopped attending school due to losing her friends and being bullied.  She did fight back, but did not want to have to do that.

She stated she was "kidnapped" at the behest of her parents and taken involuntarily to a youth education camp.  She reported being raped one time by an older male adolescent student there.  She did not report the rape ("too scared to"), and did not talk about it until 4-5 years later with a therapist.

She later got her GED at about age 18, and wishes to go to college to study psychology or psychiatry.

She reports no history of sexual arousal to cross-dressing, and disputes that she has ever cross-dressed when wearing female clothes.  "I don't consider myself cross-dressing; wearing male clothes is cross-dressing."

She lived as a teenaged girl on a full time basis beginning about age 14, including in social contexts, and wore makeup and jewelry consistent with this gender identity. She has not received electrolysis, but has sometimes plucked her eyebrows, and shaves her face, arms, and legs regularly.

She was assessed for, and eventually received, cross-sex hormones (CSH) from a pediatric endocrinologist (Dr. Jehaimi).  Dr. Jehaimi, with the support of evaluations from Dr. Rieche over many years, stated "Reiyn fulfills the criteria for GID and thus qualifies for hormonal therapy, we will initiate such approach per Reiyn's request." Estrace 0.5 mg q day, spironolactone 50 mg po twice a day were prescribed on 8/14/13.  RK was jailed on 9/23/13, but reports taking these medications as prescribed prior to going to jail. A follow-up appointment was set with Dr. Jehaimi for November, 2013, about 6 weeks after RK was jailed.  She has been incarcerated since 9/23/13 with a sentence of 15 years and a potential release date of 8/4/28.

*Past Psychiatric History*

Apart from the history of GD already stated, RK received several other diagnoses during her early adolescence: major depressive disorder, recurrent, severe, with psychosis (resolved by 2013); Pervasive Developmental Disorder NOS or Asperger's Syndrome; Social Anxiety.  She was treated for a year, or less,

on a number of medications while an early teen:  Wellbutrin, Abilify, citalopram, escitalopram, lithium, fluoxetine, Cogentin.  RK engaged in episodes of self-cutting on the left inner arm/wrist, superficially, and not associated with suicide attempts by her report.  She stated that she was hoping this would make her feel better, as it appeared to help others, but that she did not really get anything out of it and stopped engaging in cutting behaviors as a middle teen.

*History Since Incarceration:*

From her earliest days of incarceration, she has been very vocal about her need to obtain CSH and access to female grooming standards and female undergarments. She has filed multiple grievances to restart the CSH treatments that were abruptly discontinued upon being jailed after her arrest and has been continuously seeking the ability to live as a woman. She entered the FDOC from Lee County jail on 7/7/14. Quotes from various grievances and appeals relevant to this evaluation include:

10/31/14 appeal to Warden: "My mind violently rejects my body…To suggest that I receive counseling only is to do nothing to treat this at all." "I struggle not to hurt or kill myself every day, getting by only on the hope that it will not always be like this."

9

2/16/15 note: "I'm feeling depressed. If I don't get my meds, I [sic] rather be dead."

Regarding presenting herself as a female in prison, she has fashioned bras and panties (or hired that work to be completed by other inmates) and has stuffed the bras to make the impression of breasts. For example, in a note from 12/3/14 by Mr. Struthers, "I/M continues to report this [stuffing socks in bra] makes him 'feel' better because it is more congruent with internal gender preference of being female."  RK has received disciplinary reports (DR's) for refusing to cut her hair to male standards and for having contraband bras/panties.

It is important to her to be able to grow her hair into a longer, feminine style, but she is prohibited from doing so.  She reports that it exacerbates her gender dysphoria when she looks at herself in the mirror and sees short hair.  She has refused to have her hair cut, resulting in what she described as being forcibly extracted from her cell at 1AM and then getting a "buzz cut" in a public area while handcuffed.  She states she was pepper-sprayed in this hair cutting process.

On 10/14/14, after having a prison-made bra confiscated, she attempted to hang herself with torn up boxer shorts that she was required to wear.  She stated that she was in isolation, and handcuffed, and only wearing boxer shorts but was able to get loose and fashion a noose.  She fully intended to hang herself, and stated she was in fact hanging and that due to yelling from other inmates, a staff

member cut the noose and saved her.  Notes contemporaneously written by staff reported that RK said "I need that [bra] to make me feel better."

She has been forced to wear male undergarments throughout her DOC stay, and states it causes her distress to be denied bras and to have to wear male boxers. "They are the worst," according to her, as they do not hold down or flatten her male genitals and this reminds her of the presence of her male genitals, which causes her gender dysphoria symptoms to increase.  She has always been repulsed by her male genitals and avoids looking at them.

RK has used makeup occasionally while incarcerated (e.g., using the colors in M and M candies), but tends to stay away from that as it "gives the officers a reason to harass you."

She was evaluated by Dr. Selem, a psychiatrist, on 2/9/15 after she used a razor blade on 1/8/15 to make a 3cm, deep midline incision on her scrotum with the intention of removing her testicles after multiple denials of her requests for CSH.  She stated she knew that the scrotal skin was necessary in future SRS (sex reassignment surgery) procedures, and that she even used a rubber band ligature to reduce the bleeding so she could complete the self-surgery.  "I was not trying to hurt myself, I was trying to do surgery to help myself." She stated there was a lot of blood and that it was painful. She was punished for doing this to herself and the lesion was sutured back up. She stated she was fully aware that successfully

11

eliminating her testicles would have greatly reduced her testosterone level. This attempt to autocastrate was miscategorized as a "SI [Suicidal Ideation] gesture" by K. Blankenship, ARNP, on 1/14/15.

She also reported to me three other episodes of attempts to autocastrate, all using rubber band ligatures, and none of which were reported to or discovered by corrections staff.  She estimated these attempts as having occurred in 10/14 at De Soto, 2/15 while on suicide observation at Dade, and 12/15, also at Dade.  She was able to stand the pain for as long as 5 days, but "it was too difficult to continue."

Since incarceration, she reports "all kinds of sexual harassment" from both corrections staff and from other inmates.  Most of this is limited to verbal and visual harassment, for example other inmates calling her names, saying crude sexual things to her, or showing her their penises.  She cited one CO as targeting her at a prior facility ("Sgt Friskny"), wherein she believed he was stalking her and behaving harshly to her in public, but when he would get her alone to search or frisk her, he would handle her in a sexual way and say sexual things to her that others could not hear.  When asked if she has concerns about harassment when she develops larger breasts, she stated "no matter what, I'm a target.  If I feel more comfortable with myself, I can handle them [the harrassers] better."  She stated that she saw a PREA information pamphlet that encouraged her to "try to carry yourself in a confident manner.  It will be much easier for me to do that if I socially

transition." She also indicated that her transgender status is common knowledge on the campus amongst staff and inmates alike. She denied any type of physical sexual assault since incarceration.

She is uniformly called by male pronouns with the exception of some discussions with counselors during sessions. She feels she is acknowledged as female by a counselor and "maybe a few officers, who are at least respectful" but many other officers are "bigoted, violent, disrespectful, abusive and hateful" towards her.

With respect to hypothetical questions regarding denial of access to CSH, female grooming standards and/or female undergarments, the following responses were elicited:

1. If allowed access to CSH only, but no female undergarments or female grooming:

   "Unacceptable." RK indicated that she feels her GD treatment is only partial at best, that hormones help with gender dysphoria symptoms, but are not close to adequate. She stated she would continue to refuse to "be someone I'm not" and would therefore refuse to cut her hair and would require FDOC to forcibly cut her hair if they wanted it cut. "They will beat me, possibly kill me, but I won't allow them to cut my hair. I think it's a hate crime to drag me into the common area and forcibly cut my hair."

2. If DOC were to discontinue CSH, and continue to disallow access to female canteen items or female grooming:

"I would probably kill myself if I lose hope.  Life without hope is death. I can't take 10 more years of them continuing to abuse me, that is not hope."

3. If she had continued access to CSH and also female grooming standards, but no access to female undergarments:

RK essentially would not continue this hypothetical exercise.  She said her answers would be essentially the same as above and "they can't change who I am, and the fact that they try to is evil."  "If I lose, I have nothing more to lose."  Although all of the items above were considered critical to her, she would state that her priorities, in order, if forced to choose, would be: #1 "Hair—it's a life or death issue for me."  #2 Female undergarments—"If I don't get them [from FDOC] I will get them made, and keep getting beaten, tazed, pepper-sprayed."

*The Initiation and Effects of Cross-Sex Hormone Treatments to Date*

RK requested reinstitution of the CSH she began receiving prior to incarceration since the earliest days of her incarceration.  Multiple denials are present in the records, including a denial based on RK's failure to appear at an endocrinology appointment on the outside weeks after she had already been in jail.

14

After litigation was initiated, RK was referred to an outside endocrinologist, Dr. Eugenio Angueira-Serrano, who ordered labs and began treatment on 9/3/16 with low dose estradiol, low dose spironolactone, and an aromatase inhibitor, Arimedex 1mg/d.  The regimen was later changed to include an increasing dose of medroxyprogesterone, discontinuation of Arimedex, and the addition of monthly injections of Lupron, 7.5mg/month.

Most recent labs show testosterone levels still in the middle of the normal male range, and insufficient estradiol levels, but those labs were drawn early in treatment.  I do not have access to any other lab monitoring between September and 1/10/17, if any were obtained.

RK reports many effects from the treatment, but is quick to note that "the hormones don't really do that much so far, they help, buts its only one piece.  I'm a little bit closer [with CSH treatment] but still far from being complete."

Physical changes she has noticed include breast development and initial soreness and tenderness, less facial hair, more hip fat, no overall changes to weight, and improvement in sexual sensations.  Mentally, she reports improved cognitive functioning ("I think more clearly, express myself more accurately"), and less anger.

RK was asked to describe her level of intensity of gender dysphoria at various time points in her life, recognizing that this is a set of symptoms that can

fluctuate substantially, even within the same day.  The severity scale, for purposes of this discussion, was from 1-10, where 10 is the worst gender dysphoria feelings ever experienced, and 1 is the least:

    a.  Before starting CSH in 8/13: 10/10

    b.  After CSH started, but before being jailed in 9/13: 9/10

    c.  After abrupt cessation of CSH: 11/10

    d.  After a month on CSH, i.e. 10/16: 10/10; "other stuff is not treated"

    e.  Today: 9/10

Although RK is receiving CSH, RK noted that things that remind her of her partially treated state and the presence of male genitals still make her gender dysphoria symptoms worse, for example not being able to keep her male genitals tightly against her body with female panties, seeing herself as male in a mirror or reflection, and having male-length short hair.  "It's always there, the disgust, even if I feel some better sometimes."

### Mental status examination

I interviewed RK over a three hour, 20 minute, uninterrupted, in-person interview.

16

RK presented as a white inmate wearing a loose fitting tattered blue prison uniform with a white T-shirt underneath.  Large, prison-applied blue tattoo outlines of a phoenix, a "fire genie", and a "fire dragon" were visible on the upper left arm/shoulder.  An "Imperial Eagle" about 2" x 1 ¼" was noted on the inner left ankle.  Very light horizontal scars noted on left medial wrist/forearm as well as a 1 ½" circular scar on the back of the left hand with a central raised, circular cheloid scar, about ¾", which she related to a lye burn, third degree, from about 5 years previously.  Her hair was wavy and about 2" long, just above the top of the ears. Arm and leg hair were minimal.  She sported large glasses that were of a feminine style.  There was no apparent facial makeup, no facial/stubble, and no jewelry was observable.  Her finger nails were quite long bilaterally (about 1/2").  Body mannerisms and hand movements were judged to be stereotypically feminine.  Eye contact was good throughout the evaluation.  She was able to sit in an office chair without fidgeting.  There was no evidence of paranoia or attending to extraneous stimuli.  She denied current or past hallucinations or delusions.  Mood was described as "ok, I'm coping" and affect was full ranged with some irritability noted. Pushing on specific topics related to hair length and having to wear male underwear resulted in some agitation and increased intensity.  Cognitive functioning was grossly intact.  Serial 7's completed without difficulty, able to name 20 fruits in 60 seconds.  Abstracting abilities were excellent, and insight into

her current situation was quite apparent.  Judgement for the interview setting and hypothetical situations was normal, and insight into her current situation, medically and legally, was quite apparent. Fund of knowledge was good.  Overall intelligence based on sentence structure (verbal and written), vocabulary, and knowledge was estimated to be above average.

### Current prescribed medications

Lupron 7.5mg IM, q month

Spironolactone 50mg q day

Medroxyprogesterone, increasing dose over time to 40mg po q day

Estradiol, 2mg, po q day

This was derived from examining prescription records, but there was no master list of medications or MicroMedex or equivalent provided for my review.  I did not see a list of what was dispensed, and when, and at what doses for all the treatments above.

### Diagnoses (DSM-5)

1. Unlike most prisoners I have previously assessed for the presence or absence of GD, RK has extensive psychiatric and endocrinologic records that clearly

document the cardinal features of Gender Dysphoria of Adolesence which was likely present at, or about age 12 and fully expressed by her early teen years.  She was already living "out" as a transgender teen in all settings by the age of 14-15, and began CSH at age 19 under medical direction and in accordance with the WPATH SOC.  The records support the diagnosis of GD in Adolescents and Adults as defined in DSM-5 from ages 14 to present (DSM-5, pages 452-453).  As noted above, she meets all Criteria (A and B) for the diagnosis of GD currently and, in my opinion, consistently for at least at least a decade. She does not have a disorder of sex development according to physical exams documented. It does not appear from the prison medical records, as well as multiple outside assessments, that the diagnosis of GD is in question.

2. There is some evidence for a diagnosis of Alcohol Use Disorder as an adolescent, now in sustained remission.  RK does describe this as her drug of choice as an anxious teenager, as it helped reduce social anxiety symptoms that she experienced, and still experiences, which are likely secondary to partial transition as a transgender woman. There is no evidence of current or recent use of Alcohol, or other substances of abuse, and she reports no cravings.

3. Social Anxiety Disorder has been discussed in the records.  While RK appears to meet some of the criteria for this diagnosis, including: anxiety about social situations over an extended period of time, social situations provoke fear/anxiety that is out of proportion to the actual threat, and the anxiety causes clinically significant distress, I do not believe she meets the "I" criterion for this diagnosis.  Specifically, the I criterion states: "The fear, anxiety, or avoidance is not better explained by the symptoms of another mental disorder, such as panic disorder, body dysmorphic disorder, or autism spectrum disorder."  It is my opinion that the social anxiety symptoms she reports now, and throughout adolescence, is directly related to her primary diagnosis of GD and her ongoing discomfort with "partial transitioning." For example, while she is developing breasts and wider hips, she is forced to present herself with a male haircut and clothes, putting her in a clinically distressful situation that appears as social anxiety in the context of partially treated GD.

**_Assessment of the DOC's treatment of RK's GD_**

To begin with, RK's medical files document the egregious, routine, and uniform use of incorrect gender pronouns to refer to RK.  Examples abound throughout these files—but the use of incorrect pronouns by RK's assigned

clinicians is a source of particular concern. Apparently, when speaking to her in private, there is some use of feminine pronouns, but by no means on a consistent basis.  It is usually traumatic for patients with GD to hear incorrect pronouns applied to them by anyone, but especially by mental health providers.

RK was diagnosed with GID as an adolescent and there are extensive pre-incarceration psychiatric and medical records to support this diagnosis.  In fact, the diagnosis was recognized by multiple prison evaluators from the earliest days of her incarceration (see Intake Psychological Screening, 7/24/14, for example: "preoccupied with obtaining Transgender Therapy; M. Meredith, MH Specialist). GD is a serious medical condition which, if untreated or undertreated, can cause serious harm to an individual.

There are also detailed, ongoing treatment notes for GD, including psychotherapy notes, initiation of CSH treatments by a pediatric endocrinologist, and extensive documentation of social transition in public, to include wearing female undergarments from age 14 and persistently wearing shoulder length hair. These records were obtained by prison medical staff some time ago, but in spite of clear evidence for both the diagnosis (which was supported by multiple prison clinical staff) and the continued need for treatment in the presence of significant clinical distress, they failed to treat RK for GD.  Indeed, there are many documented denials of treatment for GD in spite of agreement on the diagnosis and

in spite of substantial distress endured by RK in the absence of requested standard-of-care treatment for her diagnosis.  This significant distress has been punctuated by a well-documented autocastration attempt and suicide attempts that were clearly directly related to the denial of treatment for her GD. She was noted to be a high risk patient due to lack of GD treatment, with a prediction by mental health staff that further "acting out" behaviors were predictable (see 10/15/14 note by S. Struthers: "at continued risk of acting out self-harm based on dysphoric mood and perceived lack of attention to his medical gender needs."). Sadly, this prediction by prison medical staff of further negative, potentially lethal, outcomes due to lack of treatment for GD would prove to be true, with additional suicide attempts and dangerous, potentially life threatening autocastration attempts, all of which were avoidable by simply following the WPATH Standards of Care (SOC) and appropriately treating RK for her serious medical condition with an individualized treatment plan.

Choosing not to treat her because she missed a follow-up appointment with her endocrinologist was documented as a reason for treatment denial by FDOC, but a careful reading of RK's medical records make it obvious that RK could not attend an appointment with Dr. Jehaimi because she was jailed at the time of the appointment, and weeks before this appointment was scheduled.

After she commenced this litigation, RK gained access to medically necessary CSH, which was substantially delayed (by about 2 years) but not before RK was forced to go through an acute, abrupt cessation of CSH in the Lee County Jail in September-October, 2013.  Abrupt cessation of CSH in persons with GD is often associated with negative medical and psychiatric consequences and suffering, to include rapid increases in gender dysphoria symptoms, vasomotor instability, depressed and irritable mood, and the potential for both suicidality and autocastration (see Brown, 2009, 2010, Coleman, et al, 2012).  These negative consequences were reported by and/or documented for RK.

Although RK has received medically necessary CSH since 9/3/16, and what appears to be "supportive" counseling monthly, there is no evidence in records I reviewed of any individualized treatment planning in spite of the fact that RK has been demonstrated to be a high risk patient.[2] Treatment of most significant

---

[2] Not only is there no documented individualized treatment plan, it appears that at least some of the documentation of her treatment plan had been written *before* RK was even seen by the clinicians who signed those progress notes.  Specifically, while RK was being intensively observed and presumably treated at an acute level of care in the Charlotte CI Crisis Stabilization Unit, notes written on many of these progress notes included the same "plan":  "Monitor for safety."  (1/13/15, 1/14/15, 1/15/15, 1/16/15, 1/17/15, and 1/18/15). Not only was the treatment plan identical on each of those dates, the handwriting itself is identical in penmanship and spacing on the pages such that the three words, "Monitor for safety," actually superimpose exactly one upon another over these many consecutive days.  These "plans" were also signed by 5 different authors (Dye, Nies, Thompson, Hopkins,

psychiatric diagnoses is not usually limited to simply prescribing medication, and the adequate treatment of GD is no different in that regard.  Moreover, RK continues to be denied critically important medically necessary care—specifically, access to female undergarments and grooming standards.

The WPATH SOC have long established minimal (not optimal) standards that include social transition (living and presenting oneself in accordance with one's gender identity) as well as psychiatric/psychological, hormonal and surgical treatments individualized to patients with varying types of, and severity of, gender dysphoric symptoms. These SOC have been accepted as authoritative by the leading medical and mental health professional groups in the U.S. including the American Psychological Association, the American Psychiatric Association and the American Medical Association, and the National Commission on Correctional Health.[3]

Prior to her incarceration, under the care of her doctors, RK had socially transitioned (living and presenting as a teenaged girl in all settings), had a legal name change, and had begun taking cross-sex hormones, consistent with WPATH

_____

and Carrier) even though the hand writing was identical and written by a single person from note to note over those 7 days.

