UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

CASE NO.: 4:16cv511-MW/CAS

REIYN KEOHANE,

           Plaintiff,

v.

JULIE JONES in her official capacity as
Secretary, Florida Department of
Corrections, and TERESITA DIEGUEZ,
in her official capacity as Medical
Director of Everglades Correctional
Institution,

           Defendants.

## DEFENDANT, TERESITA DIEGUEZ'S, EXPERT WITNESS DISCLOSURES

Defendant, TERESITA DIEGUEZ, by and through her undersigned counsel, serves her Rule 26(a)(2) Expert Witness Disclosures pursuant to the Court's Initial Scheduling Order filed November 23, 2016 [DE #59], and with the Court's Order filed December 19, 2016 [DE #70] Granting Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines and Discovery, as attached.

General Statement

As Defendant continues to obtain further information and documents through discovery and trial preparation, Defendant reserves the right to supplement and/or amend these disclosures as necessary and appropriate.

USDC Case No. 4:16cv511-MW/CAS
Page 2

Dated:  **January 13, 2017**

Respectfully submitted,

By:  ___*s/ Devang Desai*_____

Devang Desai, Esquire - FBN: 664421
ddesai@gaebemullen.com
gbarker@gaebemullen.com (secondary)
Daniel R. Lazaro, Esquire - FBN: 99021
dlazaro@gaebemullen.com
GAEBE, MULLEN, ANTONELLI & DIMATTEO
420 South Dixie Highway, 3rd Floor
Coral Gables, Florida 33146
T. (305) 667-0223 / F. (305) 284-9844
***Attorneys for Defendant –Teresita Dieguez***

### CERTIFICATE OF SERVICE

I certify that the foregoing document has been furnished to:  **Daniel B. Tilley, Es**q., dtilley@aclufl.org, **Nancy C. Abudu**, nabudu@aclufl.org, *Attorneys for Plaintiff*, ACLU FOUNDATION OF FLORIDA, 4500 Biscayne Boulevard, Suite 340, Miami, FL 33137; **Leslie Cooper, Esq.**, lcooper@aclu.org, *Co-Counsel for Plaintiff,* ACLU FOUNDATION, 125 Broad Street, 18th Floor, New York, NY   10004; **Matthew D. Grosack, Esq.**, matthew.grosack@dlaiper.com, *Attorneys for Plaintiff*, DLA PIPER LLP (US), 200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131; **Elizabeth C. Akins, Esq.**, liza.akins@dlapiper.com, *Attorney Pro Hac Vice for Plaintiff*, DLA PIPER LLP (US), 1201 W. Peachtree Street NW, Suite 2800, Atlanta, GA 30309; **Kirkland E. Reid, Esq.**, kreid@joneswalker, com, **Daniel Russell, Esq.**, drussell@joneswalker.com, **Jennifer McConnell, Esq.**, jmcconnell@joneswalker.com, *Attorneys for Defendant, Julie Jones*, JONES

USDC Case No. 4:16cv511-MW/CAS
Page 3
_____

WALKER LLP, 11 N. Water Street, Suite 1200, Mobile, AL 36602 by e-mail on
**January 13, 2017**.

By:   **_s/ Devang Desai_**_____
               DEVANG DESAI, ESQ.
               ddesai@gaebemullen.com

USDC Case No. 4:16cv511-MW/CAS
Page 4

_____

**Defendant's Rule 26(a)(2) Expert Witness Disclosures:**

## I.   <u>EXPERT WITNESSES</u>

In conjunction with the following documents:  Court's Initial Scheduling Order filed November 23, 2016 [DE #59], and Plaintiff's Unopposed Motion [DE # 69] to Extend Expert Disclosure Deadlines and Discovery, and corresponding Order [DE #70] granting said Motion, hereby gives notice of compliance with service of her Initial Rule 26(a)(2) Expert Witness Disclosures as follows:

1.   Stephen B. Levine, M.D.
     23425 Commerce Park, Suite 104
     Beachwood, OH  44122-5402

2.   Dr. Levine is a Medical Doctor with expertise in the area of gender dysphoria and psychiatry and connections and effects of the issues of those specialties in a correctional institution setting.  He performed an examination of the Plaintiff in accordance with Federal Rule of Civil Procedure 35. Dr. Levine's opinions are based on the Plaintiff's medical records, any diagnostic studies, his evaluation of the Plaintiff/patient, as well as his education, training, and experience.  The opinions of the doctor are set forth in a report to be sent in separate correspondence, prepared in accordance with Rule 35 of the Federal Rules of Civil Procedure.

3.   Defendant incorporates any witnesses listed by any other party in this matter and reserves the right to amend this list as discovery is ongoing.

4.   Any healthcare provider who consulted, examined, or participated in the treatment of the Plaintiff before or after her custody by the Lee County Sheriff's Office and subsequently the Florida Department of Corrections. These providers are not specifically retained as experts by this Defendant.

5.   Rebuttal Expert Witnesses – Any and all expert or rebuttal expert witnesses whom the Attorney/Defendant may employ as to any Parties'

USDC Case No. 4:16cv511-MW/CAS
Page 5

tendered experts, if and when the Attorney/Defendant learn of all other experts' stated opinions and grounds therefore, or the experts tendered by any other party, those experts' stated opinions and grounds therefore.

6.     Defendant reserves the right to object to any and all expert witnesses listed by any other parties to this action.

7.     Defendant reserves the right to call any and all additional expert witnesses in rebuttal and/or for impeachment purposes.

8.     Defendant reserves the right to supplement this Expert Witness List as a result of discovery performed subsequent to the filing of this Expert Witness List for purposes of identifying experts, including but not limited to treating or examining physicians.

# LEVINE, RISEN & ASSOCIATES, INC.

*Stephen B. Levine, M.D. ***
*Candace B. Risen, L.I.S.W. ***
Co-Directors *

Kristine M. Campbell, M.D.
Erin B. Cooper, Ph.D.
Cassandra Goodman, L.P.C.C
Linda M. DeBalzo, MSN, CNS
Larissa Elgudin, M.D.
William C. House, Ph.D.

Tracie E. Luther, M.D.
Anna Novak, L.I.S.W.
Justin E. Shelton, Psy.D.
Robert S. Weiss, M.D.
Miki Wieder, M.A.
Abraham W. Wolf, Ph.D.

6 January 2017

Dear Messrs. Lazaro and Desai:

Thank you for the opportunity to provide an expert opinion on the **Reiyn J. Keohane** matter. I interviewed the inmate on January 3, 2017 between 10:10AM and 2:45PM. I have read the records that your office provided to me. These included:

1. David Baker-Hargrove, Ph.D, LMHC, DAPA's Report dated 10/3/2016

2. Keohane's Grievance dated 05/04/2016

3. Dr. Dieguez's Response to Grievance dated 05/18/2016

4. Keohane's DOC medical records labeled Active Volume II

5. Supplemental medical records relating to endocrine therapy

## My Credentials

Please refer to my curriculum vitae for details. I have been providing care for the transgendered since 1974. I am Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine. I have solo authored five books and edited five others. I have been the chairman for the writing of the 5th Edition of the Harry Benjamin Gender Dysphoria Association's Standards of Care. I have written 14 articles on the subject of transgender phenomena in referred journals, the most recent of which is entitled, Reflections on the legal battles over prisoners with gender dysphoria in The Journal of the American Academy of Psychiatry and the Law 44(2): 236-245, 2016. I have been a consultant to prisons in Massachusetts, California, Idaho, Virginia, and New Jersey and have provided testimony or reports in several trans inmate litigations.

### Related Legal and Educational Work

In 2006, I testified in the Kosilek case as a judge's witness in the United States District Court for the District of Massachusetts. In 2008, I provided treatment plans for 12 previously evaluated prisoners in Massachusetts, all of whom received a recommendation for sex reassignment surgery from the Fenway Clinic in Boston. In 2008 I also provided an in-service day to mental health professionals employed in the prison system and assisted with the development of the Gender Identity Disorders clinic within this state's prison system. Since 2008, I have served monthly as a consultant to the Clinic's clinical

and administrative staff.  In the fall 2016, I provided five hours of continuing medical education in Gender Dysphoria for a larger number of staff and officials there.

*Other Legal Involvement with Inmates*

1. Prisoner evaluation in <u>Michelle-Lael Norsworthy v. Jeffrey Beard et al</u> in February 2015.  Submitted a report.
2. Prisoner evaluation in New Jersey in the <u>Michelle Hel–Loki Angelina</u> case October 2014.  No litigation. Submitted a report.
3. Prisoner evaluation in Virginia in <u>De'lonte v. Harold Clark et al</u>. in April 2014. Prisoner paroled and law suit dropped.
4. Provided a rebuttal to a report by Dr. George Brown in the lawsuit in #3. Case was dismissed.
5. Provided two evaluations, depositions, and testimony in the Katheena Sonyeena litigation in Massachusetts.
6. Prisoner evaluation and deposition in Charlene Paige-Fuller v. Carol Higgins Obrien, Commissioner of Massachusetts DOC, in January 2016.
7. Named as 8th defendant by Plaintiff inmate Witkowski of Massachusetts in a suit to obtain estrogen after the inmate received hormone therapy. JoJo Witkowski vs. Steven Levine, et al Court/Docket Number: U.S. District Court, (1:14-cv-11107-NMG).

**My Compensation**

My compensation for this case is as follows:

**$200/hr.** for travel time
**$250/hr.** for reading, interviewing, discussion with attorneys, writing
**$350/hr.** for deposition or trial testimony

**Identifying Information**

Reiyn J. Keohane is a 22 year old, never married Caucasian transgender identified woman currently housed in the Everglades Correctional Institution, a state prison for males. Reiyn has a GED. Reiyn never completed any other educational program. Reiyn understood that our interview was going to culminate in a report and that nothing we were to speak about was confidential.

**The Pronoun Problem**

I have made a concerted effort to refer to the inmate with female pronouns. I use this obvious retrospective falsification out of respect for the inmate's current gender identity. It inevitably creates, however, awkwardness when referring to a boy or adolescent as she. Reiyn expressed appreciation for my efforts in this regard and gave me an analogy to she felt would explain the level of intensity of her gender identification. [**Reiyn**]: "One can say one wants a Ferrari and plan to have one when older, but at a certain point in order to

2

obtain the car, the person has to give up many other things in order to save for this expensive purchase. There was a time that I thought I wanted to be a girl and said that I was one, but after a while I had to put it into high gear, made the sacrifices and declared myself female at a deeper level than previously. I want the Ferrari!" Any grammatical lapses in this report should not be interpreted as lack of compassion towards this tragic individual.

