```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
                    TALLAHASSEE DIVISION




REIYN KEOHANE,                   )
                                 )
           Plaintiff,            )
                                 )
     v.                          ) Case No. 4:16cv511-MW/CAS
                                 )
JULIE JONES in her official      )
capacity as Secretary,           )
Florida Department of            )
Corrections, and TERESITA        )
DIEGUEZ, Director of             )
Everglades Correctional          )
Institution,                     )
           Defendants.           )


                          - - -
    THE TELEPHONIC DEPOSITION OF STEPHEN B. LEVINE, M.D.
                      MAY 15TH, 2017
                          - - -
```

        Telephonic deposition of STEPHEN B. LEVINE, M.D., as if upon Cross-Examination before Christine A. Schirripa, a Registered Professional Reporter, Certified Reporting Instructor, and Notary Public in and for the State of Ohio, on Monday, the 15th day of May, 2017, at Northeast Court Reporting, LLC, 5075 Taylor Drive, Bedford Heights, Ohio, commencing at 10:02 a.m.

                          - - -


Northeast Court Reporting, LLC
(216) 475-2766 - www.NEcourtreporting.com


EXHIBIT J

```
 1   in Massachusetts, to allow for access to female clothing
 2   and canteen items commensurate with the security level
 3   that women at women's facilities would be able to get?
 4        A.    Yes, but I think that the actual
 5   interpretation of which items has been evolving in the
 6   direction -- since 2010 in the direction of closer to
 7   most canteen items.  I'm not so sure that it was the same
 8   in 2011 as it was in 2016 --
 9        Q.    Uh-huh.
10        A.    -- on a practical basis.  And we -- I'm
11   sorry.  I stopped.
12        Q.    Yeah.  Do you disagree with including access
13   to female clothing and canteen items in the treatment
14   plan for inmates with gender dysphoria?
15        A.    No.
16        Q.    Okay.  Do you think it's an appropriate part
17   of the treatment plan?
18        A.    I think it's a kindness.
19        Q.    Okay.  And in your experience working with
20   the clinicians at MDOC in Massachusetts, is that what
21   actually happens, that inmates with gender dysphoria or
22   some of them are provided, based on the clinician's
23   involvement, access to female clothing and canteen items?
24        A.    Yes.
25        Q.    Uh-huh.  Is that common there?
```



```
 1   tradition, not from the individual choice matters of
 2   citizens.
 3        Q.    So can hormone therapy be a treatment for
 4   gender dysphoria?
 5        A.    Well, yes, of course.  If a doctor is
 6   prescribing it, it is a medical treatment for gender
 7   dysphoria.
 8        Q.    Uh-huh.  And, similarly, surgery could be a
 9   treatment for gender dysphoria?
10        A.    Yes.  But, you know, wearing panties is not a
11   treatment for gender dysphoria that a doctor -- I mean,
12   the doctor doesn't care if you're wearing panties or male
13   briefs.  It has no material relevance to the medical
14   tradition.  Clearly the people like to -- from the skin
15   on up, they want to wear female clothes, and they have
16   the freedom to wear female clothes when they're a free
17   person.  They have to put up with the fact that people
18   react to them, given if they have a male-appearing body
19   dressed as a female.  But it's not a medical treatment.
20   It's a compassionate treatment.
21        When we're talking about prison, we're talking
22   about can we accommodate this poor person's aspirations?
23   Can we accommodate to it?  So in that sense, it's a
24   policy or a decision that people in charge in a prison
25   provide because they understand the person has this
```



```
 1   unique form of suffering.  I just don't think it's right
 2   to equip -- to equate sex reassignment surgery with
 3   wearing panties as treatment.
 4        Q.   Okay.  Now, with that said, the
 5   Massachusettes Department of Health in the gender
 6   identity policy we looked that, it did talk about access
 7   to female clothing and canteen items under a policy that
 8   was put together by clinicians; isn't that right?