[3] See NCCH Position Statement:  Transgender, Transsexual, and Gender Non-conforming Healthcare, at 2, available at http://www.ncchc.org/filebin/Positions/Transgender-Transsexual-and-Gender-Nonconforming-Health-Care.pdf.

SOC's.  Failing to provide any continued care for her GD for over 2 years–and

continuing to deny her the ability to socially transition—is a substantial and

dangerous departure from the standards of care for GD.  This inappropriate delay

resulted in predictable, life-threatening outcomes for RK, and those harmful

outcomes were entirely avoidable in my professional opinion. It is clear that prison

clinicians were fully aware of the diagnosis of GD and prior treatment for same.

The initiation of CSH is important medically necessary treatment, but it is not

sufficient treatment to address RK's GD.   Forcing RK to wear men's underwear

and groom as a man, thus preventing her from socially transitioning in accordance

with accepted medical protocols and preventing her from seeing a woman when

she looks at herself, puts her at serious risk of further attempts at autocastration and

suicide.  While hormones are important, they do not, on their own, "cure" or

adequately manage RK's gender dysphoria. She described being able to grow her

hair as "a life or death issue" for her, and expressed that if she lost her case and

could not do so or access female undergarments, "I would have nothing more to

lose".

In 9/27/16, Wexford psychiatrist Jose Santeiro, MD stated "He [RK] is

stable at this time.  There is no clinical need for him to have female clothing or hair

grooming at this time."  Dr. Santeiro makes no diagnosis in this note and uses male

pronouns with respect to a transgender woman with an undisputed diagnosis of

gender dysphoria, which suggests that Dr. Santeiro is unaware of the most basic

standards of care for gender dysphoric patients. His CV is also devoid of any

evidence of training or experience with the diagnosis and management of GD.  I

disagree with Dr. Santeiro's brief and unexplained assessment in support of denial

of access to female undergarments and female grooming standards, which are

routinely allowed for transgender prisoners in other prisons (e.g. Massachusetts,

Virginia, California).

A coherent individualized treatment plan for RK would be to provide

medically necessary care in order to minimize the likelihood of serious negative

mental and medical outcomes. This would require, in my opinion, the inclusion of

access to female canteen items to include female undergarments (especially since

FDOC is providing CSH treatment that predictably has resulted in breast

development) and allowances for female inmate grooming standards.

Not only is CSH medically necessary now (and 2 years ago as continuation

of pre-incarceration treatment), access to gender-appropriate underwear and the

ability to follow female grooming standards are medically necessary for RK.

These items/allowances will be highly likely to limit deterioration in her condition,

prevent additional suffering, and avoid rather predictable negative outcomes for

RK's mental and physical health (consistent with modern definitions of "medically

necessary").

Moreover, continued treatment with estrogens and testosterone-blocking agents will produce more and more feminizing changes over the next 18-20 months, including increasing breast size and nipple enlargement.  It is especially unconscionable that she is denied access to female underwear under these circumstances.  Other DOC's and the FBOP allow access to female undergarments for transgender inmates.

**Summary of Conclusions**:

1.) RK clearly has a primary diagnosis of Gender Dysphoria.

2.) I do not concur with the past diagnoses of bipolar disorder or borderline personality disorder. There is simply insufficient evidence historically or on examination to support either of these diagnoses.

3.) There is also insufficient current evidence to support a past diagnosis of Pervasive Development Disorder.

4.)  Social anxiety is a symptom for RK, not a diagnosis, and is directly related to under- treatment of Gender Dysphoria in RK's case.

5.)  CSH treatment was medically necessary upon admission to the FDOC and it remains a medically necessary treatment, likely for the life of the inmate.

6.) Social transition is medically necessary for RK and, thus, she has a serious medical need to access female grooming standards and female undergarments and canteen items available to other female inmates.

7.) FDOC has failed to provide medically necessary treatments for RK's diagnosed Gender Dysphoria—a serious medical condition—since RK was incarcerated in 2013.

8.) Failure to provide access to female grooming standards and female undergarments and canteen items will likely result in serious, dangerous, potentially life-threatening, medical and mental health outcomes for RK.

9.) None of the summary treatment recommendations in this report are unusual or unique in the modern corrections environment, as noted by adoption of these same approaches in other states' DOC's where these issues have been addressed and by the Federal Bureau of Prisons.


Respectfully Submitted by:

George R. Brown, MD, DFAPA
Professor and Associate Chairman for Veterans Affairs
East Tennessee State University
Johnson City, TN


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

28

Executed on January 13, 2017.

_____
George R. Brown, MD, DFAPA

## Addendum

<u>Facts or data considered in forming my opinions</u>: Please see my report above.


<u>Any exhibits that will be used to summarize or support my opinions</u>: None.


<u>My qualifications, including a list of all publications authored in the previous 10 years</u>: Please see my CV, attached.


<u>A list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition</u>: Fuller v. MA Department of Corrections; expert opinion by affidavit and deposition, for plaintiff, 2015-present.


<u>A statement of the compensation to be paid for the study and testimony in the case</u>: My hourly fee for work that does not involve depositions or court testimony is $400/hour. Time spent on depositions is $500/hour, and in-person court testimony is billed at $600/hour.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2017.

George R. Brown, MD, DFAPA

# CURRICULUM VITAE

GEORGE RICHARD BROWN, MD, DFAPA

Professor of Psychiatry
Associate Chairman for Veterans Affairs
East Tennessee State University

Research, Teaching, Consulting Psychiatrist
James H. Quillen VAMC
Mountain Home
Johnson City, TN

Mailing address:
549 Miller Hollow Road
Bluff City, Tennessee  37618-4103

(423) 676-5291 (cell)
(423) 538-8655 (fax)
Email: BrownGR@etsu.edu

Date of Preparation:  November 2, 2016

**EDUCATION:**

Undergraduate:  University of Rochester, Rochester, New York, 1975-1979;
Bachelor of Science with Highest Honors and Distinction in Research, Summa Cum Laude.

Medical School:  University of Rochester School of Medicine, Early Acceptance Program
(Rochester Plan), 1979-1983; Doctor of Medicine with Honors; Health Professions Scholarship
Program.

Internship:  United States Air Force Medical Center, Wright-Patterson Air Force Base, Ohio,
1983-1984.

Residency:  Wright State University - United States Air Force Integrated Residency in Psychiatry,
Dayton, Ohio, 1984-1987.

**CREDENTIALS:**

FLEX, December, 1983 (Behavioral Sciences, 94%; Psychiatry, 93%).
Full licensure to practice medicine, State of Ohio, December, 1983 to present; license
          #50119
Full licensure to practice medicine, State of Texas, August, 1989 to present; license
          #H5847
Full Licensure to practice medicine, Commonwealth of Kentucky, 1993 to 1995,
          #30100; allowed to expire with no intent of practicing in Kentucky.
Full licensure to practice medicine, State of Tennessee, 1994-present, license #25192

Psychiatry Resident In-Training Examinations;
1986: 98th percentile - all U.S. residents, psychiatry.
1985: 90th percentile - all U.S. residents, psychiatry.
1984: 98th percentile - all U.S. residents, psychiatry.

1983: 98th percentile - all U.S. residents, psychiatry.
American Board of Psychiatry and Neurology, Part I, April 1988 (92nd percentile); Part II,
      June 1989; ABPN Certificate #31377.
Electroconvulsive Therapy Administration Certification,
      1985-1990.
Courtesy Staff Privileges, Charter Real Hospital, San Antonio, Texas, 1990-1994.
Courtesy Hospital Staff, Bexar County Hospital District, San Antonio, Texas, 1988-1994.
Full Admitting Privileges, Wilford Hall Medical Center, San Antonio, Texas, 1987-1993.
Full Admitting Privileges, James H. Quillen VAMC Hospital, Johnson City, TN, 1994-2016
Basic Life Support Certification, renewed March 2015


**PROFESSIONAL EXPERIENCE:**

Current Positions:

**Professor and Associate Chairman for Veterans Affairs, Department of Psychiatry and Behavioral Sciences, Quillen College of Medicine, East Tennessee State University**. 1995-present.  Advisory duties to the Chairman, signature authority in absence of the Chair, contributing to administrative, teaching, and research missions of the Department, liaison between the VAMC and ETSU psychiatry administrations.

**Research, Teaching, and Resident supervision appointment, James H. Quillen VAMC.** February 1, 2016-present. Responsibilities include providing teaching, research services, clinical consultation, and resident supervision/mentoring in the Psychiatry Service.


Past Positions:

**Staff Psychiatrist, Mental Health Outpatient Clinic, James H. Quillen VAMC**.  December, 2014-January 31, 2016.  Responsibilities included treating veterans with chronic, persistent, mental illnesses in an outpatient setting and providing consultation services to junior staff and residents in psychiatry. Direct supervision of third year psychiatry residents in the Mental Health Clinic.

**Transgender Health Care Facility Lead, Mountain Home Health Care System.** 2014-January 31, 2016. Responsibilities included providing direct patient care for transgender veterans, providing national training for VHA health care providers learning how to provide transgender health care, direct supervision of other health care providers in teaching evaluation and treatment techniques, leading a multidisciplinary team of health care providers assigned to provide transgender health care in our 70,000 patient health care system.


**Program Officer, Health Care Outcomes, Office of Health Equity (10A6), VA Central Office, Washington, D.C.**  December, 2012, to December, 2014.  Responsibilities included researching medical and psychiatric health disparities in vulnerable populations of Veterans treated by the Veterans Health Administration, and assisting top officials in VHA in the development of policies that lead to elimination of health care outcome disparities in these subpopulations. Continued to see patients at Mountain Home VAMC throughout this appointment.


**Chief of Psychiatry, James H. Quillen VAMC**. November 22, 1995-December 16, 2012. Responsibilities included direct supervision of a staff of 34-42professional staff, including 24-28 psychiatrists, 2 Clinical Nurse Specialists, and 9-12 psychiatric nurse practitioners.  Represented the Department in all meetings requiring the input of the Chief of Service.  Attended executive

2

meetings in the Medical Center and University.  Contributed to long range planning of services in the Medical Center.

**Research Appointment (WOC), VHA Center of Excellence for Suicide Prevention,** Canandaigua, New York. 2011-2014. Responsibilities of this position included developing research protocols collaboratively with CoE staff that have national implications related to suicide in VHA.

**Director of Psychiatric Research, James H. Quillen VAMC Dept. of Psychiatry.** 1994-2012. Responsibilities included creating a research program de novo and leading a research team at the VAMC,  teaching resident seminars, didactics, research electives, providing direct patient care for inpatients on research protocols (usually those with severe mental disorders), traveling to conferences to present research findings and providing Grand Rounds to other institutions and medical schools.  Major focus of research activities has been working with stigmatized/disenfranchised populations and addressing mental health care aspects and disparities in care.

**Staff psychiatrist, Another Chance Recovery Program**, Morristown, Tennessee. March 1995-1996. This is an intensive outpatient drug and alcohol treatment program with a heavy emphasis on dual diagnosis patients, outpatient detoxification from chemical dependency, and a blend of the medical and 12-Step approaches to treatment of the chemically dependent patient. One evening clinic per week.

**Senior Research Scientist and Director of Psychiatric/Neuropsychiatric HIV Research**, Wilford Hall Medical Center, Henry M. Jackson Foundation for the Advancement of Military Medicine, San Antonio, Texas. 1 July 1991 to 1 October 93.  Responsibilities included hiring and then directing a team of approximately 15 civilian and military psychiatric researchers conducting HIV-related psychiatric research; Principal Investigator on longitudinal psychiatric natural history study of early HIV infection (males and females), 1989-1993; preparing manuscripts, presenting research findings at national and international meetings; designing and implementing new protocols; interviewing and assisting in the hiring of personnel; managing administrative and personnel issues.

**Private practice** of adult psychiatry. 1991-November 1993.  Part-time practice primarily focusing on sexuality and gender concerns, including endocrine care, and adult psychodynamic psychotherapy.

**Consulting Psychiatrist for Quality Assurance and Continuing Quality Improvement Programs**:
1) Charter Real Partial Hospitalization Program, San Antonio, Texas. 1990 to 12/93. Responsibilities of this part time position included designing and implementing a medical quality assurance program and assisting Utilization Review personnel with implementing efficient resource utilization procedures.
2) Colonial Hills Hospital Inpatient Services and Adult Partial Hospitalization Program, San Antonio, Texas. 1992.  Responsibilities of this part time position included custom designing a four part program to address QA/CQI concerns on all inpatient units, coordinating the implementation of the program with hospital QA/UR personnel, and quantifying/ databasing physician charting performance to analyze trends.

**Staff Psychiatrist,** Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas:

> 1987-1989: Primary responsibility for inpatient ward of 25-33 patients, resident and medical student teaching, and professional presentations. 1040 admissions; average length of stay 13 days.

> 1989-1991: Outpatient Clinic service, responsible for evaluations and treatment of adult

outpatients; supervision of PGY-3 residents in psychiatry and other staff working in the clinic (social workers, psychologists, and mental health technicians). Medical support for comprehensive Smoking Cessation Clinic.

1989-1991: Director of Psychiatric Research, half-time position; developed a research program primarily targeting psychiatric resident involvement with research and related activities, including presentations at regional and national professional meetings.  Active in conducting research, reviewing and approving protocols, research design, editing publications submitted from the Department of Psychiatry, and organizing symposia; interviewing and selecting official for research personnel for multicenter collaborative HIV research grant.

## ACADEMIC APPOINTMENTS:

Professor of Psychiatry (1998-present), East Tennessee State University, Quillen College of Medicine.  VA Academic Faculty appointment.

Adjunct Professor of Psychology, University of Tennessee at Knoxville (1997).  Served on doctoral dissertation committee as supervisor and mentor for doctoral candidate in clinical psychology.

Associate Professor of Psychiatry (1994-1998), East Tennessee State University, Quillen College of Medicine.  Full time geographic faculty appointment.  Renewal of previously awarded academic ranking. Activities include serving on numerous committees (see below), teaching residents, providing electives, working collaboratively with staff to conduct new research projects, interviewing residency and faculty candidates.

Clinical Associate Professor of Psychiatry (1992-1994), University of Texas Health Science Center at San Antonio, San Antonio, Texas. 1987 to 1994. Primary responsibility of this position was teaching medical students and residents in individual, group, and lecture settings; provision of psychodynamic psychotherapy supervision.  Lectures and seminars include core material on sexual dysfunction, treatment of paraphilias, gender identity disorders, homosexuality, and psychiatric aspects of HIV infection.

Clinical Associate Professor of Psychiatry (1992-1996), Uniformed Services University for the Health Sciences, School of Medicine, Bethesda, Maryland.  Primary responsibility of this position was teaching medical students from the University who travel to San Antonio for clinical rotations in psychiatry and serving as a visiting lecturer for USUHS.

Full time faculty, Department of Psychiatry, Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas, 1987 to 1991. Adjunct clinical faculty, Department of Psychiatry, 1991 to 1993. Responsibilities included supervising psychiatric residents involved in research activities, sponsoring Distinguished Visiting Professors in conjunction with the Department, and teaching core didactic lectures and seminars.

Assistant Clinical Instructor, Wright State University School of Medicine, 1983-1987.  Primary responsibility of this position was teaching medical students during clinical rotation in psychiatry.

Chief Resident in Psychiatry, November, 1986 to March, 1987, with administrative, teaching, and research responsibilities.

## CONSULTATION EXPERIENCE:

Psychiatric Liaison and Consultant to Oncology Unit, Good Samaritan Hospital, Dayton,   Ohio,

1985.
Clinical Supervisor and Psychiatric Consultant to Montgomery County Juvenile Court
    Diversion Program, Dayton, Ohio, 1986-1987.
Consultation/Liaison Rotation, Keesler AFB, MS, 1986.
Psychiatric Consultant to the United States Air Force Child Abuse Task Force (convened by
    the Surgeon General of the Air Force), 1989-1991.
Lorain Correctional Institution, psychiatric consultant for inmate mental health evaluations
    and treatment, July-August 1993.
State of Tennessee Mental Health and Mental Retardation, appointed as consultant to develop
    Best Practice Guidelines for all State programs for Bipolar Disorder.
Health Ed, The Patient Education Agency: consultant for development of patient education
    materials for chronic mental illnesses, 2006-2007.
Consultant to Batavia Independent School District in assisting on-the-job gender transition for a
    transgender high school teacher, 2006.
Consultant to Port Ewan/Kingston BOCES School Program in assisting on-the-job transition for a
    transgender principal,  2007.
Consultant to the Federal Bureau of Prisons on policies relating to medical management of
    transgender inmates, 2009, 2014.
Consultant to Department of Defense on policy and medical issues related to transgender service
    members, 2016-present.


**SPECIALIZED TRAINING EXPERIENCES:**

School of Aerospace Medicine, Course I, Brooks AFB, San Antonio, Texas, 1981.
Administrative Course for Chief Residents, Tarrytown, New York, June, 1985.
Combat Casualty Care Course, San Antonio, Texas, 1985.
Consultation and Liaison Psychiatry, Keesler AFB, Biloxi, Mississippi, 1986.
Center for the Treatment of Impotence, Case Western Reserve University, Cleveland, Ohio,
    July, 1986.
Forensic Psychiatry Course and associated clinical work, 6 months, 1986-87; ongoing case work
    in forensic psychiatry as expert witness and legal consultant, 1987-present.
Gender Identity Clinic, Case Western Reserve University, Cleveland, Ohio, July, 1986.
Paraphilias Clinic, Case Western Reserve University, Cleveland, Ohio, July, 1986.
Chemical Dependency Program, Samaritan Hall, Dayton, Ohio, August, 1986.
Advanced Study of Gender and Sexual Disorders, Institute of Living, Hartford, Connecticut,
    April, 1987.
Electroconvulsive Therapy Administration Training, Jan-June, 1985; June, 1987.
SCID training seminar, September, 1989.
American Board of Psychiatry and Neurology Examiner, 1991-present.
Administrative psychiatry and leadership training, James H. Quillen VAMC,1996 to 2012.
Physician Executive Training, American College of Physician Executives,  (PIM-I Course,
    31 hours; PIM-II Course, 31 hours, PIM-III Course, 31 hours), 1998-1999.
Masters and Johnson workshop on trauma, sexual compulsivity/addiction treatment, 11 hours,
    December, 2003.
Forensic Workshop on sex offenders, National Council on Sexual Addiction and Compulsivity,
    October, 2002
Forensic workshops, including PREA implementation, managing hunger strikes, mental health
    issues in prison, sponsored by National Commission on Correctional Health Care, 2010,
    2012.
Forensic workshops, including 3 hours of training on medical and legal aspects of providing
    health care for transgender inmates, sponsored by National Commission on Correctional
    Health Care, 2015.