## What Reiyn Wants

[**Reiyn**]: "I want everything that is available to Florida's female inmate population. No regulation of hair length, underwear, cosmetics, clothing and hair products. This is because I am a woman at this point in my life. Eventually, I want to have beard removal from the edge of my sideburns down and one year after being on hormones, genital surgery. I will fight for this and if I lose the fight at the US Supreme Court, I will then kill myself. I want my hair to be a decent length at the shoulder. I can't live with my hair the way it is. I feel dysphoric, sick, disgusted whenever I am associated with maleness. Short hair, genitalia, and references to me as he and him create a pit in my stomach and create a discomfort that is beyond explanation."

## The Crime

Reiyn (pronounced Rain) has served two+ years of a 15-year sentence for attempted murder of a female roommate. Their growing tension precipitated an intense argument when Reiyn told her to immediately leave the apartment that they had shared for four months beginning in summer 2013. For the first three months it was okay but then the roommate returned to the use of methamphetamines. They had been occasional sex partners during these months. Their Internet relationship began much before. (Most of Reiyn's relationships began on the Internet.) The roommate confessed to Reiyn via computer that her North Carolina boyfriend/roommate was forcing her to have sex. Eventually, Reiyn, "being a good feminist", rescued her by buying her a plane ticket and making a deal that Reiyn would pay for food and the expenses of helping her get a job and she would clean the apartment until she could pay her way. When the roommate obtained food stamps this was used to buy their food as well. Each was involved with a Canadian Internet friend Dylan, whom the roommate erroneously thought Reiyn was becoming romantically interested in and was secretly competing with her. The roommate's deteriorated housekeeping reached a breaking point for Reiyn when Reiyn found hidden garbage that was never taken out of the apartment and a pot of rotting chili placed in the cabinet rather than the refrigerator. The violence ensued after the roommate begged Reiyn to not throw her out. When Reiyn persisted an hour later during which the roommate had showered and dressed, the roommate discovered that Reiyn had packed her bags. She screamed, "You are not a woman and you will never be!" The roommate moved toward a loaded shotgun on a nearby desk. When Reiyn stopped her, she took the K-Bar Marine knife from Reiyn's belt.

Today, Reiyn said she did not attempt to kill the roommate: [**Reiyn**]: "It was self-defense. In restraining her hand with the knife in it with my two hands, I accidently stabbed her in

the waist area. She ran out to the balcony. When she returned we struggled with the knife again and she got stabbed in the shoulder area. I tried to give her first aid and call 911, but she refused and yelled for help from the balcony." Panicked Reiyn ran to her parents, having grabbed an ammunition magazine thinking it was her wallet. She took $50 from sleeping parents' home and left a note. Before she could leave, the police were at the door. After a year in jail, Reiyn accepted a plea bargain for the current sentence.

Reiyn is hoping that a retrial will one day free her from prison. Her parents, with whom she has never spoken of the crime, are apparently working on an appeal. Reiyn's parents visit 1-2/month for three-four hours and call several times a week.

**From Brendan to Jamie to Reiyn**

Reiyn Keohane is not her original name. "I hated Brendan so I took my middle name James and made it Jamie." She chose the name because she learned last year that her biological mother was Jewish. Reiyn derives from Celtic Norman word for warrior queen. Keohane is an Irish version of Cohen and Kohane who are a privileged tribe among the Israelites who had elevated religious ritual responsibilities in the original Temple. In this way, Reiyn explained, that she pays honor to both Irish and Jewish heritages, particularly through the concept of warrior. However, in a different moment in the interview, Reiyn said her name change occurred at 16.

**Her Physical Appearance and Mental Status**

Five feet 10 inches, slender, without feminine mannerisms, Reiyn has shaped long fingernails, three tattoos on left upper arm, wears glasses and has soft slightly curved brown hair that does not reach the ears. Reiyn looks neither masculine nor particularly feminine. She is articulate, talks easily without a range of affective intensity. Reiyn did not cry or get angry but reported these feelings in the past. Reiyn admitted that the story told to me has been has told many times to people like myself. **[Reiyn]**: "I will only cry when I win my lawsuits; I cry only on happy things not sad things since I have been incarcerated. Even before, with the exceptions of movies, I don't allow myself to cry. I'm tough!"

**Current Happiness**

Reiyn is considerably happier now that hormones have been prescribed. **[Reiyn]**: "I am not suicidal as long as I have hope I can live as a female. I'm less angry and less frustrated. I can be more myself. I like my figure more. My breasts are budding (wears a tee shirt under male inmate top)." Reiyn claims that she does not fear the inmates, just the corrections officers who can punish her by putting her in the box, which is a terrible experience, and limits time off the sentence for good behavior. Reiyn states that it is vital that her transgender state be respectfully acknowledged. The name change helped. She claims not to have any Disciplinary Reports recently. It also helps to have a fiance in the dorm who cares, protects and loves Reiyn enough to promise to marry if he can get out of

4

prison (He is serving a life sentence).  The fiance is an older heterosexual man.  Reiyn has always preferred older children as friends as a child.

Reiyn expects to prevail in this lawsuit.  The awareness of recent legal precedents contributes to her happiness and behavioral stability.

## Attitude to Others

Reiyn has taught classes to inmates in order to pass their GED.  She generally does not like other people, distrusts them, and has painful memories of bullying.  An episode of forced fellatio when Jaime was age 14 "traumatized me for a long time until recently." Reiyn denies this is paranoia; rather the distrust stems from sensing that others do not know what her gender is, assume she is a male, or quickly dismiss her because she is trans. "It is just easier to avoid people." Reiyn claims to have had many friends, boys and girls, in childhood even though as a boy he preferred girls because of their interests and lack of aggressiveness. When kids did not seem to like him before coming out as a girl, it was **[Reiyn]:** "because I was smart and acted superior to them at times. As a child I consistently thought I was a girl.  This made it hard for me because I was mentally against everyone.  They are wrong, stupid idiots who cannot accept that you are a girl and they caused me anxiety and antisocial behavior.  I was never girly.  I liked outdoor sports. I was more like a tomboy in how I related to other kids.  I thought boys were stupid but I did boy things better than they did. I skateboarded, made 100s on my tests, hunted, camped and played dress up with girls from kindergarten until 8th grade."

Friendship patterns changed once a former best friend told others of her trans nature in eighth grade. Eventually, the mortification of being known caused a refusal to return to school. Although she never completed a school after four additional attempts, the last one was the best, a small academy that provided advanced courses in which Reiyn excelled when interested in the subject. Reiyn's internal gender identity conflicts were the typical reason for dropping out of these four schools as Reiyn had strong feelings about how other people felt about her. When not in school, Reiyn spent much time in her bedroom on the Internet connecting with other trans teenagers and learning about the subject in detail.  Reiyn's new friendships many of which involved sexual liaisons all from these Internet acquired relationships.

## Reiyn's Passions

Reiyn feels that she understands her rights as a trans person and can quickly become passionate when she feels corrections officers are violating them. This has been a major source of her past frustration and anger while in custody. She is proud that she was given a Disciplinary Report for harming property (smoke alarm) and she fought it and proved her innocence in a trial. Reiyn thinks that inmates generally don't like her because of Reiyn's sense of being intelligent and superior. "I am!"

## Sexual Identity

*Gender Dysphoria* is both a psychiatric DSM-5 diagnosis and a label for a set of symptoms based on the incongruence of gender identity and genital anatomy and secondary sex characteristics. The fact that Reiyn is on hormones means that others have diagnosed the inmate as having met the DSM-5 criteria. There is no other diagnostic description of the inmate's gender identity development as a child and adolescent in my opinion. However, gender identity is only one of three aspects of sexual identity. The other two aspects, orientation and intention, were not commented upon in Dr. Baker-Hargrove's report. When I described sexual identity as a mosaic in everyone, Reiyn quickly agreed that she certainly was a collection of things, of which only gender identity was certain.

Reiyn told me that she simply lied about some of her history when she was initially evaluated in custody in summer 2014. I, or anyone else, as a result, cannot be certain that Reiyn is revealing the relevant truth to me.

Reiyn's personal version of bodily distress seems to begin with penile dysphoria at the onset of puberty at 13. [**Reiyn**]: "The idea of standing to urinate disgusts me. As a child I always sat down to urinate. I was horrified at my earliest facial hair growth but not nearly as horrified as from morning erections. The deepening of my voice troubled me." Reiyn claims never to have had a nocturnal emission. Reiyn masturbated about weekly without an erection, preferring not to see or feel a hard penis. The sight of typical male masturbation made him sick to the stomach. Reiyn learned to lay a hand over the penis and indent the perineum until a weak orgasm with clear, not milky fluid, was attained. "I touch myself as a girl does." Reiyn is relieved that spontaneous erections have not been present since about age 18. All the psychiatric medications that were ingested never negatively affect the ability to erect. Reiyn noted that her serum testosterone level used to be low but a physician never worked it up.

Reiyn claims that she wore panties and a bra throughout his adolescence. Reiyn has shaved her arms and legs throughout adolescence. This did not make Reiyn feel more like a girl; it only made Reiyn feel more comfortable. Her outerwear varied a lot during adolescence as she went through various stages. She once dyed her hair purple but she tended toward neutral ambiguous clothing—"like an office drone."

Once in Charlotte County Jail, Reiyn was put in a box for five days without the ability to shave. She became so obsessed with her whiskers that in an attempt to pull the facial hair out by its follicles, Reiyn's fingertips were blistered, bloody and callused.

*Orientation*. Teenage Reiyn watched a variety of pornography just to learn what others did; it was never arousing. Reiyn only focused on the people's connection. [**Reiyn**]: "I watched it clinically. I watched girls and boys masturbate. I was not really interested. It did not make me want to be a girl. I am a bit attracted to girls but only when we have a strong relationship first. Romance excites me, not a female or male body per se. I am not attracted to bodies. The relationship with my fiance causes some distress because others may think it to be homosexual. If we could live outside of prison, I would be his wife

and I would love to have kids. Both of us were adopted so we would be fine with adopting children."

*Intention.* This sexual identity component developed in response to her use of the Internet. She chatted and Skyped with a variety of girls and fewer males, some of whom were older. They masturbated; I watched. Many of them were into BDSM (bondage, dominance, submission, and masochism). These led to in-person mutual exchanges of flogging, tying up, and spanking. Humiliation had its limits; Reiyn would not play excretory games. Pain was not bad but anal receptivity was too painful. Reiyn did not like being choked while performing fellatio. Reiyn practiced mindfulness—trying to think of nothing during sex. Reiyn claims to have no sexual fantasies, although he writes them in stories for others. [**Reiyn**]: "I write for the other persons to make them happy. I never wanted anyone to do anything to my body. Many girls wanted also to have intercourse with me. When I tried, my erection always faded. I have no real lasting personal interest in BDSM other than to please the partner. I just want to please the person I am with. My fiance likes to spank me occasionally. I don't mind if it makes him happy."