 9        A.   Well, clinicians and administrators.
10        Q.   I see.  But it would need -- somebody would
11   need to have the approval of a clinician to be part of
12   the program to be able to access the undergarments, for
13   example, right?
14        A.   They would have to be in the gender
15   identity -- they would have to be a patient of that
16   particular unit.
17        Q.   Okay.
18        A.   So the doctor doesn't prescribe -- you must
19   understand, Ms. Cooper, the doctor doesn't prescribe you
20   should wear panties, you see?  If the patient is in the
21   gender clinic and wants to portray herself as much as
22   possible to others, panties are irrelevant.  But panties
23   are relevant to the patient's subjective experience
24   because it means to the patient that she is a woman.  But
25   it is not -- that's what it is, you know.  It's an
```



```
 1   accommodation, it's a kindness to the gender dysphoric
 2   inmate.
 3        I think it cheapens the idea of treatment if you
 4   equate these interventions that historically doctors do
 5   for people with decisions on how to dress.
 6        Q.   So it wouldn't come up in therapy if a
 7   patient was saying, I really -- you know, let's say you
 8   diagnosed somebody as having gender dysphoria.  A
 9   clinician wouldn't suggest to a patient, Maybe you ought
10   to try dressing as a woman or grooming as a woman to see
11   how that makes you feel?
12        A.   No, that's not -- that would be a very
13   unusual thing.
14        Q.   Okay.  So treatment, putting aside that word,
15   would it be fair to say that for prisoners with gender
16   dysphoria, access to cross-sex undergarments can help
17   alleviate their distress from gender dysphoria?
18        A.   Well, it won't alleviate it entirely, of
19   course.  Can I emphasize the word of course, the phrase
20   of course?  It's just one of the little things that might
21   make the person feel like even though they've lost their
22   freedom, that they have -- they can demand certain things
23   from the prison and they can -- which would make them
24   pleased to be near cotton or nylon panties.  Many people
25   feel that they don't -- that the panty itself tucks the
```

```
 1   penis between the legs more than jockey shorts.  I'm not
 2   so sure it's true, but I think they prefer knowing that
 3   they're wearing panties.
 4          In the world outside of prison, every once in a
 5   while someone is taken to the emergency room or dies, and
 6   they're obviously a man, and when they body is undressed,
 7   the person is wearing panties.  So we know that there is
 8   a psychological meaning to wearing panties that, although
 9   I can't express myself in the world courageously as a
10   woman, I at least privately can wear panties.  And I've
11   seen many a person who does that.  It's pleasing to them.
12   It means something to them.
13          And so it's not -- there's no doctor involved with
14   this at all.  There's no medical treatment that the
15   patient goes and buys female garments and wears them.
16      Q.    Can it improve their mental health to wear
17   them?
18      A.    Well, that's a big phrase, "mental health,"
19   you know.  It makes them happier.  They do it, so it must
20   make them happier.  Sometimes people say they're calmer.
21   But, you know, mental health is a big thing, and being
22   temporarily calmed by something is a little thing.
23      Q.    Well, I'm just curious about the word that
24   you used, making them happy or pleasing.  You know, it
25   would make me happy or pleasing to get a new car, but I
```



```
 1        A.     The first paragraph?
 2        Q.     Yes.
 3        A.     Yes, I see it.
 4        Q.     Okay.  And if you'll read along with me, it
 5   says, "Reiyn's stubborn persistence with the trans
 6   identity has cost her mightily."
 7        A.     Yes.
 8        Q.     What do you mean by her stubborn persistence
 9   with the trans identity?
10        A.     Well, how to explain this?  Reiyn has a
11   history of living as a boy and has incorporated elements
12   in her psyche of a boy.  And she has the conviction that
13   she is not really a boy because of certain attractions
14   she has to female things.  And the fact that the world
15   recognizes that you can be interested in playing dress-up
16   and still be a boy, there's a kind of stubbornness about
17   her persistence of the idea that her fantasy that she is
18   a girl is true, that she is a girl, and that she went
19   through a lot of hardship in order to maintain this
20   fantasy.