**COMMITTEE AND BOARD ACTIVITIES:**

Mohonasen Public School Board Member, Schenectady, New York, 1974-1975.
Social Chairman, Wright State University Psychiatry Residency, 1984.
Dayton Representative to the Member-in-Training Committee of the Ohio Psychiatric
        Association, 1984-1986.
Chairman, Member-in-Training Committee, Ohio Psychiatric Association, 1986-1987.
Chairman, Member-in-Training Committee, Dayton Psychiatric Society, 1985-1987.
Peer Review Committee, Ohio Psychiatric Association, 1986-1988.
Long Range Planning Committee, Ohio Psychiatric Association, 1986-1987.
American Psychiatric Association, Area IV Resident Caucus, Ohio Representative, 1987.
American Psychiatric Association, Committee of Residents of the Council on Medical
        Education and Career Development, Ohio Representative, 1986-1987.
Ohio Psychiatrist's Political Action Committee, Board of Directors, 1987.
Bexar County Psychiatric Society Committee on AIDS, 1990-1993.
World Professional Association for Transgender Health (WPATH) Committee to Revise the
        Standards of Care, 1990-present; Cochairman of Standards of Care Revision Committee,
        2001-2005.
Psychiatric Consultant to the Board of Directors, Boulton and Park Society, San Antonio, Texas,
        1988-1998.
President-elect, Society of Air Force Psychiatrists, 1990-1991.
Board of Directors, Alamo Area Resource Center (AIDS/HIV Service Organization), 1991-1992.
Board of Advisors, American Educational Gender Information Service (Atlanta, Georgia), 1992-
        1998.
Quality Assurance Committee, Texas Society of Psychiatric Physicians, 1992-1993.
Professional Standards Committee, Texas Society of Psychiatric Physicians, 1992-1993.
Board of Directors, Harry Benjamin International Gender Dysphoria Association (WPAth), 1993-
        1997; 2001-2007
Ethics Committee, Tennessee Psychiatric Association, 1994-present.
Advisory Committee on Publications and Advertising, Southern Medical Association,
        1994-1996.
Councilor to the Executive Committee, Tennessee Psychiatric Association, East Tennessee
        Region, 1995-2005.
Vice-Chairman, Section on Neurology and Psychiatry, Southern Medical Association, 1995-
        1996.
President, New Health Foundation, 2001-2003.
Secretary of the Section on Neurology and Psychiatry, Southern Medical Association, 1997-
        2000.
American Psychiatric Association PKSAP and Medical Education Committees, appointed by
        Herb Sachs, M.D. and Harold Eist, M.D. (APA Presidents), 1997-2001.
Scientific Affairs Committee, Southern Medical Association, 1997-1999.
Consultant to the Joint Commission on Public Affairs, American Psychiatric Association,
        appointed by Rod Munoz, M.D. (APA President), 1998-1999.
Scientific Program Committee, Southern Psychiatric Association, 1999-2000.
Resident Award Committee, Southern Psychiatric Association, 1997-2009.
Ethics Committee; HIV Committee; Harry Benjamin International Gender Dysphoria Association,
        1999-2005
Board of Directors, New Health Foundation, Chicago, IL, 2000-present.
Tennessee Department of Mental Health and Retardation Adult Committee on Best Practices
        (responsible for recommending guidelines for treatment of bipolar disorder),
        2000-2003.
Associate Counselor for Tennessee, Southern Medical Association, 2000-2008.
Resident Award Committee, Southern Psychiatric Association, 2003-2009.
Board of Directors, James H. Quillen VAMC Research Corporation, 2003-2010.

HBIGDA Biennial Symposium Scientific Meeting Committee, 2006-2007.
Board of Regents, Southern Psychiatric Association, 2006.
Southern Medical Association, Section Secretary for Psychiatry and Neurology, 2004-2008.
Scientific Review Committee, World Professional Association for Transgender Health
        Symposium, 2007-2009; 2015-present.
Board of Regents, Second Year, Southern Psychiatric Association, 2007.
Chairman, Board of Regents, Southern Psychiatric Association, 2009.
WPATH Board of Directors, 3 terms totaling 13 years, with last term 2014 (mandatory rotation off
        the board).
Secretary-Treasurer, World Professional Association of Transgender Health, 2007-2009.
DSM-V workgroup on Gender Identity Disorders (WPATH advisory work group to American
        Psychiatric Association DSM-V GID task force), 2009.
World Health Organization advisory committee for ICD-11 (gender identity disorders), 2011-
        present.
Department of Veterans Affairs Transgender Directive Communication Plan Education Group,
        2011-2012.
VHA Transgender Training Workgroup, Patient Care Services, 2012- present.
Numerous VA Central Office national workgroups and committees, including the workgroup to
        add birth sex and gender identity data fields to all VA medical records, 2012-present.
Commissioner, Palm Center Commission on Transgender Military Service, Appointed by
        Joycelyn Elders, MD, 2013 to 2014.


**PROFESSIONAL ORGANIZATIONS:**

American Psychiatric Association (1983-2015); #044933, Fellow, 1998; Distinguished Fellow,
        2003
Association for the Advancement of Psychotherapy (1985-1993)
World Professional Association for Transgender Health (1986-present)
Ohio Psychiatric Association (1983-1987)
Texas Society of Psychiatric Physicians (1988-1994)
Tennessee Psychiatric Association (1994-present)
American Medical Students Association (1977-1987)
American Medical Association (1983-1988; 2015-present)
Ohio State Medical Association (1983-1987)
Montgomery County Medical Society (1983-1987)
Dayton Psychiatric Society (1983-1987)
Society of United States Air Force Psychiatrists (1983-1991)
Bexar County, Texas, Psychiatric Society (1987-1990)
Southern Medical Association (1994-2010)
Southern Psychiatric Association (1997-2009)
New Health Foundation (advocacy organization for transgendered health care;
        1996-present)
American Psychological Association Society for the Psychological Study of Men and Masculinity,
        Division 51, 1996-2000.


**AWARDS AND SPECIAL RECOGNITION:**

Valedictorian, Mohonasen High School, Schenectady, New York, 1975.
New York State Regents Scholarship, 1975-1979.
Bausch and Lomb Science Award and Scholarship, 1975-1979.
Phi Beta Kappa, junior year selection, 1977.
Donald Charles Memorial Award for Research in Biology, 1978.
Recognition for Highest Grade Point Average, Department of Biology-Geology, University
        of Rochester, 1979.

Dean's Letters of Commendation for Academic Achievement, University of Rochester, 1975-
		1983.
Letter of Commendation for Excellence in Pathology, University of Rochester, 1981.
Alpha Omega Alpha Medical Honor Society, University of Rochester, 1983.
Wright State University Department of Psychiatry selectee for fellowship in the Group for  the
Advancement of Psychiatry (GAP), 1984.
Wright State University Department of Psychiatry nominee for Laughlin Fellowship of the
		American College of Psychiatrists, 1985, 1986.
Physician's Recognition Award of the American Medical Association, 1986 to present.
President's Award of the Ohio Psychiatric Association for outstanding service to the
		organization, 1987.
Chairman's Recognition Award For Scholarship and Research, Wright State University
		Department of Psychiatry, 1987.
Air Force Training Ribbon, 1980.
Air Force Outstanding Unit Decoration, 1987; first oak leaf cluster additional award, 1990.
Air Force Expert Marksman Ribbon, 1988.
Air Force Achievement Medal for research accomplishments, 1990.
1990 American Academy of Psychosomatic Medicine Dlin Fischer Award for Significant
		Achievement in Clinical Research; corecipient.
Who's Who Among Human Services Professionals, 1990 to present.
West's Who's Who in Health and Medical Services, 1991 to present.
Marquis Who's Who of Board Certified Medical Specialists, 1992-present.
Bexar County Medical Society Certificate of Appreciation, 1991.
Air Force Meritorious Service Medal for distinguished clinical and research service to the
Department of   Psychiatry, Wilford Hall Medical Center, 1991.
Air Force National Defense Ribbon, Desert Storm Campaign, 1991.
Mohonasen High School Hall of Fame for Lifetime Achievement, 1992 inductee.
Health Care Professional of the Year Award, Boulton and Park Society, San Antonio, Texas,
		1992-93.
Special Citation Award, Society of Behavioral Medicine, with Coyle C, et al., for
		presentation at 1993 Society of Behavioral Medicine Annual Meeting, 1993.
Institute for Legislative Action, 1995 Honor Role.
Sterling Who's Who of Health Care Professionals, 1995.
Southern Medical Association 1995 Award for Medical Excellence (Best Scientific Oral
		Presentation in Neurology and Psychiatry), $1,000 Scholarship prize, 1995.
Janssen Clinical Scholar, 1995.
Mountain Home VAMC Group Special Contribution Award, 1995, 1997.
Marquis Who's Who in the South and Southwest, 1996-1998.
Marquis Who's Who in Medicine and Healthcare, 1997-1998.
Certificate of Appreciation, ETSU Psychiatry Residents, 1997, 1998, 1999.
Fellow, American Psychiatric Association, 1998-2002.
Resident Special Recognition Award, June, 2000.
Distinguished Fellow, American Psychiatric Association, January, 2003
Special Group Contribution Award, VAMC, 2003
Secretary of Defense Certificate of Recognition, Cold War Military Service, 2003
VA Performance Award, 2005
First Annual Irma Bland Award for Excellence in Teaching Residents, presented by the American
		Psychiatric Association, May, 2005
Special Contribution Award, Mountain Home VAMC, for assisting in obtaining over 2.5 million in
		new program monies from VA Central Office RFP process,  April 26, 2006
Top Psychiatrists of 2006, Consumer Research Council selectee
ETSU Resident Recognition Award for "dedication to the Resident's Journal Club", 2006
Fellow, Southern Psychiatric Association, 2006
ETSU Psychiatry Faculty Mentor of the Year Award, 2007
Cambridge Who's Who, Executive and Professional Registry, 2007
Southern Medical Association, Third Place Award for Scientific Poster Presentation, Dallas,

Texas, December 5, 2009
Twenty-five year U.S. Government service award, January 10, 2010
Joint Commission recognition : "Top Performers on Key Quality Measures"  (contributor), 2011
Robert W. Carey Quality Performance Excellence Award (contributor), 2011; Department
   of Veterans Affairs award using Baldrige criteria
James H. Quillen VAMC selected as VA to be featured in the Commonwealth Fund's article
   on successful efforts to improve patient safety (contributor), 2011
Gender Identity Research and Education Society (GIRES) 2011 award to the 34 members
   of the Standards of Care Revision Committee for their work on the WPATH Standards of
   Care, 7th Version.
Robert W. Carey Quality Trophy Award, Mountain Home VAMC.  This is the highest level
   of the Carey Award for those VAMC's seeking performance excellence using the Baldrige
   Criteria.  Awarded by the Secretary of the VA to the leadership team of which I was a
   Part, 2012.
Recognized by LGBT Health journal in March, 2016 as having first-authored the #1 and #3 most
   read articles in that journal since its inception.


**UNIVERSITY/VA COMMITTEE ACTIVITIES:**

Learning Resources Advisory Committee (ETSU), 1995-1996.
Psychiatric Residency Training Committee /Educational Policy Committee (ETSU), 1993-present.
Peer Review Committee (VAMC), 1995-1996.
Chairman and Founder, Psychiatric Grand Rounds and Visiting Professor Program (ETSU),
   1993-1997; 2003-2004.
Clinical Executive Board (VAMC), 1995-2012.
Research and Development Committee, Dean's Appointment (VAMC), 1996-1998.
Chairman, VAMC Research and Development Committee, 1999-2000.
Co-Chairman, Mental Health Council (VAMC), 1995-2009.
Academic Partnership Committee (ETSU), member, 1995-2012.
Facility Master Plan and Space Utilization Committee (VAMC), 1995-2010.
Professional Standards Board (VAMC), 1995-2012.
Safety Committee, Department of Psychiatry, Chairman (VAMC)
ETSU Psychiatry Promotion and Tenure Committee, 1998-present.
Resident Selection Committee, ETSU Psychiatry Program, 1998-2012.
Chairman, VAMC Research and Development Committee, 2001-2002.
Veterans Health Affairs, VISN 9, Budget and Finance Committee, 2002-2004.
Institutional Review Board (ETSU/VAMC), member, 1996-2003; served as acting chair as
   needed.
Cameron University Department of Psychology, Dissertation Committee Consultant for Beth
   Ryan, Masters Thesis, 2004-2005 (gender identity disorder research).
VISN 9 Mental Health Leadership Committee.
ETSU/VAMC Subcommittee on Graduate Medical Education, 2008-2012.
Vanderbilt University Department of Nursing, Dissertation Committee member and consultant for
   Gerald Meredith, 2009-2010.
VA Transgender Directive Education Workgroup; VACO workgroup to advise the Undersecretary
   on how to educate and implement the 2011 Directive on providing healthcare to
   transgender and intersex Veterans, 2011-present.
Office of Health Equity (VACO) Health Equity Coalition, 2013-2014.
Numerous research committees and advisory panels for health equity research projects being
   conducted in VA, 2012-present.
Chairman, Educational Policy Committee (Residency Training Committee), East Tennessee State
   University Department of Psychiatry, 2015-present.
Self-Identified Gender Identity Data Field Training Workgroup (National VA work group to change
   electronic medical records data collection to include self-identified gender identity)
Research Committee, East Tennessee State University Department of Psychiatry, 2015-

present.


**FORENSIC PSYCHIATRY ACTIVITIES:**

1. Military court proceedings, two occasions as expert witness at trial; U.S. Air Force, U.S. Army, c.1990-1992
2. Military Physical Evaluation Board Proceedings, expert testimony, 2/8/02
3. Farmer v. Hawk, United States District Court for the District of Columbia, expert opinion by affidavit on behalf of plaintiff, 1999
4. Yolanda Burt v. Federal Bureau of Prisons/Moritsugu, United States District Court for the District of Columbia, deposition testimony on behalf of plaintiff, 2000
5. Kosilek v. Maloney, 221 F.Supp 2d 156,186 (D.Mass. 2002), expert witness by trial testimony on behalf of plaintiff, 2001
6. Family Court expert witness trial testimony, Missouri, (custody issues for transgendered parent),1993
7. Thompson v. Idaho Department of Corrections (prison medical care Issues), consultant on behalf of plaintiff, 2002 (citation: Linda Patricia Thompson v. Dave Paskett, et al., Case No. CV00-388-S-BLW)
8. State of Missouri Medical Board, expert opinion by affidavit on behalf of physician, 10/2001
9. State of Tennessee Medical Board, expert opinion by affidavit on behalf of physician, 5/2002
10. Military Administrative Hearing, consultant, U.S. Army, December, 2002
11. Oiler v. Winn-Dixie Louisiana, Inc; USDC, Eastern District of Louisiana, No. 00-3114 "L" (3); consultant on behalf of defendant, 2001-2002
12. Moore v. State of Minnesota, consultant and deposition testimony on behalf of defendant, Attorney General's Office, State of Minnesota, 2003
13. Woods v. US Air Force, administrative discharge board, consultant, San Antonio, TX, 2003
14. Ophelia Azriel De'Lonta vs. Ronald Angelone and Prison Health Services, Inc. (Virginia Department of Corrections) United States District Court, Western District of Virginia, 330 F.3d 630,635 (4th Cir 2003) deposition testimony on behalf of plaintiff, 2003
15. Malpractice case, Tennessee, for defendant (primary care physician) consultant, 2004-2005
16. Josef v. Ontario Minister of Health, Attorney General of Ontario representing Her Majesty the Queen in Right of Ontario; Ontario Superior Court of Justice; expert opinion affidavit and consultant on behalf of plaintiff, 2004-2007.
17. Nubel v. New Jersey Board of Nursing, consultant and deposition testimony for defendant, 2004-2005
18. Malpractice case, Tennessee, consultant for defendant (psychiatrist), 2004-2005
19. Malpractice case, Kentucky, consultant for defendants (psychiatrists), 2005-2006
20. Kosilek v. Mass. Department of Corrections/ Kathleen Dennehy, expert witness by trial testimony and consultant on behalf of plaintiff, 2005-2006 ( Kosilek v. Spencer, 889 F.Supp.2d 190 (D. Mass. Sept. 4, 2012); "Kosilek I."
21. Gammett v. Idaho Department of Corrections, expert opinion affidavit and consultant for plaintiff, 2005-2007 (Gammett v. Idaho State Bd. of Corrections, No. CV05-257-S-MHW, 2007 WL 2186896 (D. Idaho July 27, 2007)
22. Isaak v. Idaho Department of Corrections, consultant, and deposition testimony on behalf of plaintiff, 2006-2008
23. May v. State of Tennessee and multiple codefendants; consultant on behalf of defendant, Attorney General's Office, State of Tennessee, 2006
24. Fields/Sundstrom v. Wisconsin Department of Corrections, consultant and deposition testimony on behalf of plaintiff, 2007 ( Fields v. Smith, 653 F.3d 550 (7th Cir. 2011)
25. Palmer v. State of TN; malpractice case; consultant and deposition testimony for defendant, Attorney General's Office, State of Tennessee 2007
26. Spray v. Temp Agency, consultant and expert opinion affidavits on behalf of plaintiff, 2007

27. O'Donnabhain v. Internal Revenue Service/Department of the Treasury, expert witness by trial testimony on behalf of plaintiff, 2007 (O'Donnabhain v. Commissioner, 134 T.C. No. 4 (Feb. 2, 2010).
28. Battista v. Mass. Department of Corrections/Kathleen Dennehy, consultant and expert opinion affidavit  for plaintiff, 2008-2011.
29. Plumley v. State of TN; malpractice case; consultant for defendant, 2009.
30. Kolestani v. State of Idaho, capital murder case, consultant and expert opinion affidavit for public defender's office, 2009.
31. Smith v. St. Mary's Medical Center, medical malpractice case, consultant for defendant, 2009-2011, expert witness by jury trial testimony, 2011.
32. Finch aka Destiny v. Idaho Department of Corrections, consultant for plaintiff, 2010-2011.
33. Soneeya v. Clarke, Civil Action No. 07-12325 (NG), Massachusetts, consultant for plaintiff, 2011. (see also Soneeya v. Spencer, 851 F.Supp.2d 228 (D. Mass. 2012)
34. Hoyle v. Saha, malpractice case; consultant for defendant, 2011- 2014.
35. Champouillon v. State of TN; malpractice case; consultant for defendant, 2012-present.
36. Equivel v. State of Oregon; access to transgender health care for Oregon State employees; consultant to Lamdba Legal, 2012.
37. Kosilek v. MA DOC, expert witness for plaintiff, 2012-present; ("Kosilek II").
38. Binney v. South Carolina DOC, consultant and expert opinion by affidavit for plaintiff, 2013-present.
39. De'Lonta v. Harold  W. Clarke et al. (Virginia Department of Corrections), consultant and expert opinion by affidavit to plaintiff, 2013-2014.
40. U.S. and Tudor v. Southeastern Oklahoma State University, expert consultant for plaintiff and the Department of Justice (Title VII discrimination case), by declaration for plaintiff, 2015-present.
41. Mott v. State of Kansas, consultant and expert opinion by affidavit for plaintiff (birth certificate change), 2015-present.
42. Fuller v. MA Department of Corrections; expert opinion by affidavit and deposition, for plaintiff, 2015-present.
43. Franklin v. Hardy, et al. (Illinois Department of Corrections); expert opinion by affidavit, for plaintiff, 2015-present.
44. Dunn et al. v. Dunn et al. (Alabama Department of Corrections), expert consultant for plaintiff, 2016-present.

**PUBLICATIONS:**

1. Brown G R:  Morphologic complexity and its relationship to taxonomic rates of evolution. J Undergrad Res, 3:139-168, 1978.
2. Brown G R:  Stadol dependence: another case.  JAMA, 254(7):910, 1985.
3. Brown G R:  Letter to the Editor.  Newsletter of the Ohio Psychiatric Association, 10(1):8, 1986.
4. Brown G R:  Resident Rounds.  Column for Newsletter of the Ohio Psychiatric Association.  10(2), 10(3), 11(1),11(2), 1986-1987.
5. Brown G R:  Anorexia nervosa complicated by Mycobacterium xenopi pulmonary infection.  J Nerv Ment Dis, 175(10):629-632, 1987.
6. Brown G R: Mycobacterium xenopi infection complicating anorexia nervosa.  Proceedings of the 29th Annual Meeting of American College of Physicians (Air Force Regional Meeting), 22-25 March, 1987.
7. Brown G R: Buspar, a new anxiolytic.  Letter to the Editor, Journal of the Ohio State Medical Association, Spring, 1987.
8. Brown G R: Transsexuals in the military: flight into hypermasculinity. Abstract. Proceedings of the 10th International Symposium on Gender Dysphoria (Amsterdam, The Netherlands) 7 June, 1987.
8. Brown G R: Transsexuals in the military: flight into hypermasculinity. Arch Sex Behav, 17(6):527-537, 1988.
10. Brown G R:  Therapeutic effect of silence: application to a case of borderline personality

11

disorder.  Current Issues in Psychoanalytic Practice, 4(3-4):123-131, 1988.