**God Make Me This Way**

Reiyn claims that she had a normal childhood until age 13. Reiyn was adopted at 11 days by older parents who searched for four years through an agency for the right child. Reiyn's parents were happily married; now 30 years together. No one physically, psychologically or sexually abused Reiyn. Neither Reiyn nor his parents suffered any serious illness or separation from one another. Reiyn has no explanation for the trans state other than God make him this way.

**The Turning Point of His Academic Life**

He did not share with his parents all along that he wanted to be a girl; they were shocked when he announced he wanted to live as one. As a child, Reiyn liked to play with boy things, like shooting, camping, fishing, and hunting. Three generations of Reiyn's family liked the outdoors. Reiyn liked soccer but not contact sports. He thought small animals like bugs were disgusting, however. He told his best friend in 7th (? 8th) grade of their Lutheran school the secret that he felt he was a girl. The boy betrayed his confidence by telling others. Peers called him a "faggot" and said he would burn in hell. A bully, "big dumb Mitch", with whom he previously had a few fights, during which no one came to his rescue, harassed him about this. Reiyn took eventually revenge by throwing him down a stairwell. "If I had my knife with me, I would have killed him!" Reiyn's humiliation led to school refusal, despite his high grades and apparent group of friends of both sexes. [**Reiyn**]: "It was a good choice to leave school. I would just have to kill someone if I stayed. It also led to my loss of interest in religion. Thereafter, I refused to take religion classes and took a study period instead."

This event brought psychiatric care and transfer to two other public schools in the area, but he could not tolerate them and refused to return. Then, he was sent to a wilderness

experience with a "bunch of juvenile delinquents." There a taller stronger boy forced him to perform fellatio on him under the threat of death and told Reiyn that he would kill him if Reiyn reported about it to anyone. The impact of this traumatic experience lasted until incarceration. After this episode at wilderness, Reiyn told his parents only about the wish to be a girl.

Finally his parents put him in a smaller academically more rigorous school for smart kids with psychological problems. Despite academic success and a few friends there, Reiyn dropped out because his mother's refusals give the physician permission for hormones at $15^{1/2}$. In a rage, Reiyn made a manipulative suicide gesture with alprazolam and set a fire in his room. He was psychiatrically hospitalized for three days. "I did not want to die then." Two months later, however, when the mother again refused to sign until he could get them on his own at age 18, Reiyn wanted to die. "I did not want to live without hormones. I ended up in the ICU in a near coma after a Tylenol PM ingestion." This apparently ended the high school experience. His psychiatric treatment with various drugs, including Ability, added to his coping by eating until he was 100 pounds over his last suicide attempt weight of 145 lbs. When a doctor told Reiyn it was too dangerous to give him hormones because of his obesity, Reiyn stopped his psychiatric drugs, lost 100 pounds and grew two inches. At 19, she was prescribed hormones, which pleased her. She moved out of the family house into a solo apartment using the college fund of $120,000 to sustain independence. Reiyn's plan was to request genital surgery at age 20 and then join the Marine Corps as a woman.

### Life Out of School

Since much of the time between 14 and 19 she was out of school, she functioned socially via the Internet where she read about trans people, talked with them, joined virtual and in person LGBT support groups. She attended one such group at a nearby college where she planned to attend if the Marine Corp option did not work out. These groups strengthened her resolve that she was a trans person, a woman actually, and it was the right decision. The self-study of gender on the Internet and this immersion in the trans communities clarified where Reiyn fit into the universe—"I am a trans person."

Reiyn made a little money selling bit coins, selling currency for War Craft video game, and doing webcam phone sex. It never was enough to cover expenses but it allowed Reiyn to spin fantasies that the callers wanted. None of the stories excited Reiyn. The excitement derived from knowing what to write for others or sensing what to say to others to excite them. Reiyn's value was for others' pleasure.

### The Knife, Loaded Gun, and Distrust

In the brief period of independence from parents that began in March 2013, Reiyn always carried a Marine Corp knife attached to a belt. "No one will ever abuse me again." She kept a loaded shotgun on a desk because trans people have the highest rate of being murdered and the apartment was in a bad neighborhood. At the time of her arrest, Reiyn was two months into martial arts training. "I never had a chance to get good at it."

[**Reiyn**]: "People are out to get you. I don't want to be helpless. I am not a victim. I am responsible for me. I don't trust people. God made me trans so I can learn what it is to live on both sides of gender. Pain causes a person to be stronger. One has to go through fire to be stronger!"

## Religion

[**Reiyn**]: "My parents are not religious. I have studied religions and identify with Buddhism, Witchcraft, Catholicism and Judaism. I believe in the magnificence of the creation. I am definitely not an atheist. Religion, like gender roles, does not have to be only one thing. I don't have any gender roles. A woman can do what she wants. I follow the first rule of wizardry: people are stupid. They believe not in reality but what they want to believe. I have to check myself, and my beliefs. My spirit animal is a fox. The fox tattoo will be resumed when I find a better tattooist." Reiyn stopped her current tattooist because he was not that good at it.

## Informed Consent

Initially, Reiyn did not understand the term informed consent. We then reviewed the dangers of hormones, which Reiyn understood, but then said that being a young healthy person, these events will not happen to her. "I am willing to take the chance because living 30 years as a woman and dying of heart disease is better than living a million years as a male." Reiyn had no concern about the loss of fertility and told me that the sexual pleasure of orgasm was, in fact, increasing on estrogen, not diminishing. About the risks of sexual harassment and rape while in prison as her body feminizes, Reiyn was not concerned. My fiance protects me. About the risks of: feeling neither male or female, inauthentic in either role in the future; post SRS suicide, depression; vocational disability; difficulty finding a lasting love relationship, Reiyn dismissed all of these. When told of the data that suggest these are actually outcomes in the psychiatric literature, Reiyn boasted that "I am the 1% who can handle these things; I am not like those Swedes. I am strong, a warrior, forged by past suffering. St. Paul taught that greatness can come from suffering and humility. I believe him and am like him. Rape and harassment have not been a threat anywhere I have been incarcerated."

## The Anxiety Paradox of Reiyn's Identity and Its Self-Treatment

In childhood, this boy wanted to be a girl. After puberty Jamie knew she was one. Unwavering, Jamie fought all comments and people who doubted that she, in fact, was a girl. The penis had nothing to do with her identity. [**Reiyn**]: "I was not a woman trapped in a man's body. I ignored my penis most of the time, did not look at it, and avoided having any sex partners touch or even see it. I was a female; I am a female. I don't trust anyone who does not see it this way. In society I could dress in any way I desired; I had long hair, wore makeup, had a stuffed bra and panties. I passed well. No one took me for a teenage boy. But I had considerable fear that I would be read and rejected. This came with the ambition to be a girl and intensified whenever I presented myself as a girl.

9

Two things quelled my anxiety about socialization—alcohol and Xanax, the latter, however, made me sleepy so I relied heavily on alcohol throughout my teenage years until my arrest. I tried all the other drugs but I am not an addictive personality. None of them really helped me to calm myself; they speeded up my already too fast mind. I did not like them. I used marijuana when others were smoking it but not by myself. It only enabled me to fit in with others and talk to cis(gender) people."

When asked about the impact of psychiatric treatment on the social anxiety, Reiyn dismissively laughed and moved on.

**Character Traits**

Reiyn displays certainty, optimism, arrogance, confidence, and entitlement. Although she aspires to humility, and is disdainful of so many other people, Reiyn seems to fit the first rule of wizardry that she quoted: "People believe in what they want, not in reality." Reiyn's stubborn persistence with the trans identity has cost her mightily. Reiyn has zealous beliefs in her rights as a trans inmate. Obstacles only make her stronger, she argues. Reiyn believes that her identity of a woman means the prison is obligated to make life as comfortable as possible for her.

Reiyn has a masochistic nature. She has sublimated what was, for a number of years, overt sexual masochism into a long-suffering non-sexual adaptation. Her feminine identity contains two contradictory identities. The first is that she feels that she is the activist warrior feminist rescuer queen—powerful, strong, demanding, and dominant. The second is that she is willing to passively be anything that anyone would like her to be as long as that person will acknowledge that she is an actual woman. This identity aspires to erase herself ("I meditate during sex to clear my mind of everything.") and make herself in whatever the valued other wants her to be. Context determines which aspect of her femininity is actualized.

Reiyn has been described in medical charts as having a character disorder with mixed and changing features. I experienced the inmate as a grandiose, narcissistic, stubborn, masochistic, and socially phobic.

Reiyn is not mentally ill in terms of evidence of psychosis, bipolar disorder, or autism for the purposes of prison mental health care. Her character patterns have narcissistic and paranoid features that continually create serious problems for Reiyn. Legal successes will keep Reiyn happy, but the warrior queen may be vulnerable to acute decompensations when thwarted by prison security concerns.

She was taken aback when I commented on the last five words of this sentence: "This is because I am a woman at this point in my life." [**Levine**]: "It seems from these words that you uttered that you may be aware that trans people can change their minds and return to the male role. I told her of one of my patients who did so after 30 years as a woman. Your sentence implied that you realized that your trans state was simply part of your evolution as a person. Who knows where it may lead?"

She did not want to dwell upon the subject so I did not.

**Medical Necessity**

To qualify for medical necessity, a physician recommends a data-supported reasonable procedure that can: Prevent death; Prevent complications; Relieve pain; Improve capacity to function. For most medical and surgical problems it is not a difficult determination. Many experts do not find medical necessity to be difficult judgments for trans inmates—it is as though once Gender Dysphoria, the diagnosis, is established everything the inmate wants is medically necessary. The term, which has its historical roots in the insurance industry, was originally employed in the transgender field to calm the ethical concerns of endocrinologists and surgeons about changing or removing healthy tissues. By invoking medical necessity, it is as though health professionals are saying there is no ethical concern about doing harm because it is the treatment for a serious medical condition. Gender Dysphoria is a psychiatric condition. Using the term medical necessity puts experts into uncomfortable positions.