21             Other children would recognize that the reality of
22   presenting myself as a girl is an arduous process and
23   that maybe I ought to rethink this.  But she has formed
24   this identity, it is the reason for everything that she
25   does, and it has become the core of her development.
```

```
 1         There's a kind of stubbornness about that.  There's
 2   a refusal to accept aspects of reality.  And she has
 3   other traits, like she has an arrogant self-confidence, a
 4   belief that she knows better than everybody and that she
 5   is smarter than boys and smarter than girls and smarter
 6   than mental health professionals, and in particular,
 7   she's smarter than all the mental health professionals
 8   that dealt with her, and she's smarter than her parents.
 9   And that's what -- this inability to consider other
10   people's point of view is what I mean by a stubborn
11   persistence.
12         This is an intelligent person, and it is amazing
13   that this intelligent person could not participate and
14   adapt to school environments.  I mean, you need to
15   understand -- all of us need to understand that there are
16   transpeople who have had an identity from adolescence on,
17   like puberty on, who end up getting Ph.D. degrees and
18   M.D. degrees and do not, you know, get into the troubles
19   with other people and have adaptive capacities to
20   withstand tension and anxiety and to contain their
21   private identity internally without acting out as much as
22   this person did.
23         So I would say that is a stubborn persistence of a
24   trans identity.  It's cost her educationally, it's cost
25   her socially, it's cost her in terms of intimate
```



```
 1   connections with people, and now it has led to her
 2   attempting to murder or being convicted of attempting to
 3   murder another human being.  I would say that's a
 4   stubborn persistence.
 5        Q.   Okay.  You're not saying she isn't really
 6   transgender, though, right?
 7        A.   I'm sorry, repeat that?
 8        Q.   You're not saying she isn't really
 9   transgender, are you?
10        A.   I think her identity is one of a transperson.
11   That is her identity.
12        Q.   Okay.  You're not suggesting she ought to
13   adopt a male identity, are you?
14        A.   No.
15        Q.   Okay.  Now, on page 12, let's look under your
16   recommendations.
17        A.   I'm here.
18        Q.   All right.  You say on the -- well, let's
19   start from the beginning.  "I recommend a compassionate
20   response to Reiyn's request which take into account the
21   security-related concerns of the prison setting.  I think
22   it would help Reiyn psychologically to know that when she
23   needs a haircut, it does not have to be a buzz cut,"
24   right?  Question about that.  Would it help her
25   psychologically to know that she doesn't have to cut her
```



```
 1  hair above her ears and collar?
 2       A.    Did you say in color?
 3       Q.    No, sorry.  Would it help her psychologically
 4  to know she doesn't have to get her hair cut above the
 5  ears and shirt collar?
 6       A.    Oh, a shirt collar.  I'm sorry.
 7       Q.    Yes.
 8       A.    It would help Reiyn to get anything she
 9  wanted.  So if that's a specific thing that she may want,
10  you know, long hair, so she would be very pleased to have
11  long hair.  That would help her, yes.
12       Q.    And would it be psychologically helpful for
13  her to be able to wear a bra and panties?
14       A.    Yes.
15       Q.    Okay.  This would be a compassionate response
16  to Reiyn's request, to allow her to do so?
17       A.    Yes.  But we have to finish the sentence.
18       Q.    Go ahead.
19       A.    You know, that she's a prisoner, and a
20  prisoner is -- the prison, the Department of Corrections
21  has to ensure the safety of the prisoners and the safety
22  of the correction officers, and they make decisions about
23  how prisoners need to comport themselves.  So the context
24  of her treatment to stabilize or enforce her feminine
25  identity, the context for that is prison.  She's in a
```



```
 1   prison.
 2        Q.     Uh-huh.
 3        A.     So listen, it's very clear.  I mean, if we
 4   listen, if we believe what she's saying in this
 5   particular instance, that she wants long hair and she
 6   wants it down to her -- beyond her collar or at her
 7   shoulders, whatever, I believe her that's what she wants.