11. Brown G R: Bioethical issues in the management of gender dysphoria. Jefferson J Psychiatry, 6(1):33-44, 1988.

12. Brown G R, Rundell J R: Psychiatric disorders at all stages of HIV infection.  Proceedings of the 1988 Annual Session of the Texas Medical Association (San Antonio, Texas), May, 1988.

13. Brown G R, Rundell J R: Suicidal tendencies in HIV-seropositive women.  Am J Psychiatry, 146(4):556-557, 1989.

14. Brown G R, Collier L: Transvestites' women revisited: a nonpatient sample. Arch Sex Behav, 18(1):73-83, 1989.

15. Brown G R, Pace J: Hypoactive sexual desire disorder in HIV-seropositive individuals. JAMA, 261(17):2305, 1989.

16. Brown G R: Prospective study of psychiatric morbidity in HIV-seropositive women. Psychosom Med, 51:246-247, 1989.

17. Brown G R: Current legal status of transsexualism in the military. (Letter) Arch Sex Behav, 18(4):371-373, 1989.

18. Rundell J R, Brown G R: Use of home test kits for HIV is bad medicine. JAMA, 262(17):2385-2386, 1989.

19. Rundell J R, Brown G R, Paolucci S L: Psychiatric diagnosis and attempted suicide in HIV-infected USAF personnel. Abstract. Proceedings of the Fifth International Conference on AIDS (Montreal, Canada), June, 1989.

20. Brown G R: Current legal status of transsexualism in the military. Abstract. Proceedings of the Eleventh Inter-national Symposium on Gender Dysphoria (Cleveland, Ohio), September, 1989.

21. Brown G R: A review of clinical approaches to gender dysphoria. J Clin Psychiatry, 51(2):57-64, 1990.

22. Pace J, Brown G R, Rundell J R, et al.: Prevalence of psychiatric disorders in a mandatory screening program for infection with human immunodeficiency virus: A pilot study.  Milit Med, 155:76-80, 1990.

23. Rundell J R, Brown G R: Persistence of psychiatric symptoms in HIV seropositive persons. Am J Psychiatry, 147(5):674-675, 1990.

24. Praus D, Brown G R, Rundell J R, et al.:  Associations between CSF parameters and high degrees of anxiety or depression in USAF personnel infected with HIV. J Nerv Ment Dis, 178(6):392-395, 1990.

25. Brown G R, Rundell J R: Prospective study of psychiatric morbidity in HIV-seropositive women without AIDS.  Gen Hosp Psychiatry, 12:30-35, 1990.

26. Brown G R: The transvestite husband.  Med Aspects Human Sexuality, 24(6):35-42, 1990.

27. Drexler K, Brown G R, Rundell J R: Psychoactive drug use and AIDS. JAMA, 263(3):371, 1990.

28. Brown G R, Rundell J R: Psychiatric morbidity in HIV-seropositive women without AIDS. Proceedings of the 143rd Annual Meeting of the American Psychiatric Association, pages 75-76 (New York, New York), May, 1990.

29. Rundell J R, Ursano R, Brown G R: HIV infection and perception of social support. Proceedings of the 143rd  Annual Meeting of the American Psychiatric Association, page 76 (New York, New York), May, 1990.

30. Rundell J R, Brown G R, McManis S, et al.:  Psychiatric predisposition and current psychiatric findings in HIV-infected persons. Proceedings of the Sixth International Conference on AIDS (San Francisco, California), June, 1990.

31. Drexler K, Rundell J R, Brown G R, et al.: Suicidal thoughts, suicidal behaviors, and suicide risk factors in HIV-seropositives and alcoholic controls. Proceedings of the Sixth International Conference on AIDS (San Francisco, California), June, 1990.

31. Brown G R: The inpatient database as a technique to prevent junior faculty burnout.  Acad Psychiatry, 14(4):224-229, 1990.

32. Rundell J R, Wise M, Brown G R, et al: Relative frequency of HIV disease as a cause of mood disorder in a general hospital. Proceedings of the 1990 Update on Neurological and Neuropsychological Complications of HIV Infection, page PSY-4 (Monterrey,

California), June, 1990.

33. Rundell J R, Praus D, Brown G R, et al:  CSF parameters, immune status, serum viral titers, anxiety, and depression in HIV disease.  Proceedings of the 1990 Update on Neurological and Neuropsychological Complications of HIV Infection, page PSY-5 (Monterrey, California), June, 1990.

34. Brown G R: Clinical approaches to gender dysphoria. Abstract. Psychiatry Digest, 5:9-10, 1990.

35. Brown G R, Rundell J R, Temoshok L, et al:  Psychiatric morbidity in HIV-seropositive women:  Results of a three year prospective study.  Proceedings of the 37th Annual Meeting of the American Academy of Psychosomatic Medicine, 1990.

36. Rundell J R, Brown G R, Kyle K, et al:  Methods employed by and length of knowledge of HIV-seropositivity of HIV-infected suicide attempters.  Proceedings of the 37th Annual Meeting of the American Academy of Psychosomatic Medicine, 1990.

37. Brown G R: Unzufriedenheit mit dem eigenen Geschlecht:Klinische Behandlungsmoglichkeiten. Abstract for European readership. Psychiatry Digest, 10:3-4, 1990.

38. Brown G R, Anderson B W: Credibility of patients in psychiatric research. Amer J Psychiatry, 148(10):1423-1424, 1991.

39. Brown G R, Anderson B: Psychiatric morbidity in adult inpatients with childhood histories of physical and sexual abuse. Amer J Psychiatry, 148(1):55-61, 1991.

40. Plotnick E, Brown G R: Use of intravenous haloperidol in nonviolent severely regressed adult psychiatric inpatients. Gen Hosp Psychiatry, 13:385-390, 1991.

41. Brock I, Brown G R, Jenkins R: Affect and health locus of control in early HIV infection. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 79, 1991.

42. Brock I, Brown G R, Jenkins R: Early HIV infection and health locus of control. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 79, 1991.

43. Brown G R, Pace J, Brock I, et al: Psychiatric morbidity in HIV-seropositive military women. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 208, 1991.

44. Pace J, Brown G R: Factors associated with length of inpatient psychiatric hospitalization in a military medical center.  Proceedings of the 144th Annual Meeting of the American Psychiatric  Association, 95, 1991.

45. Plotnick E, Brown G R: Sexual functioning in HIV-positive women without AIDS. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 80-81, 1991.

46. Hicks D, Stasko R, Rundell J, Norwood A, Brown G R: Psychiatric treatment in early HIV disease.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 208, 1991.

47. McManis S, Brown G R, Rundell J, et al: Subtle, early cognitive impairment in HIV disease. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 77-78, 1991.

48. McManis S, Brown G R, Rundell J, et al: Cognitive impairment and CSF values in HIV disease.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 78, 1991.

49. McManis S, Brown G R, Zachary R, et al: Cognitive impairment and gender in HIV-positive persons.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 78, 1991.

50. Carey M, Jenkins R, Brown GR, et al: Gender differences in psychosocial functioning in early stage HIV patients. Proceedings of the 7th International  Conference on AIDS, M.B. 4230, 1:447, 1991.

51. McManis S, Brown G R, Zachary R, et al: Neuropsychiatric impairment early in the course of HIV infection. Proceedings of the 7th International Conference on AIDS, M.B. 2064, 1:198, 1991.

52. Brown G R, Rundell J, Pace J, et al: Psychiatric morbidity in early HIV infection in women: results of a 4 year prospective study. Proceedings of the First International Conference

on Biopsychosocial Aspects of HIV Infection, p 22, 1991.

53. Brown G R, Kendall S, Zachary R, et al: Psychiatric and psychosocial status of US Air Force HIV-infected personnel. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p 121, 1991.

54. Brown G R, Zachary R, McManis S, et al: Gender effects on HIV-related neuropsychiatric impairment. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p 125, 1991.

55. Temoshok L, Smith M, Brown G R, Jenkins R: Perceptions of zidovudine (AZT) and cooperation with treatment or clinical trials. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection,  p 198, 1991.

56. Jenkins R, Patterson T, Brown G R, Temoshok L:  Social functioning in early stage HIV patients. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p P12, 1991.

57. Zachary R, Coyle C, Kendall S, Brown G R: Living with HIV: Mechanisms for coping with psychological distress. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p P13, 1991.

58. Brown G R, Rundell J, McManis S, Kendall S, Jenkins R: Neuropsychiatric morbidity in early HIV disease: Implications for military occupational function.  Proceedings of the Aerospace Medicine Symposium on Allergic, Immunological, and Infectious Disease Problems in Aerospace Medicine, NATO Advisory Group for Aerospace Research and Development, AGARD-CP-518, (paper 16):1-14, 1991.

59. Brown G R: Single USAF AIDS center offers unique opportunity to research biopsychosocial aspects of HIV infection. San Antonio, M.D., 1(4):8-9,14-15, 1991.

60. Rundell J, Mapou R, Temoshok L, Brown G R: An overview of the U.S. military HIV testing policy. Proceedings of the American Psychological Association Annual Meeting, August, 1991, page 277.

61. Brown G R: The transvestite husband. J Gender Studies, 13(1):14-19, 1991.

62. Rundell J R, Kyle K, Brown G R, Thomasen J:  Factors associated with suicide attempts in a mandatory HIV-testing program.  Psychosomatics, 33(1):24-27, 1992.

63. Beighley P, Brown G R: Medication refusal in psychiatric inpatients in the military. Military Med, 157:47-49, 1992.

64. McManis S, Brown G R, Zachary R, et al: Screening for subtle neuropsychiatric deficits early in the course of HIV infection. Psychosomatics, 34(5):424-431, 1993.

65. Brown G R, Kendall S, Ledsky R: Sexual dysfunction in HIV-seropositive women without AIDS. J Psychol Human Sexuality, 7(1-2):73-97, 1995.

66. Brock I, Brown G R: Psychiatric length of stay determinants in a military medical center.  Gen Hosp Psychiatry,15(6):392-398, 1993.

67. Brown G R, Rundell J, McManis S, Kendall S, Jenkins R: Neuropsychiatric morbidity in early HIV disease: Implications for military occupational function. Vaccine, 11(5):560-569, 1993.

68. Brown G R, Rundell J: Prospective study of psychiatric aspects of early HIV   infection in women. Gen Hosp Psychiatry, 15:139-147, 1993.

69. Brown G R, Rundell J, McManis S, Kendall S, Zachary R, Temoshok L: Prevalence of psychiatric disorders in early stages of HIV infection in United States Air Force Personnel. Psychosomatic Medicine, 54:588-601, 1992.

70.  Beighley P, Brown G R, Thompson J:  DSM-III-R brief reactive psychosis among Air Force recruits.  J Clin Psychiatry, 53(8):283-288, 1992.

71. Brown G R:  Letter to the editor.  Amer J Psychiatry, 149(4):541, 1992.

72. Lothstein L M, Brown G R: Sex reassignment surgery: current concepts.  Integ Psychiatry, 8(1):21-30, 1992.

73. Brown G R, Zachary R, Rundell J R: Suicidality before and after HIV seroconversion in men with early stage disease. Proceedings of the 50th Anniversary International Meeting of the American Psychosomatic Society, 43, 1992.

74. Brock I, Brown G R, Butzin C: Predictors of psychiatric inpatient length of stay.  Proceedings of the 145th Annual Meeting of the American Psychiatric Association, New Research Volume, 101, 1992.

75. Rundell J R, Brown G R, Jenkins R, Temoshok L: Social support, psychiatric morbidity, and HIV disease.  CME Syllabus and Proceedings of the 145th Annual Meeting of the American Psychiatric Association, 281, 1992.

76. Plotnick E, Brown G R: IV haloperidol in severe nonviolent psychosis. <u>Psychiatry Drug Alerts</u>, 6(5):40, 1992.

77. Goethe K, Richie D, Brown G R, Kendall S: Longitudinal neuropsychological  findings in HIV-positive males. Proceedings of the 8th International AIDS Conference, Vol. 2, Abstract PuB 3770, Amsterdam, The Netherlands, 1992.

78. Brown G R, Zachary R, McManis S, Coyle C, Kendall S, Kozjak J: Stability of personality disorder diagnoses in early HIV infection. Proceedings of the 8th International AIDS Conference, Vol 3, Abstract PuB 7063, Amsterdam, The Netherlands, 1992.

79. Mapou R, Goethe E, Law W, Kendall S, Rundell J, Brown G R, Nannis E, et al.: Minimal impact of self-reported mood on neuropsychological performance in HIV-infected military personnel.  Proceedings of the 8th International AIDS Conference, Vol 3, Abstract PuB 7338, Amsterdam, The Netherlands, 1992.

80. Nannis E, Temoshok L, Jenkins R, Rundell J, Brown G R, Patterson T: Noncompliance with zidovudine: Psychosocial factors. Proceedings of the 8th International AIDS Conference, Vol 3, Abstract PuB 7377, Amsterdam, The Netherlands, 1992.

81. Brown G R: 106 women in relationships with crossdressing men: a descriptive study from a nonclinical setting. <u>Arch Sex Behav</u>, 23(5), 515-530, October, 1994.

82. Nannis E, Temoshok L, Jenkins R, Blake S, Sharp E, Jenkins P, Brown G, Patterson T, Coyle C, Brandt U, Johnson C: Gender differences in transmission risk behavior, affect, and social support in HIV positive individuals.  Proceedings of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco, CA, 1993, #D17; Annals of Behavioral Medicine 15:S105.

83. Coyle C, Blake S, Brown GR, Ledsky R, Temoshok L: Methodological issues in assessing risk behaviors in an HIV seropositive military sample (Special Citation Award). Proceedings of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco, CA, March, 1993, #D02.  Also in Annals of Behavioral Medicine 15:S101.

84. Zachary R, Brown GR, Kendall S, Coyle C, McManis S: Psychosocial stressors and vulnerability to psychiatric distress in early-stage HIV. Proceedings of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco, CA, March, 1993, #D08.

85. Suter E, Cassem E, Murray G, Brown G R, et al: Violence in America-Effective solutions. <u>Journal of the Medical Association of Georgia</u>  84(6):253-263, 1995.

86. Brown G R: Use of methylphenidate in treating the cognitive decline associated with HIV disease<u>. Intl J Psychiatry Med</u>, 25(1):21-37, 1995.

87. Brown G R: Teen transvestites. <u>Psychiatric Times</u>, Letter to the Editor, 11(11):9, 1994.

88. Brown G R: New onset of sexual dysfunction in HIV-seropositive women: Results of a prospective study. Proceedings of the 88th Annual Scientific Meeting of the Southern Medical Association, November 3, 1994, page S54.

89. Brown G R: Cross-dressing men lead double lives. <u>Menninger Letter</u>, April, 1995.

90. Richards J, McManis S, Brown G R: Personality disorders in HIV-positive persons: association with other measures of psychiatric morbidity. (abstract) Proceedings  of the Annual Meeting of the American Psychiatric Association, NR1, page 53,   Philadelphia, PA, May 23, 1994.

91. Brown G R, Wise T, Costa P, Herbst J, Fagan P, Schmidt C: Personality characteristics and sexual functioning of 188 cross-dressing men.  <u>J Nerv Ment Disease</u>, 184(5):265-273, 1996.

92. Brown G R: The transvestite husband.  <u>Tapestry</u> 72:52-54, 1995 (substantially similar to publication #26 above).

93. Brown G R, Wise T, Costa P: Personality characteristics and sexual functioning of 188 American transgendered men: Comparison of patients with nonpatients. Proceedings of the 14th Harry Benjamin International Gender Dysphoria Symposium, pages 12-13, 1995.

94. Brown G R, Radford M, Greenwood K, Matthew  H: Sertindole Hydrochloride: A novel

15

antipsychotic with a favorable side effect profile. Southern Medical Journal, (abstract), 88(10):S58, 1995.

95. Brown G R, Radford M: Sertindole Hydrochloride: A novel antipsychotic with a favorable side effect profile. Southern Medical Journal, 90(7):691-693, 1997.

96. Zimbroff D, Kane J, Tamminga C, et al: Controlled, dose-response study of sertindole and haloperidol in the treatment of schizophrenia. Amer J Psychiatry, 154(6):782-791, 1997.

97. Ceniceros S, Brown G R, Swartz C: Tattoos, body piercing, and psychiatric disorders. Proceedings of the Fourteenth Annual ETSU Student Research Forum, abstract 501; winner of the best scientific poster in resident/fellow category, 1998.

98. Ceniceros S, Brown G R, Swartz C: Tattoos, body piercing, and psychiatric disorders. Proceedings of the Annual Meeting of the American Psychiatric Association, Toronto, Canada, June 1, 1998.

99. Ceniceros S, Brown G R: Acupuncture: A review of its history, theories, and indications. Southern Medical Journal 91(12):1121-1125, 1998.

100. Levine S, Brown G R, Coleman E, et al.: The Standards of Care for Gender Identity Disorders. International Journal of Transgenderism, 2(2):2-20, 1998.

101. Ceniceros S, Brown GR, Swartz,C: Tattoos, body piercing, and psychiatric disorders. Southern Medical Journal 91(10):S52-53, 1998.

102. M N Miller, B E Miller, R Chinouth, B Coyle, GR Brown: Increased premenstrual dosing of nefazodone relieves premenstrual magnification of depression: a double-blind, crossover study. Proceedings of the 1999 Annual Meeting of the Society for Neuroscience, Miami Beach, Florida.

103. Brown G R: Gender identity comorbid with dissociative identity disorder. Proceedings of the XVI Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, London, England, August, 1999.

104. Levine SB, Brown G R, Coleman E, et al.: The newly revised Standards of Care for Gender Identity Disorders. J Sex Educ Therapy 24(3):117-127, 1999.

105. McKenzie D, Brown G R: A study of internet usage. Southern Medical Journal 93(10):S83, 2000.

106. M N Miller, B E Miller, R Chinouth, B Coyle, GR Brown: Increased premenstrual dosing of nefazodone relieves premenstrual magnification of depression. Depression and Anxiety 15:48-51, 2002.

107. Best Practice Guidelines, Adult Behavioral Health Services, Tennessee Department of Mental Health and Developmental Disabilities, Task Force coauthor (Chairman, Cliff Tennison), July 2002.

108. Brown GR: Application of the HBIGDA Standards of Care to the Prison Setting: Recent Victories for Transgender Care in the USA. Proceedings of the 18th Biennial Symposium of the HBIGDA, Gent, Belgium, 2003.

109. Ettner R, Brown GR, White T, Shah BJ: Family and Systems Aggression Towards Therapists Working with Transgendered Clients. . Proceedings of the 18th Biennial Symposium of the HBIGDA, Gent, Belgium, 2003.

110. Brown G R:  Mental disorders among military personnel.  American Journal of Psychiatry, letter to the editor, 160(6):1190-1191, 2003.

111. Brown G R, McBride L, Williford W, Bauer M: Impact of childhood sexual abuse on bipolar disorder.   Proceedings of the 5th International Conference on Bipolar Disorders, Pittsburgh, PA, 2003.