There is nothing medically necessary about hair length. Women have short hair! If the inmate wanted hair to her waist instead, would this be medically necessary as well? Reiyn dreads having to get a buzz cut, the standard issue for male inmates. This is not a medical issue. Nor is the wearing of women's underwear. This is not to deny that anything Reiyn now wants will lessen her frustration that comes from not being perceived by others as a woman. If the DOC grants her requests, Reiyn will be happier. A padded bra is not medically necessary, but today it may be a compassionate accommodation to the complexity of her inescapable psychological predicament. No physician or psychologist needs to actually be involved in the decision to wear panties. Panties will not determine how others perceive Reiyn, although a padded bra may. Once visible breasts appear, a bra is likely to assist with safety concerns because glimpses of her breasts, particularly nipples, are apt to excite some of the inmates.

Reiyn possesses a fixed belief that she is a woman. That belief does not register in her as posing any danger in prison. Ironically, she was quite aware of the danger of the expression of that belief in the general public. She does not appreciate the safety concerns of the DOC. She denies the risk of rape in prison, although as she feminizes overtly, more vigilance may be required and she may change her mind. She obviously does not have a knife or gun to create the illusion that she can protect herself. She is likely to be kidding herself about the safety that another inmate provides.

The employment of the term medical necessity is useful for diseases such as: prostate cancer, asthma, and fractured tibias. It is, however, confusing for this culturally young, complex psychological state of suffering called Gender Dysphoria. I suggest replacing the term medical necessity with *psychologically helpful* or *psychologically pleasing to the inmate* would help all concerned to see the matter at hand more clearly.

Prison officials have the responsibility to ensure the safety of inmates. Officials have to determine what accommodations to the transgendered are risk neutral and risk enhancing to their safety.

**Recommendations**

I recommend a compassionate response to Reiyn's requests which take into account the security related concerns of the prison setting. I think it would help Reiyn psychologically to know that when she needs a haircut it does not have to be a buzz cut. Officials who determine safety issues should be asked to define a safe hair length for her. I am aware that male prisoners elsewhere have longer hair. Similarly, as her breasts increase in prominence, she should wear a bra. She already has permission to shower alone, so that issuing panties might be considered along these same lines. It is psychologically kind to allow her to shower alone without having male inmates looking at her feminizing body, commenting on it, or touching it. This already is the result of a safety concern. Any accommodation should take into account security issues of the prison in which she resides.

Any accommodation to Reiyn will be interpreted as a victory for the warrior queen, but it will not erase her wishes for more. I suggest that her requests be rejected on the basis of medical necessity but can be considered on the basis of the DOC's accommodation to a person who mishandled her life, limited her potential, and violently got herself into prison through a series of poor judgments. Nothing can change these facts. The DOC, within safety parameters, could consider her requests.

If, in the future, I have access to new material on Reiyn or I have a chance to talk with her further, I reserve the right to amend my current conclusions. Based on the information that I have at my disposal at the current time, I offer my recommendations within a reasonable degree of medical/psychiatric certainty.


Sincerely yours,

Stephen B. Levine, MD

Curriculum Vita
# Stephen B. Levine, M.D.

I)      **Brief Introduction**
  A)      Dr. Levine is Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  He is the solo author of four books, <u>Sex Is Not Simple</u> in 1989 (translated to German in 1992 and reissued in English in 1997 as <u>Solving Common Sexual Problems</u>); <u>Sexual Life: A clinician's guide</u> in 1992; <u>Sexuality in Midlife</u> in 1998 and <u>Demystifying Love: Plain talk for the mental health professional</u> in 2006; <u>Barriers to Loving: A clinician's perspective</u> in October 2013. He is the Senior Editor of the first (2003), second (2010) and third (2016) editions of the <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. He has been teaching, providing clinical care, and writing since 1973 and has generated original research, invited papers, commentaries, chapters, and book reviews. He has served as a journal manuscript and book prospectus reviewer for many years. He is co-director of the Center for Marital and Sexual Health/ Levine, risen & Associates, Inc. in Beachwood, Ohio. He and two colleagues received a lifetime achievement Masters and Johnson's Award from the Society for Sex Therapy and Research in March 2005.

II)     **Personal  Information**
  A)   Date of birth 1/14/42, Married 1963
  B)   Medical license no. Ohio 35-03-0234-L
  C)   Board Certification 6/76 American Board of Neurology and Psychiatry
  D)   Office-23425 Commerce Park, Beachwood, Ohio 44122-5402 phone 216-831-2900 x 13  fax 216-831-4306
  E)   Home-6415 Gates Mills Boulevard, Mayfield Heights, Oh 44124 440-442-2622; fax 440-442-2622
  F)   Email sbl2@case.edu

III)    **Education**
  A)   1963 BA Washington and Jefferson College
  B)   1967 MD Case Western Reserve University School of Medicine
  C)   1967-68 internship in Internal Medicine University Hospitals of Cleveland
  D)   1968-70 Research associate, National Institute of Arthritis and Metabolic Diseases, Epidemiology Field Studies Unit, Phoenix, Arizona, United States Public Health Service
  E)   1970-73 Psychiatric Residency, University Hospitals of Cleveland
  F)   1974-77 Robert Wood Johnson Foundation Clinical Scholar

IV)     **Appointments at Case Western Reserve University School of Medicine**
  A)   1973- Assistant Professor of Psychiatry
  B)   1979-Associate Professor
  C)   1982-Tenure
  D)   1985-Full Professor

E)   1993-Clinical Professor

V)   **Honors**
   A)   Summa Cum Laude, Washington & Jefferson
   B)   Teaching Excellence Award-1990 and 2010 (residency program)
   C)   Visiting Professorships
       1) Stanford University-Pfizer Professorship program (3 days)–1995
       2) St. Elizabeth's Hospital, Washington, DC –1998
       3) St. Elizabeth's Hospital, Washington, DC--2002
   D)   Named to America's Top Doctors consecutively since 2001
   E)   Invitations to present various Grand Rounds at Departments of Psychiatry and
         Continuing Education Lectures and Workshops
   F)   Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy
         and Research, April 2005 along with Candace Risen and Stanley Althof
   G)   2006 SSTAR Book Award for The Handbook of Clinical Sexuality for Mental
         Health Professionals:  Exceptional Merit

VI)   **Professional Societies**
   A)   1971- American Psychiatric Association; fellow; #19909
   B)   2005-American Psychiatric Association- **Distinguished Life Fellow**
   C)   1973- Cleveland Psychiatric Society
   D)   1973-Cleveland Medical Library Association
       1) 1985-Life Fellow
       2) 2003 Distinguished Life Fellow
   E)   1974-Society for Sex Therapy and Research
       1) 1987-89-President
   F)   1983- International Academy of Sex Research
   G)   1983- Harry Benjamin International Gender Dysphoria Association
       1) 1997-8 Chairman, Standards of Care Committee
   H)   1994- 1999 Society for Scientific Study of Sex

VII)   **Community Boards**
   A)   1999-2002Case Western Reserve University Medical Alumni Association
   B)   1996-2001 Bellefaire Jewish Children's Bureau
   C)   1999-2001 Physicians' Advisory Committee, The Gathering Place (cancer
         rehabilitation)

VIII)   **Editorial Boards**
   A)   1978-80 Book Review Editor Journal Sex and Marital Therapy
   B)   Manuscript Reviewer for
       1) Archives of Sexual Behavior
       2) Annals of Internal Medicine
       3) British Journal of Obstetrics and Gynecology
       4) JAMA
       5) Diabetes Care
       6) American Journal of Psychiatry
       7) Maturitas

8) Psychosomatic Medicine
9)      Sexuality and Disability
10)    Journal of Nervous and Mental Diseases
11)    Journal of Neuropsychiatry and Clinical Neurosciences
12)    Neurology
13)    Journal Sex and Marital Therapy
14)    Journal Sex Education and Therapy
15)    Social Behavior and Personality: an international journal (New Zealand)
16)    International Journal of Psychoanalysis
17)    International Journal of Transgenderism
18)    Journal of Urology
19)    Journal of Sexual Medicine
20)    Current Psychiatry
21)    International Journal of Impotence

C)  Prospectus Reviewer
    1) Guilford
    2) Oxford University Press
    3) Brunner/Routledge
    4) Routledge


IX)    **Current Administrative Responsibilities**
    A)  Co-director, Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc.
    B)  Principal Investigator of  approximately 70 separate studies involving pharmacological interventions for sexual dysfunction since 1989.

X)    **Recent Expert Witness Appearances**
    A) US District Court, Judge Mark L.Wolf's witness in Michelle Kosilek vs. Massachusetts Dept of Corrections et al. case (transsexual issue) in Boston 2007
    B) Deposition in the Battista vs. Massachusetts Dept of Corrections case (transsexual issue) in Cleveland October 2009
    C) Witness for Massachusetts Dept. of Corrections in their defense of a lawsuit brought by prisoner Katheena Soneeya.  March 22, 2011 Deposition in Boston

XI)    **Consultancy**
    A) Massachusetts Department of Corrections—evaluation of 12 transsexual prisoners and the development of a Gender Identity Disorders Program for the state prison system.  Monthly consultation with the GID treatment team since February 2009 and the GID policy committee since February 2010
    B) California Department of Corrections and Rehabilitation; 2012-2015; education, inmate evaluation, commentary on inmate circumstances, suggestions on future policies
    C) Virginia Department of Corrections –evaluation of an inmate
    D) New Jersey Department of Corrections—evaluation of an inmate

XII)    **Grant Support/Research Studies**
    A)  TAP–studies of Apomorphine sublingual in treatment of erectile dysfunction

B)   Pfizer–Sertraline for premature ejaculation
C)   Pfizer–Viagra and depression; Viagra and female sexual dysfunction; Viagra as a treatment for SSRI-induced erectile dysfunction
D)   NIH- Systemic lupus erythematosis and sexuality in women
E)   Sihler Mental Health Foundation
    1) Program for Professionals
    2) Setting up of Center for Marital and Sexual Health
    3) Clomipramine and Premature ejaculation
    4) Follow-up study of clergy accused of sexual impropriety
    5) Establishment of services for women with breast cancer
F)   Alza–controlled study of a novel SSRI for rapid ejaculation
G)   Pfizer–Viagra and self-esteem
H)   Pfizer- double-blind placebo control studies of a compound for premature ejaculation
I)   Johnson & Johnson – controlled studies of Dapoxetine for rapid ejaculation
J)   Proctor and Gamble: multiple studies to test testosterone patch for post menopausal sexual dysfunction for women on and off estrogen replacement
K)   Lilly-Icos—study of Cialis for erectile dysfunction
L)   VIVUS – study for premenopausal women with FSAD
M)   Palatin Technologies- studies of bremelanotide in female sexual dysfunction—first intranasal then subcutaneous administration
N)   Medtap – interview validation questionnaire studies
O)   HRA- quantitative debriefing study for Female partners os men with premature ejaculation, Validation of a New Distress Measure for FSD,
P)   Boehringer-Ingelheim- double blind and open label studies of a prosexual agent for hypoactive female sexual desire disorder
Q)   Biosante- studies of testosterone gel administration for post menopausal women with HSDD
R)   J&J a single-blind, multi-center, in home use study to evaluate sexual enhancement effects of a product in females.
S)   UBC-Content validity study of an electronic FSEP-R and FSDS-DAO and usability of study PRO measures in premenopausal women with FSAD, HSDD or Mixed FSAD/HSDD
T)   National registry trial for women with HSDD
U)   Endoceutics—two studies of DHEA for vaginal atrophy and dryness in post menopausal women
V)   Palatin—study of SQ Bremelanotide for HSDD and FSAD
W)   Trimel- a double-blind, placebo controlled study for women with acquired female orgasmic disorder.
X)   S1 Biopharma- a phase 1-B non-blinded study of safety, tolerability and efficacy of Lorexys in premenopausal women with HSDD
Y)   HRA – qualitative and cognitive interview study for men experiencing PE