 8   I believe that's what this fight is about.  At least on
 9   the surface, that's what this fight is about.  So I think
10   that's the answer to your question.
11        Q.     Okay.  Now, if we can flip back to page 5 of
12   your report.  Actually, I'm sorry.  I made a mistake.  I
13   need to have you go back to page 10.
14        A.     Ten?
15        Q.     Ten, yep.
16        A.     I'm there.
17        Q.     Okay.  If you look at the second -- the
18   paragraph that is second from the bottom.
19        A.     Uh-huh.
20        Q.     The last sentence of that paragraph says,
21   "Legal successes will keep Reiyn happy, but the warrior
22   queen may be vulnerable to acute decompensations when
23   thwarted by prison security concerns."
24             I want to make sure I understood that passage.
25   Were you suggesting that if she's unable to get access to
```



```
 1   the hair and clothing she's seeking, she could be
 2   vulnerable to acute decompensation?
 3        A.    Yes.
 4        Q.    And what does decompensation mean?  Is that a
 5   term of art in psychiatry?
 6        A.    That's a nice phrase, a term of art.  Well,
 7   acute decompensation is going from emotional stability,
 8   relative comfort at a certain level of mood, to being
 9   overwhelmed with anxiety, feeling hopeless and helpless,
10   thinking about maybe I should just kill myself,
11   decompensation of being enraged and picking a fight with
12   another person or decompensation where you can't
13   participate -- if you're in an intimate relationship you
14   no longer can participate in sexual behavior.
15          The decompensation could be going from not using
16   any substances of abuse to using substance of abuse.
17   Acute decompensation could be taking the pills that you
18   take for some medical condition and taking a month's
19   worth at once, quote, an overdose.
20          So it has many different meanings, but it just
21   means a deterioration in one's self-control,
22   self-preservation and mood stability and behavioral
23   predictability.  That's what it means.  It's a term of
24   art, I guess.
25        Q.    And why do you believe that she may be
```



Case 4:16-cv-00511-MW-CAS   Document 125-10   Filed 06/12/17   Page 13 of 17

91

1  vulnerable to acute decompensation if she's unable to
2  access the female hair and clothing standards?
3      A.    Because this person believes that she is a
4  powerful, intelligent, superior individual who knows what
5  is right and what is wrong and knows what she's entitled
6  to and knows what her rights are, and she has -- she
7  suffers from little expressed doubt.  She presents with
8  certainty about things.
9      Now, I'm an experienced -- I'm older than Reiyn,
10 and I've had a lot of experience, as you have, that
11 outcomes are not certain.  We distrust certainty.  We
12 understand people have convictions, religious
13 convictions, political convictions, professional
14 convictions, but that doesn't necessarily mean that they
15 are correct or the future will -- they can predict the
16 future.
17     You know, we recognize, as mature people, recognize
18 there's a complexity in life.  Reiyn does not recognize
19 complexity.  Reiyn believes that she is a special person
20 endowed with capacities that far exceed lawyers and
21 doctors and administrators and supreme court justices.
22 She knows what the truth is.  She knows what the outcome
23 is.  She is certain, in other words.  She's arrogantly
24 confident.  She feels entitled.  She is what we call in
25 psychiatry a narcissistic character.


```
 1        And when such people are thwarted by reality, as
 2   Reiyn has been thwarted by reality a number of times in
 3   the past, she is likely to decompensate.  When her mother
 4   refused to give her permission for hormones, she made a
 5   suicide gesture, you see.  That's a decompensation.  I
 6   would say that the corrections staff need to be alert
 7   that if she loses or has a temporary setback in her legal
 8   quest, she's apt to have an acute decompensation.
 9        Now, the corrections people, that is, the mental
10   health professions who work in prisons, recognize that
11   when people lose a lawsuit sometimes, they have a period
12   of great disappointment.  It may last a day, it may last
13   a week, it may last longer.  But they're on alert that
14   that's when people need special consideration.  They're
15   often moved to a special facility, a mental health
16   facility in a prison.