112. Brown G R, Bauer M, McBride L, Williford W: Impact of childhood abuse on disease course in veterans with bipolar disorder. Southern Medical Journal Abstract Supplement 96(10):S34-S35, 2003.

113. Brown G R: Tinnitus: The ever-present tormentor.  The Hearing Journal 57(4):52-53, 2004.

114. Ettner R, Brown G R, White T, Shah B: Transgender client aggression towards therapists. Proceedings of the XIX Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, p. 61, Bologna, Italy, April 9, 2005.

115. Brown G R: Gender identity disorder comorbid with dissociative identity disorder:

16

review of the literature and 7 year followup case presentation. Proceedings of the XIX Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, p. 80-81, Bologna, Italy, April 9, 2005.

116. Brown G R, Bauer M S, McBride L, Williford W O: Impact of childhood abuse on the course of bipolar disorder: A replication study in U.S. veterans.  Journal of Affective Disorders 89:57-67, 2006.

117. Ettner R, White T, Brown G R, Shah, B: Transgender client aggression towards therapists. International Journal of Transgenderism, 9(2): 1-7, 2006. **DOI**: 10.1300/J485v09n02_01

118. Bauer M, McBride L, Williford W,  Glick H,  Kinosian B, Altshuler L,  Beresford T,  Kilbourne A, Sajatovic, M, Brown G R, et al: Collaborative Care for Bipolar Disorder, Part I: Intervention and Implementation in a Multi-Site Randomized Effectiveness Trial, Psychiatric Services, 57(7):927-936, 2006.

119. Bauer M, McBride L, Williford W,  Glick H,  Kinosian B, Altshuler L,  Beresford T,  Kilbourne A, Sajatovic, M, Brown G R, et al: Collaborative Care for Bipolar Disorder, Part II: Impact, Clinical Outcome, Function, and Costs, Psychiatric Services 57(7):937-945, 2006.   [Selected by journal for accompanying editorial, 57:909]

120. Brown G: Autocastration and Autopenectomy as Surgical Self-treatment in Incarcerated Persons with Gender Identity Disorder. Proceedings of the XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.

121. Belkin A, Whitten T, Brown G, Melms, M: Gender Identity and the Military. Abstract.  International Journal of Transgenderism 10(3):174, 2008.

122. Brown G, McDuffie E: Healthcare policies addressing transgender inmates in prison systems in the United States,  Journal of Correctional Healthcare,  15(4):280-291, 2009. DOI: 10.1177/1078345809340423; online version: http://jcx.sagepub.com/cgi/content/abstract/15/4/280.

123. Brown G: Recommended revisions to the World Professional Association for Transgender Health's Standards of Care section on medical care for incarcerated persons with GID, International Journal of Transgenderism, 11(2):133-139, 2009. DOI: 10.1080/15532730903008073.

124. McDuffie E, Brown G: 70 Veterans with Gender Identity Disturbances: A Descriptive Study, International Journal of Transgenderism, 12(1), 2010. DOI: 10.1080/15532731003688962.

125. Brown G: Autocastration and autopenectomy as surgical self-treatment in incarcerated persons with gender identity disorder, International Journal of Transgenderism, 12(1):31-39, 2010. DOI: 10.1080/15532731003688970.

126. Brown GR, McDuffie E: 70 Veterans with Gender Identity Disturbances: A Descriptive Study. (published abstract), Southern Medical Journal. 102(12):E10, December 2009. DOI: 10.1097/SMJ.0b013e3181c0401d

127. Rachlin  K, Dhejne C, Brown G: The Future of GID NOS in the *DSM 5*: Report of the GID NOS Working Group of a Consensus Process Conducted by the World Professional Association for Transgender Health. Interational Journal of Transgenderism 12(2):86-93,  2010. DOI: 10.1080/15532739.2010.509209

128. Crivera C, DeSourza C, Kozma C, Dirani R, et al: Resource utilization in patients with schizophrenia who initiated risperidone long-acting therapy: results from the schizophrenia outcomes utilization relapse and clinical evaluation (SOURCE),  BMC Psychiatry 11:168, 2011 (contributor as Site Principal Investigator, but not author; refer to acknowledgments) .

129. Macfadden W, DeSouza C, Crivera C, Kozma C, et al: Assessment of effectiveness measures in patients with schizophrenia initiated on risperidone long-acting therapy: the SOURCE study results. BMC Psychiatry 11:167, 2011 (contributor as Site Principal Investigator, not author; refer to Acknowledgements section)

130. Ettner R, White T, Brown G: Family and systems aggression toward therapists. International Journal of Transgenderism, 12(3):139-143,  2010. DOI: 10.1080/15532739.2010.514218.

131.  King  R, Brown G, McCrea C: Voice parameters that result in identification or

misidentification of biological sex in male-to-female transgender veterans.  International Journal of Transgenderism, 13(3):117-130, 2012.

132  Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ, Monstrey S, Adler RK, Brown GR, Devor AH, Ehrbar R, Ettner R, Eyler E, Garofalo R, Karasic DH, Lev AI, Mayer G, Meyer-Bahlburg H, Hall BP, Pfaefflin F,  Rachlin K, Robinson B, Schechter LS, Tangpricha V, van Trotsenburg M, Vitale A, Winter S, Whittle S, Wylie KR, Zucker K:  Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, International Journal of Transgenderism, 13:4,165-232 (2012). http://dx.doi.org/10.1080/15532739.2011.700873

133.  Blosnich, J., Brown, G.R., Shipherd, J.C., Kauth, M., Piegari, R.I., & Bossarte, R. Prevalence of Gender Identity Disorder (GID) and suicide risk among transgender veterans utilizing Veterans Health Administration (VHA) care.  Poster presented at the 140th Annual Meeting  & Exposition of the American Public Health Association, San Francisco, CA, October 30, 2012.

134.  Blosnich J, Brown GR, Shipherd J, Kauth M, Piegari RI, Bossarte R:  Prevalence of Gender Identity Disorder (GID) and suicide risk among transgender veterans utilizing Veterans Health Administration (VHA) care.  American  Journal of Public Health, 103(10):27-32, 2013.

135.  Brown GR: Qualitative analysis of transgender inmates' correspondence: Implications for Departments of Correction.  Journal of Correctional Health Care, 20(4):334-342, 2014.

136.  Brown GR: Qualitative analysis of transgender inmates' letters: Implications for transgender healthcare disparities.  Proceedings of the GLMA 31st Annual Conference, page 56, September, 2013.

137.  Blosnich J, Brown GR, Wojcio S, Jones KT, Bossarte RM: Mortality among veterans with transgender-related diagnoses in the Veterans Health Administration, FY2000-2009. LGBT Health, 1(4):269-276. 2014.

138.  Kauth M, Shipherd J, Lindsay J, Blosnich J, Brown GR, Jones KT: Access to Care for Transgender Veterans in VHA: 2006-2013. American  Journal of Public Health, 104(S4):S532-4, 2014.

139.  Brown GR, Jones KT: Racial health disparities in a cohort of 5.135 transgender veterans. J Racial Ethnic Health Disparities, 1:257-266, 2014; published online ahead of print, doi: 10.1007/s40615-014-0032-4, July 16, 2014.

140.  Elders J, Brown GR, Coleman E, Kolditz TA: Medical aspects of transgender military service.  Armed Forces and Society, 41(2): 199-220, 2015; published online ahead of print, DOI: 10.1177/0095327X14545625, August, 2014.

141.  Brown GR, Jones KT: Mental health and medical outcome disparities in 5,135 transgender veterans: a case-control study.  Proceedings of the 32nd Annual Conference of the Gay and Lesbian Medical Association, September 11, 2014, Baltimore, MD, page 49.

142.  Brown GR, Jones KT: Incidence of breast cancer in a cohort of 5,135 transgender veterans. Breast Cancer Research and Treatment, 149(1): pp 191-198, 2015; published online ahead of print,  DOI: 10.1007/s10549-014-3213-2, 2014.

143.  Brown GR, Jones KT: Health correlates of criminal justice involvement in 4,793 transgender veterans. LGBT Health, 2(4):297-305, 2015. DOI: 10.1089/lgbt.2015.0052

144.  Brown GR: Breast cancer in transgender veterans: A ten case series. LGBT Health, 2(1):77-80, 2015.

145.  Shipherd JC, Kauth  MR, Firek AF, Garcia R,, Mejia S, Laski  SJ, Walden B, Perez-Padilla S, Lindsay JA., Brown G, Roybal L,  Keo-Meier C, Knapp H, Johnson L, Reese RL, & Byne W: Interdisciplinary transgender veteran care: Development of a core curriculum for VHA providers. Transgender Health, 1(1):54-62, 2016.

146. Brown GR, Jones KT: Mental health and medical outcome disparities in 5135

transgender veterans receiving health care in the Veterans Health Administration: A case-control study. LGBT Health. 3(2):122-131, 2016.

147. Feldman J, Brown G, et al: Priorities for transgender medical and mental health care research. Current Opinion in Endocrinology, Diabetes, and Obesity, February 2016 DOI: 10.1097/MED.0000000000000229

148. Brown GR, Jones KT: Health correlates of criminal justice involvement in 4,793 transgender veterans. Abstract publication, Proceedings of the Annual National Conference on Correctional Health Care, p43, abstract 505, 2015.

149. Blosnich J, Kauth M, Shipherd J, Gao S, Gordon A, Marsiglio M, Brown GR, Fine M: Mental health of transgender veterans in US states with and without discrimination and hate crime legal protection. Amer J Pub Health. 106(3):534-540, 2016 DOI: 10.2105/AJPH.2015.302981

150. Reisner S, Deutsch M, Bhasin S, Bockting W, Brown GR, Feldman J, et al: Advancing methods for US transgender health research. Current Opinion in Endocrinology, Diabetes, and Obesity. February 2016 DOI: 10.1097/MED.0000000000000229

151. Brown GR, Jones KT: Utilization of pharmacy benefits by transgender veterans receiving care in the Veterans Health Administration. In preparation, 2016.

152. Blosnich J, Marsiglio M, Dichter M, Gao S, Gordon A, Shipherd J, Kauth M, Brown GR, Fine M: Impact of social determinants of health on medical conditions among transgender veterans. American Journal of Preventive Medicine. In Press, 2016.


**BOOK CHAPTERS:**

1.      Brown G R: Therapeutic Effect of Silence. In Strean H (ed.): Psychoanalytic Technique, Haworth Press, New York, 1988.

2.      Brown G R: Gender reassignment: Psychiatric, endocrinologic, and surgical management (with Leiter E, Futterwit W). Chapter 68. In Webster G, Kirby R, King L, Goldwasser B (eds.): Reconstructive Urology, Blackwell Scientific Publications, London, 1992.

3.      Goldschmidt M, Temoshok L, Brown G R: Women and HIV/AIDS. In Niven C, Carroll D (Eds.): The Health Psychology of Women, Harwood Academic Publishers, London, 1993.

4.      Brown G R, Philbrick K: Sexual and Gender Identity Disorders in the Consultation-Liaison Psychiatry Setting. In Rundell J, Wise M (Eds.): Textbook of Consultation-Liaison Psychiatry, APA Press, Washington, D.C., 1996.

5.      Brown G R: Transvestism. Chapter 71, pages 1977-2000. In Gabbard G (Ed.): Treatments of Psychiatric Disorders: The DSM-IV Edition, APA Press, Washington, D.C., 1995.

6.      Brown G R: Women in the Closet: Relationships with Transgendered Men. In Denny D (Ed.): Current Concepts in Cross-Gender Identity: A New Synthesis, Chapter 21, pp. 353-371, Garland Press, New York, 1998.

7.      Brown G R, Kendall S, Ledsky R: Sexual Dysfunction in HIV-Seropositive Women Without AIDS. In Ross M (Ed): HIV/AIDS and Sexuality, Haworth Press, New York, 73-98, 1995.

8.      Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual, 17th (Centennial) Edition, Merck Research Labs, Rahway, N.J., 1999.

9.      Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information, Home Edition, Merck Research Labs, Rahway, N.J., 1997.

10.     Brown G R, Philbrick K: Sexual and Gender Identity Disorders in the Consultation-Liaison Psychiatry Setting. In Rundell J, Wise M (Eds.): Concise Guide to the Textbook of Consultation-

Liaison Psychiatry, APA Press, Washington, D.C., 1999.

11.     Brown G R: Transvestism.  In Gabbard G and Atkinson S (Eds.): Synopsis of Treatments of Psychiatric Disorders, Second Edition, APA Press, Washington, D.C., 829-836, 1996.

12.     Brown G R: Transvestism and Gender Identity Disorders. .  In Gabbard G (Ed.): Treatments of Psychiatric Disorders, Third Edition, APPI, Washington, D.C., Chapter  73, pages 2007-2067, 2001.

13.     Brown G R, Gass G, Philbrick K: Sexual and Gender Identity Disorders in the Consultation-Liaison Psychiatry Setting. In  Rundell J, Wise M (Eds.): Textbook of Consultation-Liaison Psychiatry, Second Edition, APA Press, Washington, D.C. Chapter 22, pages 455-476, 2002.

14.     Brown G R, Ceniceros S: Human Sexuality in Health and Disease. In Wedding D (Ed.): Behavior and Medicine, 3rd Edition, Hogrefe & Huber, Seattle, Chapter 12, pages 171-183, 2001.

15.     Brown G R: Sexuality.  In Beers M (Ed): The Merck Manual of Medical Information, Home Edition, 2nd Edition, Merck Research Labs, Rahway, N.J., 2003.

16.     Brown GR, Haaser RC: Sexual Disorders in the General Hospital Setting.  In Levenson J (ed): Consultation-Liaison Psychiatry, American Psychiatric Press Inc., Washington, D.C., Chapter 17, pages 359-386, 2004.

17.     Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information,  18th edition,   Chapter 203, Merck Research Labs, Rahway, N.J., 2006.

18.     Rahimian J, Bergman J, Brown G R, Ceniceros S: Human Sexuality. In Wedding D and Stuber M (Ed): Behavior and Medicine, 4th Edition, Hogrefe & Huber, Seattle, Chapter 12, 2006 (currently being used as the core textbook in a number of medical school curricula, including ETSU).

19.     Brown GR: Gender Disorders and Sexual Dysfunctions. The Merck Manual of Women's and Men's Health. Simon & Schuster, Pocket Books, Chapter 2, pages 21-29, 2007.

20.     Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information,  19th edition,  Chapter 203, Merck Research Labs, Rahway, NJ, July, 2011.

21.     Brown G R: Sexual Disorders. In Berkow R (Ed): The Merck Home Health Handbook, Second Edition, Chapter 135, pages 627-630, Merck Research Labs, Whitehouse Station, NJ, 2009.

22.     Rahimian J, Bergman J, Brown G R, Ceniceros S: Human Sexuality. In Wedding D and Stuber M (Ed): Behavior and Medicine, 5th Edition, Hogrefe & Huber, Seattle, Chapter 12, pages 153-164, 2010 (currently being used as the core textbook in a number of medical school curricula).

23.     Brown G R: Gender Dysphoria and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information, 20th edition, Merck Research Labs, Rahway, NJ, , on line open access textbook chapter available at: http://www.merckmanuals.com/professional/psychiatric-disorders/sexuality,-gender-dysphoria,-and-paraphilias/gender-dysphoria-and-transsexualism, 2016.

24.     Brown G R: Gender Dysphoria and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information, Home Edition, 20th edition, Merck Research Labs, Rahway, NJ, on line open access textbook chapter available at: http://www.merckmanuals.com/home/mental-health-disorders/sexuality/gender-dysphoria-and-transsexualism,  2016.

**BOOK REVIEWS:**

Garner D M, Garfinkel P E (eds.): Diagnostic Issues in Anorexia Nervosa and Bulimia Nervosa. Reviewed for Journal of Nervous and Mental Diseases, 177(5):307-308, 1989.

Kanas N: Group Therapy for Schizophrenic Patients.  Reviewed for Psychiatric Times, June, 1997.

**PROFESSIONAL PUBLICATIONS REVIEWED/EDITED:**

Reviewer, Journal of Clinical Psychiatry, 1987 to present
Reviewer, Psychosomatics, 1989 to present
Reviewer, Journal of AIDS, 1990 to 2001
Reviewer, Psychology and Health, 1992
Editorial Board, San Antonio M.D., 1991-1993
Reviewer, International Journal of Psychiatry in Medicine, 1994-2006
Reviewer, CNS Drugs, 1995-2002.
Reviewer, Southern Medical Journal, 1995-2013
Reviewer, AIDS Patient Care, 1996-2003
Editorial Board, International Journal of Transgenderism, 1997-present
Reviewer, Federal Practitioner, 2000-present
Reviewer, Journal of the American Geriatrics Society, 2000-2003
Reviewer, Bipolar Disorders, 2005-present
Reviewer, Journal of Sexual Medicine, 2009-present
Reviewer, European Psychiatry, 2010-present
Reviewer, International Journal of Sexual Health, 2011-present
Reviewer, American Journal of Public Health, 2011-present
Editorial Board, LGBT Health, 2013-present
Reviewer, Canadian Medical Association Journal, 2013-present
Reviewer, Suicide and Life-Threatening Behavior, 2015-present
Editorial Board, Transgender Health, 2015-present

**PRESENTATIONS:**

Behavioral Medicine Lecture Series, Kettering Medical Center, Kettering, Ohio.  Ten
        parts. January 24-June 25, 1985.
"Sex Reassignment Surgery: Surgical Cure or Well-Meaning Mutilation?", Good Samaritan
        Hospital, Dayton, Ohio. March 5, 1985.
"The Difficult Patient:  Recognition, Understanding, and Management", The Marriott
        Hotel, Dayton, Ohio.  March 6, 1985, (Category I, CME credit).
"Transsexualism:  Literature Review and Case Report", Wright State University, Dayton,  Ohio.
        March 19, 1985.
"Pseudoseizures:  When is a Jerk not a Fit?", Bergamo Conference Center, Kettering,
        Ohio.  April 19, 1985. (Category I, CME credit).
"Transsexualism:  What Sex am I?", University Center, Wright State University, Dayton,
        Ohio.  September 17, 1985.

"Transsexualism and the Military", Good Samaritan Hospital, Dayton, Ohio.  March 18, 1986.

"Clinical Utility of the House-Tree-Person Test", Diversion Program, Dayton, Ohio. April 9, 1986.

"The Silent Mitwelt", Bergamo Conference Center, Kettering, Ohio.  April 18, 1986. (Category I, CME credit).

"Clinical Recognition of Alexithymia", Diversion Program, Dayton, Ohio. June 3, 1986.

"Male-to-Female Transsexualism - Case Study", Case Western Reserve University, Cleveland, Ohio. July 18, 1986.

"Zoophilia: Literature Review and Case Study", Case Western Reserve University, Cleveland, Ohio. July 31, 1986.

"Neuropsychiatry of Alexithymia", Good Samaritan Hospital, Dayton, Ohio. October 14,    1986.

"Penile Auto-Injection: New Treatment for Organic Impotence", Diversion Program, Dayton, Ohio. August 12, 1986.

"Gender Identity Development in Children and Adolescents", Diversion Program, Dayton, Ohio. August 26, 1986.

"Paraphilias", Good Samaritan Hospital Seminar, Dayton, Ohio. November 17, 1986.

"Introduction to Gender Disorders", Good Samaritan Hospital, Dayton, Ohio. December 15, 1986, January 5, 1987.

"Strategic Psychotherapy, Part I", Wright State University, Department of Psychiatry, Dayton, Ohio.  December 23, 1986.

"Strategic Psychotherapy, Part II", Wright State University, Department of Psychiatry, Dayton, Ohio. December 30, 1986.

"Transsexualism: Dilemmas in Diagnosis", Good Samaritan Hospital, Dayton, Ohio. January 19, 1987.