XIII)   **Publications**
    A)   <u>Books</u>

1) Pariser SR, Levine SB, McDowell M (eds.), <u>Clinical Sexuality</u>, Marcel Dekker, New York, 1985

2) <u>Sex Is Not Simple</u>, Ohio Psychological Publishing Company, 1988
   - (a)    Translated into German as <u>Angstfreie Sexualitat: Gluck und Erfullung in der Liebe</u>, Wilhelm Heyne Verlag, Muchen, 1992
   - (b)    Reissued in paperback as: <u>Solving Common Sexual Problems: Toward a Problem Free Sexual Life</u>, Jason Aronson, Livingston, NJ. 1997

3) <u>Sexual Life: A Clinician's Guide</u>. Plenum Publishing Corporation. New York, 1992
   - (a)    See review in Archives of Sexual Behavior 28(4): 361-363,1999

4) <u>Sexuality in Midlife</u>. Plenum Publishing Corporation. New York, 1998
   - (a)    See review in Am Journal of Psychiatry 156((9):1468, 1999
   - (b)    See review in Contemporary Psychology APA Review of Books 44(4):293-295, 1999
   - (c)    See review J Sex Education and Therapy January, 2000
   - (d)    See review J Sex and Marital Therapy, Winter, 2000

5) Editor.  Clinical Sexuality. Psychiatric Clinics of North America, March, 1995.

6) Editor, (Candace Risen and Stanley Althof, associate editors) <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. Routledge, New York, 2003
   1. see review American Journal of Psychiatry April, 2005
   2. 2006 SSTAR Book Award:  Exceptional Merit
   3. see review in Archives of Sexual Behavior 35(6):757-758
   4. see two reviews in Journal of Sex and Marital Therapy 33(3):272-276

7) <u>Demystifying Love:  Plain Talk For The Mental Health Professional</u>. Routledge, New York, 2006
   (a) See review in Psychiatric Times, August 2008 by Leonore Tiefer
   (b) See review in Journal of Sex and Marital Therapy 34(5)-459-460.

8) Senior editor, (Candace B. Risen and Stanley E. Althof, Associate editors), Handbook of Clinical Sexuality for Mental Health Professionals. 2nd edition Routledge, New York, 2010.  See review by Pega Ren, JSex&Marital Therapy

9) Barriers to Loving: A Clinician's Perspective.  Routledge, New York, 2014.

10) Senior editor Candace B. Risen and Stanley E. Althof, Associate editors), <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. 3rd edition Routledge, New York, 2016

B)  <u>Research and Invited Papers</u>   When his name is not listed in a citation, Dr. Levine is either the solo or the senior author

1) Sampliner R. Parotid enlargement in Pima Indians. Annals of Internal Medicine 1970; 73:571-73

2) Confrontation and residency activism: A technique for assisting residency change: World Journal of Psychosynthesis 1974; 6: 23-26

3) Activism and confrontation: A technique to spur reform.  Resident and Intern Consultant 173; 2

4) Medicine and Sexuality. Case Western Reserve Medical Alumni Bulletin 1974:37:9-11.

5) Some thoughts on the pathogenesis of premature ejaculation. J. Sex & Marital Therapy 1975; 1:326-334

6) Marital Sexual Dysfunction: Introductory Concepts. Annals of Internal Medicine 1976;84:448-453

7) Marital Sexual Dysfunction: Ejaculation Disturbances 1976; 84:575-579

8) Yost MA: Frequency of female sexual dysfunction in a gynecology clinic: An epidemiological approach. Archives of Sexual Behavior 1976;5:229-238

9) Engel IM, Resnick PJ, Levine SB: Use of programmed patients and videotape in teaching medical students to take a sexual history. Journal of Medical Education 1976;51:425-427

10) Marital Sexual Dysfunction: Erectile dysfunction. Annals of Internal Medicine 1976;85:342-350

11) Articles in Medical Aspects of Human Sexuality

    (a) Treating the single impotent male. 1976; 10:123, 137

    (b) Do  men enjoy being caressed during foreplay as much as women do? 1977; 11:9

    (c) Do men like women to be sexually assertive? 1977;11:44

    (d) Absence of sexual desire in women: Do some women never experience sexual desire? Is this possibility genetically determined? 1977; 11:31

    (e) Barriers to the attainment of ejaculatory control. 1979; 13:32-56.

    (f) Commentary on sexual revenge.1979;13:19-21

    (g) Prosthesis for psychogenic impotence? 1979;13:7

    (h) Habits that infuriate mates. 1980;14:8-19

    (i) Greenberger-Englander, Levine SB. Is an enema an erotic equivalent?1981; 15:116

    (j) Ford AB, Levine SB. Sexual Behavior and the Chronically Ill Patients. 1982; 16:138-150

    (k) Preoccupation with wife's sexual behavior in previous marriage 1982; 16:172

    (l) Co-existing organic and psychological impotence. 1985;19:187-8

    (m) Althof SE, Turner LA, Kursh ED, Bodner D, Resnick MI, Risen CB. Benefits and Problems with Intracavernosal injections for the treatment of impotence. 1989;23(4):38-40

12) Male Sexual Problems. Resident and Staff Physician 1981:2:90-5

13) Female Sexual Problems. Resident and Staff Physician 1981:3:79-92

14) How can I determine whether a recent depression in a 40 year old married man is due to organic loss of erectile function or whether the depression is the source of the dysfunction? Sexual Medicine Today 1977;1:13

15)  Corradi RB, Resnick PJ Levine SB, Gold F. For chronic psychologic
impotence: sex therapy or psychotherapy? I & II Roche Reports; 1977

16)  Marital Sexual Dysfunction: Female dysfunctions 1977; 86:588-597

17)  Current problems in the diagnosis and treatment of psychogenic
impotence. Journal of Sex & Marital Therapy 1977;3:177-186

18)  Resnick PJ, Engel IM. Sexuality curriculum for gynecology residents.
Journal of Medical Education 1978; 53:510-15

19)  Agle DP. Effectiveness of sex therapy for chronic secondary psychological
impotence Journal of Sex & Marital Therapy 1978;4:235-258

20)  DePalma RG, Levine SB, Feldman S. Preservation of erectile function
after aortoiliac reconstruction. Archives of Surgery 1978;113-958-962

21)  Conceptual suggestions for outcome research in sex therapy Journal of Sex
& Marital Therapy 1981;6:102-108

22)  Lothstein LM.  Transsexualism or the gender dysphoria syndrome. Journal
of Sex & Marital Therapy 1982; 7:85-113

23)  Lothstein LM, Levine SB. Expressive psychotherapy with gender
dysphoria patients Archives General Psychiatry 1981; 38:924-929

24)  Stern RG Sexual function in cystic fibrosis. Chest 1982; 81:422-8

25)  Shumaker R. Increasingly Ruth: Towards understanding sex reassignment
surgery Archives of Sexual Behavior 1983;12:247-61

26)  Psychiatric diagnosis of patients requesting sex reassignment surgery.
Journal of Sex & Marital Therapy 1980; 6:164-173

27)  Problem solving in sexual medicine I. British Journal of Sexual Medicine
1982;9:21-28

28)  A modern perspective on nymphomania. Journal of Sex & Marital
Therapy 1982;8:316-324

29)  Nymphomania. Female Patient 1982;7:47-54

30)  Commentary on Beverly Mead's article: When your patient fears
impotence. Patient Care 1982;16:135-9

31)  Relation of sexual problems to sexual enlightenment. Physician and
Patient 1983 2:62

32)  Clinical overview of impotence. Physician and Patient 1983; 8:52-55.

33)  An analytical approach to problem-solving in sexual medicine: a clinical
introduction to the psychological sexual dysfunctions. II. British Journal of
Sexual Medicine

34)  Coffman CB, Levine SB, Althof SE, Stern RG Sexual Adaptation among
single young adults with cystic fibrosis. Chest 1984;86:412-418

35)  Althof SE, Coffman CB, Levine SB. The effects of coronary bypass in
female sexual, psychological, and vocational adaptation. Journal of Sex &
Marital Therapy 1984;10:176-184

36)  Letter to the editor: Follow-up on Increasingly Ruth. Archives of Sexual
Behavior 1984;13:287-9

37)  Essay on the nature of sexual desire Journal of Sex & Marital Therapy

1984; 10:83-96

38) Introduction to the sexual consequences of hemophilia. Scandanavian Journal of Haemology 1984; 33:(supplement 40).75-

39) Agle DP, Heine P. Hemophila and Acquired Immune Deficiency Syndrome: Intimacy and Sexual Behavior. National Hemophilia Foundation; July, 1985
   (a)    Translated into German
   (b)    Translated into Spanish

40) Turner LA, Althof SE, Levine SB, Bodner DR, Kursh ED, Resnick MI. External vacuum devices in the treatment of erectile dysfunction: a one-year study of sexual and psychosocial impact. Journal of Sex & Marital Therapy

41) Schein M, Zyzanski SJ, Levine SB, Medalie JH, Dickman RL, Alemagno SA. The frequency of sexual problems among family practice patients. Family Practice Research Journal 1988; 7:122-134

42) More on the nature of sexual desire. Journal of Sex & Marital Therapy 1987;13:35-44

43) Waltz G, Risen CB, Levine SB. Antiandrogen treatment of male sex offenders. Health Matrix 1987; V.51-55.

44) Lets talk about sex. National Hemophilia Foundation January, 1988

45) Sexuality, Intimacy, and Hemophilia: questions and answers . National Hemophilia Foundation January, 1988

46) Prevalence of sexual problems. Journal Clinical Practice in Sexuality 1988;4:14-16.