17        And I would recommend that if that happens to
18   Reiyn, because Reiyn is so clear about what the future's
19   going to be, that if the future is not what she wants,
20   she's going to decompensate.  And this is the problem
21   with being rigid and certain and young.
22        So that's what that means.  And that's why I used
23   the term warrior queen.  I hope that sentence conveys
24   that to the reader.  It's about her character, you see.
25        Q.     If Reiyn were a patient at a prison where you
```



```
 1   were responsible for her care for gender dysphoria, would
 2   you be recommending that she be permitted access to
 3   female undergarments?
 4        A.   That's a little too theoretical for who you
 5   are addressing this question.  It would depend on why was
 6   I working in the prison in the first place and also what
 7   is the policy of the prison.  I would certainly recognize
 8   that this is what the patient wants.  And as I tried to
 9   make clear to you, when you give a transperson what they
10   want, just like if you give any person what they want,
11   they are temporarily happy.
12        Again, I would have a conversation, what is the
13   meaning of panties?  Why are we being so rigid about
14   this, you see?  What is it about panties?  Why can't you
15   sustain your sense of your feminine soul without having
16   some external thing that no one else can see but you?
17   Why did you need that literal thing?  Why can't the
18   concept that you are a woman just be enough, you see?
19   Well, because I'm a woman.  I want to dress like a woman.
20   But you're in prison, and you don't have access to these
21   things, and it might actually -- if someone sees that
22   you're wearing panties, that may make you vulnerable to
23   harassment, it may make you vulnerable to gang rape or
24   individual rape.  It is putting you in jeopardy.
25        I would have this conversation, you see.  It's not
```



1  psychiatric condition for which surgery is thought to be
2  a viable treatment.  Even though the most common thing
3  that we take care of in psychiatry are varieties of
4  depression and anxiety and we give drugs for those
5  conditions, but we recognize that there are many forms of
6  treatment for these conditions, and drugs are not
7  absolutely required.  They may be elected by the patient
8  or elected by the patient and the doctor, but many people
9  who come for treatment refuse to take any medical
10 therapies for it.
11      So we would say that it's medically necessary to
12 use this physical intervention, that is, given a
13 chemical, an anti-depressant, an anti-anxiety agent, but
14 it requires the consent of the patient.  The patient gets
15 to choose how the person is treated.
16      But, you see, in the gender dysphoria treatment,
17 you will find people who believe, like the Fenway Clinic
18 doctors believed in 2006, that if you have the diagnosis
19 of gender identity disorder or gender dysphoria in
20 today's lingo, then it's medically necessary to give
21 hormones, have mammoplasty, have rhinoplasty, have the
22 cricoid cartilage shaved, go into your vocal cords and
23 try to make your voice higher.  Everything a person wants
24 is called medically necessary.  And in that light, you
25 know, we reduce this matter to absurdity.

```
 1          So it used to be the sex reassignment surgery was
 2   called medically necessary, and I think I explained why
 3   that is, to make the surgeon not feel like he's above all
 4   doing no harm.  It used to be that that was what was
 5   medical necessity, and everything else was called
 6   cosmetic, cosmetic.
 7          But today, cosmetic surgeries, like having larger
 8   breasts made with silicone or having one's chin remodeled
 9   or putting implants on one's lips so you could have more
10   sensuous, big, fat lips or having your forehead
11   remodeled, these things are called medically necessary by
12   certain people who are experts in transgender health.
13          I think that's ludicrous, you see.  And so if we're
14   going to say that -- I'm willing to say that in certain
15   conditions when I make a judgment and other physicians
16   make a judgment, that hormones are medically necessary,
17   and sex reassignment surgery for some of the people on
18   hormones might be where we think it might help them live
19   a happier life.  That's medically necessary.  I do not
20   believe remodeling one's nose is medically necessary, you
21   know.  I don't actually believe having long hair is
22   medically necessary to feel feminine.  I do think that
23   there are certain women who like how they look in short
24   hair.
25          And so the idea that because a person wants their
```