"Transsexualism: Live Interview Presentation", Wright State University, Department of Psychiatry, Dayton, Ohio. January 20, 1987.

"Anxiety Disorders: New Treatment Approaches", Wright State University, Department of Family Practice, Dayton, Ohio. January 29, 1987.

"Gender Dysphoria", Wright State University Medical School, Dayton, Ohio. February 10, 1987.

"Bioethical Issues in Sex Reassignment", Good Samaritan Hospital, Dayton, Ohio. February 2, 1987.

"Mycobacterium xenopi Pulmonary Infection Complicated by Anorexia Nervosa", presentation at the 29th Annual Meeting of the Society of Air Force Physicians, New Orleans, Louisiana. March 23, 1987.

"The Transsexual Flight into Hypermasculinity", presentation at the Tenth International Symposium on Gender Dysphoria, Amsterdam, The Netherlands. June 10, 1987.

"Grand Rounds: Gender Disorders", Institute of Living, Hartford, Connecticut, April 30, 1987.

"Affective Disorders", three hour lecture series, Wilford Hall Medical Center, San Antonio, Texas, September, 1987.

"Grand Rounds: Transsexualism", Maine Medical Center, Portland, Maine, November 4,   1987.

"Opportunistic Infection in Anorexia Nervosa", 34th Annual Meeting of The Acadamy of Psychosomatic Medicine, Las Vegas, Nevada, November 14, 1987.

"Grand Rounds: Gender Disorders, An Overview", Wilford Hall Medical Center, San Antonio, Texas, December 17, 1987.

"Women Who Marry Transvestites", accepted for presentation at XXI Annual Meeting of AASECT, San Francisco, California, April 26, 1988 (no funding available).

"Psychiatric Manifestations of HIV Infection", Texas Medical Association Annual Session, San Antonio, Texas, May 13, 1988.

"Introduction to Gender Disorders", University of Texas Health Science Center, San Antonio, Grand Rounds, September 27, 1988.

"Transsexualism and Gender Disorders", Bexar County Psychiatric Society, San Antonio, Texas, October 18, 1988.

"Psychiatric Diagnoses in HIV-seropositive Air Force Personnel", Maine Medical Center,

Portland, Maine, November 5, 1988.
"Symposium on HIV-seropositivity and Psychiatry", Program Coordinator, Behavioral
         Health Sciences Symposium, Sheppard AFB, Wichita Falls, Texas,
         November 8, 1988.
"Childhood Gender Disorders", Laurel Ridge Hospital, San Antonio, Texas, January 24,
         1989.
"Prospective Study of Psychiatric Morbidity in HIV-seropositive Women", Annual Meeting of the
         American Psychosomatic Society, San Francisco, California, March 10, 1989.
"Psychiatric Findings in HIV-seropositive Air Force Women", Walter Reed Army Institute of
         Research, Bethesda, Maryland, March 31, 1989.
"Psychiatric findings in HIV-seropositive persons in a mandatory HIV screening
         program", (abstract and poster session, with J Rundell, S Paolucci), Fifth
         International Conference on AIDS, Montreal, Canada, June 5, 1989.
"Alcohol Use and HIV-seropositivity", (poster presentation, with K Drexler, J Rundell),
         American Psychiatric Association Annual Meeting, San Francisco,
         California, May, 1989.
"Current Legal Status of Transsexualism in the Military Setting", Eleventh International
         Symposium on Gender Dysphoria, Cleveland, Ohio, September, 1989.
"Grand Rounds: Transsexualism in the Military", Wilford Hall Medical Center, December 14, 1989
         (videotape available on request).
"Psychosexual and Gender Disorders", 6 session advanced seminar for psychiatric
         residents, University of Texas Health Science Center, San Antonio, January to February,
         1990.
"Update on HIV Psychiatric Research in the USAF: 1990", Behavioral Health Sciences
         Symposium, Wichita Falls, Texas, 25 April, 1990.
"Psychiatric Morbidity in HIV-seropositive Women without AIDS", 143rd Annual Meeting of the
         American Psychiatric Association, New York, May 14, 1990.
"HIV Infection and Perception of Social Support", (Rundell, Ursano, Brown), 143rd
         Annual Meeting of the American Psychiatric Association, New York, May 14, 1990.
"Relative Frequency of HIV Disease as a Cause of Mood Disorder in a General Hospital",
         (Rundell, Brown), Neurological and Neuropsychological Complications of HIV Infection
         Conference, Monterrey, California, June 17, 1990.
"CSF Parameters, Immune Status, Serum Viral Titers, Anxiety, and Depression in HIV
         Disease", (Rundell, Praus, Brown), Neurological and Neuropsychological
         Complications of HIV Infection Conference, Monterrey, California,
         June 17, 1990.
"CSF Findings and Request for Psychiatric Examination in HIV-Infected Patients",
         (Rundell, Brown, et al.), poster presentation, Neurological and Neuropsychological
         Complications of HIV Infection Conference, Monterrey, California, June 17-19, 1990.
"Methods Employed by and Length of Knowledge of HIV-Seropositivity of HIV-infected
         Suicide Attempters", (Rundell, Brown, Kyle, et al.), 37th Annual Meeting of
         the Academy of Psychosomatic Medicine, Phoenix, Arizona, November 18, 1990.
"Psychiatric Morbidity in HIV-seropositive Women: Results of a Three Year Prospective
         Study", (Brown, Rundell, Temoshok, et al.), 37th Annual Meeting of the
         Academy of Psychosomatic Medicine, Phoenix, Arizona, November 16, 1990.
"Psychiatric Issues in the Evaluation of Spouses of Cross-dressers," Fairfax Hospital,
         Falls Church, Virginia, November 30, 1990.
"Measurement of Negative Affect in HIV-seropositive Individuals," (Jenkins, Carey,
         Temoshok, Brown, et al.), 12th Annual Meeting of The Society of Behavioral Medicine,
         Washington, D.C., March 20, 1991.
 "Psychiatric and Neuropsychiatric Morbidity in Early HIV Disease," Grand Rounds
         presentation with S. McManis, University of Texas Health Science Center,
         San Antonio, Texas, April 30, 1991.
"Neuropsychiatric Impairment Early in the Course of HIV Infection," (McManis, Brown,
         Zachary, et al.), 7th International Conference on AIDS, Florence, Italy, June 17, 1991.
Nine presentations/new research posters/symposia presented at the 144th Annual

23

Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 11-15, 1991 (see Publications section, #50-58, for titles).

Two presentations at the 7th International Conference on AIDS, Florence, Italy, June 15-17, 1991 (see Publications section, #59-60, for titles).

"Methodological Advantages of Comprehensive Multidisciplinary Consultation-Liaison Psychiatry Research: HIV Research as a Model," (Rundell, Temoshok, Brown, et al.), Annual Meeting of the Academy of Psychosomatic Medicine, Atlanta, Georgia, October 17, 1991.

"HIV Psychiatric Research in the Air Force," Grand Rounds presentation, Mayo Clinic, Rochester, Minnesota, July 9, 1991.

"Neuropsychiatric Morbidity in early HIV Disease: Implications for Military Occupational Function," (Brown, Rundell, McManis, Kendall), Aerospace Medicine Symposium on Allergic, Immunological, and Infectious Disease Problems in Aerospace Medicine, NATO Advisory Group for Aerospace Research and Development Conference, Rome, Italy, October, 1991; presented by J. Rundell in my absence due to lack of funding.

Four oral presentations and two poster presentations at the First International Conference on the Biopsychosocial Aspects of HIV Infection, Amsterdam, The Netherlands, 22-25 September, 1991 (see Publications section, #61-66, for titles).

"Biopsychosocial HIV Research in the U.S. Military," Invited Grand Rounds presentation, University of South Dakota School of Medicine, Sioux Falls, South Dakota, October 25, 1991.

"Biopsychosocial Issues in Treating HIV-seropositive Women," Fairfax Hospital Evening CME Lecture Series, Falls Church, Virginia, December 11, 1991.

"Psychiatric Issues in Women with HIV," Fairfax County Health Department, Falls Church, Virginia, December 12, 1991.

"Suicidality in Men with Early HIV Disease," American Psychosomatic Society 50th Annual Meeting, New York, New York, April 1, 1992.

USAF HIV "Train-the-Trainer" Course; course organizer, presenter, and comprehensive course assessment (pretest, posttests), San Antonio, Texas, April 7-9, 1992.

"Clinical Utility and Diagnostic Sensitivity of the Michigan Alcoholism Screening Test in Patients with HIV Disease," (Rundell, Brown), Annual Meeting of the Academy of Psychosomatic Medicine, San Diego, CA, October 31, 1992.

"Longitudinal Neuropsychological Findings in HIV Positive Males," (Goethe, Richie, Brown, et al), 8th International AIDS Conference, Amsterdam, The Netherlands, July 20, 1992.

"HIV and Women: Challenge for the 90's," Grand Rounds presentation, Geisinger Medical Center, Danville, PA, August 6, 1992.

"Psychosocial Dimensions of Depression in Early HIV Disease," (Jenkins R, Rundell J, Brown G, Law W, Temoshok L), Annual Meeting of the American Psychological Association, Washington, D.C., August 15, 1992.

"Psychiatric Presentations of HIV Disease," AIDS and Mental Health Program sponsored by San Antonio VA and UTHSC-SA, Corpus Christi, TX, September 18, 1992.

"Major Depression in HIV Disease Before AIDS: Clinical Features and Associated Factors," (Rundell J, Brown G, Jenkins R, Kendall S, Temoshok L), Annual Meeting of the Academy of Psychosomatic Medicine, San Diego, CA, 29 October, 1992.

"HIV Risk Behavior Surveys in the U.S. Military -- What Have We Learned?," Wilford Hall Medical Center Scientific Group Meeting, San Antonio, TX, 16 November 1992.

"Biopsychosocial Aspects of Early HIV Disease in Women," Grand Rounds, Michigan State University/St. Lawrence Hospital, Lansing, MI, 18 December 1992.

"Methodological Issues in Assessing Risk Behaviors in an HIV Sero-positive Military Sample," (Coyle C, Blake S, Brown GR, Ledsky R, Temoshok L), Special Citation Poster Presentation, Proceedings of the Fourteenth Annual Meeting of the Society of Behavioral Medicine, San Francisco, CA, March 10, 1993.

"Gender differences in transmission risk behavior, affect, and social support in

HIV-positive individuals," (Nannis E, Temoshok L, Jenkins R, Blake S, Sharp
E,Jenkins P, Brown G, Patterson T, Coyle C, Brandt U, Johnson C),Proceedings
of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San
Francisco, CA, March 10, 1993.

"Psychosocial stressors and vulnerability to psychiatric distress in early-stage HIV,"
(Zachary R, Brown GR, Kendall S, Coyle C, McManis S), Proceedings of
the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco,
CA, March 10, 1993.

"Establishing databased research in an academic department of psychiatry," invited
address to the Department of Psychiatry, Jefferson Medical College, College of
Physicians, Philadelphia, PA, April 30, 1993.

Two Workshops, three poster sessions, 1993 Annual Meeting of the American Psychiatric
Association, San Francisco, CA, May 22-24, 1993.

"Treating Depression in Early HIV Disease," Grand Rounds, Oklahoma University
School of Medicine, Oklahoma City, OK, December 1, 1993.

"Diagnosis and Treatment of Transvestism," Tulane University School of Medicine,
Department of Psychiatry presentation, December 2, 1993.

"Psychiatric Disorders in Early HIV Disease," Grand Rounds, Tulane University School
of Medicine, New Orleans, LA, December 3, 1993.

"Diagnosis and Treatment of Gender Identity Disorders," invited presentation at Keesler Air Force
Base Medical Center, Biloxi, MS, January 13, 1994.

"Personality Disorders in HIV-positive Persons: Association with Other Measures of
Psychiatric Morbidity," poster presentation, (Richards J, McManis S, Brown G),
Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May
23, 1994.

"Psychiatric Issues in HIV/AIDS," invited presentation, Huntsville Mental Health
Community, Huntsville Space and Science Center, Huntsville, AL, November
12, 1994.

"Diagnosis and Treatment of Gender Identity Disorders," Grand Rounds, Tulane
University School of Medicine, New Orleans, LA, April 29, 1994.

"Management of Depression in Early HIV Disease," Upper East Tennessee Psychiatric
Association Meeting, Kingsport, TN, June 2, 1994.

"Sertindole in the Treatment of Chronic Schizophrenia: a Phase III Controlled Trial,"
Grand Rounds, East Tennessee State University, Johnson City, TN,
September 30, 1994.

"New Onset of Sexual Dysfunction in HIV-seropositive Women: Results of a Prospective Study,"
88th Annual Scientific Assembly of the Southern Medical Association, Orlando, Florida,
November 3, 1994.

"Gender Identity Disorders in the VAMC Setting," Grand Rounds, Atlanta VAMC,
December 13, 1994.

"Managing Depression in Early Stage HIV Disease," Grand Rounds, Salem VAMC,
December 22, 1994.

"Biopsychosocial Aspects of HIV Disease in Men," Invited Speaker, Mississippi Pharmacists
Association MidWinter Meeting, Jackson, MS, February 12, 1995.

"Biopsychosocial Aspects of HIV Disease in Men," Invited Speaker, Mississippi Pharmacists
Association MidWinter Meeting, Oxford, MS, February 19, 1995.

"Biopsychosocial Aspects of HIV Disease in Women," Grand Rounds, East Tennessee
State University, Johnson City, TN, March 17, 1995.

"Managing Insomnia," primary care provider educational meeting, Bristol, TN, May 22,
1995.

"Diagnosis and Treatment of Gender Identity Disorders: DSM-IV Approach," Grand
Rounds, Geisinger Medical Center, Danville, PA, June 15, 1995.

"Psychosocial Characteristics of 739 Transgendered Men," (Brooks G, Brown GR,
Askew J), 41st Annual Meeting of the Southeastern Psychological Association,
Savannah, GA, March 12, 1995.

"Personality Characteristics and Sexual Functioning of 188 American Transgendered

Men: Comparison of Patients with Nonpatients."  14th Harry Benjamin
International Gender Dysphoria Symposium, Irsee/Ulm Germany, September 9,
1995.

"Sertindole HCI: A Novel Antipsychotic With a Favorable Side Effect Profile." 89th
Scientific Assembly of the Southern Medical Association, Kansas City, Missouri,
November 17, 1995.

"Long term Safety of Treatment with Sertindole, a Novel Antipsychotic." (Radford M,
Brown GR, Matthew H) poster, 89th Scientific Assembly of the Southern  Medical
Association, Kansas City, Missouri, November 17, 1995.

"Diagnosis and Newer Treatments for Schizophrenia." Invited Presentation.  Central
Appalachia Services, Kingsport, TN, December 7, 1995.

"Personality and Sexuality in Transvestism." Grand Rounds, University of Texas Health
Sciences Center, San Antonio, Texas, December 12, 1995.

"HIV/AIDS and Sexuality." Grand Rounds, Wilford Hall Medical Center, San Antonio,
Texas, December 14, 1995.

"How Research Can Enhance Your Career."  Invited Presentation to Department of
Psychiatry, Wilford Hall Medical Center, San Antonio, Texas, December 13, 1995.

"Conducting Research With Stigmatized Populations." Journal Club Presentation,
University of Texas Health Sciences Center, Department of Psychiatry, San
Antonio, Texas, December 12, 1995.

"Sexuality in HIV/AIDS." Grand Rounds, Bowman Gray Medical School, Department of
Psychiatry, Wake Forest University, Winston-Salem, North Carolina, January 19, 1996.

"Gender Identity Disorders."  Grand Rounds, Lakeshore Mental Health Institute,
Knoxville, Tennessee, February 14, 1996.

"New Approaches to the Management of Schizophrenia," Helen Ross McNabb Center,
Knoxville, Tennessee, February 14, 1996.

"Diagnosis and Management of Gender Dysphoria," Grand Rounds, University of
Alabama at Birmingham, March 5, 1996.

"Depression and Primary Care," Morristown, TN Primary Care Provider's CE Group,
Morristown, TN, June 27, 1996.

"Personality and Sexuality in Transgendered Men," paper presentation, American
Psychological Association, Toronto, Canada, August 13, 1996.

"Gender Identity Disorders," paper presentation at Southern Psychiatric Association
Annual Meeting, Santa Fe, New Mexico, September 25, 1996.

"Sleep Disorders," Grand Rounds, Salisbury VAMC, Salisbury, North Carolina, August
21, 1996.

"Depression in Primary Care Settings," Nurse Practitioner-Physician Assistant Association of
Northeast Tennessee, Johnson City, Tennessee, September 11, 1996.

Visiting Professorship, Menninger Clinic and Foundation; included Grand Rounds, case
presentation and discussion, meetings with residents and staff; Topeka,   KS, October
10-11, 1996.

"New Approaches to the Treatment of Schizophrenia," Grand Rounds, Lakeshore
Mental Health Institute, Knoxville, Tennessee, October 30, 1996.

"HIV Disease in Women: Sexual Manifestations," symposium presentation at Academy
of Psychosomatic Medicine Annual Meeting, San Antonio, Texas,
November 14, 1996.

"HIV and Sexuality," Grand Rounds, Atlanta VAMC/Emery University, Atlanta, Georgia,
December 3, 1996.

"Santa Claus is a Cross-Dresser (and so are his little elves)," invited address for the
Upper East Tennessee Psychiatric Association, a component of the Tennessee
District Branch of the American Psychiatric Association, Johnson City, TN,
December 9, 1996.

"Depression and Sexuality," Tazewell County Medical Society, Richlands, Virginia,
March 25, 1997.

"Identifying and Treating Depression in Primary Care," Annual Meeting of the Nurse
Practitioner's and Physician's Assistants of East Tennessee, Johnson City, TN, March

25, 1997.

"Managing Sexual Side Effects of Antidepressant Treatment," Harlan County Medical
Society, Harlan, Kentucky, March 11, 1997.

"Depression and Intimacy," Chatanooga Psychiatric Society, Chatanooga, TN, April 21,
1997.

"Depression and Sexuality," Lakeshore Mental Health Institute Grand Rounds, Knoxville, TN,
April 9, 1997.

"Managing Sexual Side Effects of Antidepressants," Southern Highlands Pharmacist's
Society, Abingdon, Virginia, April 29, 1997.

"Transgendered Families," Lakeshore Mental Health Institute Grand Rounds, Knoxville,
TN, April 30, 1997.

"Depression and Intimacy," Buchanan County Medical Society, Grundy, VA, May 8, 1997.

"Depression, Sexuality, and Treatment," Highlands Psychiatric Society, Abingdon, VA,
May 9, 1997.

"Managing Sexual Side Effects of Antidepressants in Primary Care," Chatanooga
Family Practice Association, Chatanooga, TN, May 20, 1997.

"Double Trouble: Depression and Anxiety in Primary Care," LeFlore County Medical
Center, Greenwood Mississippi, May 29, 1997.

"HIV and Sexuality," ETSU Medicine and Sexuality Symposium, Johnson City, TN, June
13, 1997.

"Depression and Sexuality," ETSU Medicine and Sexuality Symposium, Johnson City,
TN, June13, 1997.

"Transgenderism," Grand Rounds, Overlook Mental Health Center, Knoxville, TN, June
25, 1997.

"Managing Sexual Side Effects of Antidepressants in Primary Care," Wise County
Medical Society, Norton, Virginia, July 11, 1997.

"APA Guideline on the Treatment of Schizophrenia," Smoky Mountain Chapter of the
Tennessee Psychiatric Association, Knoxville, TN, July 22, 1997.