47) Kursh E, Bodner D, Resnick MI, Althof SE, Turner L, Risen CB, Levine SB. Injection Therapy for Impotence. Urologic Clinics of North America 1988; 15(4):625-630

48) Bradley SJ, Blanchard R, Coates S, Green R, Levine S, Meyer-Bahlburg H, Pauly I, Zucker KJ. Interim report of the DSM-IV Subcommittee for Gender Identity Disorders. Archives of Sexual Behavior 1991;;20(4):333-43.

49) Sexual passion in mid-life. Journal of Clinical Practice in Sexuality 1991 6(8):13-19

50) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DR, Resnick MI. Intracavernosal injections in the treatment of impotence: A prospective study of sexual, psychological, and marital functioning. Journal of Sex & Marital Therapy 1987**;** 13:155-167

51) Althof SE, Turner LA, Risen CB, Bodner DR, Kursh ED, Resnick MI. Side effects of self-administration of intracavernosal injection of papaverine and phentolamine for treatment of impotence. Journal of Urology 1989;141:54-7

52) Turner LA, Froman SL, Althof SE, Levine SB, Tobias TR, Kursh ED, Bodner DR.  Intracavernous injections in the management of diabetic

impotence.  Journal of Sexual Education and Therapy 16(2):126-36, 1989

53) Is it time for sexual mental health centers? Journal of Sex & Marital Therapy 1989**;**

54) Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI.  Sexual, psychological, and marital impact of self injection of papaverine and phentolamine: a long-term prospective study.  Journal of Sex & Marital Therapy

55) Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Why do so many men drop out of intracavernosal treatment?  Journal of Sex & Marital Therapy. 1989;15:121-9

56) Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Self injection of papaverine and phentolamine in the treatment of psychogenic impotence. Journal of Sex & Marital Therapy. 1989; 15(3):163-78

57) Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Treating erectile dysfunction with external vacuum devices: impact upon sexual, psychological, and marital functioning.  Journal of Urology 1990;141(1):79-82

58) Risen CB, Althof SE.  An essay on the diagnosis and nature of paraphilia Journal of Sex & Marital Therapy 1990; 16(2):89-102.

59) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Through the eyes of women: the sexual and psychological responses of women to their partners' treatment with self-injection or vacuum constriction therapy. International Journal of Impotence Research (supplement 2)1990;346-7.

60) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. A comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. . International Journal of Impotence Research (supplement 2)1990;289-90

61) Kursh E, Turner L, Bodner D, Althof S, Levine S. A prospective study on the use of the vacuum pump for the treatment of impotence.International Journal of Impotence Research (supplement 2)1990;340-1.

62) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of intracavernous therapy in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991; 17(2):101-112

63) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of vacuum pump devices in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991;17(2):81-93

64) Turner LA, Althof SE, Levine SB, Bodner DB, Kursh ED, Resnick MI. A 12-month comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. Urology 1992;39(2):139-44

65) Althof SE, The pathogenesis of psychogenic impotence.  J. Sex Education and Therapy. 1991; 17(4):251-66

66) Mehta P, Bedell WH, Cumming W, Bussing R, Warner R, Levine SB. Letter to the editor. Reflections on hemophilia camp. Clinical Pediatrics 1991; 30(4):259-260

67) Successful Sexuality. Belonging/Hemophilia. (Caremark Therapeutic Services), Autumn, 1991

68) Psychological intimacy. Journal of Sex & Marital Therapy 1991; 17(4):259-68

69) Male sexual problems and the general physician, Georgia State Medical Journal 1992; 81(5): 211-6

70) Althof SE, Turner LA, Levine SB, Bodner DB, Kursh E, Resnick MI. Through the eyes of women: The sexual and psychological responses of women to their partner's treatment with self-injection or vacuum constriction devices. Journal of Urology 1992; 147(4):1024-7

71) Curry SL, Levine SB, Jones PK, Kurit DM. Medical and Psychosocial predictors of sexual outcome among women with systemic lupus erythematosis.  Arthritis Care and Research 1993;  6:23-30

72) Althof SE, Levine SB. Clinical approach to sexuality of patients with spinal cord injury. Urological Clinics of North America 1993; 20(3):527-34

73) Gender-disturbed males. Journal of Sex & Marital Therapy 19(2):131-141, 1993

74) Curry SL, Levine SB, Jones PK, Kurit DM. The impact of systemic lupus erythematosis on women's sexual functioning. Journal of Rheumatology 1994; 21(12):2254-60

75) Althof SE, Levine SB, Corty E, Risen CB, Stern EB, Kurit D. Clomipramine as a treatment for rapid ejaculation: a double-blind crossover trial of 15 couples. Journal of Clinical Psychiatry 1995;56(9):402-7

76) Risen CB, Althof SE. Professionals who sexually offend: evaluation procedures and preliminary findings. Journal of Sex & Marital Therapy 1994; 20(4):288-302

77) On Love, Journal of Sex & Marital Therapy 1995; 21(3):183-191

78) What is clinical sexuality? Psychiatric Clinics of North America 1995; 18(1):1-6

79) "Love" and the mental health professions: Towards an understanding of adult love. Journal of Sex & Marital Therapy 1996; 22(3)191-202
    (a) Reprinted in Issues in Human Sexuality: Current & Controversial Readings with Links to Relevant Web Sites, 1998-9, Richard Blonna, Editor, Engelwood, Co. Morton Publishing Company, 1998

80) The role of Psychiatry in erectile dysfunction: a cautionary essay on the

emerging treatments. Medscape Mental Health 2(8):1997 on the Internet. September, 1997.

81) Discussion of Dr. Derek Polonsky's SSTAR presentation on Countertransference. Journal of Sex Education and Therapy 1998; 22(3):13-17

82) Understanding the sexual consequences of the menopause. Women's Health in Primary Care, 1998

    (a)     Reprinted in the International Menopause Newsletter

83) Fones CSL, Levine SB. Psychological aspects at the interface of diabetes and erectile dysfunction. Diabetes Reviews 1998; 6(1):1-8

84) Guay AT, Levine SB, Montague DK. New treatments for erectile dysfunction. Patient Care March 15, 1998

85) Extramarital Affairs. Journal of Sex & Marital Therapy 1998; 24(3):207-216

86) Levine SB (chairman), Brown G, Cohen-Kettenis P, Coleman E, Hage JJ, Petersen M, Pfäfflin F, Shaeffer L, vanMasdam J, Standards of Care of the Harry Benjamin International Gender Dysphoria Association, 5th revision, 1998. International Journal of Transgenderism at http://www.symposion.com/ijt

    (a)     Reprinted by the  Harry Benjamin International Gender Dysphoria Association, Minneapolis, Minnesota

    (b)     also published in:

87) Althof SE, Corty E, Levine SB, Levine F, Burnett A, McVary K, Stecher V, Seftel. The EDITS: the development of questionnaires for evaluating satisfaction with treatments for erectile dysfunction. Urology 1999;53:793-799

88) Fones CSL, Levine SB, Althof SE, Risen CB. The sexual struggles of 23 clergymen: a follow-up study. Journal of Sex & Marital Therapy 1999

89) The Newly Devised Standards of Care for Gender Identity Disorders. Journal of Sex Education and Therapy 24(3):1-11,1999

90) Levine, S. B. (1999). The newly revised standards of care for gender identity disorders. Journal of Sex Education & Therapy, 24, 117-127.

91) Melman A, Levine SB, Sachs B, Segraves RT, Van Driel MF. Psychological Issues in Diagnosis of Treatment (committee 11) in Erectile Dysfunction (A.Jarden, G.Wagner, S.Khoury, F. Guiliano, H.Padma-nathan, R. Rosen, eds.) Plymbridge Distributors Limited, London, 2000

92) Pallas J, Levine SB, Althof SE, Risen CB. A study using Viagra in a mental health practice. J Sex&Marital Therapy.26(1):41-50, 2000

93) Levine SB, Stagno S. Informed Consent for Case Reports: the ethical dilemma between right to privacy and pedagogical freedom. Journal of Psychotherapy: Practice and Research, 2001, 10 (3): 193-201.

94) Alloggiamento T., Zipp C., Raxwal VK, Ashley E, Dey S. Levine SB, Froelicher VF. Sex, the Heart, and Sildenafil. Current Problems in Cardiology 26 June 2001(6):381-416

95) Re-exploring The Nature of Sexual Desire. Journal of Sex and Marital Therapy 28(1):39-51, 2002.

96) Understanding Male Heterosexuality and Its Disorders in Psychiatric Times XIX(2):13-14, February, 2002

97) Erectile Dysfunction: Why drug therapy isn't always enough. (2003) Cleveland Clinic Journal of Medicine, 70(3): 241-246.

98) The Nature of Sexual Desire: A Clinician's Perspective.  Archives of Sexual Behavior 32(3):279-286, 2003 .

99) Laura Davis. What I Did For Love: Temporary Returns to the Male Gender Role. International Journal of Transgenderism, 6(4), 2002 and http://www.symposion.com/ijt

100) Risen C.B., The Crisis in the Church: Dealing with the Many Faces of Cultural Hysteria in The International Journal of Applied Psychoanalytic Studies, 1(4):364-370, 2004

101) Althof SE, Leiblum SR (chairpersons), Chevert-Measson M. Hartman U., Levine SB, McCabe M., Plaut M, Rodrigues O, Wylie K., Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction in World Health Organization Conference Proceedings on Sexual Dysfunctions, Paris, 2003. Published in a book issued in 2004.

102) Commentary on Ejaculatory Restrictions as a Factor in the Treatment of Haredi (Ultra-Orthodox) Jewish Couples: How Does Therapy Work? Archives of Sexual Behavior, 33(3):June 2004

103) What is love anyway? J Sex & Marital Therapy 31(2):143-152,2005.

104) A Slightly Different Idea, Commentary on Y.M.Binik's Should Dyspareunia Be Retained as a Sexual Dysfunction in DSM-V? A Painful Classification Decision. Archives of Sexual Behavior 34(1):38-39, 2005. http://dx.doi.org/10.1007/s10508-005-7469-3

105) Commentary. Pharmacologic Treatment of Erectile Dysfunction: Not always a simple matter. BJM USA; Primary Care Medicine for the American Physician, 4(6):325-326, July 2004

106) Leading Comment: A Clinical Perspective on Infidelity.  Journal of Sexual and Relationship Therapy, 20(2):143-153, May 2005.