"Nicotine Dependence: Kicking the Habit," August Monthly Meeting of the Tricities
Nurse Practitioner-Physician Assistants Association, Johnson City, TN, August
14, 1997.

"Biopsychosocial Issues in Women with HIV Disease," Monthly Meeting of OB-GYN
Society of Tricities, Johnson City, TN, August 26, 1997.

"Revision of the HBIGDA Standards of Care: Opportunities and Controversies,"
Biannual Meeting of the Harry Benjamin International Gender Dysphoria  Association,
Vancouver, British Columbia, Canada, September 11, 1997.

"Anxiety and Depression in Primary Care: Double Trouble," Primary Care Grand
Rounds, Fort Campbell, KY, October 1, 1997.

"Treatment Guidelines for Schizophrenia," Psychiatry Grand Rounds, Lexington VAMC,
Lexington, KY, September 17, 1997.

"Gender Dysphoria in the Military Setting," Grand Rounds, Wilford Hall Medical Center,
San Antonio, TX, December 18, 1997.

"Clinical Issues in Transgendered Families," Grand Rounds, University of Texas Health
Sciences Center, San Antonio, December 16, 1997.

"Depression and Sexuality," Southwest Virginia Counsel of Nurse Practitioners,
Abingdon, Virginia, November 1, 1997.

"Depression and Anxiety Disorders in Primary Care," Annual Meeting of the Nurse
Practitioner Physician Assistant Association of Northeast TN, Johnson City, TN, February
23, 1998.

"Differentiating SSRI's in Clinical Practice," Richmond Psychiatric Society Meeting,
Richmond, VA, January 22, 1998.

"Gender Identity Disorders," Grand Rounds, University of VA, Roanoke, VA, February
19, 1998.

"Smoking Cessation: Modern Approaches," Monthly Meeting of the East TN Hospital
Pharmacists Association, Kingsport, TN, February 24, 1998.

"Identification and Treatment of Gender Dysphoria Syndromes," Grand Rounds,

University of Mississippi, Jackson, MS, February 27, 1998.

"Gender Dysphoria Syndromes in Primary Care," Nurse Practitioner Physician Assistant Association of Northeast TN, Kingsport, TN, March 19, 1998.

"Treatment Guidelines for Schizophrenia," Grand Rounds, University of Kentucky, Louisville, KY, April 23, 1998.

"Gender Identity Disorders," Grand Rounds, University of Alabama at Huntsville, Huntsville, AL, May 21, 1998.

"Nicotine Reduction Strategies," Grand Rounds, Southwest Virginia Mental Health Institute, Marion, VA, May 27, 1998.

"Depression and Anxiety Management in Primary Care," East Tennessee State University Dept. of Psychiatry Symposium on "Psychiatry in the Trenches", Johnson City, TN, June 12, 1998.

"Managing Depression in Primary Care," Grand Rounds, Internal Medicine Department, East Tennessee State University, Johnson City, TN, June 16, 1998.

"Mood Disorders in Women," Roanoke Psychiatric Society, Roanoke, VA, June 17, 1998.

"Gender Identity Disorders," Grand Rounds, Loyola University Strich School of Medicine, Chicago, IL, June 18, 1998.

"Standards of Care for Gender Identity Disorders," Grand Rounds, University of Louisiana, Baton Rouge, LA, July 21, 1998.

"Depression and Sexuality," Fall Symposium of the Mental Health Association of Knoxville, September 11, 1998.

"Pharmacotherapy of Agitation in the Elderly," Kentucky Pharmacists' Association, Lexington, Kentucky, September 20, 1998.

"Women and Mood/Anxiety Disorders," monthly meeting of the Nurse Practitioners-Physician Assistants, Johnson City, TN, October 1, 1998.

"Killing the Bore: How to Give Effective Medical Presentations That Keep an Audience Awake," Grand Rounds, ETSU Dept. of Psychiatry, Johnson City, TN, October 16,1998.

"Pharmacologic Management of Agitation in the Elderly," Detroit Psychiatric Society, Detroit, Michigan, December 22, 1998.

"Nicotine Dependence: Kicking the "Habit," Wise County Medical Society, Wise, Virginia, January 14, 1999.

"Mood Disorders in Women," Chatanooga Psychiatric Society, Chatanooga, TN, January 18, 1999.

"From Menarche to Menopause: Mood and Anxiety Disorders in Women," Greene County Medical Society, Greeneville, TN, February 2, 1999.

"From Menarche to Menopause: Mood and Anxiety Disorders in Women," Annual Meeting of the TriCities Nurse Practitioner-Physician Assistant Association, Johnson City, TN, February 23, 1999.

"Comparison of Risperidone and Olanzapine: RIS-112 Study," Upper East TN Psychiatric Society, Johnson City, TN, March 4, 1999.

"New Directions in Treating Schizophrenia," CME, Inc. sponsored faculty member, Los Angeles, California, March 27, 1999.

"Pharmacologic Management of Agitation in Dementia," University of Alabama Pharmacotherapeutics Conference, Huntsville, AL, April 24, 1999.

"Mood and Anxiety Disorders in Women," University of Alabama Pharmacotherapeutics Conference, Huntsville, AL, April 24, 1999.

"Behavioral Problems in Dementia," Grand Rounds, Alvin York VAMC, Murfreesboro, TN, April 29, 1999.

Pharmacological Management of Agitation in Dementia," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN, May 7, 1999.

"Psychiatric Disorders in Women," Women's Health Symposium, University of Alabama, Huntsville, AL, May 14, 1999.

"Loxitane: A New Look at an Old Drug," Lakeshore Mental Health Institute, Knoxville, TN, June 4, 1999.

"Psychiatric Disorders in Women," University of Tennessee at Knoxville, OB-GYN Grand Rounds, June 4, 1999.

"Working With Transgendered Clients," workshop presented at A Search for New Understanding of Lesbian, Gay, and Bisexual Issues, East Tennessee State University, Johnson City, TN, September 24, 1999.

"Optimizing Treatment for Schizophrenia", CME, Inc. Symposium, Cleveland, Ohio, September 25, 1999.

"Diagnosis and Treatment of Depression in Primary Care," Grand Rounds, James H. Quillen VA Medical Center-ETSU Department of Medicine, Johnson City, TN, September 28, 1999

"Gender Identity Disorder," Annual Meeting of the Southern Psychiatric Association, Hot Springs, Virginia, September 30, 1999.

"Management of Insomnia," Annual Meeting of the Tennessee Association of Physicians' Assistants, Gatlinburg, TN, October 12, 1999.

"Sexual Dysfunction in Primary Care Practice," Behavioral Health in Primary Care Symposium, East Tennessee State University, Johnson City, TN, October 16, 1999.

"Management of Insomnia: New Directions," monthly meeting of the Upper East Tennessee Psychiatric Association, Bristol, TN, October 19, 1999.

"Depression and Anxiety in Women Through the Life Cycle," Johnson City Women's Health Center Grand Rounds, Johnson City, TN, October 27, 1999.

"Selecting Antidepressant Treatment," invited presentation and panel discussion, New Orleans Academy of Internal Medicine, January 10, 2000.

"Managing Insomnia in Primary Care," Grand Rounds, Holston Valley Medical Center, Kingsport, TN, January 31, 2000.

"Gender Identity Disorders." Grand Rounds, University of Cincinnati, Cincinnati, OH, January 26, 2000.

"Selecting Antidepressants in Primary Care, " Rural Health Cooperative, Kingsport, TN, February 7, 2000.

Visiting Professor, Loyola University Medical School, Chicago, IL (two presentations), February 10, 2000.

"Managing Insomnia in the New Millennium," Annual Meeting of the East TN Nurse Practitioner's and Physicians' Assistants Association, Johnson City, TN, February 22, 2000.

"Sexual Dysfunction in Primary Care," Annual Meeting of the East TN Nurse Practitioner's and Physicians' Assistants Association, Johnson City, TN, February 22, 2000.

"Depression and PTSD in Women," Grand Rounds, Department of OB-GYN, University of Tennessee, Knoxville, March 17, 2000.

"Depression and Anxiety in Primary Care Practice," Grand Rounds, Department of Internal Medicine, University of Tennessee, Knoxville, March 16, 2000.

"Diabetes, Glucose Regulation, and Schizophrenia," Upper East Tennessee Psychiatric Society, Johnson City, TN, April 13, 2000

"Sexual Dysfunction in Primary Care Practice," Annual Meeting of the Tennessee Osteopathic Medicine Association, Chatanooga, TN, May 7, 2000.

"Diabetes, Weight Gain, and Schizophrenia," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN, July 20, 2000.

"Bipolar Disorder: Monotherapy versus Combination Therapy", national CME Category I lecture series sponsored by Medical Education Resources and Curry, Martin, and Schiavelli, to 17 cities between May and November, 2000.

"Managing Depression and Anxiety Disorders," invited presentation to the Annual Meeting of the Tennessee Academy of Family Practice, Jackson, TN, August 19, 2000.

"Managing Insomnia," monthly meeting of the Tazwell County Medical Society, Richlands, Virginia, August 23, 2000.

"Sexual Dysfunction," Grand Rounds, ETSU Department of OB/GYN, Johnson City, TN, September 6, 2000.

"Depression and Sexuality," Grand Rounds, Holston Valley Hospital, Bristol, TN, September 25, 2000.

"Depression and Anxiety in Primary Care: Case Conference/Grand Rounds," Southern Medical Association Annual Meeting, Orlando, Florida, November 2, 2000.

"Depression in Primary Care Settings," Hamblen County Medical Society, Morristown, TN, November 21, 2000.

"Sleep Disorders," Nurse Practitioners-Physicians Assistant Association Monthly Meeting, Johnson City, TN, December 7, 2000.

"CD-ROM Workshop, Anxiety and Depression", Annual Meeting of the Holston Valley Nurse Practitioners-Physicians Assistants Association, Johnson City, TN, February 26, 2001.

"The Harry Benjamin Standards of Care in Prison: Benefits for Transsexual Healthcare," International Foundation for Gender Education Annual Symposium, Chicago, Il, March 24, 2001.

"Why Internists Should Care About Treating Depression," Grand Rounds, Department of Internal Medicine, ETSU, Johnson City, TN, April 3, 2001.

"Antidepressants: Effective Side Effect Management," Annual Meeting of the Tennessee Osteopathic Medicine Association, Memphis, TN, April 21, 2001.

"Gender Identity Disorder: Management," invited presentation, Smokey Mountain Chapter of the Tennessee Psychiatric Association, Knoxville, TN, April 24, 2001.

"Gender Identity Disorder," Grand Rounds, Department of Psychiatry, Memphis VAMC, May 24, 2001.

"Antipsychotic Efficacy Uncompromised by Side Effects," Grand Rounds, Department of Psychiatry, UT Memphis, May 25, 2001.

"Sexual Dysfunctions in Primary Care," International Medical Update Symposium, Johnson City, TN, August 2, 2001.

"Diagnosis and Treatment of Gender Dysphoria," Grand Rounds, Department of Psychology, James H. Quillen VAMC, August 3, 2001.

"Management of Bipolar Disorder," Grand Rounds, Meharry Medical College, Nashville, TN, August 21, 2001.

"Medical Treatment of Agitation in Dementia," Fall Symposium of the Mental Health Association of Knoxville, September 13, Knoxville, TN.

"Monotherapy vs. Combination Therapy in the Management of Mania," Fall Symposium of the Mental Health Association of Knoxville, September 14, Knoxville, TN

"Optimizing Treatment for Bipolar Disorder," quarterly meeting of the Upper East Tennessee Psychiatric Association, Johnson City, TN, September 20, 2001.

"Gender Identity Disorders: Diagnosis and Management," Grand Rounds, Institute of Living/Hartford Hospital Departments of Psychiatry and Psychology, Hartford, CT, October 17, 2001.

"Gender Identity Disorder Complicated by Dissociative Identity Disorder: Report of a Successful Case," XVII Symposium of the Harry Benjamin International Gender Dysphoria Association, Galveston, TX, November 3, 2001.

"Mood Disorders in Women," monthly meeting of the TriCities Nurse Practitioners Association, Johnson City, TN, December 10, 2001.

"Substance Use Disorders Complicating Common Psychiatric Disorders," Grand Rounds, Holston Valley Hospital, Bristol, TN, December 18, 2001.

"Women's Health Issues in Psychiatry," OB-GYN Grand Rounds, East Tennessee State University, Johnson City, TN, May 8, 2002.

"Matching the Neurotransmitter to the Patient," ½ day CME presentation, World Medical Conferences, Jackson, Mississippi, May 18, 2002.

"Matching the Neurotransmitter to the Patient," ½ day CME presentation, World Medical Conferences, Albany, New York, June 1, 2002.

"Killing the Bore: How to Give Effective Medical Presentations That Keep People Awake," Grand Rounds, Dept. of Psychiatry, ETSU, Johnson City, TN, August 9, 2002.

"Current Issues in Treatment of Dementia," Roanoke Psychiatric Society, Roanoke, VA, June 26, 2002.

"Comfort Foods: Should We Just Surrender Now?," Northeast Tennessee Nurse Practitioner's Association Annual Meeting, Bristol, TN, September 14, 2002.

"Gender Identity Disorders: Diagnosis and Management," Psychiatry Grand Rounds, University of Florida, Gainesville, Florida, September 20, 2002.

"Gender Identity Disorders: Diagnosis and Management," Psychiatry Grand Rounds, Meharry

Medical College, Nashville, TN, October 9, 2002.

"New Issues in the Management of Bipolar Disorder," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN, October 5, 2002.

"Pharmacological Management of Dementia," Psychiatry Grand Rounds, Western State Hospital, Staunton, Virginia, March 19, 2003.

"Appropriate Use of Antipsychotics in Primary Care Practice," Tricounty Medical Society Meeting, Johnson City, TN, April 3, 2003.

"Appropriate Use of Antipsychotics in Primary Care Practice," 2003 Primary Care Conference, Johnson City, TN, April 1, 2003.

"Pharmacological Management of Dementia," Grand Rounds, Gaston Memorial Hospital, Gastonia, NC, May 13, 2003.

"Brown G R, McBride L, Williford W, Bauer M: Impact of childhood sexual abuse on bipolar disorder.  Proceedings of the 5[th] International Conference on Bipolar Disorders, Pittsburgh, PA, 2003 (poster presented by Dr. Bauer in my absence).

"Aripiprazole Use in Psychiatry," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN, August 22, 2003.

"Use of Anticonvulsants in Psychotic Disorders," Tennessee Psychiatric Association, Smoky Mountain Chapter Meeting, Knoxville, TN, August 28, 2003.

"Application of the Harry Benjamin International Gender Dysphoria Association's Standards of Care to the Prison Setting: Recent Victories for Transgender Healthcare in the USA," 18th Biennial Symposium of the HBIGDA, Gent, Belgium, September 11, 2003.

"Family and Systems Aggression Towards Therapists Working with Transgendered Clients," 18th Biennial Symposium of the HBIGDA, Gent, Belgium, September 12, 2003.

"Impact of Childhood Abuse on Disease Course in Veterans with Bipolar Disorder," 97th Annual Meeting of the Southern Medical Association, Atlanta, Georgia, November 8, 2003.

"Gender Dysphoria: Diagnosis and Management," Grand Rounds presentation, Marshall Medical School, Huntington, West Virginia, January 9, 2004.

"Gender Dysphoria: Diagnosis and Management," Grand Rounds presentation, Catawba State Hospital, Roanoke, Virginia, March 17, 2004.

"Treatment Resistant Schizophrenia," Grand Rounds presentation, Broughton State Hospital, Morganton, North Carolina, March 25, 2004.

"Antipsychotic Use in Geriatric Populations," Grand Rounds presentation, Tampa VAMC, Tampa, Florida, April 23, 2004.

"Gender Identity Disorders,", Grand Rounds presentation, University of TN College of Medicine, Memphis, TN, May 14, 2004.

"Overcoming Barriers to Treatment Success in Chronic Mental Illnesses," Grand Rounds, Salisbury VAMC, Salisbury, NC, June 3, 2004.

"Dissociative Identity Disorder Comorbid with Gender Identity Disorder: Review of the Literature and Long-term Case Presentation," Southern Psychiatric Association, Savannah, Georgia, October 2, 2004.

"Bipolar Disorder in Primary Care," CME Cat 1 presentation, Knoxville, TN, December 1, 2004.

"Bipolar Disorder and Impulsive Aggression in Primary Care Settings," CME Cat 1 presentation to Tricities Nurse Practitioner Association, December 16, 2004.

"Overcoming Barriers to Treatment in Chronic Mental Illnesses," North Carolina Advanced Practice Nurses Association, Greensboro, NC, February 13, 2005.

"Bipolar Disorder in the Primary Care Setting: What to do?," 9th Annual Update for Nurse Practitioners, Johnson City, TN, March 21, 2005.

"Current Controversies in the Use of SSRI's," TriCounty Medical Society, Johnson City, TN, May 5, 2005.

"Transgender client aggression towards therapists," XIX Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, April 9, 2005.

"Gender identity disorder comorbid with dissociative identity disorder: review of the literature and 7 year followup case presentation. XIX  Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, April 9, 2005.

"Current Controversies in the Use of SSRI's," CME symposium, Southern Medical Association 9th Annual Scientific Symposium, San Antonio, TX, November 12, 2005.

"Gender Identity Disorder: Diagnosis and Management,", Grand Rounds, University of South Florida, Tampa, Florida, January 6, 2006 (Videotaped version of presentation available at www.TheCJC.com).

"Gender Identity Disorders," East Tennessee State University Women's Health Program, CME Cat 1 symposium, Johnson City, TN, March 24, 2006.

"Update on Bipolar Disorder," Millennium Center, CME Cat I program, Johnson City, TN, March 31, 2006.

"Dealing with Chronic Mental Illness: Barriers to Treatment Success," Southside Virginia Psychiatric Society Quarterly Meeting, Richmond, Virginia, April 3, 2006.

"Management of Gender Identity Disorders," Intermountain Psychological Association, invited presentation, Johnson City, TN, June 8, 2006.

"Transgender Health Issues," Emory and Henry Lyceum Series, Emory, Virginia, September 18, 2006.

"Impact of Childhood Abuse in Veterans with Bipolar Disorder," 65th Annual Scientific Meeting of the Southern Psychiatric Association, Baltimore, Maryland, September 29, 2006.

"Appropriate Use of Antipsychotics in Primary Care Settings," 100th Annual Meeting of the Southern Medical Association, Charlotte, NC, October 14, 2006.

"Impact of Childhood Abuse on the Course of Bipolar Disorder," Keynote speaker, Perspectives In Health, Texas Department of State Health Services Annual CME Symposium, Austin, Texas, October 27, 2006.

"Autocastration as Surgical Self-Treatment in Incarcerated Persons with Gender Identity Disorder," Southern Psychiatric Association Annual Meeting, Memphis, TN, August, 2007.

"Autocastration as Surgical Self-Treatment in Incarcerated Persons with Gender Identity Disorder,"  XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.

"Gender Identity Disorders in the Military and VA," Panel discussion and presentation.  XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.

"Diagnosis and Treatment of Gender Identity Disorders," Mountain Update on Psychiatry, ETSU CME Symposium, October 19, 2007.

"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-to-Female Transgender Veterans," poster presentation at the First Annual Gender Spectrum Health Fair, Sponsored by the Alliance for Gender Awareness, Inc and Rutgers Office of Social Justice Education LGBT Communities Rutgers University College, New Brunswick, NJ, November 8, 2007 (with R King et al, coauthors).

"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-to-Female Transgender Veterans," poster presentation at the XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007 (with R King, et al, coauthors).

"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-to-Female Transgender Veterans," poster presentation at the Southern Medical Association Annual Scientific Meeting, Nashville, TN, September, 2008 (presented by E McDuffie on behalf of Brown, King, et al, coauthors).