107) Multiple authors.  Efficacy and safety of sildenafil citrate (Viagra) in men with serotonergic antidepressant-associated erectile dysfunction: Results from  a randomized, double-blind, placebo-controlled trial.  Submitted to Journal of Clinical Psychiatry Feb 2005

108) Althof SE, Leiblum SR, Chevert-Measson M, Hartman U,Levine SB,McCabe M, Plaut M, Rodrigues O, Wylie K. Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction.  Journal of Sexual Medicine, 2(6): 793-800, November, 2005

109) Shifren JL, Davis SR, Moreau M, Waldbaum A, Bouchard C., DeRogatis

L., Derzko C., Bearnson P., Kakos N., O'Neill S., Levine S., Wekselman K., Buch A., Rodenberg C., Kroll R. Testosterone Patch for the Treatment of Hypoactive Sexual Desire Disorder in Naturally Menopausal Women: Results for the INTIMATE NM1 Study.  Menopause: The Journal of the North American Menopause Society 13(5) 2006.

110)  Reintroduction to Clinical Sexuality. Focus: A Journal of Lifelong Learning in Psychiatry Fall 2005. III (4):526-531

111)  PDE-5 Inhibitors and Psychiatry in J Psychiatric Practice 12 (1): 46-49, 2006.

112)  Sexual Dysfunction: What does love have to do with it? Current Psychiatry 5(7):59-68, 2006.

113)  How to take a Sexual History (Without Blushing), Current Psychiatry 5(8): August, 2006.

114)  Linking Depression and ED:  Impact on sexual function and relationships in Sexual Function and Men's Health Through the Life Cycle under the auspices of the Consortium for Improvement of Erectile Function (CIEF),12-19, November, 2006.

115)  The First Principle of Clinical Sexuality.  Editorial. Journal of Sexual Medicine,4:853-854, 2007

116)  Commentary on David Rowland's editorial, "Will Medical Solutions to Sexual Problems Make Sexological Care and Science Obsolete?" Journal of Sex and Marital Therapy, 33(5), 2007 in press

117)  Real-Life Test Experience: Recommendations for Revisions to the Standards of Care of the World Professional Association for Transgender Health International Journal of Transgenderism, Volume 11 Issue 3, 186-193, 2009

118)  Sexual Disorders: Psychiatrists and Clinical Sexuality.  Psychiatric Times XXIV (9), 42-43, August 2007

119)  I am not a sex therapist! Commentary to I. Binik and M. Meana's article Sex Therapy: Is there a future in this outfit? Archives of Sexual Behavior, Volume 38, Issue 6 (2009),  1033-1034

119)  Solomon A (2009) Meanings and Political Implications of "Psychopathology"  in a Gender Identity Clinic: Report of 10 cases. Journal of Sex and Marital Therapy 35(1): 40-57.

120)  Perelman, MA., Levine SB, Fischkoff SA. Randomized, Placebo-Controlled, Crossover Study to Evaluate the Effects of Intranasal Bremelanotide on Perceptions of Desire and Arousal in Postmenopausal Women with Sexual Arousal Disorder submitted to Journal of Sexual Medicine July 2009, rejected

121)  What is Sexual Addiction? Journal of Sex and Marital Therapy.2010 May;36(3):261-75

122)  David Scott (2010)  Sexual Education of Psychiatric Residents. Academic Psychiatry, October-November, 2010

123)   Chris G. McMahon, Stanley E. Althof, Joel M. Kaufman, Jacques Buvat, Stephen B. Levine, Joseph W. Aquilina, Fisseha Tesfaye, Margaret Rothman, David A. Rivas, Hartmut Porst. Efficacy and Safety of Dapoxetine for the Treatment of Premature Ejaculation: Integrated Analysis of Results From 5 Phase 3 Trials Journal of Sexual Medicine 2011 Feb;8(2):524-39.

124)   Commentary on Consideration of Diagnostic Criteria for Erectile Dysfunction in DSM V. Journal of Sexual Medicine July 2010

125)   Hypoactive Sexual Desire Disorder in Men: Basic types, causes, and treatment. Psychiatric Times 27(6)4-34. 2010

126)   Male Sexual Dysfunctions, an audio lecture, American Physician Institute 2013

127)    Fashions in Genital Fashion: Where is the line for physicians? Commentary on David Veale and Joe Daniels' Cosmetic Clitoridectomy in a 33-year-old woman. Archives of Sexual Behavior, epub ahead of print Sept 24, 2011. Arch Sex Behav (2012) 41:735–736    DOI 10.1007/s10508-011-9849-7

128)   Review: Problematic Sexual Excess. Neuropsychiatry 2(1):1-12, 2012

129).  The Essence of Psychotherapy. Psychiatric Times 28 (2): August 2, 2012 translated into Portuguese and republished in Revista Latinoamericana de Psicopatologia Fundamental (latin-American Journal of Fundamental Psychopathology) in press 2012.

130)   Parran TV, Pisman, AR,  Younger SJ, Levine SB.Evolution of remedial CME course in professionalism: Addressing learner needs, developing content, and evaluating outcomes. Journal of Continuing Education in  the Health Professions, 33(3): 174-179, 2013.

131)   Love and Psychiatry. Psychiatric Times November 2013

132)   Orgasmic Disorders, Sexual Pain Disorders, and Sexual Dysfunction Due to a Medical Condition. Board Review Psychiatry 2013-2014 Audio Digest CD 27. Audio recording of a one-hour lecture available October 2013.

133)   Towards a Compendium of the Psychopathologies of  Love. Archives of Sexual Behavior Online First December 25, 2013 DOI 10.1007/s10508-013-0242-6  43(1)213-220.

134)   Flibanserin. (editorial) Archives of Sexual Behavior 44 (8), 2015 November 2015. DOI: 10.1007/s10508-015-0617-y

135)    Reflections of an Expert on the Legal Battles Over Prisoners with Gender Dysphoria. J Am Acad Psychiatry Law 44:236–45, 2016

136)   Cooper E, McBride J, Levine SB. Does Flibanserin have a future? Psychiatric Times accepted October 23, 2015.

137)   Levine SB, Sheridan DL, Cooper EB. The Quest for a Prosexual Medication for Women, Current Sexual Health Reports (2016) 8: 129. doi:10.1007/s11930-016-0085-y

138)  Why Sex Is Important: Background for Helping Patients with Their Sexual Lives. BJPsychAdvances, submitted June 17, 2016

139)  Flibanserin: Offene Forshungsfragen , Zeitschrift für Sexualforschung. 29: 170-175, 2016.  This is a translation of 134).

140)  Commentary on  "Asexuality: Orientation, paraphilia, dysfunction, or none of the above? Archives Sexual Behavior, in press

141)  Sexual Dysfunction in Clinical Psychiatry, Psychiatric Times, in press

C.    Chapters

1.  Overview of Sex Therapy.  In Sholevar GP (ed) The Handbook of Marriage and Marital Therapy. New York. Spectrum Publications, 1981 pp417-41

2.  Why study sexual functioning in diabetes? In Hamburg BA, Lipsett LF, Inoff GE, Drash A (eds) Behavioral & Psychosocial Issues in Diabetes: Proceedings of a National conference. Washington, DC. US Dept. of Health & Human Services. PHS NIH, Pub. #80-1933

3.  Sexual Problems in the Diabetic in Bleicher SJ, Brodoff B (eds) Diabetes Mellitus and Obesity. Williams and Wilkins, 1992

4.  Clinical Introduction to Human Sexual Dysfunction. In Pariser SF, Levine SB, McDowell M (eds) Clinical Sexuality. New York, Marcel Dekker Publisher, 1983.

5.  Psychodynamically-oriented clinician's overview of psychogenic impotence. In RT Segraves (ed) Impotence. New York, Plenum, 1985

6.  Origins of sexual preferences. In Shelp EE (ed) Sexuality and Medicine. D. Reidel Publishing co. 1987. Pp39-54.

7.  Hypoactive Sexual Desire and Other Problems of Sexual Desire. In H. Lief (ed). The Treatment of Psychosexual Dysfunctions/ III. American Psychiatric Press, chapter 207.pp2264-79, 1989

8.     Psychological Sexual Dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

9.     Male sexual dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

10.  Sexuality and Aging. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

11.  Homosexuality. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

12.  Individual and intrapsychic factors in sexual desire. In Leiblum SR, Rosen RC (eds). Clinical Perspectives on Sexual Desire Disorders. Guilford Press, New York, 1988, pp21-44

13.  Gender Identity Disorders. In Sadock B, Kaplan H(eds). Comprehensive Textbook of Psychiatry, Baltimore, William and Wilkins, 1989, pp 1061-9

14. Intrapsychic and Interpersonal Aspects of Impotence: Psychogenic Erectile Dysfunction. In Leiblum SR, Rosen RC (eds). Erectile Disorders: Assessment and Treatment. Guilford Press, New York, 1992

15. Psychological Factors in Impotence. In Resnick MI, Kursh ED, (eds.) Current Therapy in Genitourinary Surgery, 2nd edition. BC Decker, 1991, pp549-51

16. The Vagaries of Sexual Desire. In Leiblum SR, Rosen RC (eds). In Case Studies in Sex Therapy. Guilford Press, New York, 1995

17. Rosenblatt EA. Sexual Disorders (chapter 62). In Tasman A, Kay J, Liberman JA (eds). Psychiatry Volume II, W.B.Saunders, Philadelphia. 1997, pp 1173-2000.

18. Althof SE. Psychological Evaluation and Sex Therapy. In Mulcahy JJ (ed) Diagnosis and Management of Male Sexual Dysfunction Igaku-Shoin, New York, 1996, pp74-88

19. Althof SE, Levine SB. Psychological Aspects of Erectile Dysfunction. In Hellstrum WJG (ed) Male Infertility and Dysfunction. Springer-Verlag, New York, 1997. pp 468-73

20. Paraphilias. In Comprehensive Textbook of Psychiatry/VII. Sadock BJ, Sadock VA (eds.) Lippincott Williams & Wilkins, Baltimore, 1999, pp1631-1645.

21. Women's Sexual Capacities at Mid-Life in The Menopause: Comprehensive Management B. Eskind (ed). Parthenon Publishing, Carnforth, UK, 2000.

22. Male Heterosexuality in Masculinity and Sexuality:Selected Topics in the Psychology of Men, (Richard C. Friedman and Jennifer I. Downey, eds) Annual Review of Psychiatry, American Psychiatric Press, Washington, DC, W-18. pp29-54.