"Evaluation and Management of Gender Identity Disorders," Cat I, 1.5 hour CME program, Annual Meeting of the Alaska Psychiatric Association, Alyeska, Alaska, April 18, 2009.

"Forensic Issues and Case Presentations on GID," Cat I, 1.5 hour CME program, Annual Meeting of the Alaska Psychiatric Association, Alyeska, Alaska, April 18, 2009.

"70 Veterans with Gender Identity Disturbances: A Descriptive Study," XXI Biennial Symposium of the World Professional Association for Transgender Health, Oslo, Norway, June 18, 2009.

"70 Veterans with Gender Identity Disturbances: A Descriptive Study", Annual Scientific Meeting of the Southern Medical Association, Dallas , Texas, December 4, 2009.

"Overview of Autocastration and Surgical Self Treatment in Prisons", National Commission on Correctional Healthcare Annual Meeting, October 10, 2010, Las Vegas, Nevada (invited two hour CME CAT I program)

"Autocastration- Overview and Case Series Presentation," Grand Rounds, East Tennessee State University, Johnson City, TN, April 29, 2011.

"Providing Healthcare for Transgender and Intersex Veterans," Live Meeting Series broadcast nationally by VA Talent Management System.  Co-Presenters Leonard Pogache, MD, Meri Mallard, RN; CME category I credit for each of 3 programs completed, November 22 (2 programs) and November 30, 2011.

"PBM Guidelines for Providing Care for Transgender and Intersex Veterans," copresenter with Lisa Longo, Pharm.D, Live Meeting Series broadcast nationally by VA Talent Management System, May 10 and May 14, 2012.

"Providing Culturally Competent Care for Transgender Veterans," invited Keynote address at Houston VAMC for symposium (CEU accredited) on LGBT Veteran healthcare, Houston, TX, August 17, 2012.

"Update on Version 7 of the WPATH Standards of Care," invited Keynote address for Mountain Area Health Education Center's Southeastern Summit on Transgender Healthcare, Category 1 CME accredited, Asheville, NC, August 24, 2012.

"History of Transgender Healthcare in the Department of Veterans Affairs," invited Keynote address for Mountain Area Health Education Center's Southeastern Summit on Transgender Healthcare, Category 1 CME accredited, Asheville, NC, August 25, 2012.

"Qualitative Analysis of Transgender Inmates' Correspondence: Implications for health Services in Departments of Correction", National Commission on Correctional Healthcare Annual Meeting, October 14, 2012, Las Vegas, Nevada (invited one hour CME CAT I program).

"Cross Sex Hormonal Treatment for Transgender Veterans," national Live Meeting for Women's Health Program, Department of Veterans Affairs, July 16, 2013.

"Transgender Health Care Training for VA Health Care Providers", 3 hours Category 1 CME accredited , Minneapolis, MN, September 26, 2013.

"Sex Reassignment Options", national presentation to VA SCAN-ECHO and regional consultation teams responsible for VA transgender health consultations, July 2, 2013.

"Access to Care for Gender Dysphoric Inmates: Issues and Cases," Invited plenary speaker for the 21st Annual Forensic Rights and Treatment Conference, sponsored by Drexel University College of Medicine, Category 1 CME credit (1.5 hours), Harrisburg, PA, December 5, 2013.

"Forensic Aspects of Transgender Health Care in Prison," Grand Rounds, East Tennessee State University, Category 1 CME, March 7, 2014.

"Health Disparities Research: Suicidality in Gender Minorities as a Research Model," Grand Rounds, East Tennessee State University, Category 1 CME credit, May 20, 2014.

"Sex reassignment surgeries:  female-to-male," national presentation to VA SCAN-ECHO and regional consultation  teams responsible for VA transgender health consultations, Cat I CME, June 24, 2014.

"Sex reassignment surgeries:  male-to-female," national presentation to VA SCAN-ECHO and regional consultation  teams responsible for VA transgender health consultations, Cat I CME, July 8, 2014.; December 2, 9, 16, 23, 2014; February 24, 20-15.

"Medico-Legal Aspects of Providing Transgender Healthcare for Inmates," invited 2.5 hour presentation for national training program in LGBT healthcare for the Federal Bureau of Prisons, September 4, 2014.

"Mental health and medical outcome disparities in 5,135 transgender veterans: a case-control study," 32nd Annual Conference of the Gay and Lesbian Medical Association, Category 1 CME credit, Baltimore, MD, September 11, 2014.

"Mental health and medical outcome disparities in 5,135 transgender veterans: a case-control study,"  Vanderbilt University Grand Rounds, Department of Psychiatry, Cat 1 CME credit, Nashville, TN, September 26, 2014.

"Mental health and medical outcome disparities in 5,135 transgender veterans: a case-control study,"  Drexel University Grand Rounds, Department of Psychiatry, Cat 1 CME credit, Philadelphia, PA, October 23, 2014.

"Pharmacotherapy issues with gender dysphoria," College of Psychiatric and

Neuropsychiatric Pharmacists, Annual Meeting, Cat I CME credit, Tampa, FL, April 19, 2015.

"Lesbian, gay, bisexual, and transgender (LGBT) sociopolitical indicators and mental health diagnoses among transgender Veterans receiving VA care. Blosnich, J.R., Marsiglio, M.C., Gao, S., Gordon, A.J., Shipherd, J.C., Kauth, M., Brown, G.R., Fine, M.J. (2015, July). Department of Veterans Affairs Health Services Research & Development/Quality Enhancement Research Initiative National Conference, Philadelphia, PA, July, 2015.

"Killing the Bore: How to Give Effective Medical Presentations," East Tennessee State University Department of Psychiatry and Behavioral Sciences Grand Rounds (Cat I CME), May 1, 2015.

"Sex reassignment surgeries:  male-to-female," national presentation to VA SCAN-ECHO and regional consultation teams responsible for VA transgender health consultations, Cat I CME, July 21, July 28, 2015

"Sex reassignment surgeries:  female-to-male," national presentation to VA SCAN-ECHO and regional consultation teams responsible for VA transgender health consultations, Cat I CME, September 15, September 22, 2015.

"Transgender military service: Moving past ignorance in DoD and VHA," invited Keynote Address, Rush Medical University, Cat I CME credit, Chicago, IL, October 9, 2015.

"Health correlates of criminal justice involvement in 4,793 transgender veterans. Poster Presentation at the Annual National Conference on Correctional Health Care, Denver, CO, October 18, 2015.

"Open Transgender Military Service: Health Considerations," presentation to medical leadership of the USMC, Washington, DC, by videolink, January 27, 2016.

"Sex reassignment surgeries; masculinizing and feminizing," national presentations to VA SCAN-ECHO and regional consultation teams responsible for VA transgender health consultations, Cat I CME, June 7 and 28, 2016.

"Orange is not the new black—yet," Symposium on prison transgender mental health care and update on recent court cases supporting access to transgender health care in US prisons, 24th Biennial Scientific Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, Cat I CME (1.5 hours), June 20, 2016.

"Harry Benjamin Plenary Lecture," invited Keynote address for the 24th Biennial Scientific Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, Cat 1 CME, June 18, 2016. Available at www.wpath2016.com, timer marker 4:20.

"Health correlates of criminal justice involvement in 4,793 transgender veterans. Poster Presentation at the 24th Biennial Scientific Symposium of the World Professional Association for Transgender Health, Amsterdam,The Netherlands, Cat I CME, June 18, 2016.

"Breast cancer in a cohort of 5,135 transgender veterans over time," 24th Biennial Scientific Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, Cat 1 CME, June 20, 2016.

"Impact of social determinants of health on medical conditions among transgender Veteran,"  Blosnich J, Marsiglio M, Dichter M., Gao S., Gordon M, Shipherd J, Kauth M, Brown G, Fine M.  VA HSR&D Field-Based Meeting to Engage Diverse Stakeholders and Operational Partners in Advancing Health Equity in the VA Healthcare System. Philadelphia, PA, September, 2016

"Current and past military context and overview of transgender military service," Caring for Transgender Persons in a Changing Environment, Walter Reed National

Military Medical Center and Uniformed Services University of the Health Sciences, Bethesda, MD, Cat I CME, 13 September, 2016.

"State of the Science: Current VHA research findings, policies, and transgender health care delivery model," Caring for Transgender Persons in a Changing Environment, Walter Reed National Military Medical Center and Uniformed Services University of the Health Sciences, Bethesda, MD, Cat I CME, 13 September, 2016.

"History of transgender people in the military," Southeastern Transgender Health Summit 2016 Overcoming Barriers, Mountain Area Health Education Center, Asheville, NC, Cat 1 CME, September 25, 2016.

"Update on VA care for transgender veterans and summary of research." Southeastern Transgender Health Summit  2016 Overcoming Barriers, Mountain Area Health Education Center, Asheville, NC, Cat 1 CME, September 25, 2016.

**SYMPOSIA ORGANIZED AND/OR MODERATED:**

1.      Psychosocial Aspects of HIV Disease in the Military, organizer/moderator/ presenter, Wichita Falls, Texas, 25 April, 1990.

2.      Full Day Roundtable Symposium on Atypical Antipsychotics, organizer/moderator, Excerpta Medica, Asheville, North Carolina, 22 April, 1995.

3.      Mountain Update on Anxiety Disorders, Course Director, East Tennessee State University, Blowing Rock, North Carolina, 28-29 April, 1995.

4.      Medicine and Sexuality Course, Course Director, East Tennessee State University and James H. Quillen VAMC, Johnson City, TN, 13 June, 1997.

5.      Half Day audiotaped symposium moderater/organizer on Innovative Uses of Atypical Antipsychotics, Excerpta Medica, Blackberry Inn, Townsend, TN, 16 November, 1997.

6.      Novel Uses of Atypical Antipsychotics, Symposium Moderator, Marriot Griffin Resort, Janssen Research Foundation, Lexington, KY, 4 December, 1998.

7.       Novel Uses of Atypical Antipsychotics, Symposium Moderator, Blackberry Inn, Townsend, TN, 10 April, 1999.

8.   Psychiatry and Neurology Poster Session Moderator for Southern Medical Association's 97th Annual Scientific Assembly, Atlanta, Georgia, November 6, 2003.

9.   Moderator for East Tennessee State University Department of Psychiatry monthly Journal Club/Critical Evaluation of the Literature series, 2002-2011.

**TELEVISED and TAPED MEDIA EVENTS:**

WKPT local television interview on sleep disorders, Johnson City, 1995.

TNN (The Nashville Network), filmed winning an international revolver competition and then interviewed on silhouette handgun shooting, Oakridge, TN, 1998.

CME, Inc. audiotaped faculty presentations as advertised in "Psychiatric Times," various cities and topics.

Channel 5, London, England; documentary on psychiatric aspects of firearms, 2004.

"Cruel and Unusual", documentary on transgender health care issues in the prison setting, 2005 release, available from jbaus@aol.com; aired on Women's Entertainment channel on July 2, 2007

ABC 20/20, "Becoming Diane" segment on gender identity disorders, October 12, 2005.

The Carter Jenkins Center, www.thecjc.org, taped CME cat I lecture available on the internet, "Evaluation and Management of Gender Identity Disorder," January 6, 2006.

CNN, Kosilek Trial testimony/interview, June 1, 2006.

CNBC, "The Big Idea with Donny Deutsch," interview, June 6, 2006.

PBS News Hour, Transgender Soldiers Gain Ground as US Military Transitions, May 9, 2016, http://www.pbs.org/newshour/bb/transgender-soldiers-gain-ground-as-u-s-military-transitions/

**RESEARCH PROJECTS AND GRANT SUPPORT:**

Principal Investigator, "Phase III Comparison of Two Doses of Risperidone For Acute Exacerbations of Chronic Schizophrenia." Inpatient setting, grant support from Janssen Pharmaceutica, approximately $50,000. Completed 1996.

Principal Investigator, Sexual Functioning and Personality Characteristics of Transgendered Men in a Nonclinical Setting. Collaboration with Tom Wise, M.D. (Chair, Dept. of Psychiatry, Fairfax Hospital, Falls Church, VA), Peter Fagan, Ph.D. (Johns Hopkins Sexual Behaviors Consultation Unit), and Paul Costa, Ph.D. (NIMH). Completed 1990-1995.

DSM-IV Reliability Field Trials, Site Coordinator, 10 investigators, completed in 1995.

Principal Investigator, Psychosocial Adjustment of Spouses of Transgendered Men; study involving long-term support group work and nationwide questionnaire data collection from 1986 to 1997. Completed. Private non-profit organization grant support received.

Coinvestigator, International Study of 800 Transgender Men: The Boulton and Park Experience. 1988-1992. This was the largest community based survey study of transgender people in the U.S. conducted to date. Completed.

Principal Investigator, "A Double-Blind, Placebo-Controlled, Dose-Response Comparison of the Safety and Efficacy of Three Doses of Sertindole and Three Doses of Haloperidol in Schizophrenic Patients." Phase III trial, inpatient setting. Grant support by Abbott Laboratories, approximately $60,000 over one year. Completed 1994-1995. Contributed to FDA consideration of Serlect for U.S. marketing, 1996-1997.

Principal Investigator, "An Open Label, Long Term, Safety Study of Sertindole in Schizophrenic Patients." Phase II trial, outpatient setting. Grant support from Abbott Laboratories, approximately $50,000 over two years. Completed 1996.

Principal Investigator, "Biopsychosocial Natural History Study of HIV Infection in the USAF." RO-1 equivalent grant from Henry M. Jackson Foundation for the Advancement of Military Medicine,

approximately $2,000,000.  Completed 1987-1993, including pilot data collection.

Unrestricted Educational Grants, $19,000, for Mountain Update on Anxiety Disorders CME conference (SKB, Lilly, Mead-Johnson), 1995.

Unrestricted Educational Grants totaling approximately $30,000 annually in support of the VAMC/ETSU Psychiatry Grand Rounds and Visiting Professor Program, 1994-2000; 2002-2006. Grant funding following CME guidelines and administered through the ETSU Office of Continuing Education.

Principal Investigator, "Double-Blind Crossover Study of Zolpidem and Temazepam in Elderly, Hospitalized Patients."  Funded through Psychiatry Research Fund, Mountain Home VAMC, and Chair of Excellence in Geriatrics, ETSU.  Approved study, ultimately closed due to lack of appropriate subjects available for recruitment.

Principal Investigator, "A Randomized, Double-Blind Placebo Controlled Study of Risperidone for Treatment of Behavioral Disturbances in Subjects with Dementia."  Collaboration with R. Hamdy, Cecile Quillen Chair of Excellence in Geriatrics, approximately $100,000 at full recruitment, 1995-1997; completed.

Associate Investigator, "Use of Nefazodone in Depressed Women with Premenstrual Amplification of Symptoms: a Pilot Study."  Principal Investigator: Merry Miller, M.D.  $5,000 pilot study grant, 1996-1999; completed.

Associate Investigator, "Voice Characteristics Associated with Gender Misidentification: A Pilot Study."  Principal Investigator: Robert King, M.A.  Unfunded study in data analysis phase, 2001-2005; completed in 2007.

Principal Investigator, Johnson City site, VA Cooperative Study #430, "Reducing the Efficacy-Effectiveness Gap in Bipolar Disorder."  Health services research conducted at 12 sites nationwide.  Grant for this site's operations total $435,000 over five years of study, 1997-2003; completed.

Coinvestigator, "Treatment for Erectile Disorder with Viagra in a VA Population: Efficacy and Patient and Partner Satisfaction." Principal Investigator: William Finger, Ph.D.  Approximately $30,000 total grant over two year period, 2000-2001; study concluded.

Principal Investigator, Johnson City site, "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type."  Phase III clinical trial, sponsored by Bristol-Meyers Squibb, 2000-2001, $174,000 at full recruitment.  Extension phase, 42 weeks, separate grant at maximum of $232,800. Approved April, 2000; completed.

Coinvestigator, "Effects of zaleplon on postural stability in the elderly." Principal Investigator: Faith Akin, Ph.D. $1000 grant for subject recruitment expenses, 2000-2001.

Principal Investigator, James H. Quillen VA site, "ZODIAK study; An International, Multicenter Large Simple Trial (LST) To Compare the Cardiovascular Safety of Ziprasidone and Olanzapine." Pfizer Pharmaceuticals, approximately $20,000 at full recruitment.  Approved April, 2002, recruitment completed and closed in 2004. Results published: Strom B, Eng S, Faich G, et al: comparative mortality associated with ziprasidone and olanzapine in real-world use among 18,154 patients with schizophrenia: The ziprasidone Observational Study of Cardiac Outcomes (ZODIAC). Amer J Psychiatry 168(2):193-201, 2011.

Coinvestigator, "Survey of Family and Systems Aggression Against Therapists." Unfunded study, completed between 2002 and 2003; Randi Ettner, Ph.D., Principle Investigator;

completed.

Coinvestigator, "Effect of Olanzapine on the Auditory Gating Deficit in Patients with Schizophrenia."  Principal Investigator: Barney Miller, Ph.D. Investigator-initiated study funded by Lilly, approximately $85,000.  2002.  Study did not recruit subjects at ETSU and was closed 2003.

Principal Investigator, multicenter study, "The SOURCE Study: Schizophrenia Outcomes, Utilization, Relapse, and Clinical Evaluation."  Janssen Research, $100,000 grant at full recruitment (two year open label followup study of risperidone Consta), 2005-2007; second highest recruitment of 43 centers in multicenter study. Completed.  See publications from this study under the Publications section, numbers 128 and 129.

Coauthor on grants to VA Central Office for program enhancements to mental health programs at Mountain Home VAMC; approximately $2,000,000 received for additional staff and support for residential treatment programs and PTSD clinic expansion, 2006-2007.

Principal Investigator in conjunction with Herbert Meltzer, MD, Vanderbilt University, " High Dose Risperidone Consta for Patients with Schizophrenia with Unsatisfactory Response to Standard Dose Risperidone or  Long-Acting Injectable." Phase IV study of outpatients with schizophrenia who are partially responsive to risperidone oral and/or long-acting injectable, using a double-blind methodology to study doses between 50 and 100 mg every two weeks.  Site funding of approximately $100,000.  2008-2010. Approved by ETSU IRB but negotiations between sponsor and Department of Veterans Affairs were not completed on intellectual property rights. Study not initiated at Mountain Home VAMC.

Principal Investigator (Everett McDuffie, MD, coinvestigator), "Descriptive study of veterans with gender identity disturbances: Characteristics and comorbidities, 1987-2007."  Unfunded study that is first to characterize a population of 75 U.S. veterans with gender identity disturbances over a 20 year time frame.  Completed 2009.

Principal Investigator: "Analysis of State and Federal Prison Directives Related to Transgender Inmate Medical Care and Placement."  Unfunded review of existing prison policies through the end of 2007.  Completed 2008.

Principal Investigator: "Qualitative Analysis of Concerns of Transgender Inmates in the United States. Unfunded analysis of 129 letters from self-identified transgender inmates across the US." Completed 2012.

Coinvestigator, "Prevalence and Suicidality in Transgender Veterans"; coinvestigator with collaborators at the VA Center of Excellence for Suicide Prevention. 2011-2013. Completed; publication of results in October, 2013.

Principal Investigator, "Assessing Health Outcomes, Health Care Utilization, and Health Disparities in Transgender Veterans Receiving Care in the Veterans Health Administration." Approved by ETSU IRB 7/1/13; protocol remains open.  Six manuscripts published; one in preparation.

Consultant, Patient-Centered Outcomes Research Institute grant on transgender healthcare outcomes (STRONG), Michael Goodman, MD, Principal Investigator, Emery University, 2014-present.


**References available upon request.**