23. R.T.Segraves. Introduction to section on Sexuality: Treatment of Psychiatric Disorders-III (G.O.Gabbard, ed), American Psychiatric Press, Washington, DC, 2001

24. Sexual Disorders (2003) in Tasman A, Kay J, Liberman JA (eds). Psychiatry 2nd edition, Volume II, W.B.Saunders, Philadelphia. Chapter 74

25. What Patients Mean by Love, Psychological Intimacy, and Sexual Desire (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp.21-36.

26. Infidelity (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp57-74

27. Preface (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp xiii-xviii

28.  A Psychiatric Perspective on Psychogenic Erectile Dysfunction (2004) in
     T.F. Lue (ed) Atlas of Male Sexual Dysfunction, Current Medicine,
     Philadelphia Chapter 5

29.  Levine, SB., Seagraves, RT.  Introduction to Sexuality Section, Treatment
     of Psychiatric Disorders, 3rd edition (Gabbard GO, editor), American
     Psychiatric Press, 2007

30.  Risen CB, (2009)Professionals Who Are Accused of Sexual Boundary
     Violations *In Sex Offenders: Identification, Risk Assessment, Treatment,
     and Legal Issues* edited by Fabian M. Saleh, Albert J. Grudzinskas, Jr.,
     and John M. Bradford, Oxford University Press, 2009

31.  What Patients Mean by Love, Intimacy, and Sexual Desire, in Handbook
     of Clinical Sexuality for Mental Health Professionals edited by Levine
     SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

32.  Infidelity in Handbook of Clinical Sexuality for Mental Health
     Professionals edited by Levine SB, Risen, CB, and Althof, SE,
     Routledge, New York, 2010

33.  Scott DL, Levine, SB.  Understanding Gay and Lesbian Life in Handbook
     of Clinical Sexuality for Mental Health Professionals edited by Levine
     SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

34.  Levine, SB, Hasan, S., Boraz M. (2009) Male Hypoactive Sexual Desire
     Disorder (HSDD) in Clinical Manual of Sexual Disorders (R. Balon and
     RT Segraves, eds), American Psychiatric Press, Washington, DC.

35.  Levine, SB. Sexual Disorders in  Fundamentals of Psychiatry (by Allan
     Tasman and Wanda Mohr,eds.)
     <http://eu.wiley.com/WileyCDA/WileyTitle/productCd-
     0470665777.html>, .

36.  Infidelity in Principles and Practices of Sex Therapy (I Binik, K. Hall,
     editors), 5th edition, Guilford Press, New York, 2014.

37.  Why is Sex Important? In Handbook of Clinical Sexuality for Mental
     Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New
     York. Routledge, 2016, Chapter 1

38.  The Rich Ambiguity of Key Terms: Making Distinctions. In Handbook of
     Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine,
     CB Risen, SE Althof, eds] New York. Routledge, 2016. Chapter 4

39.  The Mental Health Professional's Treatment of Erection Problems . In
     Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed.
     [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016
     Chapter 11

40.   Why is Sex Important? In Sexual Health in the Couple: Management of
     Sexual Dysfunction in Men and Women [L Lipshultz, A Pastuszak, M
     Perelman, A Giraldi, J Buster, eds.] New York, Springer, 2016 in press.

C) **Book Reviews**

    1) Homosexualities: A Study of Diversity Among Men and Women by Alan P. Bell and Martin S. Weinberg, Simon and Schuster, New York, 1978.  In Journal of Sex & Marital Therapy 1979; 5:

    2) Marriage and Marital Therapies: Psychoanalytic, Behavioral & System Theory Perspectives by TJ Paolino and BS McCrady. Brunner/Mazel, New York, 1978. In Journal of Sex & Marital Therapy 1979; 5:

    3) Management of Male Impotence. Volume 5 International Perspectives in Urology AH Bennett, (ed) Williams and Wilkins, Baltimore, 1992. In American Journal of Psychiatry, 1984

    4) The Sexual Relationship by DE Scharff, Routledge & Kegan Paul, 1982 in Family Process 1983;22:556-8

    5) Phenomenology and Treatment of Psychosexual Disorders, by WE Fann, I Karacan, AD Pokorny, RL Williams (eds). Spectrum Publications, New York, 1983. In American Journal of Psychiatry 1985;142:512-6

    6) The Treatment of Sexual Disorders: Concepts and Techniques of Couple Therapy, G Arentewicz and G Schmidt. Basic Books, New York, 1983. In American Journal of Psychiatry 1985;142:983-5

    7) Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Journal of Clinical Psychiatry, 1986

    8)    Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Contemporary Psychology 1986:31:421-2 [titled, The Limitations of Science, the Limitations of Understanding]

    9)    Psychopharmacology of Sexual Disorders by M Segal (ed) John Libbey & Co Ltd, London, 1987 in American Journal of Psychiatry 1987;144:1093

    10)    "The Sissy Boy Syndrome" and the Development of Homosexuality by R Green. Yale University Press, New Haven, 1987.  In American Journal of Psychiatry 1988;145:1028

    11)    Male Homosexuality: A contemporary psychoanalytic perspective by RC Friedman, Yale University Press, New Haven, 1988 in Journal of Clinical Psychiatry 1989;50:4, 149

    12)    Sexual Landscapes: Why we are what we are, why we love whom we love. By JD Weinrich, Charles Schribner's Sons, New York, 1987 in Archives of Sexual Behavior 21 (3):323-26, 1991

    13)    How to Overcome Premature Ejaculation by HS Kaplan, Brunner/Mazel, New York, 1989 in Journal of Clinical Psychiatry 51(3):130, 1990

    14)    Clinical Management of Gender Identity Disorders in Children and Adults R. Blanchard, BN Steiner (eds) American Psychiatry Press, Washington, DC, 1990. In Journal of Clinical Psychiatry 52(6):283, 1991

    15)    Psychiatric Aspects of Modern Reproductive Technologies. NL Stotland (ed) American Psychiatric Press, Washington DC, 1990. In Journal of Clinical Psychiatry 1991;52(9):390

16) Homosexualities: Reality, Fantasy, and the Arts. CW Socarides, VD Volkan (eds). International Universities Press, Madison, Connecticut, 1990. In Journal of Clinical Psychiatry 1992;(10)

17) Reparative Therapy of Male Homosexuality: A New Clinical Approach.  J Nicolosi, Jason Aronson, Northvale NJ, 1992. In Contemporary Psychology 38(2):165-6, 1993 [entitled Is Evidence Required?]

18) Male Victims of Sexual Assault, GC Mezey, MB King (eds) Oxford University Press, New York, 1992. In Journal of Clinical Psychiatry 1993;54(9):358,

19) AIDS and Sex: An Integrated Biomedical and Biobehavioral Approach. B Voeller, JM Reinisch, M Gottlieb, Oxford University Press, New York, 1990. In American Journal of Psychiatry

20) Porn: Myths for the Twentieth Century by RJ Stoller, Yale University Press, New Haven, 1991. In Archives of Sexual Behavior 1995;24(6):663-668

21) Sexual Dysfunction: Neurologic, Urologic, and Gynecologic Aspects. R Lechtenberg, DA Ohl (eds) Lea & Febiger, Philiadelphia, 1994. In Neurology

22) The Sexual Desire Disorders: Dysfunctional Regulation of Sexual Motivation. HS Kaplan Brunner/Mazel, New York, 1995. In Neurology 1996; 47:316

23) Femininities, Masculinities, Sexualities: Freud and Beyond. N. Chodorow. The University Press of Kentucky, Lexington, 1994. Archives of Sexual Behavior 28(5):397-400,1999

24) Sexual Function in People with Disability and Chronic Illness:A Health Professional's Guide by ML Sipski, CJ Alexander. Aspen Publishers, Gaitersburg, Md, 1997. In Journal of Sex Education and Therapy, 1998;23(2):171-2

25) Sexual Aggression by J Shaw (ed). American Psychiatric Press, Washington, DC, 1998. In American Journal of Psychiatry, May, 1999

26) The *Wounded* Healer: Addiction-Sensitive Approach to the Sexually Exploitative Professional by Richard Irons and Jennifer P. Schneider. Jason Aronson, Northvale, N.J., 1999 in American Journal of Psychiatry 157(5):8-9,2000.

27) Culture of the Internet by Sara Kiesler (editor), Lawrence Erlbaum Associates, Mahway, New Jersey, 1997. 463pp in Journal of Sex Research in press, 2001

28) Psychological Perspectives on Human Sexuality. Lenore T. Szuchman and Frank Muscarella (editors), Wiley and Sons, New York, American Journal of Psychiatry, April, 2002

29) "How Sexual Science Operates" a review of Sex, Love, and Health in America: Private Choices and Public Policies. EO Laumann and RT Michael, editors. Chicago, University of Chicago, 2001 in Second

Opinion, The Park Ridge Center for the Study of Health, Faith, and Ethics, 11:82-3, April, 2004.

30) Sexual Orientation and Psychoanalysis: Sexual Science and Clinical Practice.  R.C.Friedman and J.I. Downey (eds). New York. Columbia University Press. in Archives of Sexual Behavior (2003) 31(5):473-474

31) Prozac on the Couch:  Prescribing Gender in the Era of Wonder Drugs, Jonathon Michel Metzl.  Duke University Press, Durham, 2003 in American Journal of Psychiatry, November, 2004.

32) Sex and Gender by M. Diamond and A.Yates Child Psychiatric Clinics of North America W. B. Saunders, Philadelphia, Pennsylvania, 2004, 268 pp in Archives of Sexual Behavior April 2007 on line publication in Dec.2006 at http://dx.doi.org/10.1007/s10508-006-9114-7

33) Getting Past the Affair: A program to help you cope, heal, and move on—together or apart by Douglas K. Snyder, Ph.D, Donald H. Baucom, Ph.D, and Kristina Coop Gordon, Ph.D, New York, Guilford Press, 2007 in Journal of Sex and Marital Therapy,34:1-3, 2007

34) Dancing with Science, Ideology and Technique. A review of Sexual Desire Disorders: A casebook Sandra R. Leiblum editor, Guilford Press, New York, 2010.  In Journal of Sex Research 2011.

35) What is more bizarre: the transsexual or transsexual politics?  A review of Men Trapped in Men's Bodies: Narratives of Autogynephilic Transsexualism by Anne A. Lawrence, New York, Springer, 2014. In Sex Roles: a Journal of Research,  Volume 70, Issue 3 (2014), Page 158-160, 2014. DOI: 10.1007/s11199-013-0341-9

36) There Are Different Ways of Knowing.  A review of: How Sexual Desire Works: The Enigmatic Urge by Frederick Toates, Cambridge, UK, Cambridge University Press, in Sexuality and Cu1ture (2015) 19:407–409 DOI 10.1007/s12119-015-9279-0