UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


REIYN KEOHANE,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Case No. 4:16cv511-MW/CAS
                                  )
JULIE JONES in her official       )
capacity as Secretary,            )
Florida Department of             )
Corrections, and TERESITA         )
DIEGUEZ, Director of              )
Everglades Correctional           )
Institution,                      )
          Defendants.             )


- - -

THE TELEPHONIC DEPOSITION OF STEPHEN B. LEVINE, M.D.
MAY 15TH, 2017
- - -


        Telephonic deposition of STEPHEN B. LEVINE,

M.D., as if upon Cross-Examination before Christine A.

Schirripa, a Registered Professional Reporter, Certified

Reporting Instructor, and Notary Public in and for the

State of Ohio, on Monday, the 15th day of May, 2017, at

Northeast Court Reporting, LLC, 5075 Taylor Drive,

Bedford Heights, Ohio, commencing at 10:02 a.m.


- - -

**Northeast Court Reporting, LLC**

(216) 475-2766  -  www.NEcourtreporting.com

<u>APPEARANCES:</u>

On Behalf of Plaintiff:

KIRKLAND REID, ESQUIRE

Jones Walker

RSA Battle House Tower

11 North Water Steet, Suite 1200

Mobile, Alabama  36602

(251) 439-7513

kreid@jones.walker.com

On Behalf of Defendant:

LESLIE COOPER, ESQUIRE

Senior Staff Attorney

LGBT & HIV Project

American Civil Liberties Union

125 Broad Street

New York, New York  10004

(212) 549-2584

lcooper@aclu.org



1                          I N D E X

2    Witness                                     Page

3    Stephen B. Levine, M.D.
            Cross-Examination by Ms. Cooper  . . . . .    5

4

5

6

7    OBJECTIONS                                  Page

8

9    By Mr. Reid. . . . . . . . . . . . .  49,   53, 108, 121,
                                          132, 135, 137, 140,
10                                        141, 145, 147, 148,
                                          168, 170
11

12

13

14                       E X H I B I T S

15           Description                         Page

16   1       Expert Witness Disclosures . . . .     8
     2       Department of Corrections Document    46
17   3       Confidential Transcript. . . . . .    119

18

19

20

21

22

23

24

25



**Northeast Court Reporting, LLC**

(216) 475-2766  -  www.NEcourtreporting.com

```
 1                  STEPHEN B. LEVINE, M.D.,

 2            called by the Defendant for the purpose of

 3        Cross-Examination, as provided by the Federal Rules

 4        of Civil Procedure, being by me first duly sworn, as

 5        hereinafter certified, deposes and says as follows:

 6                          - - -

 7                    CROSS-EXAMINATION

 8   BY MS. COOPER:

 9        Q.     Good morning.  My name is Leslie Cooper.  I'm

10   with the ACLU, and I am counsel for the plaintiff in this

11   case, Reiyn Keohane.  I understand you've had your

12   deposition taken before, Doctor; is that correct?

13        A.     Yes.

14        Q.     And about how many times?

15        A.     Perhaps a half dozen.

16        Q.     Okay.  So you know the routine, but I'm going

17   to go over some ground rules just to make sure we're all

18   on the same page.

19         First, since the court reporter needs to transcribe

20   everything we all say, I'll ask you to make sure to

21   answer verbally and with words, rather than "uh-huh" or

22   "huh-uh," because that's pretty hard to type, and not to

23   nod.  Is that okay?

24        A.     I'll try.

25        Q.     Okay.  And I'll do my best and ask you to do
```



1  your best to avoid speaking over one other, because that

2  also makes it very hard for the court reporter to type

3  down what we're saying.  Okay?

4      A.    I'll try to be polite.

5      Q.    Okay.  And if you need a break at any point,

6  that's fine.  I don't know how long we'll be, but if you

7  need a break, just let me know, and I'll just ask that if

8  there's a pending question or line of questions, that I

9  finish that or we finish that before taking a break, and

10  then I'll find a time as quickly as possible.  Okay?

11      A.    That's fine.

12      Q.    And last thing and ultimate thing, I guess,

13  if I ask you a question that is not clear to you or you

14  don't understand, let me know.  You can ask me to ask it

15  a different way.

16       If you do answer a question, I will assume you

17  understood it.  Okay?

18      A.    Okay.

19      Q.    Great.  And the last question is, is there

20  anything that would prevent you from giving full and

21  complete and truthful testimony today?

22      A.    I can't think of anything.

23      Q.    Okay.  No medication or anything that would

24  prevent from you doing so?

25      A.    No.



```
 1        Q.      Okay.  Great.  So is that right that you have
 2   been retained as an expert witness by the FDOC, the
 3   Florida Department of Corrections?
 4        A.      Yes.
 5        Q.      And what were you specifically asked to do
 6   related to this case?
 7        A.      To give an opinion about the medical
 8   necessity of long hair and underwear for this young man.
 9        Q.      Okay.  And you're referring to Plaintiff
10   Reiyn Keohane?
11        A.      Yes.
12        Q.      Uh-huh.  And when you refer to Reiyn as a
13   young man, is that because you view Reiyn as a man as
14   opposed to a woman?
15        A.      Well, he's a natal man who presents himself
16   as a transwoman, and so I probably should have said for
17   this young woman who resides in a male prison.
18        Q.      Okay.  And can you tell me if you did
19   anything today or if you've done anything, not
20   necessarily today, but at any point, to prepare for
21   today's deposition?
22        A.      I did.
23        Q.      Okay.  Tell me what you did.
24        A.      I reread my report several times, I reread
25   Dr. Brown's report and his rebuttal to my report, I read
```



```
 1    several articles that I have recently published, and I
 2    read a report of another expert from the west coast.  I'm
 3    blocking on his name, Dr. Groten.
 4         Q.    Would that be Dr. Gorton?
 5               MR. REID:  Yes.
 6         A.    Gorton, yes, sorry.
 7         Q.    (BY MS. COOPER)  Okay.  Anything else?
 8         A.    Well, you know, I had -- no.  I think that
 9    was it.
10         Q.    And did you talk with counsel?
11         A.    Yes.
12         Q.    Okay.  And did you talk to anyone else about
13    the case in preparing for the deposition?
14         A.    No.
15         Q.    Did you talk to anything else about the case
16    at any point?
17         A.    I think I told the gist of the case to my
18    wife and told her what I was doing today.  And she asked
19    about what was it about, and I refreshed her memory that
20    I went to Florida to interview this person, but not in
21    any detail.
22         Q.    Okay.  Anybody else besides counsel and your
23    wife?
24         A.    Well, I told my staff I wouldn't be in, and
25    they know I'm having a deposition, but they have no idea
```



```
 1    what it's about.
 2         Q.    Okay.  And anybody else that you talked to
 3    about the case?
 4         A.    No, I haven't discussed the case with anyone.
 5         Q.    Okay.  I'd like to mark a document that I've
 6    previously called Document 1 and mark that as Levine 1 as
 7    an exhibit.
 8                        - - -
 9         (Whereupon, Levine Exhibit 1 was marked
10                 for identification.)
11                        - - -
12         Q.    (BY MS. COOPER)  Dr. Levine, you'll see
13    what's been marked as Levine Exhibit 1.  It's a document
14    on the front page entitled, "Defendant, Teresita
15    Dieguez's, Expert Witness Disclosures."  And then if you
16    turn three pages in, there is, on your letterhead, I
17    believe, Levine, Risen & Associates, a letter dated
18    January 6th, 2017.  Are you seeing that with me?
19         A.    Yes.
20         Q.    Okay.
21         A.    It looks like my report.
22         Q.    And you anticipated my question.  So this is
23    the report you wrote in this case?
24         A.    I presume so, yes.
25         Q.    Do you need to take a look to make sure?
```



 1          A.      Well, it's my report.

 2          Q.      Okay.  And did anyone besides you contribute

 3   to writing this report?

 4          A.      There's a rough draft of the report that was

 5   sent to the attorneys, and they told me I left out

 6   certain things, and so I had to put in things like my

 7   past related legal and educational work and so forth.

 8          Q.      Okay.  Did anybody else contribute to this

 9   report?

10          A.      No.

11          Q.      Did anybody contribute to writing this?

12          A.      No.  This is my -- this is my handiwork.

13          Q.      Okay.  And towards the top of the first page

14   of the report, we read certain records that -- excuse me,

15   we're getting a feedback.  I don't know if something

16   changed in there.

17          A.      I moved closer to the microphone.  Now I'll

18   go back.

19          Q.      Dr. Levine, on the front page you mentioned

20   five numbered items of records that you reviewed.  Those

21   were records you reviewed prior to writing your report;

22   is that correct?

23          A.      Yes.

24          Q.      And since you have written the report or

25   since you've reviewed those records, are there any other

 1    records or documents that you read in this case besides

 2    the ones you mentioned to me earlier, which I'll repeat

 3    just to make sure you remember?  You mentioned

 4    Dr. Brown's report and rebuttal report, articles that you

 5    recently published, and Dr. Gorton's report in this case.

 6         Are there any other documents you've reviewed in

 7    this case or for this case?

 8         A.    I can't think of any.

 9         Q.    Okay.  And you conducted an evaluation of

10    Reiyn Keohane, correct?

11         A.    Yes.

12         Q.    Uh-huh.  And on the document listed here it

13    includes, "Keohane's DOC Medical Records Labeled Active

14    Volume II."  Do you know whether that was her complete

15    prison medical file?

16         A.    It was a -- I couldn't say I know for sure it

17    was a complete file.  It was the file that the attorneys

18    thought that I needed to see.  I just can't tell you that

19    it's the complete file.  It's what I read, that's all.

20         Q.    Okay.  Do you recall approximately how many

21    pages of documents were there?

22         A.    About an inch worth.

23         Q.    Okay.  And about how long did it take you to

24    review those records?

25         A.    I'm just guessing now.  Four hours.



1      Q.    Okay.  You have a private practice in Ohio;
2   is that correct?
3      A.    I do.
4      Q.    And do you have areas of specialization in
5   your practice?
6      A.    Yes.  I'm known to be -- have a specialty
7   interest in all matters that relate to human sexual
8   behavior.  So that involves sexual dysfunction, marital
9   disharmony, sexual identity concerns involving gender,
10  orientation, and paraphilia.  And we often see people
11  whose sexual patterns run them, get them in trouble with
12  the law.  So sexual identity, sexual dysfunction, marital
13  relations are the three dimensions of my specialty
14  interests.  And I have an academic interest, that is, a
15  scholarly interest in those subjects.
16     Q.    Okay.  Approximately how many patients are
17  you currently treating?
18     A.    Well, the center I run has between 12,000 and
19  13,000 visits a year, and I have anywhere -- depending on
20  the day, I have between 14 and 16 people in my practice.
21  I see about, I would say, 28 to 32 hours of patient care
22  per week, so I'm deeply involved in the actual delivery
23  of care.
24     Q.    Okay.  So when you say your center has about
25  12,000 to 13,000 visits a year, that's not separate



1  patients; is that right?

2       A.     That's right.  That's the total number of

3  visits.  A particular patient may come six times or 26

4  times or one time.

5       Q.     Can you estimate approximately how many

6  different patients you have seen, say, over the past

7  year?

8       A.     Personally?

9       Q.     Yes.

10      A.     Well, let's just assume I work 47 weeks a

11  year and multiply that by 30, so I guess that's about

12  1,500.

13      Q.     Different patients or patient visits?

14      A.     Those are patient visits.  So different

15  patients, I'm just guessing, 250.

16      Q.     Over the course of the year, approximately?

17      A.     Yes.

18      Q.     Okay.  And are you currently treating any

19  patients with gender identity issues or gender dysphoria?

20      A.     Yes.

21      Q.     How many?

22      A.     Well, it depends on currently -- you know,

23  what we mean by currently treating.  I am currently

24  involved with a person who's lived for 32 years as a

25  woman who's now living again as a man.  I'm going to see



1  in three days a person who's never had sex reassignment

2  surgery but has been living as a woman for many years,

3  probably 30 years.  We run -- I run two conferences a

4  week, and my staff always presents transgender patients

5  to me.  So in any given month, I'm always involved with a

6  transperson or people who are considering becoming a

7  transperson.

8       I see a lot of people who struggle with the

9  elements of masculinity and femininity within themselves

10  who are not publicly presenting themselves as a

11  transperson.

12       So I tend to have long-term relationships with

13  people, and so do the people in my center.  So in any

14  given month, you know, I may see and be involved with two

15  or three people.  But I've been doing this for 44 years,

16  so my center and I have accumulated, you know, hundreds

17  of people we've seen over the years.

18       Q.    And you have, according to the letterhead on

19  your report, about 12 other doctors or social workers or

20  others who work at the center; is that right?

21       A.    That's right.

22       Q.    Okay.  So in terms of the personal patients,

23  people you see personally, how many people who have

24  gender dysphoria or identify as transgender have you seen

25  in the past year?



1      A.      Probably in my office with me conducting the

2  interview, probably ten.  We're talking about separate

3  people, not, you know, one person three times or

4  something.

5      Q.      That's right.

6      A.      You know, I'm just guessing, really.

7      Q.      Okay.  Is that typical over the years for

8  your practice, that you personally would see about ten

9  patients with gender dysphoria or who are transgender

10  over a given year?

11      A.      Well, the -- in recent years, the number of

12  people coming has increased.  In the '80s -- in the '70s

13  and '80s we were very busy.  In fact, we collected 300

14  patients.  We stopped counting at 300 patients in the

15  mid-'80s, and it sort of quieted down probably in the

16  early '90s, and I would just say in the last ten years,

17  particularly the last five years, there's been an

18  increased number of patients coming through our center.

19      I tend to want to give the experience of these

20  patients to my younger colleagues and to supervise them.

21  And so I don't -- you know, I don't grab all the patients

22  and keep them for myself.

23      Q.      Okay.  And can you describe the type of

24  treatment you provide when you're working with patients

25  who have gender dysphoria?



```
 1        A.     Yes.  We have an extensive initial
 2   evaluation.  We tell the people in the beginning that we
 3   like to see them for between four and six hours of
 4   individual treatment.  If they have a wife, we want to
 5   see their wives.  If they have parents, we'd like to meet
 6   their parents.  We do psychological testing.  And
 7   sometimes we then, at the end of that time, we present --
 8   we have the patient come in to our staff and interview
 9   our staff.  So the initial evaluation often takes several
10   months, sometimes three months, and then we make a
11   decision about what to do.
12        What we tend to do is try to keep them in an
13   ongoing relationship with us to further explore this
14   momentous decision that they're considering.  But
15   sometimes at the end of the evaluation we recommend
16   hormone treatment, we send them to an endocrinologist,
17   and we even -- so they may have an evaluation, they may
18   have hormones, they may come in and see us periodically
19   when they're having hormones.  And if they still persist
20   in wanting to have sex reassignment surgery, then we
21   refer them to -- we give them a letter for sex
22   reassignment surgery, give them a letter of
23   recommendation, which contains our extensive evaluation,
24   our sense of their strengths and their limitations, and
25   that we support the idea that, in this particular case,
```

1    sex reassignment surgery or hormones, we support this for
2    the treatment.  The endocrinologists that we use and the
3    surgeons appreciate and require such letters, so we have
4    historically provided that for decades.
5         Q.    Okay.  And what about social transition, is
6    that a term that you use and understand, social
7    transition?
8         A.    I understand the term.
9         Q.    Okay.  Is there a better term that you use in
10   your work?
11        A.    Well, historically we used to call that the
12   real-life experience or the real-life test.  But social
13   transitioning is, I think, a much more neutral and better
14   term for the presentation of the self in the aspired-to
15   gender.
16        Q.    And in your work with patients, do you work
17   with them in socially transitioning or engaging in the
18   real-life experience?
19        A.    Well, we participate -- we conduct our work
20   with them while they're doing that.  I don't know what
21   participate means other than that.
22        Q.    Okay.  Do you ever recommend that they begin
23   the real-life experience or social transitioning as part
24   of their treatment?
25        A.    We talk about the fact that the establishment



1    of the sense of self as a transperson or the decision

2    that my life would be better if I were living as a woman

3    or a man is a fantasy.  It's an intrapsychic process.

4    It's a decision that people make that they're unhappy as

5    they are, and they've long had a fantasy that they would

6    be better off as a woman.  And so it's very clear that

7    that's -- that fantasy or that conviction or that

8    judgment that they make is one thing.  But presenting

9    itself as woman, I'm just going to just talk about the

10   male to female rather than always having to talk about

11   female to male and male to female.  Is that all right?

12        Q.    Sure, sure.

13        A.    So the experience of presenting themselves

14   socially, vocationally, educationally, interpersonally

15   and with the family and with former friends, that's not

16   something that one can quite predict how one is going to

17   react and in particular how other people are going to

18   react.

19        And so it's understood by the patient and ourselves

20   that it's a very important thing before one makes this

21   final momentous decision, for example, to have sex

22   reassignment surgery or gender conforming surgery, that

23   you go ahead and do this, because we could anticipate

24   certain reactions, but there are certain unanticipated

25   events and processes that are going to occur, and you

1    have to master those in order to remain mentally healthy.

2         And so the real-life experience or the presentation

3    of the self in the new gender is something that you need

4    to do.  We would really not give people permission, for

5    example, for sex reassignment surgery if they insist that

6    they only will present themselves as a woman after they

7    have sex reassignment surgery.  We really feel strongly

8    that the real-life experience is an important process of

9    the decision making that requires taking the fantasy that

10   my life will be better as a woman and actually living --

11   attempting to live as a woman.

12        Q.    Okay.  And I see.  So it's important for

13   making the decision -- the real-life experience is

14   important for making the decision about whether to take

15   certain steps, such as sex reassignment surgery.  But I'm

16   wondering if real-life experience or social transition,

17   does that help alleviate the gender dysphoria itself?

18        A.    It can, and that's what I'm saying.  It can,

19   but you need to understand that sometimes it creates so

20   much anxiety that the person then gives up the idea and

21   returns to their male role, and then we talk about how is

22   it that a man, any man integrates the feminine parts of

23   his soul with the masculine parts of his soul.

24        And there are many different combinations, what I

25   like to call the gender mosaic, which is a universal

1    phenomenon.  There are many different combinations of how

2    to be a man in the world, and the patient's ideas, often

3    formed when the patient was a youngster, are relatively

4    naive compared to the adult varieties of combining

5    masculine and feminine into a male presentation.

6         So it's -- you know, it's a very interesting,

7    complicated, nuanced phenomenon, realizing that, say, a

8    12-year-old decides that he can't live -- he is a woman

9    and has very little idea as a 12-year-old's understanding

10   of masculinity and femininity of adult life, of the roles

11   that an adult plays.  He's a 12-year-old person, a

12   13-year-old person.  So we need to be thoughtful about

13   these things, because, of course, it's a momentous life

14   decision.

15        Q.    Going back to the patients that you see, and

16   you estimated maybe ten or so patients with gender

17   dysphoria or who are transgender in the past year or so,

18   have you recommended -- or let me rephrase that.

19        Have you given letters for surgery for any patients

20   in the last year?

21        A.    Yes.

22        Q.    Yes?  And have you sent patients to

23   endocrinologists for hormone therapy in the past year?

24        A.    Yes.

25        Q.    Okay.  And how many of your ten or so



1    patients in the past year determined after real-life

2    experience not to transition?

3        A.    I'm sorry.  You ask how many of the patients

4    in the last year decided not to transition?

5        Q.    Yes.

6        A.    Well, one.

7        Q.    Just one.  And the rest went forward with

8    their process of transitioning?

9        A.    Well, some of the people, you know, I've seen

10   in the last year I've seen for a number of years.

11       Q.    Uh-huh.

12       A.    Let me modify that.  I just thought, there's

13   a second person.  So two.

14       Q.    Two.  And would you say, of your patients

15   generally with gender dysphoria or gender identity

16   issues, that the majority of them ultimately decide not

17   to transition, or is that more the exception?

18       A.    No.  I think the majority of them persist in

19   the transitioning.  One needs to understand, however,

20   that in America, the United States, the follow-up of

21   patients who are seen for gender identity disorder is

22   very limited.  Many of these patients know what they

23   want, and if they can't get what they want, they go

24   elsewhere to get what they want.

25       And even doctors who see many, many, patients, you



1    know, although it may seem like ten is a small number

2    when other people claim to have seen 300 or something,

3    many of these people are seen once or twice or three

4    times, and then they're lost to follow-up.

5         Our center tries to have long-term relations with

6    people, and, therefore, it tends to create people who

7    value discussion about this momentous life change and who

8    value a close, trusting relationship with a therapist.

9    So I guess that's my answer.

10        Q.    Okay.  I'm understanding that there are

11   patients who are lost to follow-up.  Sitting here now,

12   you're not aware that the majority of your patients who

13   have transitioned have reverted back; is that correct?

14        A.    Oh, no, I'm not aware of that.

15        Q.    Okay.

16        A.    The truth is, I don't know what the majority

17   of the people I've seen over the 44 years, I don't know

18   how they're living today.

19        Q.    Okay.  You mentioned you have a scholarly

20   interest in gender identity issues and some of the other

21   areas involving human sexuality.

22        Have you ever taught classes involving or

23   addressing treatment for gender dysphoria?

24        A.    Yes.

25        Q.    Where did you teach those classes?



1          A.      Well, in September, last September, I taught

2     a six-hour seminar in Massachusetts.  In July of 2016, I

3     did a similar seminar in Idaho.  I've done it in

4     California.  I have put on a three-hour symposium on

5     September the 9th at University Hospitals of Cleveland on

6     the treatment of gender dysphoria.  I read some of the

7     literature, and I write articles about this.

8           I've been on national meetings and presented at the

9     American Psychiatric Association on this.  I've presented

10    at the Society for Sex Therapy and Research on this.  And

11    that's just my -- you know, this comes to -- I'm sure

12    there have been more.  I don't keep -- actually, on my --

13    I don't keep track on my CV of the presentations that I

14    make, just the publications.

15         Q.      Okay.  And when you mentioned you taught a

16    seminar in Massachusettes and another in Idaho last year,

17    were those at universities or some other kind of

18    facility?

19         A.      These were the mental health professionals

20    who work in the prison correction system.  They're

21    corrections professionals.

22         Q.      Idaho and Massachusetts?

23         A.      And California.

24         Q.      Okay.  What year was the California

25    presentation?  Was that also in '16?



1         A.      Oh, no.  I think that was probably in '14.

2         Q.      Okay.  And when did you present on the topic

3    of treatment for gender dysphoria at the APA?

4         A.      I think either 2013 or 2014.

5         Q.      Okay.  And what did you present?  What did

6    you talk about when you presented at the APA?

7         A.      Well, it was a symposium, and Kenneth Zucker,

8    Heino Meyer-Bahlburg, and Peggy Cohen-Kettenis and I had

9    a symposium on -- I can't exactly remember the title of

10   symposium, but we were raising questions about the

11   treatments of gender dysphoria, the policies about gender

12   dysphoria, what we know about persistence and desistance

13   of childhood gender identity disorder.  And I spoke a

14   little bit about the strange thing that identity has so

15   multiple features in every human being, and yet in

16   psychiatry the only thing we ever pay attention to about

17   identity is gender identity, and it tends to be a

18   distorting process.

19        My interest in gender identity disorder comes from

20   the fact that I'm interested in all things involving

21   human sexuality.  And there are multiple aspects of

22   identify, of sexual identity, and many aspects of the

23   gender identity issue ignores the relationship to

24   orientation and the relationship to intention.

25        Intention is a term that refers to what a person

```
 1   wants to do with their body and wants to do with other
 2   people's body during sex, and the common term for the
 3   unusual intention is paraphilia.  And so I'm -- and
 4   during that symposium, I was trying to remind the
 5   audience that sexual identity, which is sometimes used as
 6   a synonym for gender identity, is wrong.  It is not a
 7   synonym.  That gender identity is one-third of our sexual
 8   identity, and that every human being, including the
 9   gender dysphoric human beings, every human being is a
10   mosaic of masculine and feminine, heterosexual and
11   homosexual, and peaceable mutuality and paraphilic
12   intentions.  And the evaluation of prisoners and -- I'm
13   sorry, the evaluation of patients with gender identity
14   disorder often ignores the other components of sexual
15   identity.
16        So I've been over the years a person who's been
17   just interested in the fundamental basis of the decision
18   to change gender or to repudiate one's natal sex and
19   gender identity that comes from one's natal sex, and I've
20   always been trying to look at this through a
21   developmental lens.  And so I've been involved in things
22   that facilitate a thoughtful approach to this rather than
23   a reflexive approach to this.
24        Q.    Okay.  Have you taught at any universities on
25   the subject of gender dysphoria or gender identity?
```



1      A.      Yes.

2      Q.      Which one?

3      A.      Case Western Reserve.

4      Q.      Okay.  So I want to go back to the prison

5 consulting that you mentioned.  And on page 1 of your

6 report under your credentials, you mention that you were

7 a consultant to prisons in Massachusetts, California,

8 Idaho, Virginia, and New Jersey.  You mentioned now a few

9 minutes ago Massachusetts, California, and Idaho.  Can

10 you tell me when you consulted in Virginia and New

11 Jersey?

12      A.      This answer will be plus or minus one year in

13 accuracy.

14      Q.      Okay.

15      A.      2013.

16      Q.      For both?

17      A.      Within 12 months of each other.

18      Q.      Okay.  And in Virginia and New Jersey, was it

19 a similar thing, that you presented a seminar?

20      A.      No.

21      Q.      What happened there?

22      A.      In New Jersey they had a particular problem

23 at a case who was a behavioral problem who couldn't

24 control his aggressive behavior and had injured guards

25 and was in long-term sort of isolation or in special



1  units for people who are particularly violent.  And the
2  person was gender dysphoric.
3       And so I interviewed that person.  I should tell
4  you he was naked, wrapped in a blanket in a cage for my
5  protection.  And I interviewed that person with the head
6  of psychiatry, and I wrote a letter of recommendation for
7  the management of that person.
8       Q.    Okay.
9       A.    In Virginia, there was a person who used
10 to -- had been long-term in prison who had gone from
11 being a very difficult prisoner, having many
12 disciplinary, what did you call them, slips or charges
13 against him and over the years had consolidated a gender
14 identity, a transgender identity and was struggling to
15 improve herself and was improving herself and had been
16 rejected for sex reassignment surgery in the past.  And I
17 outlined conditions under which the person could, in
18 fact, qualify for sex reassignment surgery.
19      Q.    Uh-huh.
20      A.    I think that's the answer to your question.
21      Q.    Was that the De'lonta case?
22      A.    Yeah.
23      Q.    Okay.  So there were certain conditions you
24 thought should be put in place for her to be qualified
25 for sex reassignment surgery?



 1         A.     Yes.  I was trying to give the inmate a

 2    pathway towards getting what she wanted, and I thought in

 3    her case that it might be actually quite useful for her.

 4         Q.     Okay.  Can you recall some of the conditions

 5    that you outlined that she should follow or meet?

 6         A.     I don't have that report in front of me, and,

 7    I mean -- I think it had to do with the sort of -- I'm

 8    not going to be able to answer your question very well.

 9    There were four or five things, I think, I recommended,

10    including knowing that sex reassignment surgery was

11    possible but that her behavior or cooperation needed to

12    improve for the next 12 months or so or six months.

13         And she had gone from really being quite a

14    disturbed young man to a much more placid human being

15    that only occasionally was getting into trouble with the

16    prison rules.  And so, you know, I said that I just --

17    she had had some kind of recent problem, and we talked

18    about that, and so I gave -- I forgot.  Really it's too

19    long for me to remember.

20         Q.     Okay.

21         A.     I'm sure it's in my report.

22         Q.     Okay.  Now, you mentioned the education of

23    the seminar last year in the prison in Massachusetts.

24    Can you tell me what kind of information you provided in

25    that seminar?



1      A.      Well, Osborne and Lawrence had published a
2   paper in the Archives of Sexual Behavior discussing
3   whether or not any prisoner could get sex reassignment
4   surgery while in prison.  And so -- and I had published
5   an article in the Journal of the American Academy of
6   Psychiatry and the Law just a few months later, I think,
7   in June of 2016.  And so the concepts in the Osborne,
8   Lawrence, and my article became the substance of the
9   presentation.
10      And I spent a lot of time talking about the
11   paradigms underneath, the sets of assumptions that are
12   underneath experts, dueling experts in courtrooms
13   recommending this or that.  And I talked about the
14   medical paradigm, the developmental paradigm, the
15   minority rights, civil rights or human rights paradigm,
16   and the paradigm of a prisoner.  And I also eventually
17   added the paradigm of what is called -- what one of the
18   audience members, one of the psychologists told me was a
19   justice paradigm.
20      So what I'm really -- so in the seminar in
21   Massachusetts specifically is what you asked about -- I'm
22   sorry, I'm meandering a bit -- I discussed the underlying
23   assumptions that we make when we invoke that this is a
24   medical illness, the underlying assumptions that we
25   invoke when we think this is a developmental process, the



1　underlying assumptions that we make when we think this is

2　a minority rights issue, and that all experts tend to

3　give opinions, but they don't give the underlying

4　assumptions, but the underlying assumptions are what

5　determines the opinions.

6　　　　And I thought that since this is a rich, complex

7　subject area, that there was something about the court

8　process, the courtroom process, that forced people to

9　distort the complexity in order to win a point of view

10　and that we in corrections, that is, those of us who --

11　those people in my audience who are taking care of

12　people, they have a whole different experience, because

13　they're taking care of people who got themselves into

14　prison, and these people are not the people who would

15　qualify for transgender treatments on the -- as

16　outpatients in the free community.  And so we have these

17　dilemmas between the use of these paradigms to justify or

18　to prevent giving transpeople in prison any kind of

19　treatment.

20　　　　So we're talking about that rich, complex

21　interface, all the paradoxes, and the contradictions and

22　the ethical problems about, you know, that when you

23　recommend a treatment and you don't know what the outcome

24　of the treatment will be when a prisoner has never had

25　sex reassignment surgery on the state's dime or the



```
 1   federal government's dime, and so it is kind of an
 2   experiment, because these people have such character
 3   problems, they've been so antisocial in such a way, that
 4   as an outpatient in the free society they probably
 5   wouldn't participate responsibly in a treatment program.
 6   So we'd be giving sex reassignment surgery to people
 7   who -- as an experiment.  And, yet, we're not allowed to
 8   experiment with prisoners.
 9        So you can hear the paradox, I hope, in my answer,
10   that I'm trying to educate the corrections people who
11   actually take care of these people from week to week and
12   month to month.  We talk about the countertransference,
13   that is, what's going on inside the mind of the therapist
14   as they're trying to balance these forces.  And many
15   people appreciate my ability to put into words the kind
16   of inchoate distress that they feel, the ethical distress
17   that they feel in trying to help these people.  So that
18   takes me about six hours.
19        Q.    Okay.  And you talked about the issues of sex
20   reassignment surgery for prisoners who I think you
21   described have character problems such that they probably
22   wouldn't participate responsibly in treatment on the
23   outside.  Does that mean -- is it your view that sex
24   reassignment surgery is never appropriate for prisoners
25   under any circumstance?
```



1        A.       May I remind you that in the De'lonta case I

2    recommended the pathway to sex reassignment surgery.  So

3    the answer to that question is it is not my view that sex

4    reassignment surgery is never indicated.

5        Q.       Okay.  Now, in your work with the

6    Massachusetts Department of Corrections -- and by the

7    way, is that work still ongoing, your consulting work

8    with them?

9        A.       Yes.

10       Q.       Okay.  Have you made recommendations

11   regarding treatment protocols for inmates with gender

12   dysphoria?

13       A.       Yes.

14       Q.       And can you explain that, what kind of

15   recommendations you've made?

16       A.       Well, I recommended that the Massachusetts

17   Department of Corrections set up a program for gender

18   identity disorder patients and inmates and that they

19   should meet in a group and have -- and to supervise each

20   other, that is, to share these arduous decision-making

21   processes and that people in prison who are identified as

22   transsexual ought to be in the program.

23        And so they have actually followed that, and we

24   have given -- or they have given hormones to a large

25   number of people.  What's so interesting is that the

**Northeast Court Reporting, LLC**

(216) 475-2766 · www.NEcourtreporting.com

1  numbers of people who are -- well, like in 2006 or 2007,

2  there were 12 identified prisoners in the state system in

3  Massachusetts, and today there are far more.

4      We had no -- there were no women in Framingham,

5  which is the female prison, who identified as

6  transsexual, and now, I would say that 80 percent of the

7  new cases are coming from Framingham.  So what's happened

8  is that there has always been an overrepresentation in

9  prisons of transsexual people, but the numbers of people

10  who are declaring themselves transsexual in prisons seem

11  to be increasing, as it is increasing in society.

12      Q.    I'm sorry.  I want to go back to the question

13  about the treatment protocols.  You mentioned you

14  recommended setting up a program --

15      A.    Yes.

16      Q.    -- to treat patients with gender identity

17  disorder, I guess, as it was known at the time; is that

18  correct?

19      A.    Yes.

20      Q.    And are there treatment protocols that you

21  have recommended for those who are working with patients

22  in that program?

23      A.    Well, I've recommended that they have regular

24  meetings with therapy, that prisoners could get hormones,

25  and so I think that's the answer to your question.



**Northeast Court Reporting, LLC**

(216) 475-2766  -  www.NEcourtreporting.com

1       Q.      Okay.

2       A.      The -- we wanted -- we wouldn't give hormones

3   to anyone who said I'm trans and I want hormones.   We

4   would put them in the program, we would see them for a

5   number of sessions and decide, say, after six months or

6   four months, I forget -- the policy -- I don't write the

7   policies.   There's a committee that writes the policies.

8   I had a rule in sensitizing the administrators to the

9   needs of these prisoners, but the specific details of the

10  program I actually don't articulate, I don't write.   The

11  prison officials do that.   But we do have treatment

12  protocols for the ability to get hormones and special --

13  sometimes their group meetings for transgender patients,

14  inmates, so that's part of the treatment too.

15      There's a special recognition that they're trans

16  and that we try to educate the corrections staff.   I

17  personally don't, but the other people who are on the

18  gender identity committee do and the administrators do,

19  you know, that people are addressed as a she, they're

20  addressed by their preferred female name.   And so it's

21  made life a little bit easier for them.

22      You know, the transpeople have their own unique

23  form of suffering, and in medicine, doctors put up with a

24  lot of suffering, but it's the needless suffering that we

25  are trying to address.   And so we've been able to make it



1  a little easier for the transpeople in Massachusetts'

2  prisons.

3       Q.    And you mentioned that you recommended --

4  made recommendations regarding therapy, regarding

5  protocols to get hormones.  What about access to female

6  clothing or cosmetic items?

7       A.    Well, that too.

8       Q.    Okay.  "That too" meaning?

9       A.    I'm not sure about cosmetics, but certainly a

10  brassiere.  I mean, it's a male prison, and so they wear

11  male outer garments.  But those on hormones that have

12  breast development, they have brassieres, and I actually

13  think they have female canteen items.  Over the years,

14  Massachusetts has allowed more and more female canteen

15  items, so I think they wear female underpants.

16       Q.    Uh-huh.  Okay.  And what other kinds of

17  canteen items do they have access to, female canteen

18  items?

19       A.    Lotions, I think.

20       Q.    Uh-huh.  Okay.

21       A.    But the other thing is that we now -- they

22  have access to either laser or electrolysis hair removal,

23  facial hair removal.

24       Q.    Uh-huh.  You had mentioned a while back

25  something about articles you've written.  A quick

```
 1   question for you.  On your CV, which is attached to your
 2   report and you list articles, it looks like it begins on
 3   page -- yeah, page 4, publications, you have books and
 4   then other categories.  Is this up to date, or are there
 5   articles that you've written on gender dysphoria that
 6   don't appear here?
 7        A.    This CV was sent, I think -- let me just find
 8   it.  Give me a second, please.  There's one article that
 9   is not on here, and that was published about a month ago,
10   and it's in the Journal of Sex and Marital Therapy, and
11   it's called, Ethical Concerns About the Emerging --
12                  THE WITNESS:  Do you have that?
13        A.    The exact title, Ethical Concerns About the
14   Emerging Treatments for Adolescent Gender Dysphoria.
15        Q.    (BY MS. COOPER)  Okay.  Thank you.
16        A.    It's in EPub form now.  That is, it's
17   available through the Internet, but it's not yet in hard
18   published form.
19        Q.    Okay.
20        A.    As soon as an article is accepted, it seems
21   within days now it's available through the Internet.
22        Q.    Okay.  I want to ask you a few questions
23   about some of the expert testimony you've done.  Am I
24   right that you've testified -- that you testified in
25   other cases involving prisoners' access to treatment for
```



```
 1    gender dysphoria and that those cases are Norsworthy,
 2    De'Ionta, Edmonton, Toniqua, Hobart, and Angelina is the
 3    New Jersey case; is that correct?
 4         A.    Yes.
 5         Q.    Okay.  And then you were also an expert
 6    witness in Kosilek, right, for the court?
 7         A.    I think you misstated one thing.  I didn't
 8    testify in the Virginia case; I just wrote a report, two
 9    reports.
10         Q.    Okay.  Got you.  So then the cases I
11    mentioned, though, you served as an expert, whether you
12    testified or not, and these were cases involving access
13    to treatment for transgender prisoners; is that right?
14         A.    I don't think I understand your question.
15         Q.    The list of cases that I mentioned, you were
16    retained and either wrote a report or testified in those
17    cases; is that correct?
18         A.    Right.  Either one, right.
19         Q.    Yeah.  And they all involve prisoners seeking
20    access to some form of treatment for gender dysphoria?
21         A.    Yes.
22         Q.    Were there any other cases you've been
23    involved with involving prisoners seeking treatment for
24    gender dysphoria besides those?
25         A.    You mean involving either deposition or
```



1    testimony in court?

2         Q.    Or expert report.

3         A.    Oh, well, if you go back to page 1 of my CV,

4    the first paragraph under Related Legal and Educational

5    Work.

6         Q.    Uh-huh.

7         A.    Several years after the Kosilek testimony,

8    the Department of Corrections in Massachusetts had 12

9    prisoners, and they asked two consultants from the Fenway

10   Clinic to give an opinion about a treatment plan for each

11   of these 12 prisoners.  And the treatment plan was

12   exactly the same for each of these men and women,

13   transpeople.  They all should have pretty much immediate

14   sex reassignment surgery.

15        And this outraged the administration, and they felt

16   that individual treatment plans for 12 people shouldn't

17   result in the same recommendation, and they decided then

18   to hire me to talk about -- they decided to hire me to

19   come in with the chief of psychiatry to do an evaluation

20   of these 12 people.

21        So I actually went up to Massachusetts on I think

22   three or four occasions, and I interviewed, often with

23   the head of psychiatry, these prisoners, and I gave

24   recommendations for the management of these people.

25        After that, I began educating the entire mental



1    health community in the Department of Corrections.  And

2    from that educational experience, people volunteered to

3    be on the gender identity committee.  And so that's how

4    that began.  So the easy answer, the quick answer to your

5    question, I have also been considered an expert enough to

6    fly into Massachusetts to interview 12 individual

7    inmates.

8        Q.     And when was that?

9        A.     That was in 2008.

10       Q.     Okay.  And can you tell me what kind of

11   treatment or management you recommended for these

12   individuals?

13       A.     Well, a combination of talking about this

14   matter, preparing for hormone treatment, discussing

15   behavioral control.  One of the people was dying,

16   actually, and so the idea of having sex reassignment

17   surgery -- he was probably a year from death with chronic

18   disease and in a wheelchair -- just didn't seem to be a

19   reasonable recommendation.  One of the people was so

20   behaviorally disturbed that the idea of addressing the

21   hormonal aspects of his desires seemed totally

22   inappropriate.

23        So, I mean, I responded to 12 different people in

24   ways that were based on their individual presentation,

25   which is, of course, what reasonable clinicians are --



```
 1    throughout branches of medicine, every branch of
 2    medicine, are expected to do.
 3          Q.     Did you -- I'm sorry.
 4          A.     No, I'm done.
 5          Q.     Okay.  Did you recommend surgery for any of
 6    those 12?
 7          A.     Not immediate surgery, absolutely not.  And
 8    at that point, it was not clear whether sex reassignment
 9    surgery could be done.  It seemed in 2008 that there was
10    no legal precedent, there was no -- that the policy in
11    Massachusetts was that no one would have sex reassignment
12    surgery.  Even though the Kosilek case in 2006, two years
13    before, was an attempt to get sex reassignment surgery,
14    the judge took five years to make a decision.
15          Q.     Okay.
16          A.     And so at that point in 2008 -- and it may
17    have run -- some of those evaluations may have run over
18    into 2009.  At that point, it didn't look like sex
19    reassignment surgery was possible.
20          Q.     But that wouldn't determine your medical
21    recommendation, would it, whether there was a legal
22    barrier?
23          A.     Well, actually, I think it would influence
24    it, yes, because I'm trying to deal with reality here.
25    And the prisoners' reality are very different than the
```



1   reality of a free person.

2       Q.      A couple follow-up questions about the

3   recommended treatment for these 12 prisoners with gender

4   dysphoria.  Did you recommend that any of them have

5   access to female clothing, such as panties or bras?

6       A.      I actually don't remember, Ms. Cooper.

7       Q.      Okay.  What about female canteen items, did

8   you recommend that?

9       A.      Some of these recommendations came as a

10  result of working with the gender identity team, you

11  know, as all of us came to see that we could

12  eventually -- we could ease the burden a little bit.  And

13  so this is an evolutionary phenomenon, and it's hard for

14  me to remember or to capture for you what it was like in

15  2008.  But it certainly -- there has been a movement

16  towards making things a little easier for trans prisoners

17  I think everywhere.  The Department of Corrections

18  national meetings now I think every year now has seminars

19  on this whole problem.  So, you know, this is a

20  process -- this is in -- it's moving.

21      Q.      Okay.  One of the cases that you were

22  involved in was the Fuller case, correct?

23      A.      Yes.

24      Q.      Charlene Fuller; is that right?

25      A.      Yes.



1       Q.      And were you retained by the Department of

2   Corrections in that case?

3       A.      Yes.

4       Q.      And what was that case about?

5       A.      Charlene Fuller.  Charlene Fuller wanted

6   breast forms.  So that was the question, whether it was

7   useful to -- I guess what they would say would be

8   medically necessary to have her have breast forms.

9       Q.      Okay.  And what was your opinion, your expert

10  opinion?

11      A.      My opinion was that I thought it would be

12  useful for her to have breast forms.  It would calm her

13  down considerably.

14      Q.      Uh-huh.  And did it help address her -- was

15  it your opinion it would help address her gender

16  dysphoria?

17      A.      Well, yes.  I thought it was a minor matter

18  in a very disturbed human being.  But shortly after the

19  recommendation, she threatened to kill her therapist, and

20  that, of course, in the prison is a no-no.  And so the

21  whole issue got complicated.  I think she did get her

22  breast forms, but she also spent some time then in -- you

23  know, she was disciplined for her witnessed threats to

24  kill her therapist, which then she denied that she ever

25  said.

1        Q.      Uh-huh.

2        A.      Again, this is only an example, that the

3    treatment of prisoners often who are in prison for

4    aggressive crimes like murder or attempted murder is not

5    the same as the treatment for people on the outside, and

6    if they have murdered people, we don't know about it.

7    But in prison we do know what their crimes are and we do

8    know what they struggle with, and since Charlene Fuller

9    was largely -- you know, had been in prison for many

10   years, we also knew the fluctuating gender behaviors of

11   the patient, of the inmate.

12       But all that complexity, you know -- despite all

13   that complexity, I just listened to the subjective

14   aspects of this person, and I thought that giving this

15   person breast forms would calm her down; however, I'm not

16   so sure I was right, because the person's violence or

17   threats of violence continued.

18       Charlene Fuller is a very muscular person who keeps

19   her body like a weight lifter and has bulging muscles and

20   is a very formidable force.  And she has this combination

21   of being, Don't mess with me, I'll rip you from limb to

22   limb, and I'm a woman.  And don't you mess with me by

23   referring to me as not a woman, and I need breasts, and I

24   need large breasts.  And so there was a concern whether

25   large breasts, like her very large body, basically, could

```
 1   hide weapons or something in her bra, and so that was the
 2   concern with Charlene Fuller.
 3        Q.    Okay.  So my understanding is you continued
 4   to be a consultant at the Massachusetts Department of
 5   Corrections for their gender identity disorders clinic;
 6   is that right?
 7        A.    I do, once a month.
 8        Q.    Once a month.  And is that you go to
 9   Massachusetts once a month or get on the phone with the
10   clinicians?
11        A.    Oh, it's like you and I today.  I'm on the
12   phone.
13        Q.    Okay.  And you talk through different patient
14   treatment plans, that sort of thing?
15        A.    Well, not -- see, I've been doing this for a
16   number of years, and so I developed a capacity on the
17   staff to formulate treatment plans and so forth.  What
18   they often discuss with me is psychodynamics, the
19   internal dynamics, the motivations for things.  And I
20   often tell them about published literature that I've been
21   reading or conferences that I've been to.
22         They rely on me to kind of clarify the field to
23   them, much more so than Dr. Levine says this person
24   should have hormones or Dr. Levine says they shouldn't
25   have hormones.
```



1       You need to understand that the people who are on
2   the gender committee work with these patients all the
3   time, they've gone to various educational programs, they
4   teach each other, which is the ideal way of taking care
5   of prisoners, and that they have over the course of years
6   become very sophisticated.  The heads of these programs
7   are very astute clinicians, and they -- and my hat goes
8   off to them.  They have to mediate between the rules of
9   the prison and the expectations of being a mental health
10  professional, and it's very difficult at times.  But
11  they're very sophisticated now, and they're very
12  thoughtful people.
13      And so I used to be much more active in teaching
14  them basics, but they all know the basics now.  And to
15  give hormones, they don't need my decision when to give
16  hormones.  They seem to want me even though I don't
17  actually see the need for me as much.  But every time I
18  raise that, they're very unanimous in wanting to keep me
19  there, because I think they want to run new cases by me.
20      And one of the things that I've done is help them
21  understand that many transpeople do not -- trans
22  prisoners do not want to think about what they've been
23  through before they were in prison; the neglect, the
24  abuse, the physical abuse, the sexual abuse that they've
25  had.  They just want to become a new person, and they



1   don't want to think about the past.

2        And so I've been trying to teach them the

3   humanness, the universality of humanness and how all of

4   us bring our past into our present.  And modern, you

5   know, crisis-oriented therapy in prisons aren't really

6   developmental or psychodynamic in origin, and so I

7   represent a certain psychiatric perspective that they

8   didn't have in their training and they're not comfortable

9   articulating.  And so they find that valuable.  And as

10  long as they find that valuable, then I'm happy to tell

11  them what I know.  But between you and me, I don't do the

12  same things that I did in 2008 with them because they

13  don't need it.

14       Q.    So back when you -- you know, in 2008 and,

15  perhaps, the years immediately following that, were you

16  involved in giving guidance about particular patient

17  treatment?

18       A.    I think that would be fair to say, yes.

19       Q.    Okay.  And that could be for a clinician

20  asking your view on whether hormone therapy seemed

21  appropriate for a particular patient?

22       A.    It was much more how to handle this patient's

23  hostility.  I guess maybe this goes back to your previous

24  question.  What I help them to do is appreciate from a

25  psychotherapy perspective what people's distrust means,



```
 1    what people's hostility means, what people's concept of
 2    your job as my therapist is to advocate for me, and you
 3    better get me hormones right away or you're a worthless
 4    piece of crap, and how do we respond to that.  You see,
 5    those are the kind of therapeutic issues that therapists
 6    in prisons need help with, how to understand the
 7    pervasive distrust and the us-against-them mentality that
 8    many of these people have.
 9         Q.    Okay.
10         A.    So I have been helpful in not -- in helping
11    them to not take the bait and how to respond to such
12    hostile, demeaning processes between the inmate and
13    therapist, and actually, in other words, how to make the
14    therapy a therapeutic process.
15         Q.    Okay.  I would like to mark document number 4
16    as Exhibit Levine 2.
17                             - - -
18         (Whereupon, Levine Exhibit 2 was marked
19                   for identification.)
20                             - - -
21         Q.    (BY MS. COOPER)  Dr. Levine, do you recognize
22    this document?
23         A.    Katherine Sinea, Kenneth Hunt.  Okay.  I
24    certainly recognize that name.
25         Q.    Where are you looking?  I'm wondering if
```



1    I'm --

2                    MR. REID:   The case style.

3                    MS. COOPER:   Okay.   You know what?   Our

4             numbering is off.   Can we step off the record

5             for a minute?

6                            - - -

7        (Whereupon, a discussion was held off the record.)

8                            - - -

9        Q.       (BY MS. COOPER)   So, Dr. Levine, now I'm

10   looking at what has now been marked as Levine 2.   I'll

11   ask you about the whole thing.   Do you recognize this

12   document?

13       A.       Not at the moment.   Wait a second.   I think

14   this is a version of the policy, the gender identity

15   committee policy.

16       Q.       Okay.   And if you look on what is the third

17   page now of the exhibit, where it has a box at the top

18   saying, "Massachusetts Department of Corrections.   Title:

19   Identification, Treatment, and Correctional Management of

20   Inmates Diagnosed With Gender Identity Disorder," does

21   that refresh your recollection?   Is that the gender

22   identity policy?

23       A.       Actually, I don't think this is the latest

24   policy, but it's a policy, yeah.

25       Q.       And if you scroll down a little bit on that



1    same page, it says, "Promulgation Date 1/06/10, Effective

2    Date 2/08/10."  This was policy in effect back at that

3    time?

4         A.    Yes.

5         Q.    Okay.  And you were a consultant with the

6    department at that time, right?

7         A.    Yes, but not in the writing of this policy.

8         Q.    Uh-huh.  But you were involved in the

9    discussion regarding the development of the gender

10   identity disorder policy at MDOC, right?

11        A.    Far less than you might imagine.  Certainly

12   with the Fenway 12 patients and with the lawsuits, the

13   administration knew that they needed to develop a policy,

14   and so that's a multi -- you know, I don't have to tell

15   you, you probably know better than I do, prisons have

16   multiple layers of experts, and multiple people from

17   different departments have to forge together a policy.

18         And I, talking on the phone, you know, one hour,

19   two hours a month, I don't participate in that.  I must

20   have influenced the policy because of that six-hour

21   seminar that I gave, and I must have influenced the

22   policy because of the monthly education that I provide to

23   the head of psychiatry and his or her staff.  But, you

24   know, they might have sent me a policy to read and to

25   comment on at some phase or stage or some draft of the



**Northeast Court Reporting, LLC**

(216) 475-2766  -  www.NEcourtreporting.com

```
 1   policy, but I don't really feel like I designed this

 2   policy.

 3        Q.      Uh-huh.

 4        A.      Much of it has to do with, you know, who

 5   reports to whom and so forth.

 6        Q.      Are there any aspects of the policy at that

 7   time or any time, you know, over your years consulting

 8   with the department where any of the treatment protocols

 9   discussed are protocols with which you disagree?

10              MR. REID:  Object to the form.

11        A.      I would be hard pressed to tell you what's in

12   this policy.  I would be happy to read it and answer that

13   question if you wanted to spend the time, but I just

14   can't answer your question.

15        Q.      (BY MS. COOPER)  Okay.  If you could turn to

16   page -- if you look at the numbering on the bottom

17   right-hand corner, the page 11?

18        A.      Okay.

19        Q.      Are you there?  And at the bottom there's "C,

20   Essential Elements of the Treatment Plan for GID

21   Diagnosed Inmates."  Do you see that?

22        A.      Yes.

23        Q.      Okay.  I'd like to then flip to the next --

24   well, let's read along just for the context.  Point 1

25   under C says, "The goal of GID-related modifications to
```



1    the individualized mental health Treatment Plan is to

2    assist the GID-diagnosed inmate in exploring and managing

3    his/her issues related to gender identity as well as any

4    co-occurring mental health disorders."

5            And if you turn the page, it says, No. 2, "Although

6    individualized, the Treatment Plan for all inmates

7    diagnosed with GID shall contain, at a minimum, these

8    essential elements:  A, The inmate is offered

9    participation in at least monthly individual

10   psychotherapy provided by the contractual mental health

11   service provider; B, The Treatment Plan may contain

12   recommendations regarding access to cross-gender clothing

13   and canteen/cosmetic items approved for inmates in

14   accordance with the 103 CMR 403 Inmate Property policy.

15   Commensurate with the security level of the housing

16   placement, GID inmates housed in a male institution (Male

17   to Female, or MTF) shall be permitted to purchase and

18   retain clothing items and articles authorized for other

19   male inmates housed in that institution, as well as those

20   items authorized for females commensurate with their

21   particular security level at the female institution."

22   I'm going to stop there.  I know the paragraph goes on to

23   talk about female-to-male transsexual people, but I'm

24   going to stop at that point.

25           Is it your understanding that that was the policy



1    in Massachusetts, to allow for access to female clothing

2    and canteen items commensurate with the security level

3    that women at women's facilities would be able to get?

4        A.    Yes, but I think that the actual

5    interpretation of which items has been evolving in the

6    direction -- since 2010 in the direction of closer to

7    most canteen items.  I'm not so sure that it was the same

8    in 2011 as it was in 2016 --

9        Q.    Uh-huh.

10       A.    -- on a practical basis.  And we -- I'm

11   sorry.  I stopped.

12       Q.    Yeah.  Do you disagree with including access

13   to female clothing and canteen items in the treatment

14   plan for inmates with gender dysphoria?

15       A.    No.

16       Q.    Okay.  Do you think it's an appropriate part

17   of the treatment plan?

18       A.    I think it's a kindness.

19       Q.    Okay.  And in your experience working with

20   the clinicians at MDOC in Massachusetts, is that what

21   actually happens, that inmates with gender dysphoria or

22   some of them are provided, based on the clinician's

23   involvement, access to female clothing and canteen items?

24       A.    Yes.

25       Q.    Uh-huh.  Is that common there?



 1        A.     When the inmate wants to, the policy enables

 2    them to.  They have to be registered -- they have to be

 3    part of the GID program, though.  Not everybody who has a

 4    kind of feminine gender mosaic wants to be part of the

 5    GID program.  And so if they want to get, say, wear

 6    female undergarments, they need to be part of the GID

 7    program.

 8        Q.     Okay.  And you recognize that for transwomen

 9    with gender dysphoria, that feminizing relieves some of

10    the pain of their gender dysphoria; is that right?

11        A.     Yes.

12        Q.     Now, if you go back to what's been marked as

13    Levine 2, the MDOC GID policy, page 10, please, under "B,

14    Treatment Plan Review and Approval."

15        A.     Okay.

16        Q.     And did you find that?

17        A.     Yes.

18        Q.     Okay.  And if you'll read along with me,

19    "Once the Treatment Plan has been developed, it shall be

20    forwarded to the GID Treatment Committee for review, to

21    ensure that all recommendations are clinically

22    appropriate, and taking into consideration the inmate's

23    individualized needs based upon the provision of adequate

24    medical care utilizing the most current version of the

25    Standards of Care referenced by WPATH."  This goes on to

1   say, "The GID Treatment Committee may refer the inmate

2   for specialty physician consultations if its members

3   believe that such consultations are advisable."

4        First of all, what is the Standards of Care

5   referenced by WPATH mentioned in there?  What does that

6   mean?

7                    MR. REID:  Object to the form.  He said

8               he didn't write it.

9        A.    World Professional Association for

10  Transgender Health is an organization that is most

11  interested in transgender individuals and has over the

12  course of 20-some years generated seven different

13  versions of what is called the Standards of Care.  And

14  this is an international organization and a committee, I

15  think, of 36 people from Asia -- a few from Asia, Europe,

16  and North America put together a 121-page document

17  talking about aspects of the treatment of gender

18  dysphoria.  There's a brief section on the treatment of

19  institutionalized individuals, and courts and

20  institutions like government -- like prisons think that

21  WPATH is like the standard of care.  And so that's what

22  this is referring to.  They're trying to meet WPATH's

23  standards within the limitations that this institution is

24  a prison and not, say, a nursing home.  So that's what

25  WPATH is.



1    WPATH used to be called the Harry Benjamin
2  International Gender Dysphoria Association, so the early
3  Standards of Care were from the Harry Benjamin
4  International Gender Dysphoria Association.  But it was
5  really hard to abbreviate that word, abbreviated HBIGDA,
6  and no one could figure out what HBIGDA meant.  WPATH
7  seems a little easier.
8    Q.    Okay.  Thank you for that.  So the
9  Massachusettes Department of Corrections gender identity
10  policy follows the most current version of the WPATH
11  Standards of Care; is that right?
12    A.    Well, with limitations, Ms. Cooper.  The
13  staff went last year to a WPATH training program and
14  experienced the educational content as indoctrination, as
15  unscientific, unwilling to listen to anything other than
16  sort of the party view.  And so the -- there has been an
17  enormous skepticism about the WPATH standards as a result
18  of the corrections people's experience with prisoners and
19  the policy that comes from WPATH.
20    It's like there's an enormous disconnect between
21  the people who teach -- the people who credential
22  therapists as a clinical expert in the treatment of
23  gender dysphoria and the actual experience of taking care
24  of prisoners.  So I can tell you, I wasn't there, and I
25  didn't influence their opinions.  They came back from the

1    meeting, and they were really -- they were outraged, and

2    they were varying between laughing at it and being

3    outraged at the closed-mindedness of the people who were

4    credentialing and teaching people about how to take care

5    of gender identity disorder or gender dysphoric human

6    beings, especially prisoners.

7         So what we have here, you see, is the difference

8    between policies that are promulgated for the people in

9    free society versus the special needs recognized by

10   mental health professionals who work in the corrections

11   area who have an entirely different experience of the

12   nature of taking care of inmates.

13        So in the prison system, not just the

14   administrators, but more importantly the clinicians are

15   coming to question WPATH standards.  But of course, as

16   you know, courtrooms love such things, because how are

17   lawyers and judges to, you know, interpret medical

18   information except through the consensus of organizations

19   that specialize in a particular problem?

20        So it's just a complicated area, you know.  And so

21   the prison don't need to be sued more.  Prisons don't

22   need to be sued more, and so they want to be

23   compassionate to their prisoners and take care of these

24   people within the culture of the prison, and so they look

25   at WPATH standards.



1      Q.      Uh-huh.  So when you say there was enormous

2  skepticism of the WPATH standards, you're talking about

3  the Massachusetts DOC folks who went to that training?

4  They expressed that skepticism?

5      A.      Oh, yes.  They're not the only skeptics about

6  WPATH.

7      Q.      Uh-huh.  Who else is a skeptic?

8      A.      Well, you're talking to one of them.

9      Q.      And who are the others that you know of?

10     A.      Oh, I think almost all scholarly people

11  recognize that when 36 people get together to write a

12  policy, there are inherent limitations in that policy.

13      When the Standards of Care, the 7th edition, were

14  finished and approved, the head of the program said that

15  this was a great advance in the minority rights of

16  people.  And, you see, WPATH began as a scientific

17  organization to try to figure out what is this phenomenon

18  and how should the medical profession and the

19  psychological profession deal with these people.

20      Somewhere along the line it became determined

21  without scientific evidence that the best thing to do is

22  to give in to -- to transition people and they would live

23  happily after ever, and WPATH thought this would cure

24  gender dysphoria.  But it's very clear to the researchers

25  in the field who run gender identity clinics that sex

1    reassignment surgery, for example, does not cure gender

2    dysphoria.  What it cures is the anatomic dysphoria for

3    having a penis.

4         If you look at the quest for -- post sex

5    reassignment surgery, the quest for additional surgeries

6    to further feminize the person, you could see that there

7    is -- I'm not feminine enough.  Even if I have a

8    neovagina, even if I have female genitalia, I need my

9    chin done, I need my nose done, I need my thyroid

10   cartilage shaved, I need implants in my buttocks, et

11   cetera, et cetera, et cetera.

12        So the quest to be more feminine continues.  The

13   distress about living in a male body continues for many

14   people.  And so I think the 8th Standards of Care, which

15   is currently in the process of getting organized, is

16   going to recognize the fact that they can't be talking

17   about curing gender dysphoria, just helping the anatomic

18   features of this.

19        So, you see, it's quite a problem.  The WPATH has

20   become an advocacy group and not a scientific process,

21   and there are many people who are interested in the

22   origins and the ideal management of gender dysphoria who

23   recognize the advocacy nature of this.  They have taken a

24   stance.  And science is not taking a political stance on

25   most things, you see, but WPATH has, and they've declared



 1    that there's nothing wrong with having an alternate

 2    gender identity, and they have ignored all the detail,

 3    all the data.

 4         Now, one of the most interesting things is that the

 5    30-year follow-up in Sweden, which in 2011 was the best

 6    data that the whole field has demonstrated an excess -- a

 7    19-fold excess of suicide after sex reassignment surgery.

 8    The WPATH Standards of Care, even though that paper was

 9    presented at their international meeting, they found

10    reason not to even put that in the Standards of Care.

11         Q.    Could I ask you a question about your

12    skepticism, as you put it, of WPATH standards?  Does your

13    skepticism focus on whatever the protocols are regarding

14    surgery, or is it broader than that?

15         A.    No.  I think perhaps I didn't make myself

16    clear.  My skepticism is based upon the advocacy role,

17    the switch of WPATH from a scientific organization to an

18    advocacy organization.

19         Q.    I see.  I see.  Well, let me reframe my

20    question then, because I think I want to focus on

21    something a little different.

22         Putting aside the organization, and let's just look

23    at the current Standards of Care that exist, do you use

24    those Standards of Care in your current practice?  Do you

25    follow them, look to them for guidance?  Do you use them



1    in any way?

2         A.      Well, I would say much more closely than not.

3    I, personally, you perhaps could tell from my comments

4    already, I personally think that these people in the

5    community ought to have psychotherapy for a while.  I

6    think the prisoners need to have psychotherapy for a

7    while.  And psychotherapy in the 7th edition of the

8    Standards of Care have been downgraded as not necessary.

9    And so there's a profound disagreement.

10        And so in my center, I recommend psychotherapy to

11   people, and so I don't exactly follow the standards.  The

12   7th edition wants to give adolescents hormones very

13   quickly, and we're much more cautious.  We will give

14   adolescents hormones, but not as quickly as the Standards

15   of Care would like.

16        The Standards of Care pretty much allow the patient

17   to dictate what they want.  And in the recent paper that

18   is not in your version of my CV, I have written a

19   scholarly article about the ethical problems in the

20   Standards of Care.  I'm sure the 8th edition of the

21   Standards of Care will take my thinking, which is not

22   just my thinking, but I'm the one who just wrote it.  I'm

23   sure they will have to come to grips with the ethical

24   problems, because 17 different centers in Europe who do

25   this care have been surveyed, and they talk about their



1    unease about providing quick hormones to individuals

2    because of a number of questions, scientific questions,

3    that are not answered.  So please do not interpret my

4    being skeptical as unique or idiosyncratic to that

5    strange guy in Cleveland, Dr. Levine.

6         Q.    And you talked about surgery and hormone

7    therapy as it's touched on or discussed by the Standards

8    of Care, but let's focus on the real-life experience or

9    social transition.  Are there aspects of what the

10   Standards of Care say about that that you disagree with?

11        A.    Well, I think they've downplayed the

12   necessity of social transition as a requirement for

13   hormones.  They still retain it as a requirement for sex

14   reassignment surgery.  But in the earlier versions -- and

15   I'm not -- you know, I don't know what, you know, what

16   the absolute truth is, I mean, based on the outcome

17   datas, but in the earlier versions, people were -- that

18   is, professionals were asking patients to try to

19   transition to present themselves in various roles:  As a

20   student, as a worker, in their social relations with

21   others and with their family.  We asked them to try it

22   out first, you see, before we alter your body with

23   hormones.

24        Now I think the new Standards of Care say, Naw,

25   that's not necessary.  Just go ahead and take hormones,

1   because it will help you -- you know, if you take

2   hormones for two months or so or three months, you'll

3   begin to notice, you know, some physical changes in your

4   skin.

5       Q.      So the Standards of Care, you were the chair

6   of the committee that drafted version 5; is that correct?

7       A.      That's true.

8       Q.      And did that mean you actually took a lead in

9   drafting those standards?

10      A.      It meant that I -- yes, I took the lead.

11  Much of the prose is my prose.

12      Q.      Okay.  So in the version that you -- where

13  you were the chair, that included treatment protocol --

14  let me start that question over.  I muddled it.

15       In the version 5 where you were the chair, did the

16  Standards of Care include hormone therapy?

17      A.      Yes.

18      Q.      And surgeries?

19      A.      Yes.

20      Q.      And real-life experience?

21      A.      Yes.

22      Q.      And the real-life experience, does that

23  include living and presenting one's self in accordance

24  with one's gender identity?

25      A.      With one's aspired-to gender identity, yes,

```
 1   right.
 2        Q.     And would that include things like -- you may
 3   have touched on this before -- say it's a male-to-female
 4   transgender person -- using female pronouns; is that
 5   right?
 6        A.     Would you repeat that question?
 7        Q.     Yeah.  Would that include using female
 8   pronouns or having people use female pronouns to refer to
 9   you?
10        A.     That's what the patient wants.  But the
11   real-life experience -- that was part of why there was a
12   real-life experience, because not everybody, like your
13   brother or your sister or your friend, can actually refer
14   to you as a her.  They try, but they often slip up, you
15   see, and that's one of the things that the person -- the
16   transitioning person has to contend with, is just because
17   they have declared themselves to be a woman and they want
18   other people to perceive them and treat them as though a
19   woman, that's not what often happens, because people
20   unconscious -- the first thing that all human beings do
21   when they meet another person is classify them
22   unconsciously as a male or a female.
23         So if you've had a brother for 18 years and the
24   brother says, Please call me Susan, they may try to call
25   the person Susan, but they will slip.  And so then the
```

1   patient has to come to grips with the fact that although

2   they want to be called Susan and referred to as a she,

3   the world, the people who they interact with often cannot

4   perceive them as a she.  They can't get over the fact

5   that you've been my brother for 18 years, you see, and so

6   they try, but they fail.

7       And so that's one of reasons for the real-life

8   experience.  You know, you have to recognize what reality

9   is of other people's reality of you.  You have a sense of

10  you, but you can't necessarily make other people have the

11  same sense of you that you desire them to have.  That's

12  the real-life experience, Can you cope with that?  Are

13  you going to get mad at that, are going to get depressed

14  at that, or are you going just to say, well, I

15  compassionately understand my mother has raised me for 18

16  years.  She thinks about me as a son, and now she can't

17  think about me as a son, but she does think about me as a

18  son.  She bore me, she raised me, she diapered me, et

19  cetera.

20      And so this is one of the reasons why we wanted the

21  real-life experience, to have the patient grasp that what

22  they're doing interferes with the mental lives of other

23  people, the perceptions of other people.  And just

24  because one declares that I'm a -- you know, I don't mean

25  to be disrespectful, but if someone declared that they're



1    really a bear, it doesn't mean that other people are

2    going to perceive them to be a bear.  And so that's

3    for -- that's the reason for the real-life experience,

4    you see?

5         Q.    You mentioned earlier that also the real-life

6    experience or social transition can alleviate or can help

7    alleviate gender dysphoria.  Can you explain how or why

8    that is?

9         A.    Well, there's a giddy happiness in the lives

10   of gender dysphoric people when the following things

11   happen or occur:  One, when they present themselves in

12   public as a woman and the person, the stranger, seems to

13   perceive them as a woman.  That makes them very happy.

14   So people often tell clinicians, Oh, I went to the store

15   and I was called ma'am, and that makes them very happy.

16   Getting access to hormones makes them very happy, and

17   having a surgery to enhance their femaleness, whether

18   it's breast augmentation or genital rearrangement or

19   genital reassignment, it makes them temporarily very

20   happy.  These people are made very happy by being able to

21   realize their dream, their fantasy of being perceived as

22   a woman, you see.

23        And that has been the basis, that happiness of the

24   patient in transition has been the basis for the

25   recommendations for social transition, hormone treatment,



1    sex reassignment surgery, and any other procedure that
2    the person may want to enhance their sense that they have
3    a feminine face or a feminine body.
4        So happiness -- I guess I lost your question.  I'm
5    just elaborating on -- happiness is what happens when
6    people transition and are perceived as a woman.
7        Q.    When people are not treated for gender
8    dysphoria, can they experience significant distress?
9        A.    Many people have gender dysphoria who are not
10   treated for gender dysphoria.  They carry a fantasy that
11   they're a woman, but they don't want to make transitions
12   for various reasons.  But if -- I guess if we're talking
13   about -- we need to distinguish between talking about
14   inmates and talking about people in the world with gender
15   dysphoria.
16       Q.    Well, let's talk about people in the world.
17   Can they suffer severe distress if they don't get
18   treatment?
19       A.    Well, they don't actually need treatment.
20   Some people actually just present themselves.  They do
21   the real-life test themselves.  So they're distress is
22   modified.  They are, of course, distressed that they have
23   in their mind this conviction that they would be a
24   happier person as a female, and, in fact, they're not.
25   So there is a distress inherent in having the fantasy



1    that my life would be better if I were presented as a

2    woman.  So that's inherent in the condition, you see.

3    So, of course, anything that reinforces their fantasied

4    ambition to be a woman makes them happier temporarily.

5         Q.      Uh-huh.  So there's no treatment that you

6    think can actually really alleviate the dysphoria and let

7    somebody go on to live a happy life?

8         A.      I don't think there's any treatment that can

9    completely eliminate the dysphoria that I was born and

10   raised a male.  I certainly think that there are

11   treatments that can enhance the quality, the subjective

12   quality of people's lives.

13        The problem in the field, Ms. Cooper, is that we

14   don't really have an agreed-upon array of assessments to

15   make the decision that the person has a happy life.  The

16   parameters that are used are, Do you regret having sex

17   reassignment surgery?  You need to understand that a

18   recent study has shown that 53 percent of almost 900

19   people in Sweden are on disability for emotional and

20   physical problems who are transgender identified.

21   Fifty-three percent of people are on disability.  So I

22   don't think we would say that disabled people, whether

23   they're emotionally or physically disabled, are generally

24   among the happiest people in the community.  They have

25   very limited and impaired lives.

1         So this idea that, you know, we're making them --

2    they have happy, fulfilled lives is not based upon any

3    agreed-upon international standard for how we are to

4    assess those lives.  The more information over time that

5    is coming in this direction indicates that there are

6    causes of concern about this.  I do not disagree in any

7    sense that the treatment of gender dysphoria in the way

8    that the patient wants will almost always create a high

9    degree of temporary happiness.

10        Q.    Okay.  Why don't we take our break here.

11                      - - -

12        (Whereupon, a recess was taken.)

13                      - - -

14        Q.    (BY MS. COOPER)  Dr. Levine, we talked some

15    about the real-life experience or social transition.

16    Does that include or can it include dressing and grooming

17    as a woman, say, for a male-to-female transgender person?

18        A.    Yes.

19        Q.    So for some people with gender dysphoria, is

20    social transition sufficient to treat their gender

21    dysphoria?  In other words, they don't feel the need for

22    hormones or surgery?

23        A.    Yes.

24        Q.    So on the outside of prison, I think you

25    mentioned earlier, some people can do social transition



1   on their own.  They can dress and groom, present as a

2   woman, correct?

3        A.     Yeah, either full time or part time.

4        Q.     But for prisoners where they don't get to

5   have choice, necessarily, about the clothes they wear or

6   the products they use, for prisoners with gender

7   dysphoria, access to -- say a male-to-female transgender

8   person, access to female undergarments could be a

9   treatment for gender dysphoria; is that right?

10       A.     You know, it's the word "treatment" that

11  makes me hesitant.  If you can rephrase that question

12  without the word "treatment," I probably could answer it

13  more easily.

14       Q.     Sure.  What is the issue with treatment?

15  Because that may help me rephrase it better.

16       A.     Well, everything that a person wants in their

17  view is treatment.  That is, you know, I'm going to treat

18  myself to an ice cream cone.  What I want, what I can

19  have, what would make me feel better is an individual

20  judgment that a person makes.  But I'm a physician, and,

21  you know, treatment to me is a different story.  It has

22  to do with things like committing to conversate to a

23  professional relationship.  It's committing to taking a

24  medication, getting a surgical experience, or wearing a

25  brace.  It has to do with things from the medical



```
 1   tradition, not from the individual choice matters of

 2   citizens.

 3        Q.     So can hormone therapy be a treatment for

 4   gender dysphoria?

 5        A.     Well, yes, of course.  If a doctor is

 6   prescribing it, it is a medical treatment for gender

 7   dysphoria.

 8        Q.     Uh-huh.  And, similarly, surgery could be a

 9   treatment for gender dysphoria?

10        A.     Yes.  But, you know, wearing panties is not a

11   treatment for gender dysphoria that a doctor -- I mean,

12   the doctor doesn't care if you're wearing panties or male

13   briefs.  It has no material relevance to the medical

14   tradition.  Clearly the people like to -- from the skin

15   on up, they want to wear female clothes, and they have

16   the freedom to wear female clothes when they're a free

17   person.  They have to put up with the fact that people

18   react to them, given if they have a male-appearing body

19   dressed as a female.  But it's not a medical treatment.

20   It's a compassionate treatment.

21        When we're talking about prison, we're talking

22   about can we accommodate this poor person's aspirations?

23   Can we accommodate to it?  So in that sense, it's a

24   policy or a decision that people in charge in a prison

25   provide because they understand the person has this
```



1  unique form of suffering.  I just don't think it's right

2  to equip -- to equate sex reassignment surgery with

3  wearing panties as treatment.

4      Q.    Okay.  Now, with that said, the

5  Massachusettes Department of Health in the gender

6  identity policy we looked that, it did talk about access

7  to female clothing and canteen items under a policy that

8  was put together by clinicians; isn't that right?

9      A.    Well, clinicians and administrators.

10      Q.    I see.  But it would need -- somebody would

11  need to have the approval of a clinician to be part of

12  the program to be able to access the undergarments, for

13  example, right?

14      A.    They would have to be in the gender

15  identity -- they would have to be a patient of that

16  particular unit.

17      Q.    Okay.

18      A.    So the doctor doesn't prescribe -- you must

19  understand, Ms. Cooper, the doctor doesn't prescribe you

20  should wear panties, you see?  If the patient is in the

21  gender clinic and wants to portray herself as much as

22  possible to others, panties are irrelevant.  But panties

23  are relevant to the patient's subjective experience

24  because it means to the patient that she is a woman.  But

25  it is not -- that's what it is, you know.  It's an



```
1   accommodation, it's a kindness to the gender dysphoric
2   inmate.
3        I think it cheapens the idea of treatment if you
4   equate these interventions that historically doctors do
5   for people with decisions on how to dress.
6        Q.    So it wouldn't come up in therapy if a
7   patient was saying, I really -- you know, let's say you
8   diagnosed somebody as having gender dysphoria.  A
9   clinician wouldn't suggest to a patient, Maybe you ought
10   to try dressing as a woman or grooming as a woman to see
11   how that makes you feel?
12        A.    No, that's not -- that would be a very
13   unusual thing.
14        Q.    Okay.  So treatment, putting aside that word,
15   would it be fair to say that for prisoners with gender
16   dysphoria, access to cross-sex undergarments can help
17   alleviate their distress from gender dysphoria?
18        A.    Well, it won't alleviate it entirely, of
19   course.  Can I emphasize the word of course, the phrase
20   of course?  It's just one of the little things that might
21   make the person feel like even though they've lost their
22   freedom, that they have -- they can demand certain things
23   from the prison and they can -- which would make them
24   pleased to be near cotton or nylon panties.  Many people
25   feel that they don't -- that the panty itself tucks the
```

1   penis between the legs more than jockey shorts.  I'm not

2   so sure it's true, but I think they prefer knowing that

3   they're wearing panties.

4        In the world outside of prison, every once in a

5   while someone is taken to the emergency room or dies, and

6   they're obviously a man, and when they body is undressed,

7   the person is wearing panties.  So we know that there is

8   a psychological meaning to wearing panties that, although

9   I can't express myself in the world courageously as a

10  woman, I at least privately can wear panties.  And I've

11  seen many a person who does that.  It's pleasing to them.

12  It means something to them.

13       And so it's not -- there's no doctor involved with

14  this at all.  There's no medical treatment that the

15  patient goes and buys female garments and wears them.

16       Q.    Can it improve their mental health to wear

17  them?

18       A.    Well, that's a big phrase, "mental health,"

19  you know.  It makes them happier.  They do it, so it must

20  make them happier.  Sometimes people say they're calmer.

21  But, you know, mental health is a big thing, and being

22  temporarily calmed by something is a little thing.

23       Q.    Well, I'm just curious about the word that

24  you used, making them happy or pleasing.  You know, it

25  would make me happy or pleasing to get a new car, but I



1   don't -- it doesn't go to any mental health diagnosis

2   that I have.  Is there a difference between how it would

3   please someone with gender dysphoria to have women's

4   underpants and how it would please me to get a car, a new

5   car?

6        A.    Yes, because -- well, they're the same in

7   that a car and underpants has a certain status to you,

8   that to the gender dysphoric this means I am a woman.

9   This is confirmation that I am a woman.  It's not

10  confirmation to Ms. Cooper that the person is a woman

11  because he is wearing underpants.  The car -- you know,

12  there are obviously very big differences between an

13  expensive car and a minor item.

14       Q.    I didn't say an expensive car.  I'm just

15  saying a car.

16       A.    Any car.  Look, we're lost in some -- you

17  want me to find the similarities between the two, or I

18  could also find the differences between the two.

19       Q.    Yeah, I'm trying to understand why you used

20  the word pleasing or happiness in reference to something

21  that involves a -- would you agree that gender dysphoria

22  is a serious psychiatric condition?  Let me start that

23  question over.

24        Is gender dysphoria a serious condition?

25       A.    It's a psychiatric condition.  There is no



1    psychiatric condition that isn't serious.

2        Q.    Okay.  And is it a condition that can lead to

3    serious harm to an individual?

4        A.    Well, the reason anything is a psychiatric

5    condition is that it holds adaptive disadvantages for

6    interpersonal, social, vocational, educational

7    functioning in the world.  That's what a disorder is, in

8    general.  So clearly gender dysphoria can lead to harm,

9    personal harm for the patient.

10       Q.    Okay.  Doctor, let's move on from that then.

11   Now, the WPATH Standards of Care, is it your

12   understanding that they are recognized as the accepted

13   protocols for treatment by the American Medical

14   Association?

15       A.    Yes.

16       Q.    And the American Psychiatric Association?

17       A.    Well, I'm going to answer yes to every

18   institution that you name.

19       Q.    That they recognize that those standards are

20   the accepted protocols?

21       A.    It's one of the ways of treating gender

22   dysphoria, yes.

23       Q.    Okay.  Are you familiar with the National

24   Commission on Correctional Health?

25       A.    No.



1        Q.      So going back to the various types of
2    treatment for -- let's not use the word treatment.  Let's
3    say --
4        A.      Accommodation.
5        Q.      Well, I don't even need to preface it.  I
6    just want to clarify.  I think I understand what you
7    would say here, but just to be sure, so in your view,
8    hormone therapy may be appropriate to treat gender
9    dysphoria in some patients; is that correct?
10       A.      Yes.
11       Q.      And surgery may be appropriate to treat some
12   patients with gender dysphoria, correct?
13       A.      Correct.
14       Q.      And social transition or real-life experience
15   is something that can be helpful for individuals with
16   gender dysphoria; is that right?
17       A.      Yes, helpful in making their anxiety
18   diminished and helpful in helping them to decide whether
19   to return to the male gender presentation and find a new
20   way of living.  So it's helpful in both ways.
21       Q.      Right.  And are there people who you consider
22   to be sort of leading researchers in the area of gender
23   dysphoria?
24       A.      Yes.
25       Q.      Can you name some of them?



1          A.      Kenneth Zucker.

2          Q.      Okay.

3          A.      There's a lot of European people whose names

4   I probably can't pronounce.  One of them is deVries;

5   Cohen-Kettenis, Peggy Cohen-Kettenis.

6          You need to understand that the level of research

7   in this field is extremely low quality.  In North America

8   there is very little research that comes out of United

9   States.  The research comes out of Toronto and Amsterdam

10  primarily.  Other than that, there are a lot of people

11  who writes articles, but they're derivative articles,

12  they're political articles, they're about minority rights

13  or they're about diagnoses, nosology.

14         Q.      Okay.

15         A.      So it's not just Dr. Levine who thinks, but

16  most of the people in the filed have acknowledged that

17  the standards of scientific work which are well -- which

18  are clearly recognized in the world are very low in this

19  field.  So you have to be very careful when you talk

20  about research, whether you're talking about counting

21  things, follow-up things, or expert opinion.

22         Expert opinion, you may know, in terms of the

23  paradigm of evidence-based medicine is the lowest on the

24  hierarchy of respectable evidence.  So if I work in a

25  field for 40 years and I have an opinion based on my

 1   clinical experience, we recognize in the paradigm in
 2   medicine that that opinion is not necessarily valid.  It
 3   is not scientific.  It's just based upon my experience.
 4   But my experience could be influenced by my biases.
 5   Science is trying to take away bias and look at
 6   systematically, with prearranged criteria, the phenomenon
 7   that we're going to study.
 8        Q.     Okay.
 9        A.     Almost everybody in the field, including the
10   people who do surgery, recognize that the level on the
11   hierarchy of evidence-based medicine in this field is
12   low.  So it's very hard to talk about science when it
13   comes to gender dysphoria.
14        Q.     I want to go back to something you talked
15   about earlier.  I think we were talking about at
16   Massachusetts DOC that there was a movement towards
17   making -- well, let me rephrase that because I think I
18   muddled that.
19        You talked generally, I think, about a movement in
20   corrections towards making things easier for transgender
21   inmates.  You mentioned a national meeting where there
22   was a seminar about that, and specifically you talked
23   about in Massachusetts an increase in access to female
24   canteen items.  Did I get that right, first of all?
25        A.     Yeah, I think I was saying that if you

1  compared, like, last year with five years ago, there are

2  more canteen items that are accessible.  I was also

3  thinking that getting electrolysis hair removal is now

4  easier than it was -- it probably was nonexistent in

5  2010.  So there is this shift, you know, that you can't

6  see when you read a bureaucratic policy.

7       Q.     Uh-huh.  And you talked generally about that

8  Department of Corrections national meetings had these

9  seminars.  Is it your understanding that not just

10 Massachusetts but other prisons are moving in that

11 direction too?

12      A.     Oh, yes.  I mean, my experience is -- my most

13 intense experience is with Massachusetts, but I am aware

14 that all states are contending with the fact that they

15 have to do something about the threatened lawsuits, the

16 number of people who are declaring themselves to be women

17 in prison and so forth and so on.  So yes, this is not

18 unique to one state.  And, you know, these are prisons,

19 and you don't expect, you know, brand new treatment

20 protocols for various psychiatric problems to be worked

21 out first in prison.  They're worked out first in the

22 community.

23      Q.     You've worked in about, what, half a dozen, I

24 think we counted, prison systems, is that right, with

25 respect to gender dysphoria?



1        A.      Well, I've been involved at least temporarily
2    in a half dozen.
3        Q.      Yeah, thank you, for consulting with these
4    various prison systems, correct?
5        A.      Yes.
6        Q.      Okay.  And in any of those systems or any of
7    those departments of correction, were transgender inmates
8    in male facilities allowed to have access to female
9    undergarments?
10       A.      I think in Massachusetts it's possible that
11   they can.  They can.
12       Q.      And what --
13       A.      I don't know the answer to, you know,
14   Virginia or Wisconsin, Idaho, so forth.  I don't know.
15       Q.      Okay.  And what about canteen items, do you
16   know whether, in any of those prisons where you've
17   consulted, transgender inmates were able to access female
18   canteen items?
19       A.      Well, of course, in Massachusetts, yes.  I
20   have a feeling that in California there was some access.
21   I don't think any of them had makeup.  But as I said
22   before, I think, you know, hand lotions that men
23   generally don't think of wanting to use, body lotions and
24   so forth, I think things like that are female canteen
25   items.

```
 1          Q.    Okay.  So I want to switch gears and talk
 2    about your evaluation of the plaintiff, Reiyn Keohane.
 3    You met with her personally, right, and did an
 4    evaluation?
 5          A.    Yes, eyeball to eyeball.
 6          Q.    How much time did you spend with her?
 7          A.    I listed that in my report.  A little more --
 8    two and a half hours or so, I think.
 9          Q.    Okay.
10          A.    More than two and a half hours.  Four hours,
11    almost five hours, I guess.
12          Q.    Okay.  Now, if we go back to your report,
13    which is        marked as Levine 1, and turn to page 6.
14          A.    I'm slow here.  Yes.
15          Q.    At the very top of the page, it says, if
16    you'll read along with me, "Gender dysphoria is both a
17    psychiatric DSM-5 diagnosis and a label for a set of
18    symptoms based on the incongruence of gender identity and
19    genital anatomy and secondary sex characteristics.  The
20    fact that Reiyn is on hormones means that others have
21    diagnosed the inmate as having met the DSM-5 criteria.
22    There is no other diagnostic description of the inmate's
23    gender identity development as a child and adolescent in
24    my opinion."  Just a couple questions about that.
25          Do you agree with the diagnosis that Reiyn has
```



1  gender dysphoria?

2       A.     Yes.

3       Q.     Okay.  Was there reason you didn't put a

4  diagnosis in your report?

5       A.     Well, actually, Ms. Cooper, I thought that my

6  report had gender dysphoria all over it.  I'm a little

7  shocked that readers don't think I made a diagnosis.  I

8  was not asked to come in and make a diagnosis.  There is

9  a prisoner who wants to be a woman and is fighting to

10  more accommodations to her female identity, is already on

11  hormones.  There is no other diagnosis that would apply.

12       The only other thing would be some kind of subtype

13  of gender identity disorder or gender dysphoria, but the

14  subtypes were not relevant to the question that I was

15  asked to consult about.  And so that's the reason I

16  didn't make the diagnosis.  The person has gender

17  dysphoria.  The person's on hormones.  Let's get on with

18  the subject, is basically what I was thinking.

19       Q.     Okay.  And do you agree that she has a need

20  to be on hormones?

21       A.     She's wanted to be on hormones for a very

22  long time, so she feels the need to be on hormones.  It

23  made her happier when she was on hormones.  It gave her

24  hope that she could fulfill her dream in the future of

25  living more fully as a woman, meaning anatomically and



1    socially as a woman.  And she wants to have the skin

2    softening and breast development and penile shrinkage and

3    loss of libido that hormones generally provide for

4    people.

5         So it just seems to me that it's a strange thing

6    that you're asking me a question do I agree she should be

7    on hormones.  The horse is out of the barn, the train has

8    left the station, the patient calls herself a

9    transsexual, is on hormones, is happy being on hormones,

10   so that's where I begin.

11        Q.    Uh-huh.  If she were to be taken off hormones

12   by the DOC against her will, do you think that would

13   cause her harm?

14        A.    Oh, she would be very distressed.

15        Q.    Now, staying on page 6 of your report, in the

16   second paragraph you say, "Reiyn told me that she simply

17   lied about some of her history when she was initially

18   evaluated in custody in summer 2014."  What did she tell

19   you she lied about?

20        A.    Her history, her feelings of how long she's

21   felt about being a girl and so forth.  You need to

22   understand that it's well known in the -- among people

23   who take care of transgender people that they lie about

24   their histories, especially adolescents, because

25   adolescents, people who are Reiyn's age, have grown up



1  with the Internet in a way that 30 years ago there was no

2  Internet.  You know, people told us their histories.

3      But even -- we know in our field, even the experts

4  that you would call know in our field how important the

5  Internet is to these patients and how the Internet

6  contains many, many blogs that tell people what to tell

7  doctors in order to get what they want.  And doctors by

8  the late '70s recognized that many people were lying to

9  them about their histories, that they read in a textbook

10  what a transsexual was and what histories they have, and

11  they just tell the doctor that.

12      And so I'm aware that this is a problem, you see.

13  None of us can take a person who wants something from us

14  and believe that everything that the person tells us

15  about his development or her development is correct.

16      So, you know, I just point out one little thing to

17  you, that Reiyn has consistently told each of the

18  evaluators that he has, as a boy, always sat down to

19  urinate.  On the other hand, his parents were shocked to

20  discover later in life that this person wanted to be a

21  girl.

22      You would think that if a child refused to urinate

23  standing up it would raise some question in parents'

24  minds.  So actually, I think the idea that I always sat

25  to urinate, I always knew I was a girl, these things



1    aren't probably true, you see?

2        And so we must take anyone's history -- I'm not

3    picking on Reiyn.  Please understand I'm not picking on

4    Reiyn as an individual.  All of us in this field know

5    that the histories, especially when they're stereotypic,

6    the histories are apt to be distortions, and they are apt

7    to be influenced by what people have read on the Internet

8    and been told by other transpeople who are more advanced

9    on what you need to tell the doctor in order to get a

10   diagnosis, what you need to tell the doctor to get

11   hormones, et cetera, et cetera.

12       We know that it's just part of the complexity that

13   we have to sift through in making these very difficult

14   decisions about whether or not this person is genuine or

15   this person has some subtle form of sort of character

16   pathology, which they think in a unique way that will, in

17   fact, cause them harm in the future.

18       Q.    Can we turn to page 10 of your report now?

19       A.    Yes.

20       Q.    In the first paragraph under the heading,

21   "Character Traits" --

22       A.    Uh-huh.

23       Q.    -- if we go to midway through, the sentence

24   beginning, "Reiyn's stubborn persistence," do you see

25   that?



1   A.  The first paragraph?

2   Q.  Yes.

3   A.  Yes, I see it.

4   Q.  Okay.  And if you'll read along with me, it

5  says, "Reiyn's stubborn persistence with the trans

6  identity has cost her mightily."

7   A.  Yes.

8   Q.  What do you mean by her stubborn persistence

9  with the trans identity?

10   A.  Well, how to explain this?  Reiyn has a

11  history of living as a boy and has incorporated elements

12  in her psyche of a boy.  And she has the conviction that

13  she is not really a boy because of certain attractions

14  she has to female things.  And the fact that the world

15  recognizes that you can be interested in playing dress-up

16  and still be a boy, there's a kind of stubbornness about

17  her persistence of the idea that her fantasy that she is

18  a girl is true, that she is a girl, and that she went

19  through a lot of hardship in order to maintain this

20  fantasy.

21  Other children would recognize that the reality of

22  presenting myself as a girl is an arduous process and

23  that maybe I ought to rethink this.  But she has formed

24  this identity, it is the reason for everything that she

25  does, and it has become the core of her development.

```
 1        There's a kind of stubbornness about that.  There's
 2   a refusal to accept aspects of reality.  And she has
 3   other traits, like she has an arrogant self-confidence, a
 4   belief that she knows better than everybody and that she
 5   is smarter than boys and smarter than girls and smarter
 6   than mental health professionals, and in particular,
 7   she's smarter than all the mental health professionals
 8   that dealt with her, and she's smarter than her parents.
 9   And that's what -- this inability to consider other
10   people's point of view is what I mean by a stubborn
11   persistence.
12        This is an intelligent person, and it is amazing
13   that this intelligent person could not participate and
14   adapt to school environments.  I mean, you need to
15   understand -- all of us need to understand that there are
16   transpeople who have had an identity from adolescence on,
17   like puberty on, who end up getting Ph.D. degrees and
18   M.D. degrees and do not, you know, get into the troubles
19   with other people and have adaptive capacities to
20   withstand tension and anxiety and to contain their
21   private identity internally without acting out as much as
22   this person did.
23        So I would say that is a stubborn persistence of a
24   trans identity.  It's cost her educationally, it's cost
25   her socially, it's cost her in terms of intimate
```



1    connections with people, and now it has led to her
2    attempting to murder or being convicted of attempting to
3    murder another human being.  I would say that's a
4    stubborn persistence.
5         Q.    Okay.  You're not saying she isn't really
6    transgender, though, right?
7         A.    I'm sorry, repeat that?
8         Q.    You're not saying she isn't really
9    transgender, are you?
10        A.    I think her identity is one of a transperson.
11   That is her identity.
12        Q.    Okay.  You're not suggesting she ought to
13   adopt a male identity, are you?
14        A.    No.
15        Q.    Okay.  Now, on page 12, let's look under your
16   recommendations.
17        A.    I'm here.
18        Q.    All right.  You say on the -- well, let's
19   start from the beginning.  "I recommend a compassionate
20   response to Reiyn's request which take into account the
21   security-related concerns of the prison setting.  I think
22   it would help Reiyn psychologically to know that when she
23   needs a haircut, it does not have to be a buzz cut,"
24   right?  Question about that.  Would it help her
25   psychologically to know that she doesn't have to cut her



1    hair above her ears and collar?

2         A.    Did you say in color?

3         Q.    No, sorry.  Would it help her psychologically

4    to know she doesn't have to get her hair cut above the

5    ears and shirt collar?

6         A.    Oh, a shirt collar.  I'm sorry.

7         Q.    Yes.

8         A.    It would help Reiyn to get anything she

9    wanted.  So if that's a specific thing that she may want,

10   you know, long hair, so she would be very pleased to have

11   long hair.  That would help her, yes.

12        Q.    And would it be psychologically helpful for

13   her to be able to wear a bra and panties?

14        A.    Yes.

15        Q.    Okay.  This would be a compassionate response

16   to Reiyn's request, to allow her to do so?

17        A.    Yes.  But we have to finish the sentence.

18        Q.    Go ahead.

19        A.    You know, that she's a prisoner, and a

20   prisoner is -- the prison, the Department of Corrections

21   has to ensure the safety of the prisoners and the safety

22   of the correction officers, and they make decisions about

23   how prisoners need to comport themselves.  So the context

24   of her treatment to stabilize or enforce her feminine

25   identity, the context for that is prison.  She's in a

1    prison.

2         Q.     Uh-huh.

3         A.     So listen, it's very clear.  I mean, if we

4    listen, if we believe what she's saying in this

5    particular instance, that she wants long hair and she

6    wants it down to her -- beyond her collar or at her

7    shoulders, whatever, I believe her that's what she wants.

8    I believe that's what this fight is about.  At least on

9    the surface, that's what this fight is about.  So I think

10   that's the answer to your question.

11        Q.     Okay.  Now, if we can flip back to page 5 of

12   your report.  Actually, I'm sorry.  I made a mistake.  I

13   need to have you go back to page 10.

14        A.     Ten?

15        Q.     Ten, yep.

16        A.     I'm there.

17        Q.     Okay.  If you look at the second -- the

18   paragraph that is second from the bottom.

19        A.     Uh-huh.

20        Q.     The last sentence of that paragraph says,

21   "Legal successes will keep Reiyn happy, but the warrior

22   queen may be vulnerable to acute decompensations when

23   thwarted by prison security concerns."

24        I want to make sure I understood that passage.

25   Were you suggesting that if she's unable to get access to



**Northeast Court Reporting, LLC**

(216) 475-2766  -  www.NEcourtreporting.com

1   the hair and clothing she's seeking, she could be

2   vulnerable to acute decompensation?

3       A.    Yes.

4       Q.    And what does decompensation mean?  Is that a

5   term of art in psychiatry?

6       A.    That's a nice phrase, a term of art.  Well,

7   acute decompensation is going from emotional stability,

8   relative comfort at a certain level of mood, to being

9   overwhelmed with anxiety, feeling hopeless and helpless,

10  thinking about maybe I should just kill myself,

11  decompensation of being enraged and picking a fight with

12  another person or decompensation where you can't

13  participate -- if you're in an intimate relationship you

14  no longer can participate in sexual behavior.

15      The decompensation could be going from not using

16  any substances of abuse to using substance of abuse.

17  Acute decompensation could be taking the pills that you

18  take for some medical condition and taking a month's

19  worth at once, quote, an overdose.

20      So it has many different meanings, but it just

21  means a deterioration in one's self-control,

22  self-preservation and mood stability and behavioral

23  predictability.  That's what it means.  It's a term of

24  art, I guess.

25      Q.    And why do you believe that she may be



1  vulnerable to acute decompensation if she's unable to

2  access the female hair and clothing standards?

3     A.   Because this person believes that she is a

4  powerful, intelligent, superior individual who knows what

5  is right and what is wrong and knows what she's entitled

6  to and knows what her rights are, and she has -- she

7  suffers from little expressed doubt.  She presents with

8  certainty about things.

9      Now, I'm an experienced -- I'm older than Reiyn,

10  and I've had a lot of experience, as you have, that

11  outcomes are not certain.  We distrust certainty.  We

12  understand people have convictions, religious

13  convictions, political convictions, professional

14  convictions, but that doesn't necessarily mean that they

15  are correct or the future will -- they can predict the

16  future.

17      You know, we recognize, as mature people, recognize

18  there's a complexity in life.  Reiyn does not recognize

19  complexity.  Reiyn believes that she is a special person

20  endowed with capacities that far exceed lawyers and

21  doctors and administrators and supreme court justices.

22  She knows what the truth is.  She knows what the outcome

23  is.  She is certain, in other words.  She's arrogantly

24  confident.  She feels entitled.  She is what we call in

25  psychiatry a narcissistic character.



1           And when such people are thwarted by reality, as

2    Reiyn has been thwarted by reality a number of times in

3    the past, she is likely to decompensate.  When her mother

4    refused to give her permission for hormones, she made a

5    suicide gesture, you see.  That's a decompensation.  I

6    would say that the corrections staff need to be alert

7    that if she loses or has a temporary setback in her legal

8    quest, she's apt to have an acute decompensation.

9           Now, the corrections people, that is, the mental

10   health professions who work in prisons, recognize that

11   when people lose a lawsuit sometimes, they have a period

12   of great disappointment.  It may last a day, it may last

13   a week, it may last longer.  But they're on alert that

14   that's when people need special consideration.  They're

15   often moved to a special facility, a mental health

16   facility in a prison.

17          And I would recommend that if that happens to

18   Reiyn, because Reiyn is so clear about what the future's

19   going to be, that if the future is not what she wants,

20   she's going to decompensate.  And this is the problem

21   with being rigid and certain and young.

22          So that's what that means.  And that's why I used

23   the term warrior queen.  I hope that sentence conveys

24   that to the reader.  It's about her character, you see.

25          Q.    If Reiyn were a patient at a prison where you



```
 1   were responsible for her care for gender dysphoria, would
 2   you be recommending that she be permitted access to
 3   female undergarments?
 4       A.    That's a little too theoretical for who you
 5   are addressing this question.  It would depend on why was
 6   I working in the prison in the first place and also what
 7   is the policy of the prison.  I would certainly recognize
 8   that this is what the patient wants.  And as I tried to
 9   make clear to you, when you give a transperson what they
10   want, just like if you give any person what they want,
11   they are temporarily happy.
12        Again, I would have a conversation, what is the
13   meaning of panties?  Why are we being so rigid about
14   this, you see?  What is it about panties?  Why can't you
15   sustain your sense of your feminine soul without having
16   some external thing that no one else can see but you?
17   Why did you need that literal thing?  Why can't the
18   concept that you are a woman just be enough, you see?
19   Well, because I'm a woman.  I want to dress like a woman.
20   But you're in prison, and you don't have access to these
21   things, and it might actually -- if someone sees that
22   you're wearing panties, that may make you vulnerable to
23   harassment, it may make you vulnerable to gang rape or
24   individual rape.  It is putting you in jeopardy.
25        I would have this conversation, you see.  It's not
```



1    simply, I have gender dysphoria; therefore, I should wear
2    panties.  You live in a prison.  You live with a bunch of
3    sexually-deprived men.  You're living with a group of men
4    who are well known to have sex with other men until they
5    can get out and have sex with women again.  And you, you
6    are, given my sense of Reiyn being a little masochistic
7    person, you are going to put yourself in harm's way, and
8    you've always put yourself in harm's way.  Look what
9    you've done to your educational progress in life.  Look
10   how you've ruined the opportunity to get on to college
11   and so forth.
12        So the treatment, if I were working in prison and I
13   had the mental knowledge that I have now, I have the
14   knowledge that I have now, I would try to talk to Reiyn
15   about this whole matter and point out to him he's being
16   rather literal and he's being passionate and he's being
17   certain and he's putting himself into harm's way, both
18   with the prison officials and with other inmates, and
19   ultimately with himself.  Don't you see, Reiyn, that you
20   are making this difficult for yourself?
21        This is the conversation that needs to happen, I
22   believe.  That's different than -- then if he had the
23   right to have female canteen items where -- the prison
24   that I worked in, then he can go ahead and make his
25   decision, but I want to have this conversation with him.



1      Q.      So, yeah, that's what I was going to ask you

2   about.  In Massachusetts, that policy that allows

3   prisoners to get access to female canteen items and you

4   said that they can get access to female undergarments,

5   are they putting themselves in harm's way by doing that?

6      A.      Well, some of them are.  But if you just go

7   back to Charlene-Paige Fuller, Charlene-Paige Fuller's

8   physical appearance was such that you would have to be a

9   seven-foot man to mess with Charlene Fuller.  Some of

10  these people are so -- they are aware that they're

11  vulnerable in prison to rape, and so they lift weights

12  and they keep themselves really physically fit and

13  dangerous looking so that people don't mess with her.  So

14  when you have a thin person, not a big-muscled person,

15  you know, they have to protect themselves.

16      Now, of course, Reiyn didn't have muscles to

17  protect himself.  He had guns and a seven-inch knife to

18  protect himself with.  So you see that there is a sense

19  of vulnerability that this man had when he was living as

20  a transperson out there.  He has a sense of

21  vulnerability.  And when I talked to him about this, he

22  denied there was any danger to him.  I want to repeat

23  that:  He denied there was any danger.  And his ace in

24  the hole was that he had a lover who was going to protect

25  him.  But I pushed him on this and he said, "No, no, I'm

1  too strong.  There's no problem.  No one's ever harassed
2  me in prison," which is a lie, by the way.
3       Q.     Okay.  So in Massachusetts, is it only strong
4  and muscular transwomen who can appropriately get female
5  undergarments and canteen items if they have gender
6  dysphoria, or can a slight person also get them?
7       A.     No, a slight person can get them.
8       Q.     Okay.  I want to go back to your report on
9  page 11 under the heading "Medical Necessity."  In that
10 first paragraph under "Medical Necessity," you write, "To
11 qualify for medical necessity, a physician recommends a
12 data-supported reasonable procedure that can:  Prevent
13 death; Prevent complications; Relieve pain; Improve
14 capacity to function," right?
15      A.     Yes.
16      Q.     I'm getting my feedback again.
17       We just read that first sentence under "Medical
18 Necessity" on page 11 of your report.  And question for
19 you, can providing an inmate with gender dysphoria access
20 to female undergarments or canteen items or grooming
21 standards relieve pain?
22      A.     Yes, it relieves the subjective pain.  I'm
23 not so sure we should -- we have to qualify that.  I
24 think it makes the person happier.  It's not like they
25 have pain and I give them morphine and the pain goes



 1    away.  It just makes people happier to get what they

 2    want.

 3        The fundamental pain of gender dysphoria, that is,

 4    my body is a male body, other people perceive me as a

 5    male person, it doesn't go away because I'm wearing a bra

 6    or panties, you know.  The pain of gender dysphoria is

 7    not even cured by sex reassignment surgery.  One aspect

 8    of the pain of gender dysphoria is cured by sex

 9    reassignment surgery.

10        So we have gone in our field from the idea that

11    sex -- hormones and sex reassignment surgery is a cure

12    for the problem to these are management matters for the

13    problem, but the continuation of the sense of my body

14    doesn't match my mental life continues.

15        Q.    So for your definition of medical necessity,

16    it would have to be a complete cure of the pain as

17    opposed to relieving it, so like if you had, for

18    example --

19        A.    No, I'm sorry.  Let me interrupt.  It's the

20    word pain that we're talking about.  There is distress

21    that my body and my mind don't match.  That distress is

22    just part of their existence, you see?

23        Q.    And that can be reduced by --

24        A.    And that distress, which I guess lawyers want

25    to call pain, that distress can be modified by wearing



1  panties.

2      Q.    And when you say "modified," you mean

3  reduced?

4      A.    I mean reduced, yes.

5      Q.    Okay.  And what about improving capacity to

6  function?  Can someone function better?  Say if the

7  prisoner with gender dysphoria was able to get access to

8  female grooming or clothing standards, could it improve

9  their capacity to function?

10     A.    Well, functioning in prison means the absence

11 of disciplinary citations and the ability to perform work

12 that they are assigned in prison.  That's what that

13 means.

14     Q.    Could it also mean go to school and do well

15 in an education program?

16     A.    And participate in therapy and go -- well,

17 yes, and take care -- well, work or study if that's their

18 thing.  If they have, you know, a treatment for sexual

19 abuse if they were a sexual abuser, they go to sexual

20 abuse treatment programs.  It's certainly -- what we're

21 trying to do is to get the person to be thoughtful about

22 their life and not be preoccupied about this incongruence

23 all day long.

24      So in a very limited way, Ms. Cooper, this might

25 improve function.  However, you need to recognize that it



```
 1    might not; that argumentative people, stubborn people who
 2    have a lot of violence in their head, who hate
 3    authority -- whether they're wearing panties or not, they
 4    can still hate authority and, you know, get into trouble
 5    and can still not concentrate in their classroom because
 6    they can't concentrate in general.
 7         Q.    Understood.  But here where you've got a
 8    policy that, for instance, for any inmate, access to
 9    female clothing and undergarments and grooming standards,
10    I want to know whether, for some of those individuals
11    with gender dysphoria, could having access to female
12    clothing or undergarments and grooming standards improve
13    function?
14         A.    Theoretically the answer is yes.
15         Q.    Okay.  Now, you say at the bottom of that
16    same paragraph, "Gender dysphoria is a psychiatric
17    condition.  Using the term medical necessity puts experts
18    into uncomfortable positions."  Are you saying the word
19    "medical necessity" just doesn't fit with psychiatric
20    treatment?
21         A.    No.
22         Q.    What did you mean by that passage then?
23         A.    Gender dysphoria is the only psychiatric
24    condition where changing the physiology of the body --
25    let's put it this way:  Gender dysphoria is the only
```



1   psychiatric condition for which surgery is thought to be

2   a viable treatment.  Even though the most common thing

3   that we take care of in psychiatry are varieties of

4   depression and anxiety and we give drugs for those

5   conditions, but we recognize that there are many forms of

6   treatment for these conditions, and drugs are not

7   absolutely required.  They may be elected by the patient

8   or elected by the patient and the doctor, but many people

9   who come for treatment refuse to take any medical

10   therapies for it.

11        So we would say that it's medically necessary to

12   use this physical intervention, that is, given a

13   chemical, an anti-depressant, an anti-anxiety agent, but

14   it requires the consent of the patient.  The patient gets

15   to choose how the person is treated.

16        But, you see, in the gender dysphoria treatment,

17   you will find people who believe, like the Fenway Clinic

18   doctors believed in 2006, that if you have the diagnosis

19   of gender identity disorder or gender dysphoria in

20   today's lingo, then it's medically necessary to give

21   hormones, have mammoplasty, have rhinoplasty, have the

22   cricoid cartilage shaved, go into your vocal cords and

23   try to make your voice higher.  Everything a person wants

24   is called medically necessary.  And in that light, you

25   know, we reduce this matter to absurdity.

1          So it used to be the sex reassignment surgery was

2    called medically necessary, and I think I explained why

3    that is, to make the surgeon not feel like he's above all

4    doing no harm.  It used to be that that was what was

5    medical necessity, and everything else was called

6    cosmetic, cosmetic.

7          But today, cosmetic surgeries, like having larger

8    breasts made with silicone or having one's chin remodeled

9    or putting implants on one's lips so you could have more

10   sensuous, big, fat lips or having your forehead

11   remodeled, these things are called medically necessary by

12   certain people who are experts in transgender health.

13         I think that's ludicrous, you see.  And so if we're

14   going to say that -- I'm willing to say that in certain

15   conditions when I make a judgment and other physicians

16   make a judgment, that hormones are medically necessary,

17   and sex reassignment surgery for some of the people on

18   hormones might be where we think it might help them live

19   a happier life.  That's medically necessary.  I do not

20   believe remodeling one's nose is medically necessary, you

21   know.  I don't actually believe having long hair is

22   medically necessary to feel feminine.  I do think that

23   there are certain women who like how they look in short

24   hair.

25         And so the idea that because a person wants their

 1   nose done or wants bigger breasts or wants longer hair,

 2   that I'm going to call that medically necessary, it's

 3   pushing me, you see?  It puts me in an uncomfortable

 4   position.  I want to help the patient.  I do want to help

 5   the patient feel better.  I'm a physician; I'm a

 6   psychiatrist.  I want to help people feel better.

 7        On the other hand, I don't want to use concepts

 8   that are not logical and that are absurd, and that makes

 9   me uncomfortable.  That's what I mean by the last

10   sentence.  Now, I do recognize that there are people who

11   don't agree with me who have M.D. degrees and Ph.D.

12   degrees.  They don't agree with me.  They believe that

13   having your forehead redone is medically necessary.

14   Okay.  In medicine we're used to controversy, you see.

15   We're used to it.  You can't get a hundred physicians on

16   any subject to agree that this is the one way to treat

17   something, you see.

18        Q.     Okay.  Let's go back --

19        A.     Did that make it clear what I meant by those

20   two sentences?

21        Q.     I think so, yeah.

22        A.     Okay.

23        Q.     And so that just raised some additional

24   questions I want to follow up on.

25        A.     I'm talking too much.



1    Q.    So you're not saying that there's no

2  treatment for gender dysphoria that could ever be

3  medically necessary for a patient, right?

4    A.    Oh, I'm not saying that.

5    Q.    No.  And some examples you gave, hormone

6  therapy could be medically necessary for a patient, sex

7  reassignment surgery could be medically necessary for a

8  particular patient, correct?

9    A.    Yes.

10    Q.    But as far as issues relating to social

11  transition, is it your view that those kinds of -- you

12  know, in a prison where you would need an intervention to

13  be able to socially transition, that that could never be

14  medically necessary?

15    A.    Well, you must understand, Ms. Cooper, I've

16  been trained for many years not to use the word never.

17    Q.    So there could be a patient for whom access

18  to female undergarments or grooming standards could be

19  medically necessary?

20    A.    No.  There could be a condition where that

21  would be psychologically beneficial.

22    Q.    Okay.

23    A.    Again --

24    Q.    But it could never be medically necessary?

25    A.    Again, we're talking about terminology.  And



1    I know the history of medical necessity, and you need to

2    understand I'm a physician, and I've already explained

3    the absurdity of these things.  You don't need me to

4    repeat it, I don't believe.

5        Q.    Right.  Well, I'm trying to understand the

6    line.  So you're comfortable with the word

7    psychologically helpful for things like access to female

8    grooming and undergarments, right?

9        A.    Yes.  Given the sensibilities of an

10   individual patient who needs to reinforce the idea that,

11   in a literal way, that I am a woman, that dressing as a

12   woman means that I am a woman, then it would be

13   psychologically helpful to that person who that's how

14   they think, and because that's how they think, it's

15   useful to them, you see?  This is an internal, private,

16   psychological sense of who I am.  Who I am -- a sense of

17   who I am, of course, for all human beings, for all human

18   beings, is in evolution, is in evolution.  Our identity

19   keeps changing over time for all human beings.

20       Q.    What I'm trying to understand the difference

21   is why can hormone therapy be medically necessary, given

22   that we're talking about an internal sense of gender, but

23   access to female clothing or grooming to be able to put

24   them in a place or express your feminine identity can't

25   be medically necessary?

1          A.      I know you're the lawyer and I'm the person

2     who's answering the questions, but I would love to switch

3     roles with you at this point.  Hormones are medically

4     necessary because they're hormones, because they change

5     the physiology of the body, because they influence the

6     function of almost every organ in the body and every

7     blood vessel in the body.  It's medically necessary

8     because it's an intrusion into the body, and a physician

9     who's responsible for understanding anatomy, physiology,

10    health and disease is going to prescribe it.  It requires

11    a physician who is understanding of how the body works to

12    make that decision and to administer the drug.

13         It's a doctor thing.  It's based on knowledge of

14    anatomy and physiology and pathology.  It's medically

15    necessary to have a physician give a drug that enters

16    into the brain.  We don't allow schoolteachers to make

17    decisions to give their gender dysphoric persons

18    hormones.  That's why it's medically necessary.  It's

19    medically necessary to have surgery because a physician

20    must do the surgery.

21         It is not medically necessary to wear panties for a

22    doctor to -- panties have no influence on the liver, on

23    the brain, on the heart, you see?  Well, I shouldn't say

24    the brain, because the psychological aspects of the mind,

25    it does have an influence on it.



1           So you're trying to understand why hormones are

2    medically necessary and haircuts or panties are not

3    medically necessary.  It's because haircuts do not affect

4    every cell in the body, panties do not affect the

5    physiology of urination, whatever.  They don't affect

6    whether you masturbate and have sperm at the end of your

7    masturbation, but hormones do.  And because it's related

8    to the body and its functions, it's medically necessary.

9           But the most important reason that it's medically

10   necessary is that for thousands of years, 4,500 years,

11   it's been well known that there are ethical concerns

12   about the practice of medicine, and we, above all, are

13   not supposed to do harm.  The Nazis taking off breasts

14   for women as an experiment was an unethical thing.  It

15   went in the face of the 4,000 years of tradition, more

16   than 4,000 years.

17          So we say that it's medically necessary because the

18   surgeon and the endocrinologist, who are not

19   psychiatrists, who don't -- who can't talk the language

20   that I'm speaking to you in, they feel unethical taking

21   off a penis, a healthy penis.  Doctors are not surgeons.

22   They're not allowed to take away healthy tissue.  So in

23   order to make them feel ethically acceptable, we use the

24   term medical necessity.  It's about ethics.

25          There's no ethical consideration here in the same



1    light.  There's no endocrine consideration here.  There's

2    no physiologic consideration here when we're going to

3    prescribe hormones.  I'm sorry, when we're going to

4    prescribe panties.  It's not the same as hormones.

5         Q.    Okay.

6         A.    I think this is the best I can do to help you

7    understand the distinction.

8         Q.    Okay.  And would it be -- you used the

9    psychologically helpful.  Would it also be fair to say

10   psychiatrically helpful to be able to access female

11   undergarments and grooming standards if you have gender

12   dysphoria?

13        A.    I'll accept that as a synonym, yes.

14        Q.    Okay.  And it would also be psychiatrically

15   helpful for someone with gender dysphoria in the

16   appropriate case to have hormone therapy or surgery too,

17   right?

18        A.    In individual cases, yes.

19        Q.    Right.  Right.  Okay.  That is helpful.  I'm

20   understanding the problem with the term medical necessity

21   for access to clothing or grooming standards is it

22   doesn't physically affect the body.  You don't need a

23   doctor to prescribe it; is that correct?

24        A.    That's right.  The first line of that

25   paragraph, it said, "A physician," because that's the

 1   history.  Those are the definitions that insurance
 2   companies use and government agency uses.
 3       Q.    So having now talked a bunch about the
 4   terminology, is it your view that then -- and maybe you
 5   said this, and forgive me if I just didn't catch it, but
 6   providing access to female grooming standards or
 7   undergarments could be psychiatrically or psychologically
 8   necessary for a particular individual to treat gender
 9   dysphoria?
10                   MR. REID:  Object to the form.
11       A.    I said helpful.  I didn't say necessary.
12       Q.    (BY MS. COOPER)  Psychiatrically helpful or
13   psychologically helpful, either of those?
14       A.    Yes.
15       Q.    Okay.  So for an individual with gender
16   dysphoria, they could never have a psychiatric or
17   psychological need to socially transition?
18       A.    They feel the need to transition.  Obviously,
19   many people do, so they do have a psychological need.
20   You know, you could say I have a psychological need to
21   punch somebody in the face sometimes too, but we have a
22   need.  We make a judgment that this is the best for us,
23   that our lives would be better if we do this.  If you
24   want to call that a psychological need, it's -- I can
25   live with your terminology.

1          Q.     Uh-huh.

2          A.     You just need to understand what these words

3     mean --

4          Q.     Right, but --

5          A.     -- and what they don't mean.

6          Q.     -- for somebody who has a patient with gender

7     dysphoria, social transition is part of the accepted

8     approach to caring for that patient, no?

9          A.     It's part of the professional's concept of

10    how this person might benefit.  That is --

11         Q.     Excuse me.  Just -- go ahead.

12         A.     No, no, I promised not to interrupt you, and

13    here I am, I'm interrupting you.

14         Q.     But is it there's a social transition as part

15    of the professional concept of -- in the same way hormone

16    therapy is part of the professional concept of what might

17    help gender dysphoria?

18         A.     Well, in the first six editions of the

19    Standards of Care, the answer to your question would have

20    been yes.  But in the 7th edition to the Standards of

21    Care, social transition is not necessarily a requirement

22    for having endocrine treatment.  So I would say there has

23    been a de-emphasis on the importance of a specific type

24    and duration of social transition, you see.

25          So today if I cross-dress in secret and on

1   Halloween I dressed up as a woman and went to a party and

2   I liked it so much, and now I go to a doctor and say I

3   want to be on hormones because I want to feminize my body

4   and then after I have breasts in a year or so, I want to

5   live as a woman, the Standards of Care would say, oh,

6   that's okay; whereas in the previous Standards of Care,

7   we'd say, oh, no, that's not okay.

8        Q.    Well, I wasn't focusing on the social

9   transition as precursor or prerequisite to hormone

10  therapy or surgery.  I'm just talking about it as

11  something that is psychiatrically or psychologically

12  beneficial to the patient in its own right.  Is that fair

13  to say?

14       A.    Oh, yes, and I agree with you.  I agree with

15  you.

16       Q.    Okay.  Just like hormone therapy could be

17  psychiatrically, psychologically beneficial to a patient

18  in its own right?

19       A.    And it could be psychologically harmful,

20  right.

21       Q.    Right.  Right.

22       A.    I feel the need while you're gathering your

23  thoughts to add one additional point that's related to

24  your previous questions.

25       Q.    Yeah, please.

```
 1        A.      You should understand that among the people
 2   who have been given hormones in the United States and in
 3   Europe, it's been recognized that not everyone continues
 4   taking hormones.  That is, the hormone treatment itself
 5   is an experiment for the person to see whether or not
 6   this concept of how I'm going to live my life will be
 7   beneficial to me.
 8        So, you know, when we talk about, you know, it's
 9   medically necessary to give hormones, it's not medically
10   necessary to continue taking hormones.  It's just what
11   doctors do in response to these histories.  It doesn't
12   mean that, oh, my God, the person is going to die if they
13   don't get their hormones, you know, or that once you need
14   hormones, it's medically necessary, like if you lost your
15   adrenal glands, it would be medically necessary be given
16   cortisone or you can die in four days.
17        So it's not like insulin is medically necessary for
18   the diabetic, you see?  It's medically necessary --
19   that's the ethical term we use -- medically necessary to
20   justify giving a male body female hormones.  Then the
21   male person decides whether, over time, sometimes a year,
22   sometimes three years, the male person, the female
23   person, the transperson, shall I say, then may decide not
24   to take hormones for physical reasons or psychological
25   reasons or that they haven't -- the happiness they
```

 1   anticipated did not come true.

 2        So then the patient decides it's not medically

 3   necessary any longer to take hormones.  So where do we --

 4   where is our concept of medical necessity in such a

 5   scenario?  We see that it's an elective procedure that

 6   the doctors justify with the term medical necessity in

 7   order to move the person along the pathway that he has

 8   decided happiness would -- greater happiness would lie at

 9   the end of this journey, you see.  So when a person

10   decides I no longer want to take hormones, they're no

11   longer medically necessary.  No endocrinologist is saying

12   to the patient, You must take hormones.

13        Q.    Uh-huh.  Although their psychiatrist could

14   potentially advise against it if they thought it would

15   cause harm, psychiatric harm to the patient, no?

16        A.    I can't -- the psychiatrist could -- I guess

17   would say, Maybe we ought to think about this further.

18   And the patient might say, I have thought about it for

19   months or years, and I don't want to do this anymore.  We

20   recognize the patient autotomy.  It's an ethical

21   principle, respect for patient autotomy.

22        Q.    Sure.  So I'm trying to understand other

23   psychiatric conditions that -- some of the examples we're

24   talking about of medical necessity were physical things

25   where somebody would die if they -- or something really

1    bad would happen to their body, right, if they don't get

2    a particular treatment, a diabetic not getting insulin,

3    for example.

4         A.    Sure.

5         Q.    Is it your view that any psychiatric

6    condition, then, that those treatments are not medically

7    necessary because they won't physically make the body

8    stop working or die if they don't get it?

9         A.    Could you rephrase that?

10        Q.    Yeah.  Could treatment ever be medically

11   necessary, under your view of the term, for any

12   psychiatric condition?

13        A.    Well, of course.

14        Q.    So if somebody has severe depression, could

15   an anti-depressant be medically necessary?

16        A.    Absolutely.

17        Q.    Okay.  Even though that patient might say,

18   Hey, Doctor, I don't want to be on anti-depressants

19   anymore, and the doctor would respect the patient's

20   autotomy and they could decide not to, right?

21        A.    Yes.

22        Q.    Even though the doctor views it as medically

23   necessary?

24        A.    Right.

25        Q.    Okay.  So similarly, a psychiatrist could

1  think of hormone therapy as medically necessary for a
2  particular patient?
3      A.    See, the doctor, I think, everywhere -- well,
4  maybe not everywhere.  The doctor does not say, You need
5  to be on hormones.  You need to understand that.  It is
6  the patient who wants hormones; it's not the doctor.  To
7  the doctor, the person has gender dysphoria, and what are
8  they going to do about it?  Are they going to be one of
9  those persons who lives with it, who talks about it, who
10 doesn't talk about it, who goes and prays to Jesus?
11 People do lots of things with what the mosaic -- their
12 gender identity, their sexual identity mosaic.
13     The patient says they want to have hormones.  Just
14 like the doctor doesn't say, You must remove your
15 genitals.  The patient says I want to get rid of my
16 genitals.  This is different than how -- you know, if I
17 go to my doctor and I'm coughing and I have a fever of
18 103 and I'm producing ugly yellow sputum and he takes an
19 x-ray and my lobe is filled with pus, my lung lobe is
20 filled with pus, we don't have big discussion about this.
21 The person is going to get antibiotics, you see.  It's
22 medically necessary or this guy is doing to die.  He's
23 going to die, right.
24     Q.    Well, how is it medically necessary for
25 somebody who suffers from depression to get



```
 1   anti-depressants?
 2        A.     Well, it's medically necessary to have an
 3   intervention to respect the potential of depression to
 4   deteriorate the quality of life and work and
 5   relationships.  And it is a lethal condition in some
 6   people.  So I'm saving someone's life by intervening with
 7   a depressed person, a severally depressed person.
 8        Q.     And could the same be said for somebody with
 9   gender dysphoria?
10        A.     Am I saving his life?  Is what you said?
11        Q.     Couldn't the same be said for somebody with
12   gender dysphoria, that an intervention is necessary to
13   potentially save their life if they are so distressed
14   about it?
15        A.     Oh, absolutely.  Absolutely.
16        Q.     Okay.  I think this is a good time to take a
17   lunch break.
18                    MS. COOPER:  Can we go off the record?
19                         - - -
20        (Whereupon, a luncheon recess was taken.)
21                         - - -
22        Q.     (BY MS. COOPER)  So on page 11 of your
23   report, second paragraph under "Medical Necessity," you
24   say there's nothing medically necessary about hair
25   length.  Can there be something psychologically,
```



1  psychiatrically helpful about being able to grow your

2  hair to a traditionally feminine hair length?

3       A.    Yes.

4       Q.    And I'm just wondering, you know, in the case

5  of, say, women who lose their hair to chemotherapy, would

6  they have a medical need to be able to wear a wig, would

7  you say?

8       A.    I have a full mouth.  This is a subject close

9  to my heart.  I'm glad you brought that up.  The

10  insurance industry is very compassionate about women

11  who've had mastectomies or lumpectomies and have

12  chemotherapy which causes hair loss or what we like to

13  call alopecia.  It's a temporary thing, as you know.

14       Now, the insurance company will pay for a breast

15  prosthesis in perpetuity for women who have had

16  mastectomies and will temporarily give a small amount of

17  money to wear a wig.  But as you probably know, that many

18  women who lose their hair wear hats, scarves, or go bald.

19  They don't want a wig.

20       It's not medically necessary to have a wig.  It

21  doesn't change the course of whether she's going to live

22  or die of breast cancer.  It's only an accommodation to

23  the narcissistic injury to her being a bald woman or

24  having a unicorn for what used to be symmetrical breasts.

25  We recognize that it's useful temporarily for a woman to



1   get a wig, but actually, many women with a wig don't love
2   their wigs, and they give them up.
3       So you could easily say it's medically necessary
4   because it's covered by insurance.  But it's not
5   medically necessary in the way that chemotherapy is
6   medically necessary because we're trying to cure this
7   woman of a disease that's potentially fatal.  It has no
8   outcome, no long-term outcome on whether she's going live
9   or die or prosper in a person in five years whether she
10  wears a wig for three months or whether she even stuffs
11  her bra.
12      So you could call it medically necessary, but you
13  need to understand it's very much like what we are
14  talking about here for Reiyn.  It is psychologically
15  beneficial, that's all.  No, the doctor doesn't prescribe
16  a wig, you see?  The doctor -- the insurance will pay for
17  a wig, that's all.
18      Q.    Okay.  You talked briefly about the Fuller
19  case earlier where you said you did testify it was
20  medically necessary for her to have breast forms to fill
21  her bra because of her gender dysphoria.  Am I saying
22  that correctly?
23      A.    You know, on the surface you're saying that
24  correctly, but let me just make it more complex.  The
25  person has gender dysphoria.  The person is a violent,

1    unstable, inconstant gender dysphoric person that

2    presents herself sometimes as a female and sometimes as a

3    man.  Given the instability and the fact that she was in

4    for murder and violence has been part of her history in

5    prison, it just seemed to me to be needlessly provocative

6    to take this person and refuse to give her a breast form

7    that she wanted, because she was going to get very

8    depressed, and when she gets depressed, she gets violent.

9    And so I just thought it was -- we should call -- we

10   should give her what she wanted in this case because I

11   did not want other people to be harmed.

12        So, you see, your sentence is correct, but it's not

13   quite addressed by the circumstances that led me to the

14   decision.  It wasn't because she had gender dysphoria.

15   It was because of the individual nature of this violent,

16   unstable, inconstant man, woman.

17        When the person's family visited Mr. Fuller, he

18   went down -- the person goes down and presents himself as

19   a man.  And when the family is not around, he presents

20   himself as a woman.  So it's kind of confusing for the

21   prison staff and for me to know whether is this a man or

22   a woman.  I just say this is a transwoman, but an

23   inconstant transwoman.

24        Q.    Just a moment.  I'm looking for something.

25             MS. COOPER:  Can we mark a document

```
 1                 that I had as No. 2, which says
 2                 Charlene-Paige Fuller versus Carol Higgins
 3                 O'Brien on the caption?  Do you have that?
 4                           - - -
 5            (Whereupon, Levine Exhibit 3 was marked
 6                     for identification.)
 7                           - - -
 8        Q.    (BY MS. COOPER)  So do you recognize this
 9   document?
10        A.    No.  Did I have a videoconference?  Okay.
11        Q.    Did you have your deposition taken in the
12   case of Fuller against O'Brien?
13        A.    You know, if you would have asked me without
14   showing me this, I would say I didn't have a deposition,
15   but I guess I did.
16        Q.    You don't recall doing a deposition?
17        A.    Was this in Cleveland?  Let's see.  Yes, it
18   was in Cleveland.  Okay, I remember the place it
19   happened.  I just didn't remember it.  Okay.
20        Q.    Okay.  And you issued a report in that case,
21   is that right, in the Fuller case?
22        A.    Most likely, yes.
23        Q.    Okay.  And if you turn, you'll see that this
24   is a minuscript where the pages have pages four per page.
25   And if you look at page 11 -- I'm sorry, page 10.
```

Northeast Court Reporting, LLC

(216) 475-2766  -  www.NEcourtreporting.com

1      A.      Okay.  34, 35, 36, 37, right?

2      Q.      No, I'm sorry, if you look in the little page

3 10.

4      A.      Oh, the little page 10.  Okay.

5      Q.      And at the very bottom of page 10, it says,

6 "And what did you do to prepare for today's deposition,

7 Dr. Levine?"  And I think just for the sake of the court

8 reporter, I want to ask you to just read to yourself the

9 next two pages, through page 12.

10     A.      Okay.

11     Q.      Great.  Thank you.  So in this process, you

12 were asked about a conversation with a Dr. Andrade,

13 correct?

14     A.      Yes.

15     Q.      And who is Dr. Andrade?

16     A.      He was the co-head of the Gender Identity

17 Committee.

18     Q.      In Massachusetts?

19     A.      Yes.

20     Q.      And then you mentioned a conversation with

21 Dr. Andrade, and the questioner at the top of page 12

22 says, "And could you describe the conversation for me?"

23 Answer:  "Could I what?"  Question:  "What did you say in

24 the course of the conversation, Dr. Levine?"  Answer:

25 "Well, I -- he got-- he was informed that, that my

1   opinion was that Charlene-Paige Fuller could -- her

2   breast forms could be considered medically necessary.

3   And he was, I think, about to convene a committee there

4   to make the recommendation that breast forms could be

5   used.  And he just wanted to ascertain whether what he

6   had heard is correct, that I had rendered that opinion,

7   and that's what I told him, and that basically was it."

8        So do I understand that correctly that you told

9   Dr. Andrade that breast forms for Ms. Fuller could be

10  medically necessary?

11                  MR. REID:  Object to the form; asked

12            and answered.

13       A.    Well, actually, that's what I said.

14       Q.    (BY MS. COOPER)  Okay.  Could you go to

15  page -- sorry, page 101, little page 101?

16       A.    Okay.

17       Q.    Okay.  And I'm going to need to back up a

18  little bit to give you some context, but -- well, let's

19  go to 101 or the bottom of 100.  I believe she's reading

20  from a report from you, but you tell me if I

21  misunderstand that, okay.

22       Question:  "All right.  Very good, sir.  I'm at the

23  beginning of the second paragraph.  It says, 'If

24  medically necessary means that a physician believes that

25  a treatment or accommodation would likely improve the

 1   subjective distress or improve the functional capacity of
 2   the patient, it is my opinion, with a reasonable degree
 3   of certainty, that allowing her use of the breast forms
 4   will prove useful to her and, therefore, is medically
 5   necessary."
 6        Is that something you wrote in the report in the
 7   Fuller case?
 8        A.     Probably.  Although you didn't ask it, I
 9   think you ought to know that in dealing with the
10   paradoxes inherent in the term medical necessity,
11   probably the Charlene Fuller case helped me -- moved me
12   to make the recommendations the following year that we no
13   longer use the term medical necessity, but use the term
14   psychologically helpful.
15        As you have interpreted, you know, in my Charlene
16   case, Charlene Fuller, it was because she had gender
17   dysphoria that it was medically necessary.  But really, I
18   interviewed a man in shackles whose violence could not --
19   whose calmness could not be trusted by the prison
20   officials in a private room with me.  And so the idea of
21   it was gender dysphoria, per se, that led to the medical
22   necessity determination, which, by the way, surprised the
23   staff, who didn't think it was medically necessary,
24   that's what led to my continued unease and led to the
25   publication and the recommendation in the Journal of the

1   American Academy of Psychiatry and the Law.

2        So, you know, I'm not the same person that I was

3   two and a half years ago.  My life is one of continued

4   evolution of thinking and understanding about this field

5   and including the term medically necessary.  So you're

6   quoting me from 2015, my 2015 understanding of the term.

7   I had to make a practical decision.  I made it.  But

8   today, armed with that, I would have a different concept.

9        I would answer that all things considered, given

10  the violence potential of this inconstant, unstable, and

11  threatening man, woman, man, whatever you want, I think

12  we ought to just give the breast forms because he wants

13  it, and I don't really think it will cause any great harm

14  to him, to her.  So that's how I think.  So I just want

15  you to understand that I reserve the right to evolve my

16  thinking, as I'm sure, in your lawyerly world, your

17  thinking about many things evolves from one year to

18  another.

19       Q.     Okay.  Can we look at little page 105?

20       A.     Got it.

21       Q.     Okay.  Middle of the page, the questioner

22  says -- well, sort of the top third.  Question:  "And on

23  the subject of improving Miss Fuller's subjective

24  distress" -- are you with me?

25       A.     Not yet.  Okay, got it.



1          Q.      Line 7, right?

2          A.      Yeah.

3          Q.      Question:  "On the subject of improving Miss

4    Fuller's subjective distress --" Answer:  "Yes."

5    Question:  "-- you also -- you write that breast forms

6    diminish Miss Fuller's anguish, correct?"  Answer:

7    "Yes."

8           So that was your opinion in that case, that they

9    would diminish her anguish?

10         A.      Yes.

11         Q.      Okay.  Question, following along after:

12    "And you agree that breast forms will improve Miss

13    Fuller's mental health by diminishing the anguish that

14    she experiences without them; is that correct?"  Answer:

15    "Yeah," and then you go to -- you're welcome to read that

16    to see if that changes your opinion.  But you did say

17    yes, and that was your view at the time?

18         A.      Yes.  Well, I'm going to read out loud

19    what --

20         Q.      Go ahead.

21         A.      "I'm trusting her representation to me that

22    if she could only feel the weight of her breast tissue

23    and that she feels good when she can feel the weight of

24    that large, heavy -- large breast form or whatever she

25    packs it with, packs her bra with."

1        You know, here's a person who said, I need to feel
2   heavy breasts.  Just having breasts are not enough for
3   me.  I want heavy breasts.  You must recognize that
4   Charlene-Paige Fuller does not take hormones, does not
5   want to take hormones, but she does want large breasts.
6   And given the unusual nature of this person and the
7   violence potential, I just thought, let's give this
8   person, compassionately, breast forms.  Let's quit
9   fighting over this matter.  Nothing good is going to come
10  from the fight.
11       So the question is about the anguish, Charlene
12  Fuller's anguish.  She presents herself, if you can
13  believe her -- and I have no idea whether she's telling
14  the truth -- she has a lot of anguish if she can't feel
15  heaviness on her breast, on her chest.  So I said let her
16  feel heaviness on her breast, on her chest.  That's the
17  nature of this decision.  It's not about medically
18  necessary for the treatment of gender dysphoria.  It's
19  about Charlene-Paige Fuller.  Just like WPATH says, it
20  should be individually based.
21       Q.    Okay.  Would you say now that your view about
22  the term medical necessity has evolved, it would be more
23  appropriate to say that it would be psychiatrically or
24  psychologically helpful for Charlene Fuller to have
25  breast forms?

1        A.       I would prefer the term psychologically
2    helpful.
3        Q.       Why is that preferable to psychiatrically?
4        A.       You know, the connotation -- everyone has a
5    psychology, you see, but psychiatric is like --
6    psychiatry is the study of abnormal mental experiences
7    and behaviors, so everyone who has a psychology doesn't
8    have, you know, a psychiatric thing.
9         So all of us are meaning makers, and Charlene-Paige
10   Fuller takes great personal and idiosyncratic meaning of
11   having a protuberant chest, and I mean a protuberant
12   chest.  And so that's her individual meaning, you see.
13   It's sort of -- I knowledged before that in most
14   situations, it's a synonym between psychiatric and
15   psychological.  But really what I'm talking about is the
16   individual psychology of a person.  We don't usually use
17   the term the individual psychiatry of a person.
18       Q.       But isn't gender dysphoria a psychiatric
19   condition?
20       A.       It certainly is.
21       Q.       So why wouldn't it be helpful for the
22   psychiatric condition of gender dysphoria to --
23       A.       Because it only helps one aspect of the
24   condition.  It helps one symptom of the condition.  You
25   know, I think in my view, you and I are sort of in

1    agreement.  We're splitting hairs, though.

2        Q.    Uh-huh.  Well, yeah, but these hairs may

3    matter so -- and I want to make sure I understand the

4    line here.

5         So the fact that it may only help one aspect of the

6    condition, if there were other psychiatric conditions

7    where a treatment could help one aspect, but not

8    completely cure the whole thing, it could still be

9    psychiatrically helpful, right?

10       A.    Absolutely.  In fact, that's the experience

11   of psychiatry.  We're all frustrated we can't really

12   eradicate most of the people quickly from all the aspects

13   of their condition, and we're happy to help with one or

14   more aspects at a time.

15       Q.    Okay.  So there's not, in your view -- I want

16   to make sure I understand -- there's not a qualitative

17   difference between breast forms, on the one hand, and,

18   say, women's undergarments or grooming standards on the

19   other in terms of whether access could be helpful

20   psychologically, helpful psychiatrically, whatever

21   terminology you're comfortable with?

22       A.    Yeah, I think they all -- you know, they all

23   fall in the same category.

24       Q.    Okay.  So for Reiyn, is it possible that

25   providing -- or I should ask it differently.



**Northeast Court Reporting, LLC**

(216) 475-2766 · www.NEcourtreporting.com

1        In your view, would providing her access to female

2   undergarments diminish her anguish?

3        A.     She wants female undergarments, she's

4   anguished and frustrated that she doesn't have them, and

5   so providing them for her would diminish her anguish

6   about that.

7        Q.     And would it diminish her anguish relating to

8   her gender dysphoric feelings?

9        A.     I actually don't know how to answer that

10  question, because I think I've answered it in many ways

11  already today.  So I don't know if you're asking me

12  something different.

13       Q.     Well, let me phrase it a little differently.

14       Would providing access to female undergarments and

15  grooming standards reduce her feelings of dysphoria?  I'm

16  sorry, did you say something?

17       A.     I'm just thinking.

18       Q.     Okay.

19       A.     You know, the question sort of directs me to

20  answer it yes, but there's a part of me that wants to

21  qualify my yes.  It's a minor aspect of her gender

22  dysphoria.  Because she's in a legal battle for this,

23  she's going to exaggerate the importance of this to her.

24  All of us know that, you know.  I don't consider her to

25  be a highly trustworthy narrator of anything, but I



1  grant, because of my experience with hundreds of other

2  gender dysphoric people, that there is distress that she

3  carries around because her gender identity doesn't match

4  her anatomy and its function.  And so any modest little

5  thing that could be done might diminish her anguish a

6  bit.

7       But the anguish -- she will celebrate or, as she's

8  told me, she will cry when she wins this lawsuit in

9  happiness.  But you know and I know that her continued

10  dysphoria will exist, because she lives in a male body,

11  she's in a male prison, and she has -- she doesn't have a

12  vagina, she doesn't menstruate, and she doesn't have any

13  natural feminine patterns.

14       These are feminine -- she's learning how to be a

15  woman constantly.  She will always -- she will spend her

16  life learning how to be a woman.  And she'll be watching

17  50-year-old women to see how she should behave when she's

18  50.  So she will always be distressed.

19       Q.    Is that true of anybody who has gender

20  dysphoria?

21       A.    Yes, I think so.

22       Q.    So it's your view that access to female

23  undergarments or being required to wear male

24  undergarments is a minor thing for someone with gender

25  dysphoria?



1       A.      When you compare it to the existential

2   dilemma that doesn't go away, it's a relatively minor

3   thing.  When you focus narrowly on her current distress

4   and what she wants, it seems to be a major thing.

5       Q.      But her existential dilemma, it sounds like

6   you're saying, wouldn't go away no matter what treatment

7   she got, right?

8       A.      Well, if you look at the experience of so

9   many people who have sex reassignment surgery, they dream

10  of having sex reassignment surgery for years and years,

11  they finally get to it, and as soon as they're done with

12  that, they start on a quest to have additional surgery.

13  So they're not feeling completely cured; they still have

14  gender dysphoria.

15      Q.      Uh-huh.

16      A.      You need to understand that's a basic --

17  that's there.

18      Q.      Is there any treatment for gender dysphoria

19  or accommodation that isn't a, quote, minor thing that

20  could have a serious effect on somebody's well-being?

21      A.      I think the conviction of many people in the

22  field is hormones and sex reassignment surgery and

23  cosmetic surgery thereafter is the best that we can do as

24  a medical profession.  It's not the best that can be done

25  in terms of a psychological profession.  It's the best we



```
 1   can do medically with interventions with the body.  We
 2   can do surgery; we can give hormones.  That's the best we
 3   can do for this existential condition or, if you prefer,
 4   this psychiatric condition or, if you prefer, this
 5   psychiatric illness.
 6        Q.    And living and presenting in accordance with
 7   their desired gender identity is not as important as
 8   hormones or --
 9        A.    No, I think for many people, Ms. Cooper, it's
10   the most important thing.  It's most important to present
11   themselves as the woman that they feel themselves are;
12   rather, no one sees their genitals except their rare
13   lover.  So, you know, whether you're walking around with
14   a penis, a shriveled-up penis due to estrogen or a
15   vagina, no one sees it.  It's all a subjective thing, you
16   see?  So living, being accepted as a woman, whether
17   you're an inmate or you're a free person, is the most --
18   functioning as a woman in society is what helps them the
19   most.  It's not surgery.  It's functioning as a woman in
20   society.
21        And that's what grieves me, worries me so as a
22   scholar in this field, that 53 percent of people are on
23   disability.  Even when they present themselves as a woman
24   full time, they're on disability.  That doesn't sound
25   like happiness to me.
```

 1          Q.      Uh-huh.  But you're continuing to provide

 2   treatment to people for gender dysphoria, right?

 3          A.      Yes, but you can --

 4          Q.      You haven't thrown in the towel?

 5          A.      Absolutely.  And you could imagine that the

 6   treatment that I provide has conversation about these

 7   issues, you see?  I don't run a mill where if you come

 8   in, an hour later you get hormones.  That's not what I

 9   do.  This is not a mill, a transsexual center where you

10   can get hormones by asking for them.

11          Q.      You have to first determine that they would

12   be appropriate for the individual; is that right?

13          A.      Of course.

14          Q.      Is it your view that prisoners must sometimes

15   be denied care, whether it's medical care or

16   psychological intervention, that would really benefit

17   them because there is a security issue posed by that

18   treatment?

19                  MR. REID:  Object to the form.

20          A.      That was a pretty complicated question for my

21   little brain.  Could you try that again?

22          Q.      (BY MS. COOPER)  Yeah, let me try it

23   differently.  I agree.

24           Are there circumstances under which an inmate's

25   health should have to be sacrificed due to security risks

1  related to treatment?

2        A.      Well, can I use the word PREA with you?

3        Q.      Sure.

4        A.      So many inmates who are transfolks are

5  sexually attracted to men, and their feminine mannerisms

6  and feminine behaviors and freedom to dress however they

7  want is thought to put them at risk for rape, gang rape,

8  individual rape, harassment, and being the victims of

9  violence.  And so the patient may think that I need to

10  have my femininity enhanced by -- and the patient says I

11  want this, that, X, Y, and Z, but the security people may

12  think that given the character, the nature of this

13  prisoner, that it is against -- it's a security issue.

14  I mean, I think the prison feels responsible for

15  maintaining the safety of inmates.

16        So in that sense, I've seen some outlandish

17  prisoners whose exaggerated feminine style makes everyone

18  worry about their safety.  But generally speaking, you

19  know, they live in a prison, and the prison's obligation

20  is to ensure the safety of the inmates and the

21  corrections officers and so forth and the people who

22  work, like the psychologists who come in every day to

23  work in the prison.

24        And so most of the time, security doesn't interfere

25  with it.  But they do, at least in Massachusetts, they



```
1    have the final say on what can be done and what can't be

2    done.  And when I first started working in the prison, I

3    was educated about prisons, and I learned a lot of things

4    I didn't know before, like the corrections profession is

5    like over 200 years old, and they've evolved systems of

6    taking care of large percentage of people who are

7    violent, and we have to learn to respect them.

8        A mental health professional is just one little

9    piece of a complex organization called a prison, and we

10   cannot begin to think that we know better than the prison

11   officials.  That was my introduction in 2008 to prison.

12       On the other hand, I'm quite aware that prisons

13   have been really slow to recognize the needs of the trans

14   prisoners, and it's taken legal intervention to make them

15   accommodate to.  So it's not just a simple thing of, you

16   know, we always have to trust the security apparatus.  We

17   also have to trust emerging concepts of psychiatric

18   illness, and clearly, gender dysphoria is an emerging

19   concept of psychiatric illness.

20   Q.    I need to ask you to hold one moment.

21                    - - -

22            (Whereupon, a recess was taken.)

23                    - - -

24   Q.    (BY MS. COOPER)  Sorry about that.  So then

25   focusing on Massachusetts, there they allow -- well,
```



1    there are transgender inmates in male facilities who are

2    allowed to wear female undergarments, right?

3        A.      I think so, yeah.

4        Q.      And get feminine canteen items; is that

5    right?

6        A.      Uh-huh.

7        Q.      And get female canteen items?  I'm sorry, I

8    couldn't hear you.

9        A.      Yes, I sorry.

10       Q.      And in Massachusetts, as far as you know, are

11   the transgender women in prison allowed to grow their

12   hair?

13       A.      I think they grow their hair any way they

14   want.

15       Q.      Okay.  And are the prisons able to keep them

16   safe?

17       A.      As far as I know.

18       Q.      Are you aware of any -- in your experience

19   with prisons or otherwise, aware of any other condition

20   where a security reason was given to deny treatment or

21   care to somebody who had a medical need or psychiatric

22   need?

23              MR. REID:  Object to the form.

24       A.      I think violence, disciplinary action, what I

25   think prison people call -- I mean the corrections people

 1   call insubordination, these causes for disciplinary

 2   actions have slowed the access to hormones for people.

 3   They're thinking, I think, this person is too unstable to

 4   undertake such a momentous process.

 5        And so I don't think it ever precludes the

 6   treatment for gender dysphoria, like hormones.  It just

 7   delays it.  It makes the evaluation get extended.  It

 8   makes the mental health professional try to figure out

 9   why are you behaving in such a way that's counteracting

10   what you say you want, you see?  So to that extent, I

11   think I can answer your question.

12        You need to understand, I don't work full time in a

13   prison.  I'm not a corrections mental health

14   professional.  I don't have day-to-day experience in

15   prison.

16        Q.    Uh-huh.  Now, is it your understanding that

17   the Florida Department of Corrections policy is to bar

18   access to female undergarments or female grooming

19   standards, including growing hair, for all inmates at

20   male facilities, including gender dysphoric inmates?

21        A.    That's my understanding of why we're in a

22   lawsuit.

23        Q.    Right.  And so there it's not a question of

24   the prison context delaying access to the female clothing

25   and grooming standards; it's the prohibition.  You



```
 1   understand that, right?
 2        A.    Yeah, it's a statewide policy, I understand.
 3        Q.    Yeah, okay.  So are you aware of any other,
 4   going back, medical or psychiatric conditions where a
 5   security reason would be a basis to deny needed care --
 6                  MR. REID:  Object to the form.
 7        Q.    (BY MS. COOPER)  -- for accommodation?
 8                  MR. REID:  Object to the form.
 9        A.    I'm not aware.
10        Q.    (BY MS. COOPER)  Okay.  But it's your view
11   that we need to defer to the security needs of the
12   prison, either when they're medical or mental health
13   issues, I think?
14                  MR. REID:  Same objection.
15        A.    I don't think that's my view.  You read my
16   report.
17        Q.    (BY MS. COOPER)  Yes, so let's go back to
18   your recommendations.  You say I think it would help --
19   under your Recommendations section on page 12.
20        A.    I sort of remember what I said.
21        Q.    I'll wait until you have it in front of you.
22   You say, "I recommend a compassionate response to Reiyn's
23   request which take into account the security-related
24   concerns of the prison setting.  I think it would help
25   Reiyn psychologically to know that when she needs a
```

1    haircut, it does not have to be a buzz cut.  Officials

2    who determine safety issues should be asked to define a

3    safe hair length for her."

4         Then you go on to say, "I am aware that male

5    prisoners elsewhere have longer hair."  And before we go

6    on to the rest, I have questions about the hair.

7         So earlier I asked if you thought it would be

8    psychologically helpful for her to be able to not only

9    not have a buzz cut, but be able to grow it beyond her

10   ears and shirt collar, and I think you said yes; is that

11   right?  Or is that your view?  I want to make sure I'm

12   not misstating.  I don't mean to try to trick you.  I'm

13   genuinely, sincerely asking, is that your view?

14        A.    It's my view that she lives in a prison that

15   has rules that have a history that I don't understand,

16   but the rules are probably designed for safety reasons,

17   as represented, as understood by the history of Florida

18   penitentiaries; that Reiyn in lives in a context.  He

19   earned the right -- she earned the right to be in the

20   context called prison, and all prisoners need to learn

21   how to adapt to the rules of their environment.

22        Apparently, there is some variety of haircuts, as

23   long as they're short, and that Reiyn, by refusing, has

24   probably made it worse for herself by instead of

25   accommodating to a feminine style that would be pleasing

 1   to her, she has insisted that she wants only what she

 2   wants, and she's not adaptive.  She's not -- she is what

 3   I called before stubborn.

 4        But given her helplessness, given her existential

 5   plight, given the fact that she's going to be in this

 6   prison for another 10 to 12 years, it might be kind of us

 7   to instruct her how to get her hair cut shorter than

 8   she's wants, but longer than having her hair cut off like

 9   a bald 70-year-old man.

10        And so what I'm trying to say in the first sentence

11   is, can't, folks, we figure out how to accommodate and

12   minimize the great drama that Reiyn is creating by hiring

13   attorneys to fight this battle legally because she knows

14   what is necessary to make her happy?

15        So there's a certain unreasonableness, there's a

16   certain gratuitousness or unnecessariness about this

17   struggle.  And so I'm saying, look, I want to be

18   compassionate.  I don't want to lie to the world and say

19   it's medically necessary.  I just want to say it would be

20   kind.  Could someone talk to this young person and

21   explain in a way that she can understand how she can get

22   her way without having to create all this drama?

23        And I guess that's part of her character, you see?

24   She's a warrior.  She construes things as though this is

25   a fight, and I'm going to win or I'm going to die.  Very

1    dramatic, or what I would say, very melodramatic.  And I
2    say we provide compassion.  As an expert, I provide
3    compassion for her longings.  But as also an expert, I
4    say it's a two-way dance between the Department of
5    Corrections and Reiyn.  And Reiyn might be doing
6    something wrong in creating such a response, no, you're
7    going to have a buzz cut.
8        Q.    Were you informed that after you met with her
9    when she was transferred to another prison after having
10   her hair trimmed to the collar and ear, when she was sent
11   to the other prison, she was required to have a buzz cut?
12                MR. REID:  Object to the form.
13       A.    After I met with her, she was sent to another
14   prison?
15       Q.    (BY MS. COOPER)  Were you aware that she was
16   subjected to a forced buzz cut after having had her hair
17   cut above the ear and collar in another prison, yes?
18       A.    Before I met her?
19       Q.    No, after, after.
20       A.    No, I was not aware of that.  I was aware
21   that that happened before I met her.
22       Q.    Okay.  Now, you say that officials should
23   determine safety issues -- who determines safety issues
24   should be asked to define a safe hair length.
25        If they were to tell you that safe hair length is a

1  buzz cut, would you defer to that?  That's what I was

2  getting at earlier.  Do we defer to the security

3  officials, necessarily?

4           MR. REID:  Object to the form; asked

5           and answered.  If you have more to add,

6           you're certainly -- you're free to answer.

7           I'm just objecting for the record.

8  Q.    (BY MS. COOPER)  Do you need me to ask the

9  question again?

10  A.    Okay.

11           MR. REID:  Unless you think you've

12           already answered it.

13  Q.    (BY MS. COOPER)  I'm going to ask the

14  question again, because I think it may have made us all

15  forget.

16  A.    Yeah.

17  Q.    In this same paragraph in the Recommendations

18  section of your report, you say, "Officials who determine

19  safety issues should be asked to define a safe hair

20  length for her."

21     My question is, If those officials were to

22  determine that the safe hair length is a buzz cut, would

23  you say we ought to defer to them?

24  A.    When I was 13 I had what I called a buzz cut.

25  I had like an inch of hair, flat-top hair.  Is that what



1    we're talking about, or are we talking a buzz cut means

2    take all hair off and make you look like a 70-year-old

3    bald man?

4        Q.    Let's say it leaves a quarter inch of hair.

5        A.    Okay.  All I'm saying is that I'm not an

6    expert in safety.  I don't know what causes their policy

7    in Florida.  As you've established and as I have known,

8    it's not a universal, statewide prison policy in 50

9    states to require a buzz cut.  It's very apparent that,

10   since states do it differently, that everyone doesn't

11   agree from state to state that it's a safety issue.

12       I don't know why Florida thinks it's a safety

13   issue.  But if I were Florida, I don't think I would want

14   one prisoner walking around as an exception with long

15   hair when no one else is allowed to do that.  And I think

16   that, too, may cause some kind of feelings from the other

17   inmates that may put Reiyn into jeopardy.

18       If you ask me, as you have, you already know that I

19   think that longer hair would please Reiyn and add to his

20   sense that he's being a woman, and I'd like to be

21   compassionate to some degree to that.  If Florida says

22   no, I recognize that will be hard for this young woman,

23   for Reiyn, and he will have -- she will have some kind of

24   negative emotional decompensation.  I doubt if she will

25   commit suicide, but she will have some distress about

1    that, some anger about that, some despair about that.

2        I'm just saying that she lives in a prison, and she

3    doesn't make the rules.  And I'm asking -- I guess the

4    DOC read this report, and so I said to the DOC, speaking

5    directly to them in my head, that can we find a way to be

6    compassionate?  Do we have to have this endless fight

7    about something that seems rather silly to me?  And I

8    certainly don't want to justify this, in turn, the same

9    way that I justify, you know, giving testosterone to

10   females who want to be men.

11       Q.    What do you mean by that, you don't want to

12   justify it based on the same way --

13       A.    Because I've explained that to you, I think,

14   very -- at length that --

15       Q.    Oh, meaning one is medically necessary and

16   one is not?

17       A.    Exactly.  That's what I mean.

18       Q.    Okay.  So, again, your view is that if the

19   Department of Corrections security folks feel that a

20   quarter-inch haircut is the only safe haircut, then you

21   would not think there should be an override because of

22   her mental health?

23       A.    What I would like to say to Reiyn or have

24   someone say to Reiyn is that there is probably a quarter-

25   inch haircut style that, if you look at magazines -- you

1  could figure out in your creative way how to take

2  whatever haircut that they're going to allow and make it

3  feminine in your view.  They probably will allow you.

4       If they have a one-inch -- say a quarter inch is

5  pretty short for hair.  That's like a 70-year-old bald

6  person.  But let's say it's not a quarter inch, it's an

7  inch, and she has soft hair, actually.  She doesn't have

8  curly hair.  And it curls -- it has a slight curl when I

9  saw her.  It sort of curved around her ear.  And they

10  allow her to grow out her hair and keep her hair whatever

11  reasonable length there was and she doesn't have to have

12  a buzz cut, to use your term.  She could have a lesser of

13  a haircut, as long as she weren't fighting them and

14  insisting, in her narcissistic way, you know, It has to

15  be my way or I'll sue you.

16       Q.    Well, that's your understanding of the facts,

17  right?

18       A.    Yes, you're absolutely right.  That's just my

19  understanding of the facts; that's right.

20       Q.    Okay.

21       A.    I also have a sense of her personality.

22       Q.    Okay.  But going back again, just because I

23  think we may have lost the point that if the security

24  folks said it has to be a quarter inch, no longer, you

25  would say that should be deferred to and there shouldn't



1   be an override for psychiatric or psychological reasons?

2               MR. REID:  Object to the form.  That

3           really has been asked and answered a lot.

4           You can do it again if you want.

5     Q.   (BY MS. COOPER)  Go ahead.

6     A.   I prefer not to return to the same subject

7   endlessly.

8               MS. COOPER:  Yeah, I don't think I got

9           an answer to that, though, Kirk.

10             MR. REID:  You got plenty of answers,

11          Leslie.  You just didn't the one that you're

12          looking for, it seems.

13             MS. COOPER:  I didn't get an answer

14          that would --

15             MR. REID:  We've been ten minutes on

16          this.

17             MS. COOPER:  What's that?

18             MR. REID:  I said we've spent ten

19          minutes, and you've asked the same question

20          three consecutive times.

21             MS. COOPER:  I know.  I got a lot of

22          information but not an answer to whether --

23             MR. REID:  Your questions is falsely

24          premised, it's improper, and I'm objecting.

25          You can answer it one more time.

```
 1        A.      I've directed my comment that some
 2   compassionate modification of the policy could be made
 3   for this person, without allowing this person to get
 4   anything that she demands.
 5        Q.      (BY MS. COOPER)  Uh-huh.  And that's even if
 6   the security disagrees?
 7        A.      Well, I'm just an outside psychiatrist.  I
 8   don't work in a prison.  I don't appreciate security in
 9   the way that security appreciates security.  I don't have
10   the responsibilities that security has, you see, to the
11   inmates and their families and so forth.
12         And so if they say, for whatever reasons that are
13   unique to Florida, that they don't believe this is safe,
14   then you can say, well, this is a ridiculous policy, but
15   you don't need me to say this is a ridiculous policy.
16   I'm just saying, as a psychiatrist, this would be a
17   compassionate thing to do for this young woman.  That's
18   all I'm saying.
19        Q.      Thank you.  And then in terms of the
20   underpants and bra, same thing?
21        A.      Same thing, yes.
22        Q.      Okay.  And you mentioned that at some prisons
23   where you've consulted, that transgender women were
24   allowed to grow your hair.  Slightly different question,
25   have you ever consulted in a prison that didn't allow
```

1  transgender women to grow their hair?

2       A.     This is the first time in my experience where

3  this issue has come up as a contentious one.

4       Q.     And do you know whether, in those other

5  prisons, there were limitations on the males' hair

6  length?

7       A.     Walking through prisons, I've seen people

8  with long hair, ponytails, males.  They weren't feminized

9  people.  They were just men.

10      Q.     Okay.  And you're aware that Reiyn is on

11 hormone therapy now, you mentioned in the report, right,

12 and that causes breast development, correct?

13      A.     Yes.

14      Q.     Yeah.  In fact, I think you mentioned she

15 would need a bra for safety reasons at a certain point.

16 Am I remembering that right?

17      A.     Yes.

18              MR. REID:  Objection to the form.  I

19          think you said safety reasons.

20      A.     Oh, I'm sorry.

21              MS. COOPER:  Yes.

22              MR. REID:  Did you mean medical

23 reasons?

24      A.     No, I meant in terms of her vulnerability to

25 being sexually provocative inapparently to other



 1  prisoners, and that's why it's a security or safety

 2  issue.

 3       Q.   (BY MS. COOPER)  Okay.  Thank you.  Based on

 4  your experience consulting in prisons with respect to

 5  transgender inmates, do you think there's any basis to

 6  think wearing underpants would create more of a security

 7  concern than having an inmate develop breasts?

 8                 MR. REID:  Object to the form.  He's

 9            already said he's not an expert on security

10            issues.  You can answer if you can.

11       A.    If we want to compare the risks to the

12  patient of having the nipple glimpsed or the breast

13  tissue glimpsed versus perhaps a waistband of underpants,

14  female underpants, I would say that the breast issue is

15  probably more risky.  But, you know, you and I don't know

16  who's housed in prisons in Florida and how they think and

17  how sexually deprived they are and how aggressive they

18  are.  And so anything that would indicate that this

19  person could be my sexual object or sexual victim might

20  be a security risk.  But as my attorney just said, I'm

21  not an expert in security.  I don't consider my opinion

22  worth that much when it comes to security matters.

23       Q.    Okay.  Can inmates who have gender dysphoria

24  present themselves in very feminine ways even without

25  access to female grooming or clothing standards or even



1    hormones?

2        A.      Well, as you know, there are people called

3    effeminate homosexuals, and effeminate homosexuality is

4    one of the pathways towards transgenderism.  And one can

5    be effeminate without taking hormones.  One can be

6    recognized as being feminine in one's mannerisms and

7    one's figures of speech and so forth without hormones.

8         Hormones don't create this, you know.  Hormones

9    change the body.  They may change the mind in that many

10   people who take female hormones say they allow

11   themselves -- they're now more expressive emotionally;

12   they feel more intensely.  But the answer to your

13   question is, No, you don't need hormones for feminine

14   expression.  If you look at the vast majority of

15   effeminate homosexuals, you recognize them instantly as a

16   feminine person, a feminine male.

17       Q.      And those people could be at risk of sexual

18   abuse?

19       A.      Oh, I think they are, they are, and I think

20   prisons recognize that.

21       Q.      Okay.  Is treatment of gender dysphoria

22   considered a specialty or some kind of specialization in

23   the field of psychiatry?

24       A.      Unfortunately it is, yeah.

25       Q.      Unfortunately or fortunately?

 **Northeast Court Reporting, LLC**

1          A.        Unfortunately.

2          Q.        Why is that unfortunately?

3          A.        Well, I think this might take me a half hour.

4          Q.        Let me ask it this way:  Do you mean

5     unfortunately because the general practitioners don't

6     have the experience to treat it?  Is that what you mean?

7          A.        WPATH has made a business of credentialing

8     people as experts.  And in order to be credentialed as an

9     expert, you have to agree with their protocols for the

10     treatment.  And they take -- they think that -- for

11     example, you can't really properly take care of a child

12     with gender identity disorder or gender dysphoria or an

13     adolescent unless you're specially credentialed, like me,

14     I mean, like us with WPATH.

15          And so child psychiatrists aren't generally thought

16     to be competent, they're not even taught how to take care

17     of gender dysphoria.  They're not -- so what happens is

18     that WPATH has created a special niche for themselves

19     that only their experts have enough knowledge, who only

20     their experts understand the importance of hormones and

21     surgery and gender transition; that anyone else who

22     disagrees on whatever basis is obviously not a

23     knowledgable person.

24          And so they've created through their marketing

25     efforts this enormous idea that only they have the

1  expertise.  Now, what that has created, Ms. Cooper, is

2  the following thing.  I'm just blocking on what they just

3  created.  Oh, so, you see, most doctors are silent about

4  this.  There's something unethical and sort of swarmy

5  about dealing with people who want to change their sex,

6  in particular since they're not often telling you the

7  truth.  They want to do something that seems against

8  human nature, or for religious people, against what God

9  made them.

10       And so rather than get involved with these people,

11  they wash their hands of it.  They actually don't want to

12  be interested in them, you see.  And some of them has

13  raised this question, is this right?  Are you sure?

14  Isn't this -- this sounds crazy to me that you want to

15  change your sex.  We ought to look at this

16  psychologically, you see.  And then the patient says,

17  Well, I'm not going back to see that doctor, that son of

18  a bitch, that discriminating idiot, you see?

19       So the doctors who take care of these people are

20  very sympathetic to their suffering, they're very

21  sympathetic to sexual minority status, and they've

22  created a niche market for themselves, an expertise.  And

23  so they then influence the American Psychiatric

24  Association and American Medical Association to endorse

25  their treatment, their expertise.



1        The reason they're expert is no one else is

2   interested in the problem.  And one of the reasons that

3   no one else is interested in the problem is that

4   transexual activists have attacked doctors who have

5   contrary opinions.  And if you want to look at that

6   document, you should read Alice Dreger's book on

7   Galileo's Finger, it's called, and just look at what

8   happened to Ken Zucker in the last couple years and look

9   what happened to the Chicago professor who wrote The Man

10  Who Would Be Queen and who lost his job for two years,

11  was put on probation, put on suspension from the

12  University -- from Northwestern University.

13       So what's happened socially is that transsexualism

14  is a dangerous subject to be interested in and most

15  people aren't interested in.  And so these endorsements

16  from the APA and AMA are really coming from the

17  subsections of gay and lesbian caucuses, and so the

18  general organizations have just agreed with them.  They

19  don't want a fight.  They don't want a fight.

20       And, you know, when you couch things as a sexual

21  minority right or as a human right, no mental health

22  professional wants to be against human rights.  No mental

23  health professional wants to be against human rights.

24       And so we have people who are experts.  But I can

25  tell you, based on my experiences with that organization

 1    and the experiences of the people in Massachusetts who

 2    attended their continuing education program, their

 3    science is merely indoctrination of their views.  It is

 4    not science.  It is not what is in keeping with the

 5    movement of understanding of disease and how to treat it.

 6         So it's a kind of arbitrariness, you see.  And it's

 7    a very unsavory thing.  It's a very unsavory thing, and

 8    so most doctors don't want to have anything to do with

 9    this area.

10         Q.    Well, I'm wondering about the doctors who

11    don't feel way that, not that they are shunning working

12    with transpeople or fearful of working with transpeople,

13    but simply, you know, haven't gotten any special

14    training, you know, whether in medical school or

15    elsewhere.  Do you think --

16         A.    Well, no, no.  See, what you need to

17    understand is the term "special training" from WPATH's

18    point of view is that you look at this subject the way I

19    look at this subject, which is there's nothing wrong with

20    being transgender.  It doesn't come from pathology.  It's

21    just a choice that people make.  But if you look at the

22    data about what are the co-morbidities of children and

23    adolescents and adults with gender dysphoria, there is an

24    enormous degree of co-morbidity.  And, see, it's not

25    politically correct to think that gender dysphoria is

1    associated with inherent distress.

2         The WPATH, if you can read it, WPATH says it's from

3    minority stress.  The only reason there's something wrong

4    with these people is that their families and their

5    schools and their friends and their doctors and their

6    nurses have discriminated against them; that they're

7    marginalized people and that the problem is coming from

8    outside their gender dysphoria.  It's coming from

9    society.

10        And so that gives gender dysphoric people who are

11   outside of prison, and even some people who are in

12   prison, a purpose for their life.  They're going to fight

13   discrimination, they're going to fight against the forces

14   in the world that are aligned up against them, and

15   they're going to improve human rights for everyone.

16        That's fine.  I mean, I'm a doctor.  I agree.  I

17   support human rights, you know.  But, you see, this is

18   not compatible with science.  This is not compatible with

19   scholarship.  This is compatible with political advocacy.

20   And when you --

21        Q.    Yeah.  I'm trying to ask you about a

22   different situation, which is --

23        A.    I'm missing the point then.  I'm sorry.

24        Q.    Yeah.  Imagine just a psychiatrist who, you

25   know, has a practice treating people for, you know,



1   whatever, you know -- whoever comes in, right, has never

2   treated people with gender dysphoria and didn't take any

3   coursework about that in medical school or anywhere else.

4   Would -- I guess the way I -- I should ask it a little

5   differently.

6        Does the fact that somebody has a degree in

7   psychiatry make them capable of diagnosing and treating

8   gender dysphoria?

9        A.    You're asking me that question, right?

10       Q.    Yes.

11       A.    The answer is absolutely yes.

12       Q.    Yeah?

13       A.    Yeah.  And isn't it amazing that that is not

14   the politically correct answer.  Because what is a

15   psychiatrist?  A person who specializes in social,

16   vocational, interpersonal, cognitive disabilities in the

17   world.  The idea that you need -- you know, when you're

18   done with three years of training in psychiatry, you

19   haven't seen every form of suffering that's in the world,

20   and every patient teaches you.  You continue to grow.

21       When I was done with my psychiatric residency, I

22   was credentialed as a person.  I saw my first transsexual

23   person after I was credentialed.  When you have an M.D.

24   degree or a Ph.D. degree, you're licensed to continue

25   learning, and you already know quite a bit.  And you can

1  sometimes -- you can sometimes distinguish between

2  indoctrination and the evolution of knowledge.

3      And so the idea that you have to be specially

4  trained is demeaning, in fact, to the education of people

5  with terminal degrees in mental health.  It's very

6  demeaning.

7      Q.    Are you familiar with any of the plaintiff's

8  experts, Dr. Brown, Dr. Gorton or Dr. Baker-Hargrove?

9      A.    Am I familiar with any of the places, is that

10 what you mean?

11     Q.    No, the plaintiff's experts.

12     A.    Oh, yes.  Two of them I've never heard of,

13 I've never encountered, but Dr. Brown and I seem to be on

14 the opposite side of many cases.  And Dr. Brown

15 trained -- he spent a month with me when he was a medical

16 student.

17     Q.    Uh-huh.  But you don't know anything about

18 Dr. Gorton?

19     A.    No.  Well, I do know -- not things that I

20 know from professionally; things from this lawsuit.

21     Q.    Meaning you read his report, is that what you

22 mean, or something else?

23     A.    I now know that he began his life in the

24 opposite gender that he currently uses.

25     Q.    Uh-huh.  Anything else you know about him?

1      A.     Well, I read the report, and that taught me a
2  lot.
3      Q.     What did it teach you?
4      A.     Well, number one, he's not a mental health
5  professional.
6      Q.     Uh-huh.
7      A.     And number two, he's diagnosed and treated
8  many, many people, which tells me that he doesn't spend a
9  lot of time with people.  That is the way I was
10  describing I think the ideal evaluation and therapy ought
11  to be.  And the fact that, you know, that this is his
12  field, this is his specialty, this is his niche, which
13  this is not a usual niche for an emergency room doctor,
14  but of course his personal life experience has pushed him
15  into this area.
16      And it's a little hard to think that one can be
17  objective when one's devoted one's life to something
18  because of personal experiences.  But, you know, but
19  still, he's an emergency room doctor.  He's trained to
20  take care of acute emergencies.  And he's not a
21  psychiatrist.  What can I say?  I mean, I'm not competent
22  to -- I'm really not competent to work in the emergency
23  room anymore.
24      Q.     So you think you have to be nontransgender to
25  be able to objectively treat transgender people?

1      A.      Well, I'm not schizophrenic, I'm not

2  depressed, I don't have an anxiety disorder, and yet I

3  treat all these people.

4      Q.      That wasn't my question, Doctor.  You raised

5  the question about it being hard to think one can be

6  objective if they devoted their life to something for --

7  you know, because they have a personal experience with

8  like that, so, I mean, I guess the question would be,

9  Would a psychiatrist be incompetent to treat depression

10  because they've experienced depression themselves, would

11  be the analogy?

12      A.      I see your point.  I see your point.  So the

13  answer to your question is, a doctor who is depressed, a

14  doctor who is depressed and maybe has been on the verge

15  of suicide can still take care of a patient and be very

16  empathic to a suicidal, depressed person.  However, all

17  of us doctors have limitations, including Dr. Levine.

18  And so having experienced a situation sometimes can skew

19  your view towards it and make you feel more desperate for

20  the patient than an objective appraisal would lead to.

21  We want an objective appraisal of the short-term problem

22  and the long-term problem.

23      If you are committed to -- because you've committed

24  yourself personally to change your gender and you think

25  you were going to suffer endlessly and perhaps kill

 1  yourself because you -- if you didn't get a change your

 2  gender, you might project that same scenario on another

 3  person.  And, therefore, that would be a bias.  But I'm

 4  biased too, and you're biased, and we're all biased in

 5  certain ways.  So maybe, perhaps, I unwisely spoke.

 6       Q.    What about Dr. Baker-Hargrove?  Do you know

 7  anything about him?

 8       A.    No.

 9       Q.    Never heard of him before this case?

10       A.    No.

11       Q.    But you do know, like you said, Dr. Brown.

12  What is your professional opinion of him?

13       A.    I don't think that's a fair question to ask

14  me.

15       Q.    Why is that?

16       A.    Well, because the answer is not simple.  I

17  think Dr. Brown is a very educated, smart person who's

18  passionately devoted to the treatment of transgender

19  prisoners who typically finds that prisons have been

20  horrible in their treatment of prisoners, who probably

21  has never seen a prisoner that he thought should not have

22  sex reassignment surgery or anything he wanted.  And he

23  clearly doesn't make the same distinction that I do

24  between psychologically helpful and medically necessary.

25       He said in his rebuttal to my report that he's

 1   never seen, in his 30 years, he has never seen anyone who
 2   wasn't happy with their results of gender treatment.  And
 3   yet he's the second author in a report from the VA
 4   hospital that demonstrated that among veterans, there was
 5   a premature mortality rate among transsexual veterans
 6   that was equal to the premature mortality rate of people
 7   with bipolar disorder and schizophrenia.
 8        In other words, in looking at the longevity or
 9   mortality data of the veterans, transgender identified
10   people have the same 20-year -- they live 20 years less
11   than the other veterans.  And he commented on this -- in
12   this paper that suicide was a big -- was a common thing.
13   And yet in his report, he never had a patient who had any
14   of this.
15        So I think he's a passionate -- see, what I object
16   to this work that I'm doing and Dr. Brown does, is that
17   it forces you to win an argument rather than look at all
18   the data objectively.  It's very clear that the data
19   objectively is that post sex reassignment surgery, it
20   carries psychiatric morbidity, more suicide attempts, and
21   far more completed suicides than control groups, you see?
22   And that's what the data shows.  That's what science has
23   established.
24        And yet Dr. Brown in his report says that none of
25   his patients have ever had any trouble after sex

1   reassignment surgery.  And maybe that's true.  Maybe it's

2   because he doesn't see them, because they tend to

3   disappear, or maybe he just doesn't want to know.  He

4   doesn't want to know the data.

5        So, look, Dr. Brown is a credentialed, very smart,

6   very productive, earnest man who passionately believes

7   that prisoners need to have sex reassignment surgery.

8   And he has made a living in the kind of things that we're

9   doing today.  He does a great deal of this work.  And so

10  what's my opinion of him?  He's a fine fellow, but we

11  disagree on several things.

12       Q.    Okay.  You talked about the data showing

13  rates of suicidality after sex reassignment surgery being

14  higher than control groups.  Is it also higher than the

15  rate for people with gender dysphoria who don't have sex

16  reassignment surgery?

17       A.    This is such an intelligent and wonderful

18  question.  And while I compliment you on the question, I

19  need you to understand that no one knows the answer to

20  the question.  And this is part of the scientific problem

21  with the field, you see.  The assumption is that we're

22  saving these people's lives.  Now, the data is that when

23  you give them sex reassignment surgery, a significant

24  amount of those people will be unhappy, and some of them

25  will be dead by ten years, you see.

 1        But we ask the scientific question, What happens to

 2   the people who have gender dysphoria who don't have sex

 3   reassignment surgery?  And the answer to that question

 4   is, Nobody knows.  So don't go around telling me that

 5   you're saving people's lives by giving them hormones and

 6   sex reassignment surgery when you don't know the answer

 7   and you don't have any data.  You believe you're saving

 8   people's lives.

 9        Q.    Uh-huh.

10        A.    Now, the other new information that you

11   probably don't have is that the justification -- maybe

12   I -- you didn't ask me a question and I shouldn't tell

13   you.  I'm sorry.  Never mind.

14        Q.    Does this relate to Dr. Brown?

15        A.    No.  It's irrelevant, I'm sorry.  It's my big

16   mouth.

17        Q.    Okay.  You read Dr. Brown's expert report and

18   rebuttal report, you mentioned?

19        A.    Oh, yes.

20        Q.    Now, I know you disagree with him about sex

21   reassignment surgery, but, of course, this case isn't

22   about that, so is there anything in his report that you

23   could tell me you disagree with?

24        A.    Well, I disagree with his interpretation of

25   my report.  You know, he criticized my report for not



 1    making a diagnosis or he doesn't think I believe in

 2    gender identity disorder or gender dysphoria.  He doesn't

 3    believe I have -- I believe in giving hormones to certain

 4    people is okay.  He thinks I construe myself as a

 5    security expert.  He just couldn't find anything in my CV

 6    that indicated that I was a security expert.

 7         He said that I spent eight pages of my report just

 8    saying what happened between me and the patient, and what

 9    kind of report was that, that I -- because I didn't write

10    a report the way he writes a report, he questions my

11    abilities.  He thinks that all I was describing was

12    personality when I talked about Reiyn's character, as

13    though everything was irrelevant.

14         I would say that Dr. Brown had nothing to say about

15    Reiyn's character, his nature, his personality, how he

16    got this brilliant mind of his into prison and whether

17    that's a psychiatric diagnosis.  He thought that I didn't

18    make any recommendations for people -- for him to get

19    treatment in prison for any other psychiatric conditions,

20    and as though if I defined the personality or what I call

21    the mixed character disorder of Reiyn, there would be

22    treatment for that in a prison.  Dr. Brown certainly

23    understands that prison mental health is crisis oriented;

24    it is not personality disorder oriented.

25         And so I want you to know I sort of felt that



1   Dr. Brown's rebuttal was dashed off, was kind of

2   desperate, and most of what he said was irrelevant to the

3   issue.  So did I find anything I disagreed with in his

4   report?  Sure.

5        Q.     Uh-huh.  Did you disagree with his

6   conclusions that if Reiyn is ultimately denied access to

7   female clothing and underwear and grooming standards,

8   that she would be at risk -- serious risk of self-harm?

9        A.     Did Dr. Brown perceive Reiyn to be a

10  manipulative person?  Did Dr. Brown perceive that Reiyn

11  was lying about anything or exaggerating about anything?

12  I do think -- I agree with Dr. Brown that if Reiyn loses

13  this particular case or, as he said, marches it up to the

14  Supreme Court, he would be having suicidal thoughts.  Can

15  you imagine someone killing themselves because they can't

16  wear panties?  Can you imagine that human beings will

17  kill themselves because they can't wear hair to their

18  shoulders?

19       There's no skepticism in Dr. Brown's report.

20  There's no sense that he's been with people.  I mean,

21  Dr. Brown has spent his entire life -- he certainly must

22  know about histrionic manipulation.  He's a psychiatrist.

23  But he paid no attention to Reiyn's personality and

24  Reiyn's history.  The only history he was interested in

25  was his history of his gender struggles, not his

1    personality, not his paranoia.

2       He actually said that his social phobia was all due

3    to his gender identity disorder.  He dismissed everything

4    about this person, including the fact that he stabbed

5    somebody and kept a loaded gun, a machine gun, or what do

6    you call it, an automatic gun on his person.

7       Dr. Brown was focused only on the diagnosis and

8    giving the person what he wanted because it's medically

9    necessary.  Dr. Brown would have said anything Reiyn

10    wanted was medically necessary because he with a

11    transsexual.

12       If you read my paper in last year's journal, you

13    will see that Dr. Brown is following not a developmental

14    perspective.  He's combining a human rights perspective

15    or minority rights perspective with a medical

16    perspective.  And there are limitations to that view,

17    which I've tried to make clear to you today.

18       And so I agree that Reiyn -- I've already -- now

19    two hours ago we talked about Reiyn, given his character

20    structure, will have a crisis of sort.  Doctors cannot

21    predict suicide.  We studied that endlessly in

22    psychiatry.  We're no good at predicting the future.  He

23    will have a suicidal ideation and crisis, which can be

24    handled by the prison.  That's what prison -- prison

25    officials are really good at taking care of suicidal

1   prisoners, because people are often suicidal in prisons.

2   But it's not predicting that Reiyn is going to suicide

3   and we have to give him long hair or he'll die.  That's

4   histrionic, you know.  That's --

5         Q.     Are you aware that Reiyn has attempted

6   suicide in prison?

7         A.     Yes.

8         Q.     And also cut her testicles?

9         A.     No, she didn't cut her testicles.  She cut

10  her scrotum.

11        Q.     Her scrotum, okay.  But you call it

12  hysterical to be talking about suicide?

13        A.     It's histrionic, it's exaggerated, it's

14  melodrama.  It's not -- listen, I want to save people's

15  lives.  I'm a doctor, and I'm a psychiatrist, and I know

16  there are things called manipulation, and I know there's

17  things called suicidal gestures, and I know there's such

18  thing like really intent to die.  That's what -- people

19  like me have to make those distinctions all the time,

20  because people do suicide, and prisoners sometimes

21  suicide, and they're not necessarily all transgendered

22  people.

23        Q.     But you were able to determine that her

24  suicide attempts here were just gestures?

25        A.     No, I was not able to determine that.  I had

```
1   three and a half hours with somebody who was trying to
2   convince me of something.  That wasn't the focus, whether
3   her suicidality was a gesture.  She told me the first one
4   was a gesture.  She said it was -- she didn't say it was
5   a gesture; she said it was a manipulation of her mother.
6   She said that to me.  Now, if someone makes a suicide
7   attempt as a manipulation yesterday, it's possible
8   tomorrow she may not be gesturing, or it could be she's
9   gesturing again.
10        But that was not my reason for being here with her
11  that day on June 6th, or whatever that was.  Am I being
12  clear?  I guess I don't ask you the questions.  Sorry.
13                          - - -
14             (Whereupon, a recess was taken.)
15                          - - -
16       Q.    (BY MS. COOPER)  I'd like to go back to what
17  was marked as Levine 3, the Fuller deposition.
18       A.    Okay.
19       Q.    Okay.  If you could turn to little page 60?
20       A.    Got there.
21       Q.    The second question, Q:  "And going back to
22  treatment options for gender dysphoria, could access to
23  cross-sex clothing be considered a treatment option?"
24  Answer:  "Oh, yes.  Yes."
25        Is that still your view?
```



1        A.      Yes.

2        Q.      Okay.  And finally, or almost finally, in

3   your report you talk -- in the Informed Consent section

4   you talk a lot about risks associated with hormone

5   therapy and sex reassignment surgery, and, you know, that

6   those include feeling neither male or female, inauthentic

7   in either role, post SRS suicide, depression, vocational

8   disability, difficulty finding a lasting love

9   relationship.  I'm just wondering, do you think those are

10  likely to happen after hormone therapy and/or sex

11  reassignment surgery or just some possibility?

12                  MR. REID:  Object to the form.

13       A.      If you look at the studies that we have,

14  these are documented things.  Remember I quoted 53

15  percent are on disability to you?

16       Q.      (BY MS. COOPER)  Uh-huh.

17       A.      The suicide attempt rate after sex

18  reassignment surgery was 7.4 times -- the odds ratio was

19  7.4 times greater than control groups.  I already told

20  you the completed suicide rate was 19 times.  The

21  difficult finding a love relationship is almost

22  universal.  Everyone loses fertility except if they bank

23  their sperm.  Their sexual -- I didn't even list some of

24  other problems.  Their sexual capacities usually are

25  greatly diminished because they've lost the nerves to

1  their new genitals.

2      So when one is going to undertake a major life

3  change, one needs to be informed about the risk of that,

4  like we ask people to know the risk of hormones before

5  they take hormones.  Informed consent is one of ethical

6  responsibilities of the physician.  So when a prisoner,

7  an inmate, says, oh, none of these things could happen to

8  me, even though the reoperation rate for sex reassignment

9  surgery is 30 percent, and someone insists this is not

10  going to happen to me, it doesn't indicate realistic

11  thinking.  It doesn't represent clear thinking.  It

12  represents the inability to know, to tolerate, to know

13  the facts.

14      And so I use this as both a form of therapy to talk

15  over these things over time and as an indication of the

16  groundedness of a person or the power of a fantasy to

17  distort reality.  So that's why I say he didn't

18  understand the term, he didn't know what the term meant.

19  And then when I explained what it meant, he said none of

20  these things could happen to him because he's not one of

21  these Swedish people.  He's better than 99 percent of the

22  people, and nothing could possibly happen to him.

23      So this is what we're up against here.  This is the

24  character of the person.  He has youthful certainty --

25      Q.    Uh-huh.



**Northeast Court Reporting, LLC**

(216) 475-2766 · www.NEcourtreporting.com

1     A.     -- which to me, as a psychiatrist, is

2   dangerous for any human being to be so certain.

3     Q.     Now, the kind of treatment or the

4   accommodations, to use your words, that she's seeking

5   here, access to female clothing and grooming standards,

6   do those pose any of the kinds of risks you described?

7                    MR. REID:  Object to the form.

8     A.     Well, let's see.  Dr. Brown thinks it would

9   cause the potential of suicidal.  I don't think so.  It

10   certainly will cause depression temporarily.  He doesn't

11   have a vocation.

12     Q.     (BY MS. COOPER)  I think you may have heard

13   my question backwards.  Let me do it again.

14      My question was whether providing access to female

15   undergarments and grooming standards could cause these

16   risks or any of these risks you identified in this

17   section?

18                    MR. REID:  Same objection.

19     A.     I don't think so.  In the short term, I don't

20   think so.

21     Q.     Okay.  In the long term?

22     A.     In the long term, you know, we don't know.

23   We talked about the rape and harassment issues about

24   increasing feminization.

25     Q.     Okay.  Given that your recommendation is that

1    it would be a compassionate response to Reiyn to allow

2    access to female undergarments and some canteen items, I

3    think you said, and perhaps allow some longer hair

4    growth, did you ever -- I'm not asking about

5    conversations with counsel, but have you ever talked

6    directly to the DOC people?  Did you say, Come on, what

7    are we doing here?

8         A.     No.  My sole involvement with this case,

9    besides the interview of Reiyn, was with attorneys.

10        Q.     Uh-huh.

11        A.     I've not met anyone from the DOC.

12        Q.     Okay.

13               MS. COOPER:  That's all I've got.

14               MR. REID:  All right, thank you.  We'll

15          read and sign, but no questions.

16                    - - -

17          (Deposition concluded at 3:46 p.m.)

18                    - - -

19

20

21

22

23

24

25

```
 1        I have read the foregoing transcript of my

 2   deposition taken on Monday, the 15th day of May, 2017

 3   from page 1 to page 172 and note the following

 4   corrections:

 5

 6   PAGE:      LINE:        CORRECTION:        REASON:

 7

 8

 9

10

11

12

13

14

15

16
                                 _____
17                               Stephen B. Levine, M.D.

18                               _____
                                 DATE
19

20   STATE OF OHIO
     COUNTY OF _____
21
     The foregoing instrument was acknowledged before me this
22   _____ (date) by _____
     (name of person acknowledged.)
23
     _____
24   Notary Public
     Printed Name: _____
25   My Commission Expires:
```



**Northeast Court Reporting, LLC**

(216) 475-2766 · www.NEcourtreporting.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2   THE STATE OF OHIO,   )

3                       )   SS:            NOTARY CERTIFICATE

4   COUNTY OF MEDINA.    )

5           I, Christine A. Schirripa, a Registered
        Professional Reporter, Certified Reporting
6       Instructor, and Notary Public within and for the
        State of Ohio, duly commissioned and qualified, do
7       hereby certify that the within-named witness
        STEPHEN B. LEVINE, M.D., was by me first duly sworn
8       to testify the truth, the whole truth and nothing
        but the truth in the cause aforesaid; that the
9       testimony then given by him was by me reduced to
        Stenotype in the presence of said witness,
10      afterwards prepared and produced by means of
        Computer-Aided Transcription and that the foregoing
11      is a true and correct transcript of the testimony
        so given by him as aforesaid.
12          I do further certify that this deposition was
        taken at the time and place in the foregoing
13      caption specified, and was completed without
        adjournment.
14          I do further certify that I am not a
        relative, employee of or attorney for any party or
15      counsel, or otherwise financially interested in
        this action.
16          I do further certify that I am not, nor is
        the court reporting firm with which I am
17      affiliated, under a contract as defined in Civil
        Rule 28 (D).
18          IN WITNESS WHEREOF, I have hereunto set my
        hand and affixed my seal of office at Parma, Ohio,
19      on this 5th day of June, 2016.

20

21      _____
        Christine A. Schirripa, RPR, CRI, Notary Public
22      My Commission Expires 11-26-16

23

24

25



**Northeast Court Reporting, LLC**

(216) 475-2766  -  www.NEcourtreporting.com

Kirkland E. Reid, Esquire
Jones Walker
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, Alabama  36602
Zip}

IN RE:  *Reign Keohane vs. Julie Jones*

Mr. Reid:

Stephen Levine's deposition taken on /15/17 has been transcribed and is completed.

When Dr. Levine is finished reading his deposition, he are required to sign the signature page located on page 172 and a Notary Public must witness his signature. The Rules of Civil Procedure provides thirty (30) days in which to read and sign said deposition; unless otherwise stipulated, the signature is considered waived.

After the deposition has been signed by him, I'll send the signature page to all the attorneys.

Thank you very much for your time and your consideration in this matter.  If you have any questions, please don't hesitate to call me.

Christine Schirripa, RPR, CRI

CC:  Leslie Cooper, Esquire



## 1

**1 [10]** - Vol. 1 - 3:16, 8:6, 8:6, 8:9, 8:13, 25:5, 37:3, 49:24, 80:13, 172:3
**1,500** Vol. 1 - 12:12
**1/06/10** Vol. 1 - 48:1
**10 [8]** - Vol. 1 - 52:13, 84:18, 89:13, 119:25, 120:3, 120:4, 120:5, 139:6
**100** Vol. 1 - 121:19
**10004** Vol. 1 - 2:21
**101 [3]** - Vol. 1 - 121:15, 121:15, 121:19
**103 [2]** - Vol. 1 - 50:14, 114:18
**105** Vol. 1 - 123:19
**108** Vol. 1 - 3:9
**10:02** Vol. 1 - 1:23
**11 [7]** - Vol. 1 - 2:8, 49:17, 96:9, 96:18, 115:22, 119:25, 175:5
**11-26-16** Vol. 1 - 174:22
**119** Vol. 1 - 3:17
**12 [18]** - Vol. 1 - 13:19, 25:17, 27:12, 32:2, 37:8, 37:11, 37:16, 37:20, 38:6, 38:23, 39:6, 40:3, 48:12, 87:15, 120:9, 120:21, 137:19, 139:6
**12,000 [2]** - Vol. 1 - 11:18, 11:25
**12-year-old [2]** - Vol. 1 - 19:8, 19:11
**12-year-old's** Vol. 1 - 19:9
**1200 [2]** - Vol. 1 - 2:8, 175:5
**121** Vol. 1 - 3:9
**121-page** Vol. 1 - 53:16
**125** Vol. 1 - 2:20
**13** Vol. 1 -

141:24
**13,000 [2]** - Vol. 1 - 11:19, 11:25
**13-year-old** Vol. 1 - 19:12
**132** Vol. 1 - 3:9
**135** Vol. 1 - 3:9
**137** Vol. 1 - 3:9
**14 [2]** - Vol. 1 - 11:20, 23:1
**140** Vol. 1 - 3:9
**141** Vol. 1 - 3:10
**145** Vol. 1 - 3:10
**147** Vol. 1 - 3:10
**148** Vol. 1 - 3:10
**15/17** Vol. 1 - 175:10
**15th [3]** - Vol. 1 - 1:15, 1:21, 172:2
**16 [2]** - Vol. 1 - 11:20, 22:25
**168** Vol. 1 - 3:10
**17** Vol. 1 - 59:24
**170** Vol. 1 - 3:10
**172 [2]** - Vol. 1 - 172:3, 175:12
**18 [3]** - Vol. 1 - 62:23, 63:5, 63:15
**19** Vol. 1 - 168:20
**19-fold** Vol. 1 - 58:7

## 2

**2 [7]** - Vol. 1 - 3:16, 46:16, 46:18, 47:10, 50:5, 52:13, 119:1
**2/08/10** Vol. 1 - 48:2
**20** Vol. 1 - 160:10
**20-some** Vol. 1 - 53:12
**20-year** Vol. 1 - 160:10
**200** Vol. 1 - 134:5
**2006 [3]** - Vol. 1 - 32:1, 39:12, 100:18
**2007** Vol. 1 - 32:1
**2008 [7]** - Vol. 1 - 38:9, 39:9, 39:16, 40:15, 45:12, 45:14, 134:11

**2009** Vol. 1 - 39:18
**2010 [2]** - Vol. 1 - 51:6, 78:5
**2011 [2]** - Vol. 1 - 51:8, 58:5
**2013 [2]** - Vol. 1 - 23:4, 25:15
**2014 [2]** - Vol. 1 - 23:4, 82:18
**2015 [2]** - Vol. 1 - 123:6, 123:6
**2016 [4]** - Vol. 1 - 22:2, 28:7, 51:8, 174:19
**2017 [4]** - Vol. 1 - 1:15, 1:21, 8:18, 172:2
**212** Vol. 1 - 2:22
**250** Vol. 1 - 12:15
**251** Vol. 1 - 2:10
**26** Vol. 1 - 12:3
**28 [2]** - Vol. 1 - 11:21, 174:17

## 3

**3 [3]** - Vol. 1 - 3:17, 119:5, 167:17
**30 [6]** - Vol. 1 - 12:11, 13:3, 83:1, 160:1, 169:9, 175:13
**30-year** Vol. 1 - 58:5
**300 [3]** - Vol. 1 - 14:13, 14:14, 21:2
**32 [2]** - Vol. 1 - 11:21, 12:24
**34** Vol. 1 - 120:1
**35** Vol. 1 - 120:1
**36 [3]** - Vol. 1 - 53:15, 56:11, 120:1
**36602 [2]** - Vol. 1 - 2:9, 175:6
**37** Vol. 1 - 120:1
**3:46** Vol. 1 - 171:17

## 4

**4 [2]** - Vol. 1 - 35:3, 46:15
**4,000 [2]** - Vol. 1 - 106:15, 106:16
**4,500** Vol. 1 - 106:10
**40** Vol. 1 - 76:25

**403** Vol. 1 - 50:14
**439-7513** Vol. 1 - 2:10
**44 [2]** - Vol. 1 - 13:15, 21:17
**46** Vol. 1 - 3:16
**47** Vol. 1 - 12:10
**49** Vol. 1 - 3:9
**4:16cv511-mw/cas** Vol. 1 - 1:8

## 5

**5 [4]** - Vol. 1 - 3:3, 61:6, 61:15, 89:11
**50 [2]** - Vol. 1 - 129:18, 142:8
**50-year-old** Vol. 1 - 129:17
**5075** Vol. 1 - 1:22
**53 [4]** - Vol. 1 - 3:9, 66:18, 131:22, 168:14
**549-2584** Vol. 1 - 2:22
**5th** Vol. 1 - 174:19

## 6

**6 [2]** - Vol. 1 - 80:13, 82:15
**60** Vol. 1 - 167:19
**6th [2]** - Vol. 1 - 8:18, 167:11

## 7

**7** Vol. 1 - 124:1
**7.4 [2]** - Vol. 1 - 168:18, 168:19
**70-year-old [3]** - Vol. 1 - 139:9, 142:2, 144:5
**70s [2]** - Vol. 1 - 14:12, 83:8
**7th [4]** - Vol. 1 - 56:13, 59:7, 59:12, 109:20

## 8

**8** Vol. 1 - 3:16
**80** Vol. 1 - 32:6
**80s [2]** - Vol. 1 - 14:12, 14:13
**8th [2]** - Vol. 1 - 57:14, 59:20

## 9

**900** Vol. 1 - 66:18
**90s** Vol. 1 - 14:16
**99** Vol. 1 - 169:21
**9th** Vol. 1 - 22:5

## A

**a.m** Vol. 1 - 1:23
**abbreviate** Vol. 1 - 54:5
**abbreviated** Vol. 1 - 54:5
**abilities** Vol. 1 - 163:11
**ability [3]** - Vol. 1 - 30:15, 33:12, 98:11
**able [19]** - Vol. 1 - 27:8, 33:25, 51:3, 64:20, 70:12, 79:17, 88:13, 98:7, 103:13, 104:23, 107:10, 116:1, 116:6, 135:15, 138:8, 138:9, 157:25, 166:23, 166:25
**abnormal** Vol. 1 - 126:6
**absence** Vol. 1 - 98:10
**absolute** Vol. 1 - 60:16
**absolutely [9]** - Vol. 1 - 39:7, 100:7, 113:16, 115:15, 115:15, 127:10, 132:5, 144:18, 155:11
**absurd** Vol. 1 - 102:8
**absurdity [2]** - Vol. 1 - 100:25, 104:3
**abuse [8]** - Vol. 1 - 44:24, 44:24, 44:24, 90:16, 90:16, 98:19, 98:20, 149:18
**abuser** Vol. 1 - 98:19
**academic** Vol. 1 - 11:14
**Academy [2]** - Vol. 1 - 28:5,

123:1
**accept [2]** - Vol. 1 - 86:2, 107:13
**acceptable** Vol. 1 - 106:23
**accepted [5]** - Vol. 1 - 35:20, 74:12, 74:20, 109:7, 131:16
**access [50]** - Vol. 1 - 34:5, 34:17, 34:22, 35:25, 36:12, 36:20, 40:5, 50:12, 51:1, 51:12, 51:23, 64:16, 68:7, 68:8, 70:6, 70:12, 71:16, 77:23, 79:8, 79:17, 79:20, 89:25, 91:2, 93:2, 93:20, 95:3, 95:4, 96:19, 98:7, 99:8, 99:11, 103:17, 104:7, 104:23, 107:10, 107:21, 108:6, 127:19, 128:1, 128:14, 129:22, 136:2, 136:18, 136:24, 148:25, 164:6, 167:22, 170:5, 170:14, 171:2
**accessible** Vol. 1 - 78:2
**accommodate [4]** - Vol. 1 - 69:22, 69:23, 134:15, 139:11
**accommodating** Vol. 1 - 138:25
**accommodation [6]** - Vol. 1 - 71:1, 75:4, 116:22, 121:25, 130:19, 137:7
**accommodations [2]** - Vol. 1 - 81:10, 170:4
**accordance** Vol. 1 - 50:14, 61:23, 131:6
**according** Vol. 1 - 13:18
**account [2]** - Vol. 1 - 87:20, 137:23
**accumulated** Vol. 1 - 13:16



accuracy  Vol. 1 - 25:13
ace  Vol. 1 - 95:23
acknowledged [3] - Vol. 1 - 76:16, 172:21, 172:22
ACLU  Vol. 1 - 4:10
acting  Vol. 1 - 86:21
action [2] - Vol. 1 - 135:24, 174:15
actions  Vol. 1 - 136:2
active [2] - Vol. 1 - 10:13, 44:13
activists  Vol. 1 - 152:4
actual [3] - Vol. 1 - 11:22, 51:4, 54:23
acute [7] - Vol. 1 - 89:22, 90:2, 90:7, 90:17, 91:1, 92:8, 157:20
adapt [2] - Vol. 1 - 86:14, 138:21
adaptive [3] - Vol. 1 - 74:5, 86:19, 139:2
add [3] - Vol. 1 - 110:23, 141:5, 142:19
added  Vol. 1 - 28:17
additional [4] - Vol. 1 - 57:5, 102:23, 110:23, 130:12
address [3] - Vol. 1 - 33:25, 41:14, 41:15
addressed [3] - Vol. 1 - 33:19, 33:20, 118:13
addressing [3] - Vol. 1 - 21:23, 38:20, 93:5
adequate  Vol. 1 - 52:23
adjournment  Vol. 1 - 174:13
administer  Vol. 1 - 105:12
administration [2] - Vol. 1 - 37:15, 48:13
administrators

[5] - Vol. 1 - 33:8, 33:18, 55:14, 70:9, 91:21
adolescence  Vol. 1 - 86:16
adolescent [3] - Vol. 1 - 35:14, 80:23, 150:13
adolescents [5] - Vol. 1 - 59:12, 59:14, 82:24, 82:25, 153:23
adopt  Vol. 1 - 87:13
adrenal  Vol. 1 - 111:15
adult [3] - Vol. 1 - 19:4, 19:10, 19:11
adults  Vol. 1 - 153:23
advance  Vol. 1 - 56:15
advanced  Vol. 1 - 84:8
advisable  Vol. 1 - 53:3
advise  Vol. 1 - 112:14
advocacy [5] - Vol. 1 - 57:20, 57:23, 58:16, 58:18, 154:19
advocate  Vol. 1 - 46:2
affect [4] - Vol. 1 - 106:3, 106:4, 106:5, 107:22
affiliated  Vol. 1 - 174:17
affixed  Vol. 1 - 174:18
aforesaid [2] - Vol. 1 - 174:8, 174:11
afterwards  Vol. 1 - 174:10
against [13] - Vol. 1 - 26:13, 82:12, 112:14, 119:12, 133:13, 151:7, 151:8, 152:22, 152:23, 154:6, 154:13, 154:14, 169:23
age  Vol. 1 - 82:25
agency  Vol. 1 - 108:2
agent  Vol. 1 - 100:13
aggressive [3] -

Vol. 1 - 25:24, 62:4, 148:17
agree [16] - Vol. 1 - 73:21, 80:25, 81:19, 82:6, 102:11, 102:12, 102:16, 110:14, 110:14, 124:12, 132:23, 142:11, 150:9, 154:16, 164:12, 165:18
agreed  Vol. 1 - 152:18
agreed-upon [2] - Vol. 1 - 66:14, 67:3
agreement  Vol. 1 - 127:1
ahead [7] - Vol. 1 - 17:23, 60:25, 88:18, 94:24, 109:11, 124:20, 145:5
Alabama [2] - Vol. 1 - 2:9, 175:6
alert [2] - Vol. 1 - 92:6, 92:13
Alice  Vol. 1 - 152:6
aligned  Vol. 1 - 154:14
alleviate [6] - Vol. 1 - 18:17, 64:6, 64:7, 66:6, 71:17, 71:18
allow [12] - Vol. 1 - 51:1, 59:16, 88:16, 105:16, 134:25, 144:2, 144:3, 144:10, 146:25, 149:10, 171:1, 171:3
allowed [8] - Vol. 1 - 30:7, 34:14, 79:8, 106:22, 135:2, 135:11, 142:15, 146:24
allowing [2] - Vol. 1 - 122:3, 146:3
allows  Vol. 1 - 95:2
alopecia  Vol. 1 - 116:13
already [10] - Vol. 1 - 59:4, 81:10, 104:2, 128:11, 141:12, 142:18, 148:9,

155:25, 165:18, 168:19
alter  Vol. 1 - 60:22
alternate  Vol. 1 - 58:1
although [6] - Vol. 1 - 21:1, 50:5, 63:1, 72:8, 112:13, 122:8
AMA  Vol. 1 - 152:16
amazing [2] - Vol. 1 - 86:12, 155:13
ambition  Vol. 1 - 66:4
America [3] - Vol. 1 - 20:20, 53:16, 76:7
American [8] - Vol. 1 - 2:19, 22:9, 28:5, 74:13, 74:16, 123:1, 151:23, 151:24
among [5] - Vol. 1 - 66:24, 82:22, 111:1, 160:4, 160:5
amount [2] - Vol. 1 - 116:16, 161:24
Amsterdam  Vol. 1 - 76:9
analogy  Vol. 1 - 158:11
anatomic [2] - Vol. 1 - 57:2, 57:17
anatomically  Vol. 1 - 81:25
anatomy [4] - Vol. 1 - 80:19, 105:9, 105:14, 129:4
and/or  Vol. 1 - 168:10
Andrade [4] - Vol. 1 - 120:12, 120:15, 120:21, 121:9
Angelina  Vol. 1 - 36:2
anger  Vol. 1 - 143:1
anguish [11] - Vol. 1 - 124:6, 124:9, 124:13, 125:11, 125:12, 125:14, 128:2, 128:5, 128:7, 129:5, 129:7

anguished  Vol. 1 - 128:4
answered [6] - Vol. 1 - 60:3, 121:12, 128:10, 141:5, 141:12, 145:3
answering  Vol. 1 - 105:2
answers  Vol. 1 - 145:10
anti-anxiety  Vol. 1 - 100:13
anti-depressant [2] - Vol. 1 - 100:13, 113:15
anti-depressants [2] - Vol. 1 - 113:18, 115:1
antibiotics  Vol. 1 - 114:21
anticipate  Vol. 1 - 17:23
anticipated [2] - Vol. 1 - 8:22, 112:1
antisocial  Vol. 1 - 30:3
anxiety [6] - Vol. 1 - 18:20, 75:17, 86:20, 90:9, 100:4, 158:2
anymore [3] - Vol. 1 - 112:19, 113:19, 157:23
anyone's  Vol. 1 - 84:2
APA [3] - Vol. 1 - 23:3, 23:6, 152:16
apparatus  Vol. 1 - 134:16
apparent  Vol. 1 - 142:9
Apparently  Vol. 1 - 138:22
appear  Vol. 1 - 35:6
appearance  Vol. 1 - 95:8
APPEARANCES  Vol. 1 - 2:1
apply  Vol. 1 - 81:11
appraisal [2] - Vol. 1 - 158:20, 158:21
appreciate [4] - Vol. 1 - 16:3, 30:15, 45:24, 146:8
appreciates

Vol. 1 - 146:9
approach [3] - Vol. 1 - 24:22, 24:23, 109:8
appropriate [9] - Vol. 1 - 30:24, 45:21, 51:16, 52:22, 75:8, 75:11, 107:16, 125:23, 132:12
appropriately  Vol. 1 - 96:4
approval [2] - Vol. 1 - 52:14, 70:11
approved [2] - Vol. 1 - 50:13, 56:14
approximately [4] - Vol. 1 - 10:20, 11:16, 12:5, 12:16
apt [3] - Vol. 1 - 84:6, 84:6, 92:8
arbitrariness  Vol. 1 - 153:6
Archives  Vol. 1 - 28:2
arduous [2] - Vol. 1 - 31:20, 85:22
areas [2] - Vol. 1 - 11:4, 21:21
aren't [4] - Vol. 1 - 45:5, 84:1, 150:15, 152:15
argument  Vol. 1 - 160:17
argumentative  Vol. 1 - 99:1
armed  Vol. 1 - 123:8
array  Vol. 1 - 66:14
arrogant  Vol. 1 - 86:3
arrogantly  Vol. 1 - 91:23
art [3] - Vol. 1 - 90:5, 90:6, 90:24
article [5] - Vol. 1 - 28:5, 28:8, 35:8, 35:20, 59:19
articles [10] - Vol. 1 - 7:1, 10:4, 22:7, 34:25, 35:2, 35:5, 50:18, 76:11, 76:11, 76:12
articulate  Vol. 1 -



33:10
articulating
Vol. 1 - 45:9
ascertain Vol. 1 -
121:5
Asia [2] - Vol. 1 -
53:15, 53:15
aside [2] - Vol. 1 -
58:22, 71:14
asking [9] -
Vol. 1 - 45:20,
60:18, 82:6,
128:11, 132:10,
138:13, 143:3,
155:9, 171:4
aspect [5] -
Vol. 1 - 97:7,
126:23, 127:5,
127:7, 128:21
aspects [11] -
Vol. 1 - 23:21,
23:22, 38:21,
42:14, 49:6,
53:17, 60:9,
86:2, 105:24,
127:12, 127:14
aspirations
Vol. 1 - 69:22
aspired-to [2] -
Vol. 1 - 16:14,
61:25
assess Vol. 1 -
67:4
assessments
Vol. 1 - 66:14
assigned Vol. 1 -
98:12
assist Vol. 1 -
50:2
associated [2] -
Vol. 1 - 154:1,
168:4
Associates
Vol. 1 - 8:17
Association [8] -
Vol. 1 - 22:9,
53:9, 54:2, 54:4,
74:14, 74:16,
151:24, 151:24
assume [2] -
Vol. 1 - 5:16,
12:10
assumption
Vol. 1 - 161:21
assumptions [6] -
Vol. 1 - 28:11,
28:23, 28:24,
29:1, 29:4, 29:4
astute Vol. 1 -
44:7
attached Vol. 1 -
35:1
attacked Vol. 1 -

152:4
attempt [3] -
Vol. 1 - 39:13,
167:7, 168:17
attempted [2] -
Vol. 1 - 42:4,
166:5
attempting [3] -
Vol. 1 - 18:11,
87:2, 87:2
attempts [2] -
Vol. 1 - 160:20,
166:24
attended Vol. 1 -
153:2
attention [2] -
Vol. 1 - 23:16,
164:23
attorney [3] -
Vol. 1 - 2:17,
148:20, 174:14
attorneys [5] -
Vol. 1 - 9:5,
10:17, 139:13,
171:9, 175:15
attracted Vol. 1 -
133:5
attractions
Vol. 1 - 85:13
audience [3] -
Vol. 1 - 24:5,
28:18, 29:11
augmentation
Vol. 1 - 64:18
author
Vol. 1 -
160:3
authority [2] -
Vol. 1 - 99:3,
99:4
authorized [2] -
Vol. 1 - 50:18,
50:20
automatic
Vol. 1 -
165:6
autotomy [3] -
Vol. 1 - 112:20,
112:21, 113:20
available [2] -
Vol. 1 - 35:17,
35:21
avoid Vol. 1 -
5:1

_____ B _____

backwards
Vol. 1 - 170:13
bad Vol. 1 -
113:1
bait Vol. 1 -
46:11
Baker-hargrove
[2] - Vol. 1 -

156:8, 159:6
balance
Vol. 1 -
30:14
bald [5] - Vol. 1 -
116:18, 116:23,
139:9, 142:3,
144:5
bank Vol. 1 -
168:22
bar Vol. 1 -
136:17
barn Vol. 1 -
82:7
barrier Vol. 1 -
39:22
basic Vol. 1 -
130:16
basically [3] -
Vol. 1 - 42:25,
81:18, 121:7
basics [2] -
Vol. 1 - 44:14,
44:14
battle Vol. 1 -
2:7, 128:22,
139:13, 175:5
bear [2] - Vol. 1 -
64:1, 64:2
became [2] -
Vol. 1 - 28:8,
56:20
become [4] -
Vol. 1 - 44:6,
44:25, 57:20,
85:25
becoming Vol. 1 -
13:6
Bedford Vol. 1 -
1:23
begin [4] - Vol. 1 -
16:22, 61:3,
82:10, 134:10
beginning [4] -
Vol. 1 - 15:2,
84:24, 87:19,
121:23
begins Vol. 1 -
35:2
Behalf [2] -
Vol. 1 - 2:4, 2:15
behave Vol. 1 -
129:17
behaving Vol. 1 -
14:6
behavior [5] -
Vol. 1 - 11:8,
25:24, 27:11,
28:2, 90:14
behavioral [3] -
Vol. 1 - 25:23,
38:15, 90:22
behaviorally
Vol. 1 - 38:20

behaviors [3] -
Vol. 1 - 42:10,
126:7, 133:6
beings [7] -
Vol. 1 - 24:9,
55:6, 62:20,
104:17, 104:18,
104:19, 164:16
belief Vol. 1 -
86:4
believed Vol. 1 -
100:18
believes [4] -
Vol. 1 - 91:3,
91:19, 121:24,
161:6
beneficial [5] -
Vol. 1 - 103:21,
110:12, 110:17,
111:7, 117:15
benefit [2] -
Vol. 1 - 109:10,
132:16
Benjamin [2] -
Vol. 1 - 54:1,
54:3
besides [5] -
Vol. 1 - 7:22,
9:2, 10:1, 36:24,
171:9
best [10] - Vol. 1 -
4:25, 5:1, 56:21,
58:5, 107:6,
108:22, 130:23,
130:24, 130:25,
131:2
better [17] -
Vol. 1 - 16:9,
16:13, 17:2,
17:6, 18:10,
46:3, 48:15,
66:1, 68:15,
68:19, 86:4,
98:6, 102:5,
102:6, 108:23,
134:10, 169:21
beyond [2] -
Vol. 1 - 89:6,
138:9
bias [2] - Vol. 1 -
77:5, 159:3
biased [3] -
Vol. 1 - 159:4,
159:4, 159:4
biases Vol. 1 -
77:4
big-muscled
Vol. 1 - 95:14
bigger Vol. 1 -
102:1
bipolar Vol. 1 -
160:7
bit [8] - Vol. 1 -

23:14, 28:22,
33:21, 40:12,
47:25, 121:18,
129:6, 155:25
bitch Vol. 1 -
151:18
blanket Vol. 1 -
26:4
blocking [2] -
Vol. 1 - 7:3,
151:2
blogs Vol. 1 -
83:6
blood Vol. 1 -
105:7
body [30] -
Vol. 1 - 24:1,
24:2, 42:19,
42:25, 57:13,
60:22, 65:3,
69:18, 72:6,
79:23, 97:4,
97:4, 97:13,
97:21, 99:24,
105:5, 105:6,
105:7, 105:8,
105:11, 106:4,
106:8, 107:22,
110:3, 111:20,
113:1, 113:7,
129:10, 131:1,
149:9
book Vol. 1 -
152:6
books Vol. 1 -
35:3
bore Vol. 1 -
63:18
born Vol. 1 -
66:9
bottom [6] -
Vol. 1 - 49:16,
49:19, 89:18,
99:15, 120:5,
121:19
box Vol. 1 -
47:17
bra [8] - Vol. 1 -
43:1, 88:13,
97:5, 117:11,
117:21, 124:25,
146:20, 147:15
brace Vol. 1 -
68:25
brain [4] - Vol. 1 -
105:16, 105:23,
105:24, 132:21
branch Vol. 1 -
39:1
branches Vol. 1 -
39:1
brand Vol. 1 -
78:19

bras Vol. 1 -
40:5
brassiere Vol. 1 -
34:10
brassieres
Vol. 1 - 34:12
break [5] - Vol. 1 -
5:5, 5:7, 5:9,
67:10, 115:17
breast [29] -
Vol. 1 - 34:12,
41:6, 41:8,
41:12, 41:22,
42:15, 64:18,
82:2, 116:14,
116:22, 117:20,
118:6, 121:2,
121:4, 121:9,
122:3, 123:12,
124:5, 124:12,
124:22, 124:24,
125:8, 125:15,
125:16, 125:25,
127:17, 147:12,
148:12, 148:14
breasts [13] -
Vol. 1 - 42:23,
42:24, 42:25,
101:8, 102:1,
106:13, 110:4,
116:24, 125:2,
125:2, 125:3,
125:5, 148:7
brief Vol. 1 -
53:18
briefly Vol. 1 -
117:18
briefs Vol. 1 -
69:13
brilliant Vol. 1 -
163:16
bring Vol. 1 -
45:4
Broad Vol. 1 -
2:20
broader Vol. 1 -
58:14
brother [4] -
Vol. 1 - 62:13,
62:23, 62:24,
63:5
brought Vol. 1 -
116:9
Brown [19] -
Vol. 1 - 156:8,
156:13, 156:14,
159:11, 159:17,
160:16, 160:24,
161:5, 162:14,
163:14, 163:22,
164:9, 164:10,
164:12, 164:21,
165:7, 165:9,



165:13, 170:8
Brown's [5] - Vol. 1 - 6:25, 10:4, 162:17, 164:1, 164:19
bulging  Vol. 1 - 42:19
bunch [2] - Vol. 1 - 94:2, 108:3
burden  Vol. 1 - 40:12
bureaucratic  Vol. 1 - 78:6
busy  Vol. 1 - 14:13
buttocks  Vol. 1 - 57:10
buys  Vol. 1 - 72:15
buzz [12] - Vol. 1 - 87:23, 138:1, 138:9, 140:7, 140:11, 140:16, 141:1, 141:22, 141:24, 142:1, 142:9, 144:12

C

cage  Vol. 1 - 26:4
California [6] - Vol. 1 - 22:4, 22:23, 22:24, 25:7, 25:9, 79:20
calm [2] - Vol. 1 - 41:12, 42:15
calmed  Vol. 1 - 72:22
calmer  Vol. 1 - 72:20
calmness  Vol. 1 - 122:19
can't [29] - Vol. 1 - 5:22, 10:8, 10:18, 19:8, 20:23, 23:9, 49:14, 57:16, 63:4, 63:10, 63:16, 72:9, 76:4, 78:5, 90:12, 93:14, 93:17, 99:6, 102:15, 104:24, 106:19, 112:16, 125:14, 127:11, 134:1, 139:11, 150:11, 164:15, 164:17

cancer  Vol. 1 - 116:22
cannot [3] - Vol. 1 - 63:3, 134:10, 165:20
canteen [22] - Vol. 1 - 34:13, 34:14, 34:17, 34:17, 40:7, 51:2, 51:7, 51:13, 51:23, 70:7, 77:24, 78:2, 79:15, 79:18, 79:24, 94:23, 95:3, 96:5, 96:20, 135:4, 135:7, 171:2
canteen/cosmetic  Vol. 1 - 50:13
capable  Vol. 1 - 155:7
capacities [3] - Vol. 1 - 86:19, 91:20, 168:24
capacity [6] - Vol. 1 - 1:9, 43:16, 96:14, 98:5, 98:9, 122:1
caption [2] - Vol. 1 - 119:3, 174:13
capture  Vol. 1 - 40:14
care [55] - Vol. 1 - 11:21, 11:23, 29:11, 29:13, 30:11, 44:4, 52:24, 52:25, 53:4, 53:13, 53:21, 54:3, 54:11, 54:23, 55:4, 55:12, 55:23, 56:13, 57:14, 58:8, 58:10, 58:23, 58:24, 59:8, 59:15, 59:16, 59:20, 59:21, 59:25, 60:8, 60:10, 60:24, 61:5, 61:16, 69:12, 74:11, 82:23, 93:1, 98:17, 100:3, 109:19, 109:21, 110:5, 110:6, 132:15, 132:15, 134:6, 135:21, 137:5, 150:11, 150:16, 151:19, 157:20, 158:15,

165:25
careful  Vol. 1 - 76:19
caring  Vol. 1 - 109:8
Carol  Vol. 1 - 119:2
carries [2] - Vol. 1 - 129:3, 160:20
carry  Vol. 1 - 65:10
cartilage [2] - Vol. 1 - 57:10, 100:22
case [41] - Vol. 1 - 4:11, 6:6, 7:13, 7:15, 7:17, 8:3, 8:4, 8:23, 10:1, 10:5, 10:7, 10:7, 15:25, 25:3, 25:23, 26:21, 27:3, 31:1, 36:3, 36:8, 39:12, 40:22, 41:2, 41:4, 47:2, 107:16, 116:4, 117:19, 118:10, 119:12, 119:20, 119:21, 122:7, 122:11, 122:16, 124:8, 159:9, 162:21, 164:13, 171:8
cases [12] - Vol. 1 - 32:7, 35:25, 36:1, 36:10, 36:12, 36:15, 36:17, 36:22, 40:21, 44:19, 107:18, 156:14
catch  Vol. 1 - 108:5
categories  Vol. 1 - 35:4
category  Vol. 1 - 127:23
caucuses  Vol. 1 - 152:17
cause [9] - Vol. 1 - 82:13, 84:17, 112:15, 123:13, 142:16, 170:9, 170:10, 170:15, 174:8
causes [5] - Vol. 1 - 67:6, 116:12, 136:1, 142:6, 147:12
cautious  Vol. 1 - 59:13

CC  Vol. 1 - 175:21
celebrate  Vol. 1 - 129:7
cell  Vol. 1 - 106:4
center [9] - Vol. 1 - 11:18, 11:24, 13:13, 13:16, 13:20, 14:18, 21:5, 59:10, 132:9
centers  Vol. 1 - 59:24
certain [24] - Vol. 1 - 9:6, 9:14, 17:24, 17:24, 18:15, 26:23, 45:7, 71:22, 73:7, 85:13, 90:8, 91:11, 91:23, 92:21, 94:17, 101:12, 101:14, 101:23, 139:15, 139:16, 147:15, 159:5, 163:3, 170:2
certainly [13] - Vol. 1 - 34:9, 40:15, 46:24, 48:11, 66:10, 93:7, 98:20, 126:20, 141:6, 143:8, 163:22, 164:21, 170:10
certainty [4] - Vol. 1 - 91:8, 91:11, 122:3, 169:24
CERTIFICATE  Vol. 1 - 174:3
certified [3] - Vol. 1 - 1:19, 4:5, 174:5
certify [4] - Vol. 1 - 174:7, 174:12, 174:14, 174:16
cetera [6] - Vol. 1 - 57:11, 57:11, 63:19, 84:11, 84:11
chair [3] - Vol. 1 - 61:5, 61:13, 61:15
change [11] - Vol. 1 - 21:7, 24:18, 105:4, 116:21, 149:9, 149:9, 151:5, 151:15, 158:24,

159:1, 169:3
changed  Vol. 1 - 9:16
changes [2] - Vol. 1 - 61:3, 124:16
changing [2] - Vol. 1 - 99:24, 104:19
character [13] - Vol. 1 - 30:2, 30:21, 84:15, 84:21, 91:25, 92:24, 133:12, 139:23, 163:12, 163:15, 163:21, 165:19, 169:24
characteristics  Vol. 1 - 80:19
charge  Vol. 1 - 69:24
charges  Vol. 1 - 26:12
Charlene [12] - Vol. 1 - 40:24, 41:5, 41:5, 42:8, 42:18, 43:2, 95:9, 122:11, 122:15, 122:16, 125:11, 125:24
Charlene-paige [7] - Vol. 1 - 95:7, 95:7, 119:2, 121:1, 125:4, 125:19, 126:9
cheapens  Vol. 1 - 71:3
chemical  Vol. 1 - 100:13
chemotherapy [3] - Vol. 1 - 116:5, 116:12, 117:5
chest [4] - Vol. 1 - 125:15, 125:16, 126:11, 126:12
Chicago  Vol. 1 - 132:9
chief  Vol. 1 - 37:19
child [4] - Vol. 1 - 80:23, 83:22, 150:11, 150:15
childhood  Vol. 1 - 23:13
chin [2] - Vol. 1 - 57:9, 101:8
choice [3] - Vol. 1 - 68:5, 69:1, 153:21
choose  Vol. 1 - 100:15

Christine [4] - Vol. 1 - 1:18, 174:5, 174:21, 175:20
chronic  Vol. 1 - 38:17
circumstance  Vol. 1 - 30:25
circumstances [2] - Vol. 1 - 118:13, 132:24
citations  Vol. 1 - 98:11
citizens  Vol. 1 - 69:2
civil [5] - Vol. 1 - 2:19, 4:4, 28:15, 174:17, 175:13
claim  Vol. 1 - 21:2
clarify [2] - Vol. 1 - 43:22, 75:6
classes [2] - Vol. 1 - 21:22, 21:25
classify  Vol. 1 - 62:21
classroom  Vol. 1 - 99:5
clear [13] - Vol. 1 - 5:13, 17:6, 39:8, 56:24, 58:16, 89:3, 92:18, 93:9, 102:19, 160:18, 165:17, 167:12, 169:11
clearly [5] - Vol. 1 - 69:14, 74:8, 76:18, 134:18, 159:23
Cleveland [3] - Vol. 1 - 22:5, 60:5, 119:17, 119:18
clinic [4] - Vol. 1 - 37:10, 43:5, 70:21, 100:17
clinical [2] - Vol. 1 - 54:22, 77:1
clinically  Vol. 1 - 52:21
clinician [3] - Vol. 1 - 45:19, 70:11, 71:9
clinician's  Vol. 1 - 51:22
clinicians [8] - Vol. 1 - 38:25, 43:10, 44:7, 51:20, 55:14,



64:14, 70:8, 70:9
clinics  Vol. 1 - 56:25
close [2] - Vol. 1 - 21:8, 116:8
closed-mindedness Vol. 1 - 55:3
closely  Vol. 1 - 59:2
closer [2] - Vol. 1 - 9:17, 51:6
clothes [3] - Vol. 1 - 68:5, 69:15, 69:16
clothing [20] - Vol. 1 - 34:6, 40:5, 50:12, 50:18, 51:1, 51:13, 51:23, 70:7, 90:1, 91:2, 98:8, 99:9, 99:12, 104:23, 107:21, 136:24, 148:25, 164:7, 167:23, 170:5
CMR  Vol. 1 - 50:14
co-head  Vol. 1 - 120:16
co-morbidities Vol. 1 - 153:22
co-morbidity Vol. 1 - 153:24
co-occurring Vol. 1 - 50:4
coast  Vol. 1 - 7:2
cognitive  Vol. 1 - 155:16
Cohen-kettenis [3] - Vol. 1 - 23:8, 76:5, 76:5
collar [7] - Vol. 1 - 88:1, 88:5, 88:6, 89:6, 138:10, 140:10, 140:17
colleagues Vol. 1 - 14:20
collected  Vol. 1 - 14:13
college  Vol. 1 - 94:10
color  Vol. 1 - 88:2
combination [2] - Vol. 1 - 38:13, 42:20
combinations [2] - Vol. 1 - 18:24, 19:1
combining [2] -

Vol. 1 - 19:4, 165:14
comes [9] - Vol. 1 - 22:11, 23:19, 24:19, 54:19, 76:8, 76:9, 77:13, 148:22, 155:1
comfort  Vol. 1 - 90:8
comfortable [3] - Vol. 1 - 45:8, 104:6, 127:21
coming [8] - Vol. 1 - 14:12, 14:18, 32:7, 55:15, 67:5, 152:16, 154:7, 154:8
commencing Vol. 1 - 1:23
commensurate [3] - Vol. 1 - 50:15, 50:20, 51:2
comment [2] - Vol. 1 - 48:25, 146:1
commented Vol. 1 - 160:11
comments Vol. 1 - 59:3
Commission [3] - Vol. 1 - 74:24, 172:25, 174:22
commissioned Vol. 1 - 174:6
commit  Vol. 1 - 142:25
committed [2] - Vol. 1 - 158:23, 158:23
committee [11] - Vol. 1 - 33:7, 33:18, 38:3, 44:2, 47:15, 52:20, 53:1, 53:14, 61:6, 120:17, 121:3
committing [2] - Vol. 1 - 68:22, 68:23
common [4] - Vol. 1 - 24:2, 51:25, 100:2, 160:12
community [5] - Vol. 1 - 29:16, 38:1, 59:5, 66:24, 78:22
companies Vol. 1 - 108:2
company  Vol. 1 -

116:14
compare [2] - Vol. 1 - 130:1, 148:11
compared [2] - Vol. 1 - 19:4, 78:1
compassion [2] - Vol. 1 - 140:2, 140:3
compassionate [12] - Vol. 1 - 55:23, 69:20, 87:19, 88:15, 116:10, 137:22, 139:18, 142:21, 143:6, 146:2, 146:17, 171:1
compassionately [2] - Vol. 1 - 63:15, 125:8
compatible [3] - Vol. 1 - 154:18, 154:18, 154:19
competent [3] - Vol. 1 - 150:16, 157:21, 157:22
complete [5] - Vol. 1 - 5:21, 10:14, 10:17, 10:19, 97:16
completed [4] - Vol. 1 - 160:21, 168:20, 174:13, 175:10
completely [3] - Vol. 1 - 66:9, 127:8, 130:13
complex [4] - Vol. 1 - 29:6, 29:20, 117:24, 134:9
complexity [3] - Vol. 1 - 29:9, 42:12, 42:13, 84:12, 91:18, 91:19
complicated [4] - Vol. 1 - 19:7, 41:21, 55:20, 132:20
complications Vol. 1 - 96:13
compliment Vol. 1 - 161:18
components Vol. 1 - 24:14
comport  Vol. 1 - 88:23
Computer-aided Vol. 1 - 174:10
concentrate [2] - Vol. 1 - 99:5,

99:6
concept [9] - Vol. 1 - 46:1, 93:18, 109:9, 109:15, 109:16, 111:6, 112:4, 123:8, 134:19
concepts [3] - Vol. 1 - 28:7, 102:7, 134:17
concern [4] - Vol. 1 - 42:24, 43:2, 67:6, 148:7
concerns [7] - Vol. 1 - 11:9, 35:11, 35:13, 87:21, 89:23, 106:11, 137:24
concluded Vol. 1 - 171:17
conclusions Vol. 1 - 164:6
condition [24] - Vol. 1 - 66:2, 73:22, 73:24, 73:25, 74:1, 74:2, 74:5, 90:18, 99:17, 99:24, 100:1, 103:20, 113:6, 113:12, 115:5, 126:19, 126:22, 126:24, 126:24, 127:6, 127:13, 131:3, 131:4, 135:19
conditions [10] - Vol. 1 - 26:17, 26:23, 27:4, 100:5, 100:6, 101:15, 112:23, 127:6, 137:4, 163:19
conduct  Vol. 1 - 16:19
conducted Vol. 1 - 10:9
conducting Vol. 1 - 14:1
cone  Vol. 1 - 68:18
conferences [2] - Vol. 1 - 13:3, 43:21
confident  Vol. 1 - 91:24
Confidential Vol. 1 - 3:17
confirmation [2] - Vol. 1 - 73:9, 73:10
conforming

Vol. 1 - 17:22
confusing  Vol. 1 - 118:20
connections Vol. 1 - 87:1
connotation Vol. 1 - 126:4
consecutive Vol. 1 - 145:20
consensus Vol. 1 - 55:18
consent [3] - Vol. 1 - 100:14, 168:3, 169:5
consider [4] - Vol. 1 - 75:21, 86:9, 128:24, 148:21
considerably Vol. 1 - 41:13
consideration [6] - Vol. 1 - 52:22, 92:14, 106:25, 107:1, 107:2, 175:17
considered [6] - Vol. 1 - 38:5, 121:2, 123:9, 149:22, 167:23, 175:14
considering [2] - Vol. 1 - 13:6, 15:14
consistently Vol. 1 - 83:17
consolidated Vol. 1 - 26:13
constantly Vol. 1 - 129:15
construe  Vol. 1 - 163:4
construes Vol. 1 - 139:24
consult  Vol. 1 - 81:15
consultant [3] - Vol. 1 - 25:7, 43:4, 48:5
consultants Vol. 1 - 37:9
consultations [2] - Vol. 1 - 53:2, 53:3
consulted [4] - Vol. 1 - 25:10, 79:17, 146:23, 146:25
consulting [5] - Vol. 1 - 25:5, 31:7, 49:7, 79:3, 148:4
contain [3] - Vol. 1 - 50:7,

50:11, 86:20
contains [2] - Vol. 1 - 15:23, 83:6
contend  Vol. 1 - 62:16
contending Vol. 1 - 78:14
content  Vol. 1 - 54:14
contentious Vol. 1 - 147:3
context [7] - Vol. 1 - 49:24, 88:23, 88:25, 121:18, 136:24, 138:18, 138:20
continuation Vol. 1 - 97:13
continue [3] - Vol. 1 - 111:10, 155:20, 155:24
continued [5] - Vol. 1 - 42:17, 43:3, 122:24, 123:3, 129:9
continues [4] - Vol. 1 - 57:12, 57:13, 97:14, 111:3
continuing [2] - Vol. 1 - 132:1, 153:2
contract  Vol. 1 - 174:17
contractual Vol. 1 - 50:10
contradictions Vol. 1 - 29:21
contrary  Vol. 1 - 152:5
contribute [3] - Vol. 1 - 9:2, 9:8, 9:11
control [5] - Vol. 1 - 25:24, 38:15, 160:21, 161:14, 168:19
controversy Vol. 1 - 102:14
convene  Vol. 1 - 121:3
conversate Vol. 1 - 68:22
conversation [9] - Vol. 1 - 93:12, 93:25, 94:21, 94:25, 120:12, 120:20, 120:22, 120:24, 132:6
conversations Vol. 1 - 171:5
conveys  Vol. 1 -



92:23
convicted  Vol. 1 - 87:2
conviction [4] - Vol. 1 -  17:7, 65:23, 85:12, 130:21
convictions [4] - Vol. 1 - 91:12, 91:13, 91:13, 91:14
convince  Vol. 1 - 167:2
Cooper [49] - Vol. 1 - 2:16, 3:3, 4:8, 4:9, 7:7, 8:12, 35:15, 40:6, 46:21, 47:3, 47:9, 49:15, 54:12, 66:13, 67:14, 70:19, 73:10, 81:5, 98:24, 103:15, 108:12, 115:18, 115:22, 118:25, 119:8, 121:14, 131:9, 132:22, 134:24, 137:7, 137:10, 137:17, 140:15, 141:8, 141:13, 145:5, 145:8, 145:13, 145:17, 145:21, 146:5, 147:21, 148:3, 151:1, 167:16, 168:16, 170:12, 171:13, 175:21
cooperation  Vol. 1 - 27:11
cope  Vol. 1 - 63:12
cords  Vol. 1 - 100:22
core  Vol. 1 - 85:25
corner  Vol. 1 - 49:17
correct [28] - Vol. 1 - 4:12, 9:22, 10:10, 11:2, 21:13, 32:18, 36:3, 36:17, 40:22, 61:6, 68:2, 75:9, 75:12, 75:13, 79:4, 83:15, 91:15, 103:8, 107:23, 118:12, 120:13, 121:6, 124:6, 124:14, 147:12, 153:25, 155:14, 174:11

correction [4] - Vol. 1 - 22:20, 79:7, 88:22, 172:6
Correctional [3] - Vol. 1 - 1:11, 47:19, 74:24
corrections [31] - Vol. 1 - 1:10, 3:16, 6:3, 22:21, 29:10, 30:10, 31:6, 31:17, 33:16, 37:8, 38:1, 40:17, 41:2, 43:5, 47:18, 54:9, 54:18, 55:10, 77:20, 78:8, 88:20, 92:6, 92:9, 133:21, 134:4, 135:25, 136:13, 136:17, 140:5, 143:19, 172:4
correctly [3] - Vol. 1 - 117:22, 117:24, 121:8
cortisone  Vol. 1 - 111:16
cosmetic [5] - Vol. 1 - 34:6, 101:6, 101:6, 101:7, 130:23
cosmetics  Vol. 1 - 34:9
cost [4] - Vol. 1 - 85:6, 86:24, 86:24, 86:25
cotton  Vol. 1 - 71:24
couch  Vol. 1 - 152:20
coughing  Vol. 1 - 114:17
couldn't [5] - Vol. 1 - 10:16, 25:23, 115:11, 135:8, 163:5
counsel [5] - Vol. 1 - 4:10, 7:10, 7:22, 171:5, 174:15
counted  Vol. 1 - 78:24
counteracting  Vol. 1 - 136:9
countertransfere  Vol. 1 - 30:12
counting [2] - Vol. 1 - 14:14, 76:20
COUNTY [2] - Vol. 1 - 172:20,

174:4
couple [3] - Vol. 1 - 40:2, 80:24, 152:8
courageously  Vol. 1 - 72:9
course [22] - Vol. 1 - 12:16, 19:13, 38:25, 41:20, 44:5, 53:12, 55:15, 65:22, 66:3, 69:5, 71:19, 71:19, 71:20, 79:19, 95:16, 104:17, 113:13, 116:21, 120:24, 132:13, 157:14, 162:21
coursework  Vol. 1 - 155:3
court [11] - Vol. 1 - 1:1, 1:22, 4:19, 5:2, 29:7, 36:6, 37:1, 91:21, 120:7, 164:14, 174:16
courtroom  Vol. 1 - 29:8
courtrooms [2] - Vol. 1 - 28:12, 55:16
courts  Vol. 1 - 53:19
covered  Vol. 1 - 117:4
crap  Vol. 1 - 46:4
crazy  Vol. 1 - 151:14
cream  Vol. 1 - 68:18
create [5] - Vol. 1 - 21:6, 67:8, 139:22, 148:6, 149:8
created [5] - Vol. 1 - 150:18, 150:24, 151:1, 151:3, 151:22
creates  Vol. 1 - 18:19
creating [2] - Vol. 1 - 139:12, 140:6
creative  Vol. 1 - 144:1
credential  Vol. 1 - 54:21
credentialed [5] - Vol. 1 - 150:8, 150:13, 155:22, 155:23, 161:5

credentialing [2] - Vol. 1 - 55:4, 150:7
credentials  Vol. 1 - 25:6
CRI [2] - Vol. 1 - 174:21, 175:20
cricoid  Vol. 1 - 100:22
crimes [2] - Vol. 1 - 42:4, 42:7
crisis [3] - Vol. 1 - 163:23, 165:20, 165:23
crisis-oriented  Vol. 1 - 45:15
criteria [2] - Vol. 1 - 77:6, 80:21
criticized  Vol. 1 - 162:25
cross-dress  Vol. 1 - 109:25
Cross-examinatio [4] - Vol. 1 - 1:18, 3:3, 4:3, 4:7
cross-gender  Vol. 1 - 50:12
cross-sex [2] - Vol. 1 - 71:16, 167:23
cry  Vol. 1 - 129:8
culture  Vol. 1 - 55:24
cure [6] - Vol. 1 - 56:23, 57:1, 97:11, 97:16, 117:6, 127:8
cured [3] - Vol. 1 - 97:7, 97:8, 130:13
cures  Vol. 1 - 57:2
curing  Vol. 1 - 57:17
curious  Vol. 1 - 72:23
curl  Vol. 1 - 144:8
curls  Vol. 1 - 144:8
curly  Vol. 1 - 144:8
current [5] - Vol. 1 - 52:24, 54:10, 58:23, 58:24, 130:3
currently [7] - Vol. 1 - 11:17, 12:18, 12:22,

12:23, 12:23, 57:15, 156:24
curved  Vol. 1 - 144:9
custody  Vol. 1 - 82:18
cut [20] - Vol. 1 - 87:23, 87:25, 88:4, 138:1, 138:9, 139:7, 139:8, 140:7, 140:11, 140:16, 140:17, 141:1, 141:22, 141:24, 142:1, 142:9, 144:12, 166:8, 166:9, 166:9
CV [6] - Vol. 1 - 22:13, 35:1, 35:7, 37:3, 59:18, 163:5

─────────
**D**
─────────

danger [2] - Vol. 1 - 95:22, 95:23
dangerous [3] - Vol. 1 - 95:13, 152:14, 170:2
dashed  Vol. 1 - 164:1
data [11] - Vol. 1 - 58:3, 58:6, 153:22, 160:9, 160:18, 160:18, 160:22, 161:4, 161:12, 161:22, 162:7
data-supported  Vol. 1 - 96:12
datas  Vol. 1 - 60:17
date [5] - Vol. 1 - 35:4, 48:1, 48:2, 172:18, 172:22
dated  Vol. 1 - 8:17
day-to-day  Vol. 1 - 136:14
De'Ionta [3] - Vol. 1 - 26:21, 31:1, 36:2
de-emphasis  Vol. 1 - 109:23
dead  Vol. 1 - 161:25
deal [3] - Vol. 1 - 39:24, 56:19, 161:9
dealing [2] - Vol. 1 - 122:9, 151:5

dealt  Vol. 1 - 86:8
death [2] - Vol. 1 - 38:17, 96:13
decades  Vol. 1 - 16:4
decide [5] - Vol. 1 - 20:16, 33:5, 75:18, 111:23, 113:20
decided [4] - Vol. 1 - 20:4, 37:17, 37:18, 112:8
decides [4] - Vol. 1 - 19:8, 111:21, 112:2, 112:10
decision [19] - Vol. 1 - 15:11, 15:14, 17:1, 17:4, 17:21, 18:9, 18:13, 18:14, 19:14, 24:17, 39:14, 44:15, 66:15, 69:24, 94:25, 105:12, 118:14, 123:7, 125:17
decision-making  Vol. 1 - 31:20
decisions [4] - Vol. 1 - 71:5, 84:14, 88:22, 105:17
declared [3] - Vol. 1 - 57:25, 62:17, 63:25
declares  Vol. 1 - 63:24
declaring [2] - Vol. 1 - 32:10, 78:16
decompensate [2] - Vol. 1 - 92:3, 92:20
decompensation [11] - Vol. 1 - 90:2, 90:4, 90:7, 90:11, 90:12, 90:15, 90:17, 91:1, 92:5, 92:8, 142:24
decompensations  Vol. 1 - 89:22
deeply  Vol. 1 - 11:22
Defendant [2] - Vol. 1 - 2:15, 4:2, 8:14
Defendants  Vol. 1 - 1:12
defer [4] - Vol. 1 -



137:11, 141:1, 141:2, 141:23
deferred Vol. 1 - 144:25
define [3] - Vol. 1 - 138:2, 140:24, 141:19
defined [2] - Vol. 1 - 163:20, 174:17
definition Vol. 1 - 97:15
definitions Vol. 1 - 108:1
degree [7] - Vol. 1 - 67:9, 122:2, 142:21, 153:24, 155:6, 155:24, 155:24
degrees [5] - Vol. 1 - 86:17, 86:18, 102:11, 102:12, 156:5
delaying Vol. 1 - 136:24
delays Vol. 1 - 136:7
delivery Vol. 1 - 11:22
demand Vol. 1 - 71:22
demands Vol. 1 - 146:4
demeaning [3] - Vol. 1 - 46:12, 156:4, 156:6
demonstrated [2] - Vol. 1 - 58:6, 160:4
denied [5] - Vol. 1 - 41:24, 95:22, 95:23, 132:15, 164:6
deny [2] - Vol. 1 - 135:20, 137:5
department [20] - Vol. 1 - 1:10, 3:16, 6:3, 31:6, 31:17, 37:8, 38:1, 40:17, 41:1, 43:4, 47:18, 48:6, 49:8, 54:9, 70:5, 78:8, 88:20, 136:17, 140:4, 143:19
departments [2] - Vol. 1 - 48:17, 79:7
depend Vol. 1 - 93:5
depending

Vol. 1 - 11:19
depends Vol. 1 - 12:22
deposes Vol. 1 - 4:5
deposition [19] - Vol. 1 - 1:14, 1:17, 4:12, 6:21, 7:13, 7:25, 36:25, 119:11, 119:14, 119:16, 120:6, 167:17, 171:17, 172:2, 174:12, 175:10, 175:11, 175:13, 175:15
depressed [9] - Vol. 1 - 63:13, 115:7, 115:7, 118:8, 118:8, 158:2, 158:13, 158:14, 158:16
depression [8] - Vol. 1 - 100:4, 113:14, 114:25, 115:3, 158:9, 158:10, 168:7, 170:10
deprived Vol. 1 - 148:17
derivative Vol. 1 - 76:11
describe [2] - Vol. 1 - 14:23, 120:22
described [2] - Vol. 1 - 30:21, 170:6
describing [2] - Vol. 1 - 157:10, 163:11
description [2] - Vol. 1 - 3:15, 80:22
designed [2] - Vol. 1 - 49:1, 138:16
desire Vol. 1 - 63:11
desired Vol. 1 - 131:7
desires Vol. 1 - 38:21
desistance Vol. 1 - 23:12
despair Vol. 1 - 143:1
desperate [2] - Vol. 1 - 158:19, 164:2
despite Vol. 1 - 42:12
detail [2] - Vol. 1 -

7:21, 58:2
details Vol. 1 - 33:9
deteriorate Vol. 1 - 115:4
deterioration Vol. 1 - 90:21
determination Vol. 1 - 122:22
determine [8] - Vol. 1 - 39:20, 132:11, 138:2, 140:23, 141:18, 141:22, 166:23, 166:25
determined [2] - Vol. 1 - 20:1, 56:20
determines [2] - Vol. 1 - 29:5, 140:23
develop [2] - Vol. 1 - 48:13, 148:7
developed [2] - Vol. 1 - 43:16, 52:19
development [8] - Vol. 1 - 34:12, 48:9, 80:23, 82:2, 83:15, 83:15, 85:25, 147:12
developmental [5] - Vol. 1 - 24:21, 28:14, 28:25, 45:6, 165:13
devoted [3] - Vol. 1 - 157:17, 158:6, 159:18
deVries Vol. 1 - 76:4
diabetic [2] - Vol. 1 - 111:18, 113:2
diagnosed [6] - Vol. 1 - 47:20, 49:21, 50:7, 71:8, 80:21, 157:7
diagnoses Vol. 1 - 76:13
diagnosing Vol. 1 - 155:7
diagnosis [13] - Vol. 1 - 73:1, 80:17, 80:25, 81:4, 81:7, 81:8, 81:11, 81:16, 84:10, 100:18, 163:1, 163:17, 165:7

diagnostic Vol. 1 - 80:22
diapered Vol. 1 - 63:18
dictate Vol. 1 - 59:17
die [11] - Vol. 1 - 111:12, 111:16, 112:25, 113:8, 114:22, 114:23, 116:22, 117:9, 139:25, 166:3, 166:18
DIEGUEZ Vol. 1 - 1:11
Dieguez's Vol. 1 - 8:15
dies Vol. 1 - 72:5
difference [4] - Vol. 1 - 55:7, 73:2, 104:20, 127:17
differences [2] - Vol. 1 - 73:12, 73:18
differently [5] - Vol. 1 - 127:25, 128:13, 132:23, 142:10, 155:5
difficult [5] - Vol. 1 - 26:11, 44:10, 84:13, 94:20, 168:21
difficulty Vol. 1 - 168:8
dilemma [2] - Vol. 1 - 130:2, 130:5
dilemmas Vol. 1 - 29:17
dime [2] - Vol. 1 - 29:25, 30:1
dimensions Vol. 1 - 11:13
diminish [6] - Vol. 1 - 124:6, 124:9, 128:2, 128:5, 128:7, 129:5
diminished [2] - Vol. 1 - 75:18, 168:25
diminishing Vol. 1 - 124:13
directed Vol. 1 - 146:1
direction [4] - Vol. 1 - 51:6, 51:6, 67:5, 78:11
directly [2] - Vol. 1 - 143:5,

171:6
Director Vol. 1 - 1:11
directs Vol. 1 - 128:19
disabilities Vol. 1 - 155:16
disability [6] - Vol. 1 - 66:19, 66:21, 131:23, 131:24, 168:8, 168:15
disabled [2] - Vol. 1 - 66:22, 66:23
disadvantages Vol. 1 - 74:5
disagree [9] - Vol. 1 - 49:9, 51:12, 60:10, 67:6, 161:11, 162:20, 162:23, 162:24, 164:5
disagreed Vol. 1 - 164:3
disagreement Vol. 1 - 59:9
disagrees [2] - Vol. 1 - 146:6, 150:22
disappear Vol. 1 - 161:3
disappointment Vol. 1 - 92:12
disciplinary [4] - Vol. 1 - 26:12, 98:11, 135:24, 136:1
disciplined Vol. 1 - 41:23
Disclosures [2] - Vol. 1 - 3:16, 8:15
disconnect Vol. 1 - 54:20
discover Vol. 1 - 83:20
discriminated Vol. 1 - 154:6
discriminating Vol. 1 - 151:18
discrimination Vol. 1 - 154:13
discuss Vol. 1 - 43:18
discussed [4] - Vol. 1 - 8:4, 28:22, 49:9, 60:7
discussing [2] - Vol. 1 - 28:2, 38:14
discussion [4] -

Vol. 1 - 21:7, 47:7, 48:9, 114:20
disease [4] - Vol. 1 - 38:18, 105:10, 117:7, 153:5
disharmony Vol. 1 - 11:9
dismissed Vol. 1 - 165:3
disorder [19] - Vol. 1 - 20:21, 23:13, 23:19, 24:14, 31:18, 32:17, 47:20, 48:10, 55:5, 74:7, 81:13, 100:19, 150:12, 158:2, 160:7, 163:2, 163:21, 163:24, 165:3
disorders [2] - Vol. 1 - 43:5, 50:4
disrespectful Vol. 1 - 63:25
distinction [2] - Vol. 1 - 107:7, 159:23
distinctions Vol. 1 - 166:19
distinguish [2] - Vol. 1 - 65:13, 156:1
distort [2] - Vol. 1 - 29:9, 169:17
distorting Vol. 1 - 23:18
distortions Vol. 1 - 84:6
distress [19] - Vol. 1 - 30:16, 30:16, 57:13, 65:8, 65:17, 65:21, 65:25, 71:17, 97:20, 97:21, 97:24, 97:25, 122:1, 123:24, 124:4, 129:2, 130:3, 142:25, 154:1
distressed [4] - Vol. 1 - 65:22, 82:14, 115:13, 129:18
DISTRICT [2] - Vol. 1 - 1:1, 1:2
distrust [3] - Vol. 1 - 45:25, 46:7, 91:11
disturbed [3] -



Vol. 1 - 27:14, 38:20, 41:18
DIVISION Vol. 1 - 1:2
DOC [8] - Vol. 1 - 10:13, 56:3, 77:16, 82:12, 143:4, 143:4, 171:6, 171:11
doctor [35] - Vol. 1 - 4:12, 69:5, 69:11, 69:12, 70:18, 70:19, 72:13, 74:10, 83:11, 84:9, 84:10, 100:8, 105:13, 105:22, 107:23, 110:2, 113:18, 113:19, 113:22, 114:3, 114:4, 114:6, 114:7, 114:14, 114:17, 117:15, 117:16, 151:17, 154:16, 157:13, 157:19, 158:4, 158:13, 158:14, 166:15
doctors [19] - Vol. 1 - 13:19, 20:25, 33:23, 71:4, 83:7, 83:7, 91:21, 100:18, 106:21, 111:11, 112:6, 151:3, 151:19, 152:4, 153:8, 153:10, 154:5, 158:17, 165:20
document [12] - Vol. 1 - 3:16, 8:5, 8:6, 8:13, 10:12, 46:15, 46:22, 47:12, 53:16, 118:25, 119:9, 152:6
documented Vol. 1 - 168:14
documents [3] - Vol. 1 - 10:1, 10:6, 10:21
doubt [2] - Vol. 1 - 91:7, 142:24
downgraded Vol. 1 - 59:8
downplayed Vol. 1 - 60:11
dozen [3] - Vol. 1 - 4:15, 78:23, 79:2
Dr [48] - Vol. 1 - 6:25, 7:3, 7:4,

8:12, 9:19, 10:4, 10:5, 43:23, 43:24, 46:21, 47:9, 60:5, 67:14, 76:15, 120:7, 120:12, 120:15, 120:21, 120:24, 121:9, 156:8, 156:8, 156:8, 156:13, 156:14, 156:18, 158:17, 159:6, 159:11, 159:17, 160:16, 160:24, 161:5, 162:14, 162:17, 163:14, 163:22, 164:1, 164:9, 164:10, 164:12, 164:19, 164:21, 165:7, 165:9, 165:13, 170:8, 175:11
draft [2] - Vol. 1 - 9:4, 48:25
drafted Vol. 1 - 61:6
drafting Vol. 1 - 61:9
drama [2] - Vol. 1 - 139:12, 139:22
dramatic Vol. 1 - 140:1
dream [3] - Vol. 1 - 64:21, 81:24, 130:9
Dreger's Vol. 1 - 152:6
dress [4] - Vol. 1 - 68:1, 71:5, 93:19, 133:6
dress-up Vol. 1 - 85:15
dressed [2] - Vol. 1 - 69:19, 110:1
dressing [3] - Vol. 1 - 67:16, 71:10, 104:11
Drive Vol. 1 - 1:22
drug [2] - Vol. 1 - 105:12, 105:15
drugs [2] - Vol. 1 - 100:4, 100:6
DSM-5 [2] - Vol. 1 - 80:17, 80:21
due [3] - Vol. 1 - 131:14, 132:25, 165:2
dueling Vol. 1 - 28:12

duly [3] - Vol. 1 - 4:4, 174:6, 174:7
duration Vol. 1 - 109:24
dying Vol. 1 - 38:15
dynamics Vol. 1 - 43:19
dysfunction [2] - Vol. 1 - 11:8, 11:12
dysphoria [124] - Vol. 1 - 12:19, 13:24, 14:9, 14:25, 18:17, 19:17, 20:15, 21:23, 22:6, 23:3, 23:11, 23:12, 24:25, 31:12, 35:5, 35:14, 36:1, 36:20, 36:24, 40:4, 41:16, 51:14, 51:21, 52:9, 52:10, 53:18, 54:2, 54:4, 54:23, 56:24, 57:2, 57:2, 57:17, 57:22, 64:7, 65:8, 65:9, 65:10, 65:15, 66:6, 66:9, 67:7, 67:19, 67:21, 68:7, 68:9, 69:4, 69:7, 69:9, 69:11, 71:8, 71:16, 71:17, 73:3, 73:21, 73:24, 74:8, 74:22, 75:9, 75:12, 75:16, 75:23, 77:13, 78:25, 80:16, 81:1, 81:6, 81:13, 81:17, 93:1, 94:1, 96:6, 96:19, 97:3, 97:6, 97:8, 98:7, 99:11, 99:16, 99:23, 99:25, 100:16, 100:19, 103:2, 107:12, 107:15, 108:9, 108:16, 109:7, 109:17, 114:7, 115:9, 115:12, 117:21, 117:25, 118:14, 122:17, 122:21, 125:18, 126:18, 126:22, 128:15, 128:22,

129:10, 129:20, 129:25, 130:14, 130:18, 132:2, 134:18, 136:6, 148:23, 149:21, 150:12, 150:17, 153:23, 153:25, 154:8, 155:2, 155:8, 161:15, 162:2, 163:2, 167:22
dysphoric [12] - Vol. 1 - 24:9, 26:2, 55:5, 64:10, 71:1, 73:8, 105:17, 118:1, 128:8, 129:2, 136:20, 154:10

E

ear [3] - Vol. 1 - 140:10, 140:17, 144:9
earlier [9] - Vol. 1 - 10:2, 60:14, 60:17, 64:5, 67:25, 77:15, 117:19, 138:7, 141:2
earned [2] - Vol. 1 - 138:19, 138:19
earnest Vol. 1 - 161:6
ears [3] - Vol. 1 - 88:1, 88:5, 138:10
ease Vol. 1 - 40:12
easier [6] - Vol. 1 - 33:21, 34:1, 40:16, 54:7, 77:20, 78:4
easily [2] - Vol. 1 - 68:13, 117:3
easy Vol. 1 - 38:4
edition [5] - Vol. 1 - 56:13, 59:7, 59:12, 59:20, 109:20
editions Vol. 1 - 109:18
Edmonton Vol. 1 - 36:2
educate [2] - Vol. 1 - 30:10, 33:16
educated [2] -

Vol. 1 - 134:3, 159:17
educating Vol. 1 - 37:25
education [5] - Vol. 1 - 27:22, 48:22, 98:15, 153:2, 156:4
educational [7] - Vol. 1 - 9:7, 37:4, 38:2, 44:3, 54:14, 74:6, 94:9
educationally [2] - Vol. 1 - 17:14, 86:24
effect [2] - Vol. 1 - 48:2, 130:20
Effective Vol. 1 - 48:1
effeminate [4] - Vol. 1 - 149:3, 149:3, 149:5, 149:15
efforts Vol. 1 - 150:25
eight Vol. 1 - 163:7
either [9] - Vol. 1 - 23:4, 34:22, 36:16, 36:18, 36:25, 68:3, 108:13, 137:12, 168:7
elaborating Vol. 1 - 65:5
elected [2] - Vol. 1 - 100:7, 100:8
elective Vol. 1 - 112:5
electrolysis [2] - Vol. 1 - 34:22, 78:3
elements [4] - Vol. 1 - 13:9, 49:20, 50:8, 85:11
eliminate Vol. 1 - 66:9
elsewhere [3] - Vol. 1 - 20:24, 138:5, 153:15
emergencies Vol. 1 - 157:20
emergency [4] - Vol. 1 - 72:5, 157:13, 157:19, 157:22
emerging [4] - Vol. 1 - 35:11, 35:14, 134:17, 134:18

emotional [3] - Vol. 1 - 66:19, 90:7, 142:24
emotionally [2] - Vol. 1 - 66:23, 149:11
empathic Vol. 1 - 158:16
emphasize Vol. 1 - 71:19
employee Vol. 1 - 174:14
enables Vol. 1 - 52:1
encountered Vol. 1 - 156:13
endless Vol. 1 - 143:6
endlessly [3] - Vol. 1 - 145:7, 158:25, 165:21
endocrine [2] - Vol. 1 - 107:1, 109:22
endocrinologist [3] - Vol. 1 - 15:16, 106:18, 112:11
endocrinologists [2] - Vol. 1 - 16:2, 19:23
endorse Vol. 1 - 151:24
endorsements Vol. 1 - 152:15
endowed Vol. 1 - 91:20
enforce Vol. 1 - 88:24
engaging Vol. 1 - 16:17
enhance [3] - Vol. 1 - 64:17, 65:2, 66:11
enhanced Vol. 1 - 133:10
enormous [5] - Vol. 1 - 54:17, 54:20, 56:1, 150:25, 153:24
enraged Vol. 1 - 90:11
ensure [3] - Vol. 1 - 52:21, 88:21, 133:20
enters Vol. 1 - 105:15
entire [3] - Vol. 1 - 37:25, 164:21
entirely [2] - Vol. 1 - 55:11, 71:18
entitled [3] -



Vol. 1 – 8:14, 91:5, 91:24

environment Vol. 1 - 138:21

environments Vol. 1 - 86:14

EPub Vol. 1 - 35:16

equal Vol. 1 - 160:6

equate [2] - Vol. 1 - 70:2, 71:4

equip Vol. 1 - 70:2

eradicate Vol. 1 - 127:12

especially [3] - Vol. 1 - 55:6, 82:24, 84:5

Esquire [4] - Vol. 1 - 2:5, 2:16, 175:4, 175:21

essential [2] - Vol. 1 - 49:20, 50:8

established [2] - Vol. 1 - 142:7, 160:23

establishment Vol. 1 - 16:25

estimate Vol. 1 - 12:5

estimated Vol. 1 - 19:16

estrogen Vol. 1 - 131:14

et [6] - Vol. 1 - 57:10, 57:11, 57:11, 63:18, 84:11, 84:11

ethical [11] - Vol. 1 - 29:22, 30:16, 35:11, 35:13, 59:19, 59:23, 106:11, 106:25, 111:19, 112:20, 169:5

ethically Vol. 1 - 106:23

ethics Vol. 1 - 106:24

Europe [3] - Vol. 1 - 53:15, 59:24, 111:3

European Vol. 1 - 76:3

evaluated Vol. 1 - 82:18

evaluation [13] - Vol. 1 - 10:9,

15:2, 15:9, 15:15, 15:17, 15:23, 24:12, 24:13, 37:19, 80:2, 80:4, 136:7, 157:10

evaluations Vol. 1 - 39:17

evaluators Vol. 1 - 83:18

events Vol. 1 - 17:25

eventually [2] - Vol. 1 - 28:16, 40:12

Everglades Vol. 1 - 1:11

everybody [4] - Vol. 1 - 52:3, 62:12, 77:9, 86:4

everyone [7] - Vol. 1 - 111:3, 126:4, 126:7, 133:17, 142:10, 154:15, 168:22

everything [8] - Vol. 1 - 4:20, 68:16, 83:14, 85:24, 100:23, 101:5, 163:13, 165:3

everywhere [3] - Vol. 1 - 40:17, 114:3, 114:4

evidence [2] - Vol. 1 - 56:21, 76:24

evidence-based [2] - Vol. 1 - 76:23, 77:11

evolution [4] - Vol. 1 - 104:18, 104:18, 123:4, 156:2

evolutionary Vol. 1 - 40:13

evolve Vol. 1 - 123:15

evolved [2] - Vol. 1 - 125:22, 134:5

evolves Vol. 1 - 123:17

evolving Vol. 1 - 51:5

exact Vol. 1 - 35:13

exactly [4] - Vol. 1 - 23:9, 37:12, 59:11, 143:17

exaggerate

Vol. 1 - 128:23

exaggerated [2] - Vol. 1 - 133:17, 166:13

exaggerating Vol. 1 - 164:11

example [8] - Vol. 1 - 17:21, 18:5, 42:2, 57:1, 70:13, 97:18, 113:3, 150:11

examples [2] - Vol. 1 - 103:5, 112:23

exceed Vol. 1 - 91:20

except [3] - Vol. 1 - 55:18, 131:12, 168:22

exception [2] - Vol. 1 - 20:17, 142:14

excess [2] - Vol. 1 - 58:6, 58:7

excuse Vol. 1 - 9:14, 109:11

exhibit [7] - Vol. 1 - 8:7, 8:9, 8:13, 46:16, 46:18, 47:17, 119:5

exist [2] - Vol. 1 - 58:23, 129:10

existence Vol. 1 - 97:22

existential [4] - Vol. 1 - 130:1, 130:5, 131:3, 139:4

expect Vol. 1 - 78:19

expectations Vol. 1 - 44:9

expected Vol. 1 - 39:2

expensive [2] - Vol. 1 - 73:13, 73:14

experience [47] - Vol. 1 - 14:19, 16:12, 16:18, 16:23, 17:13, 18:2, 18:8, 18:13, 18:16, 20:2, 29:12, 38:2, 51:19, 54:18, 54:23, 55:11, 60:8, 61:20, 61:22, 62:11, 62:12, 63:8, 63:12,

63:21, 64:3, 64:6, 65:8, 67:15, 68:24, 70:23, 75:14, 77:1, 77:3, 77:4, 78:12, 78:13, 91:10, 127:10, 129:1, 130:8, 135:18, 136:14, 147:2, 148:4, 150:6, 157:14, 158:7

experienced [4] - Vol. 1 - 54:14, 91:9, 158:10, 158:18

experiences [5] - Vol. 1 - 124:14, 126:6, 152:25, 153:1, 157:18

experiment [5] - Vol. 1 - 30:2, 30:7, 30:8, 106:14, 111:5

expert [23] - Vol. 1 - 3:16, 6:2, 7:2, 8:15, 35:23, 36:5, 36:11, 37:2, 38:5, 41:9, 54:22, 76:21, 76:22, 140:2, 140:3, 142:6, 148:9, 148:21, 150:9, 152:1, 162:17, 163:5, 163:6

expertise [3] - Vol. 1 - 151:1, 151:22, 151:25

experts [13] - Vol. 1 - 28:12, 28:12, 29:2, 48:16, 83:3, 99:17, 101:12, 150:8, 150:19, 150:20, 152:24, 156:8, 156:11

Expires [2] - Vol. 1 - 172:25, 174:22

explain [4] - Vol. 1 - 31:14, 64:7, 85:10, 139:21

explained [3] - Vol. 1 - 101:2, 104:2, 143:13, 169:19

explore Vol. 1 - 15:13

exploring Vol. 1 - 50:2

express [2] - Vol. 1 - 72:9, 104:24

expressed [2] - Vol. 1 - 56:4, 91:7

expression Vol. 1 - 149:14

expressive Vol. 1 - 149:11

extended Vol. 1 - 136:7

extensive [2] - Vol. 1 - 15:1, 15:23

extent Vol. 1 - 136:10

external Vol. 1 - 93:16

extremely Vol. 1 - 76:7

eyeball [2] - Vol. 1 - 80:5, 80:5

F

face Vol. 1 - 65:3, 106:15, 108:21

facial Vol. 1 - 34:23

facilitate Vol. 1 - 24:22

facilities [4] - Vol. 1 - 51:3, 79:8, 135:1, 136:20

facility [3] - Vol. 1 - 22:18, 92:15, 92:16

facts [3] - Vol. 1 - 144:16, 144:19, 169:13

fail Vol. 1 - 63:6

fair [5] - Vol. 1 - 45:18, 71:15, 107:9, 110:12, 159:13

fall Vol. 1 - 127:23

falsely Vol. 1 - 145:23

familiar [3] - Vol. 1 - 74:23, 156:7, 156:9

families [2] - Vol. 1 - 146:11, 154:4

family [4] - Vol. 1 - 17:15, 60:21, 118:17, 118:19

fantasied Vol. 1 - 66:3

fantasy [10] - Vol. 1 - 17:3, 17:5, 17:7, 18:9, 64:21, 65:10, 65:25, 85:17, 85:20, 169:16

fat Vol. 1 - 101:10

fatal Vol. 1 - 117:7

FDOC Vol. 1 - 6:2

fearful Vol. 1 - 153:12

features [2] - Vol. 1 - 23:15, 57:18

federal [2] - Vol. 1 - 4:3, 30:1

feedback [2] - Vol. 1 - 9:15, 96:16

feel [27] - Vol. 1 - 18:7, 30:16, 30:17, 49:1, 67:21, 68:19, 71:11, 71:21, 71:25, 101:3, 101:22, 102:5, 102:6, 106:20, 106:23, 108:18, 110:22, 124:22, 124:23, 125:1, 125:14, 125:16, 131:11, 143:19, 149:12, 153:11, 158:19

feeling [4] - Vol. 1 - 79:20, 90:9, 130:13, 168:6

feelings [4] - Vol. 1 - 82:20, 128:8, 128:15, 142:16

feels [4] - Vol. 1 - 81:22, 91:24, 124:23, 133:14

fellow Vol. 1 - 161:10

felt [3] - Vol. 1 - 37:15, 82:21, 163:25

female [71] - Vol. 1 - 17:10, 17:11, 17:11, 32:5, 33:20, 34:5, 34:13, 34:14, 34:15, 34:17, 40:5, 40:7, 50:17,



50:21, 51:1, 51:13, 51:23, 52:6, 57:8, 62:4, 62:7, 62:8, 62:22, 65:24, 68:8, 69:15, 69:16, 69:19, 70:7, 72:15, 77:23, 79:8, 79:17, 79:24, 81:10, 85:14, 91:2, 93:3, 94:23, 95:3, 95:4, 96:4, 96:20, 98:8, 99:9, 99:11, 103:18, 104:7, 104:23, 107:10, 108:6, 111:20, 111:22, 118:2, 128:1, 128:3, 128:14, 129:22, 135:2, 135:7, 136:18, 136:18, 136:24, 148:14, 148:25, 149:10, 164:7, 168:6, 170:5, 170:14, 171:2

**female-to-male** Vol. 1 - 50:23

**femaleness** Vol. 1 - 64:17

**females [2]** - Vol. 1 - 50:20, 143:10

**feminine [26]** - Vol. 1 - 18:22, 19:5, 24:10, 52:4, 57:7, 57:12, 65:3, 65:3, 88:24, 93:15, 101:22, 104:24, 116:2, 129:13, 129:14, 133:5, 133:6, 133:17, 135:4, 138:25, 144:3, 148:24, 149:6, 149:13, 149:16, 149:16

**femininity [3]** - Vol. 1 - 13:9, 19:10, 133:10

**feminization** Vol. 1 - 170:24

**feminize [2]** - Vol. 1 - 57:6, 110:3

**feminized** Vol. 1 - 147:8

**feminizing** Vol. 1 - 52:9

**Fenway [3]** - Vol. 1 - 37:9, 48:12, 100:17

**fertility** Vol. 1 - 168:22

**fever** Vol. 1 - 114:17

**field [19]** - Vol. 1 - 43:22, 56:25, 58:6, 66:13, 76:7, 76:19, 76:25, 77:9, 77:11, 83:3, 83:4, 84:4, 97:10, 123:4, 130:22, 131:22, 149:23, 157:12, 161:21

**Fifty-three** Vol. 1 - 66:21

**fight [11]** - Vol. 1 - 89:8, 89:9, 90:11, 125:10, 139:13, 139:25, 143:6, 152:19, 152:19, 154:12, 154:13

**fighting [3]** - Vol. 1 - 81:9, 125:9, 144:13

**figure [5]** - Vol. 1 - 54:6, 56:17, 136:8, 139:11, 144:1

**figures** Vol. 1 - 149:7

**file [4]** - Vol. 1 - 10:15, 10:17, 10:17, 10:19

**filed** Vol. 1 - 76:16

**fill** Vol. 1 - 117:20

**filled [2]** - Vol. 1 - 114:19, 114:20

**final [2]** - Vol. 1 - 17:21, 134:1

**finally [3]** - Vol. 1 - 130:11, 168:2, 168:2

**financially** Vol. 1 - 174:15

**finding [2]** - Vol. 1 - 168:8, 168:21

**finds** Vol. 1 - 159:19

**fine [4]** - Vol. 1 - 5:6, 5:11, 154:16, 161:10

**Finger** Vol. 1 - 152:7

**finish [3]** - Vol. 1 -

5:9, 5:9, 88:17 **finished [2]** - Vol. 1 - 56:14, 175:11

**firm** Vol. 1 - 174:16

**fit [2]** - Vol. 1 - 95:12, 99:19

**five [7]** - Vol. 1 - 9:20, 14:17, 27:9, 39:14, 78:1, 80:11, 117:9

**flat-top** Vol. 1 - 141:25

**flip [2]** - Vol. 1 - 49:23, 89:11

**Florida [12]** - Vol. 1 - 1:2, 1:10, 6:3, 7:20, 136:17, 138:17, 142:7, 142:12, 142:13, 142:21, 143:13, 148:16

**fluctuating** Vol. 1 - 42:10

**fly** Vol. 1 - 38:6

**focus [5]** - Vol. 1 - 58:13, 58:20, 60:8, 130:3, 167:2

**focused** Vol. 1 - 165:7

**focusing [2]** - Vol. 1 - 110:8, 134:25

**folks [4]** - Vol. 1 - 56:3, 139:11, 143:19, 144:24

**follow [4]** - Vol. 1 - 27:5, 58:25, 59:11, 102:24

**follow-up [6]** - Vol. 1 - 20:20, 21:4, 21:11, 40:2, 58:5, 76:21

**followed** Vol. 1 - 31:23

**follows [2]** - Vol. 1 - 4:5, 54:10

**force** Vol. 1 - 42:20

**forced [2]** - Vol. 1 - 29:8, 140:16

**forces [3]** - Vol. 1 - 30:14, 154:13, 160:17

**foregoing [4]** - Vol. 1 - 172:1,

172:21, 174:10, 174:12

**forehead [2]** - Vol. 1 - 101:10, 102:13

**forge** Vol. 1 - 48:17

**forget [2]** - Vol. 1 - 33:6, 141:15

**forgive** Vol. 1 - 108:5

**forgot** Vol. 1 - 27:18

**formed [2]** - Vol. 1 - 19:3, 85:23

**former** Vol. 1 - 17:15

**formidable** Vol. 1 - 42:20

**forms [17]** - Vol. 1 - 41:6, 41:8, 41:12, 41:22, 42:15, 100:5, 117:20, 121:2, 121:4, 122:3, 123:12, 124:5, 124:12, 125:8, 125:25, 127:17

**formulate** Vol. 1 - 43:17

**forth [11]** - Vol. 1 - 9:7, 43:17, 49:5, 78:17, 79:14, 79:24, 82:21, 94:11, 133:21, 146:11, 149:7

**fortunately** Vol. 1 - 149:25

**forward** Vol. 1 - 20:7

**forwarded** Vol. 1 - 52:20

**Framingham [2]** - Vol. 1 - 32:4, 32:7

**free [7]** - Vol. 1 - 29:16, 30:4, 40:1, 55:9, 69:16, 131:17, 141:6

**freedom [3]** - Vol. 1 - 69:16, 71:22, 133:6

**front [4]** - Vol. 1 - 8:14, 9:19, 27:6, 137:21

**frustrated [2]** - Vol. 1 - 127:11, 128:4

**fulfill** Vol. 1 - 81:24

**fulfilled** Vol. 1 - 67:2

**full [5]** - Vol. 1 - 5:20, 68:3, 116:8, 131:24, 136:12

**Fuller [24]** - Vol. 1 - 40:22, 40:24, 41:5, 41:5, 42:8, 42:18, 43:2, 95:7, 95:9, 117:18, 118:17, 119:2, 119:12, 119:21, 121:11, 121:9, 122:7, 122:11, 122:16, 125:4, 125:19, 125:24, 126:10, 167:17

**Fuller's [6]** - Vol. 1 - 95:7, 123:23, 124:4, 124:6, 124:13, 125:12

**fully** Vol. 1 - 81:25

**function [8]** - Vol. 1 - 96:14, 98:6, 98:6, 98:9, 98:25, 99:13, 105:6, 129:4

**functional** Vol. 1 - 122:1

**functioning [4]** - Vol. 1 - 74:7, 98:10, 131:18, 131:19

**functions** Vol. 1 - 106:8

**fundamental [2]** - Vol. 1 - 24:17, 97:3

**future [6]** - Vol. 1 - 81:24, 84:17, 91:15, 91:16, 92:19, 165:22

**future's** Vol. 1 - 92:18

---

**G**

---

**Galileo's** Vol. 1 - 152:7

**gang [2]** - Vol. 1 - 93:23, 133:7

**garments [2]** - Vol. 1 - 34:11, 72:15

**gathering** Vol. 1 -

110:22

**gave [5]** - Vol. 1 - 27:18, 37:23, 48:21, 81:23, 103:5

**gay** Vol. 1 - 152:17

**gears** Vol. 1 - 80:1

**gender [193]** - Vol. 1 - 11:9, 12:19, 12:19, 13:24, 14:9, 14:25, 16:15, 17:22, 18:3, 18:17, 18:25, 19:16, 20:15, 20:15, 20:21, 21:20, 21:23, 22:6, 23:3, 23:11, 23:11, 23:13, 23:17, 23:19, 23:23, 24:6, 24:7, 24:9, 24:13, 24:18, 24:19, 24:25, 24:25, 26:2, 26:13, 31:11, 31:17, 32:16, 33:18, 35:5, 35:14, 36:1, 36:20, 36:24, 38:3, 40:3, 40:10, 41:15, 42:10, 43:5, 44:2, 47:14, 47:20, 47:21, 48:9, 50:3, 51:14, 51:21, 52:4, 52:9, 52:10, 53:17, 54:2, 54:4, 54:9, 54:23, 55:5, 55:5, 56:24, 56:25, 57:1, 57:17, 57:22, 58:2, 61:24, 61:25, 64:7, 64:10, 65:7, 65:9, 65:10, 65:14, 67:7, 67:19, 67:20, 68:6, 68:9, 69:4, 69:6, 69:9, 69:11, 70:5, 70:14, 70:21, 71:1, 71:8, 71:15, 71:17, 73:3, 73:8, 73:21, 73:24, 74:8, 74:21, 75:8, 75:12, 75:16, 75:19,



75:22, 77:13, 78:25, 80:16, 80:18, 80:23, 81:1, 81:6, 81:13, 81:13, 81:16, 93:1, 94:1, 96:5, 96:19, 97:3, 97:6, 97:8, 98:7, 99:11, 99:16, 99:23, 99:25, 100:16, 100:19, 100:19, 103:2, 104:22, 105:17, 107:11, 107:15, 108:8, 108:15, 109:6, 109:17, 114:7, 114:12, 115:9, 115:12, 117:21, 117:25, 118:1, 118:14, 120:16, 122:16, 122:21, 125:18, 126:18, 126:22, 128:8, 128:21, 129:2, 129:3, 129:19, 129:24, 130:14, 130:18, 131:7, 132:2, 134:18, 136:6, 136:20, 148:23, 149:21, 150:12, 150:12, 150:17, 150:21, 153:23, 153:25, 154:8, 154:10, 155:2, 155:8, 156:24, 158:24, 159:2, 160:2, 161:15, 162:2, 163:2, 163:2, 164:25, 165:3, 167:22

**general [4]** - Vol. 1 - 74:8, 99:6, 150:5, 152:18

**generally [8]** - Vol. 1 - 20:15, 66:23, 77:19, 78:7, 79:23, 82:3, 133:18, 150:15

**generated** Vol. 1 - 53:12

**genital [3]** - Vol. 1 - 64:18, 64:19, 80:19

**genitalia** Vol. 1 - 57:8

**genitals [4]** - Vol. 1 - 114:15, 114:16, 131:12, 169:1

**genuine** Vol. 1 - 84:14

**genuinely** Vol. 1 - 138:13

**gesture [4]** - Vol. 1 - 92:5, 167:3, 167:4, 167:5

**gestures [2]** - Vol. 1 - 166:17, 166:24

**gesturing [2]** - Vol. 1 - 167:8, 167:9

**gets [3]** - Vol. 1 - 100:14, 118:8, 118:8

**GID [9]** - Vol. 1 - 49:20, 50:7, 50:16, 52:3, 52:5, 52:6, 52:13, 52:20, 53:1

**GID-diagnosed** Vol. 1 - 50:2

**GID-related** Vol. 1 - 49:25

**giddy** Vol. 1 - 64:9

**girl [6]** - Vol. 1 - 82:21, 83:21, 83:25, 85:18, 85:18, 85:22

**girls** Vol. 1 - 86:5

**gist** Vol. 1 - 7:17

**given [25]** - Vol. 1 - 13:5, 13:14, 14:10, 19:19, 31:24, 31:24, 69:18, 94:6, 100:12, 104:9, 104:21, 111:2, 111:15, 118:3, 123:9, 125:6, 133:12, 135:20, 139:4, 139:4, 139:5, 165:19, 170:25, 174:9, 174:11

**gives [2]** - Vol. 1 - 18:20, 154:10

**giving [10]** - Vol. 1 - 5:20, 29:18, 30:6, 42:14, 45:16, 111:20, 143:9, 162:5, 163:3, 165:8

**glad** Vol. 1 - 116:9

**glands** Vol. 1 - 111:15

**glimpsed [2]** - Vol. 1 - 148:12, 148:13

**goal** Vol. 1 - 49:25

**God [2]** - Vol. 1 - 111:12, 151:8

**goes [8]** - Vol. 1 - 44:7, 45:23, 50:22, 52:25, 72:15, 96:25, 114:10, 118:18

**gone [4]** - Vol. 1 - 26:10, 27:13, 44:3, 97:10

**Gorton [4]** - Vol. 1 - 7:4, 7:6, 156:8, 156:18

**Gorton's** Vol. 1 - 10:5

**gotten** Vol. 1 - 153:13

**government [2]** - Vol. 1 - 53:20, 108:2

**government's** Vol. 1 - 30:1

**grab** Vol. 1 - 14:21

**grant** Vol. 1 - 129:1

**grasp** Vol. 1 - 63:21

**gratuitousness** Vol. 1 - 139:16

**greater [2]** - Vol. 1 - 112:8, 168:19

**greatly** Vol. 1 - 168:25

**grieves** Vol. 1 - 131:21

**grips [2]** - Vol. 1 - 59:23, 63:1

**groom** Vol. 1 - 68:1

**grooming [20]** - Vol. 1 - 67:16, 71:10, 96:20, 98:8, 99:9, 99:12, 103:18, 104:8, 104:23, 107:11, 107:21, 108:6, 127:18, 128:15, 136:18, 136:25, 148:25, 164:7, 170:5, 170:15

**Groten** Vol. 1 - 7:3

**ground** Vol. 1 - 4:17

**groundedness**

Vol. 1 - 169:16

**group [4]** - Vol. 1 - 31:19, 33:13, 57:20, 94:3

**groups [3]** - Vol. 1 - 160:21, 161:14, 168:19

**grow [8]** - Vol. 1 - 116:1, 135:11, 135:13, 138:9, 144:10, 146:24, 147:1, 155:20

**growing** Vol. 1 - 136:19

**grown** Vol. 1 - 82:25

**growth** Vol. 1 - 171:4

**guards** Vol. 1 - 25:24

**guess [18]** - Vol. 1 - 5:12, 12:11, 21:9, 32:17, 41:7, 45:23, 65:4, 65:12, 80:11, 90:24, 97:24, 112:16, 119:15, 139:23, 143:3, 155:4, 158:8, 167:12

**guessing [3]** - Vol. 1 - 10:25, 12:15, 14:6

**guidance [2]** - Vol. 1 - 45:16, 58:25

**gun [3]** - Vol. 1 - 165:5, 165:5, 165:6

**guns** Vol. 1 - 95:17

---

## H

**hair [52]** - Vol. 1 - 6:8, 34:22, 34:23, 78:3, 88:1, 88:4, 88:10, 88:11, 89:5, 90:1, 91:2, 101:21, 101:24, 102:1, 115:24, 116:2, 116:2, 116:5, 116:12, 116:18, 135:12, 135:13, 136:19, 138:3, 138:5, 138:6, 139:7, 139:8, 140:10, 140:16, 140:24, 140:25, 141:19, 141:22, 141:25,

141:25, 142:2, 142:4, 142:15, 142:19, 144:5, 144:7, 144:8, 144:10, 144:10, 146:24, 147:1, 147:5, 147:8, 164:17, 166:3, 171:3

**haircut [7]** - Vol. 1 - 87:23, 138:1, 143:20, 143:20, 143:25, 144:2, 144:13

**haircuts [3]** - Vol. 1 - 106:2, 106:3, 138:22

**hairs [2]** - Vol. 1 - 127:1, 127:2

**half [8]** - Vol. 1 - 4:15, 78:23, 80:8, 80:10, 123:3, 150:3, 167:1

**Halloween** Vol. 1 - 110:1

**handiwork** Vol. 1 - 9:12

**handle** Vol. 1 - 45:22

**handled** Vol. 1 - 165:24

**hands** Vol. 1 - 151:11

**happen [8]** - Vol. 1 - 64:11, 94:21, 113:1, 168:10, 169:7, 169:10, 169:20, 169:22

**happened [8]** - Vol. 1 - 25:21, 32:7, 119:19, 140:21, 152:8, 152:9, 152:13, 163:8

**happens [6]** - Vol. 1 - 51:21, 62:19, 65:5, 92:17, 150:17, 162:1

**happier [8]** - Vol. 1 - 65:24, 66:4, 72:19, 72:20, 81:23, 96:24, 97:1, 101:19

**happiest** Vol. 1 - 66:24

**happily** Vol. 1 - 56:23

**happiness [11]** - Vol. 1 - 64:9,

64:23, 65:4, 65:5, 67:9, 73:20, 111:25, 112:8, 112:8, 129:9, 131:25

**happy [18]** - Vol. 1 - 45:10, 49:12, 64:13, 64:15, 64:16, 64:20, 64:20, 66:7, 66:15, 67:2, 72:24, 72:25, 82:9, 89:21, 93:11, 127:13, 139:14, 160:2

**harassed** Vol. 1 - 96:1

**harassment [3]** - Vol. 1 - 93:23, 133:8, 170:23

**hardship** Vol. 1 - 85:19

**harm [10]** - Vol. 1 - 74:3, 74:8, 74:9, 82:13, 84:17, 101:4, 106:13, 112:15, 112:15, 123:13

**harm's [4]** - Vol. 1 - 94:7, 94:8, 94:17, 95:5

**harmed** Vol. 1 - 118:11

**harmful** Vol. 1 - 110:19

**Harry [2]** - Vol. 1 - 54:1, 54:3

**hat** Vol. 1 - 44:7

**hate [2]** - Vol. 1 - 99:2, 99:4

**hats** Vol. 1 - 116:18

**haven't [5]** - Vol. 1 - 8:4, 111:25, 132:4, 153:13, 155:19

**having [34]** - Vol. 1 - 7:25, 15:19, 17:10, 26:11, 38:16, 57:3, 58:1, 62:8, 64:17, 65:25, 66:16, 71:8, 80:21, 93:15, 99:11, 101:7, 101:8, 101:10, 101:21, 102:13, 108:3, 109:22, 116:24, 125:2, 126:11, 130:10,



139:8, 139:22, 140:9, 140:16, 148:7, 148:12, 158:18, 164:14

**HBIGDA [2]** - Vol. 1 - 54:5, 54:6

**he'll** Vol. 1 - 166:3

**he's [25]** - Vol. 1 - 6:15, 19:11, 94:15, 94:16, 94:16, 94:17, 101:3, 114:22, 142:20, 148:8, 148:9, 157:4, 157:7, 157:19, 157:20, 159:25, 160:3, 160:15, 161:10, 164:20, 164:22, 165:14, 169:20, 169:21

**heading [2]** - Vol. 1 - 84:20, 96:9

**heads** Vol. 1 - 44:6

**health [32]** - Vol. 1 - 22:19, 38:1, 44:9, 50:1, 50:4, 50:10, 53:10, 55:10, 70:5, 72:16, 72:18, 72:21, 73:1, 74:24, 86:6, 86:7, 92:10, 92:15, 101:12, 105:10, 124:13, 132:25, 134:8, 136:8, 136:13, 137:12, 143:22, 152:21, 152:23, 156:5, 157:4, 163:23

**healthy [3]** - Vol. 1 - 18:1, 106:21, 106:22

**hear [2]** - Vol. 1 - 30:9, 135:8

**heard [4]** - Vol. 1 - 121:6, 156:12, 159:9, 170:12

**heart [2]** - Vol. 1 - 105:23, 116:9

**heaviness [2]** - Vol. 1 - 125:15, 125:16

**heavy [3]** - Vol. 1 - 124:24, 125:2, 125:3

**Heights** Vol. 1 -

1:23

**Heino** Vol. 1 - 23:8

**held** Vol. 1 - 47:7

**helped** Vol. 1 - 122:11

**helpful [25]** - Vol. 1 - 46:10, 75:15, 75:17, 75:18, 75:20, 88:12, 104:7, 104:13, 107:9, 107:10, 107:15, 107:19, 108:11, 108:12, 108:13, 116:1, 122:14, 125:24, 126:2, 126:21, 127:9, 127:19, 127:20, 138:8, 159:24

**helping [3]** - Vol. 1 - 46:10, 57:17, 75:18

**helpless** Vol. 1 - 90:9

**helplessness** Vol. 1 - 139:4

**helps [3]** - Vol. 1 - 126:23, 126:24, 131:18

**here's** Vol. 1 - 125:1

**hereby** Vol. 1 - 174:7

**hereinafter** Vol. 1 - 4:5

**hereunto** Vol. 1 - 174:18

**herself [7]** - Vol. 1 - 26:15, 26:15, 70:21, 82:8, 118:2, 125:12, 138:24

**hesitant** Vol. 1 - 68:11

**hesitate** Vol. 1 - 175:17

**heterosexual** Vol. 1 - 24:10

**Hey** Vol. 1 - 113:18

**hide** Vol. 1 - 43:1

**hierarchy [2]** - Vol. 1 - 76:24, 77:11

**Higgins** Vol. 1 - 119:2

**higher [3]** - Vol. 1 - 100:23, 161:14, 161:14

**highly** Vol. 1 -

128:25

**himself [7]** - Vol. 1 - 6:15, 94:17, 94:19, 95:17, 95:18, 118:18, 118:20

**hire [2]** - Vol. 1 - 37:18, 37:18

**hiring** Vol. 1 - 139:12

**his/her** Vol. 1 - 50:3

**historically [3]** - Vol. 1 - 16:4, 16:11, 71:4

**histories [7]** - Vol. 1 - 82:24, 83:2, 83:9, 83:10, 84:5, 84:6, 111:11

**history [12]** - Vol. 1 - 82:17, 82:20, 84:2, 85:11, 104:1, 108:1, 118:4, 138:15, 138:17, 164:24, 164:24, 164:25

**histrionic [3]** - Vol. 1 - 164:22, 166:4, 166:13

**HIV** Vol. 1 - 2:18

**Hobart** Vol. 1 - 36:2

**hold** Vol. 1 - 134:20

**holds** Vol. 1 - 74:5

**hole** Vol. 1 - 95:24

**homosexual** Vol. 1 - 24:11

**homosexuality** Vol. 1 - 149:3

**homosexuals [2]** - Vol. 1 - 149:3, 149:15

**hope [3]** - Vol. 1 - 30:9, 81:24, 92:23

**hopeless** Vol. 1 - 90:9

**hormonal** Vol. 1 - 38:21

**hormone [20]** - Vol. 1 - 15:16, 19:23, 38:14, 45:20, 60:6, 61:16, 64:25, 69:3, 75:8, 103:5, 104:21, 107:16, 109:15, 110:9, 110:16,

111:4, 114:1, 147:11, 168:4, 168:10

**hormones [85]** - Vol. 1 - 15:18, 15:19, 16:1, 31:24, 32:24, 33:2, 33:3, 33:12, 34:5, 34:11, 43:24, 43:25, 44:15, 44:16, 46:3, 59:12, 59:14, 60:1, 60:13, 60:23, 60:25, 61:2, 64:16, 67:22, 80:20, 81:11, 81:17, 81:20, 81:21, 81:22, 81:23, 82:3, 82:7, 82:9, 82:9, 82:11, 84:11, 92:4, 97:11, 100:21, 101:16, 101:18, 105:3, 105:4, 105:18, 106:1, 106:7, 107:3, 107:4, 110:3, 111:2, 111:4, 111:9, 111:10, 111:13, 111:14, 111:20, 111:24, 112:3, 112:10, 112:12, 114:5, 114:6, 114:13, 125:4, 125:5, 130:22, 131:2, 131:8, 132:8, 132:10, 136:2, 136:6, 149:1, 149:5, 149:7, 149:8, 149:8, 149:10, 149:13, 150:20, 162:5, 163:3, 169:4, 169:5

**horrible** Vol. 1 - 159:20

**horse** Vol. 1 - 82:7

**hospital** Vol. 1 - 160:4

**Hospitals** Vol. 1 - 22:5

**hostile** Vol. 1 - 46:12

**hostility [2]** - Vol. 1 - 45:23, 46:1

**hour [3]** - Vol. 1 - 48:18, 132:8, 150:3

**hours [11]** - Vol. 1 - 10:25, 11:21, 15:3, 30:18, 48:19, 80:8, 80:10, 80:10, 80:11, 165:19, 167:1

**housed [3]** - Vol. 1 - 50:16, 50:19, 148:16

**housing** Vol. 1 - 50:15

**however [5]** - Vol. 1 - 20:19, 42:15, 98:25, 133:6, 158:16

**huh-uh** Vol. 1 - 4:22

**human [25]** - Vol. 1 - 11:7, 21:21, 23:15, 23:21, 24:8, 24:9, 24:9, 27:14, 28:15, 41:18, 55:5, 62:20, 87:3, 104:17, 104:17, 104:19, 151:8, 152:21, 152:22, 152:23, 154:15, 154:17, 164:16, 165:14, 170:2

**humanness [2]** - Vol. 1 - 45:3, 45:3

**hundred** Vol. 1 - 102:15

**hundreds [2]** - Vol. 1 - 13:16, 129:1

**Hunt** Vol. 1 - 46:23

**hysterical** Vol. 1 - 166:12

──────── I ────────

**ice** Vol. 1 - 68:18

**Idaho [6]** - Vol. 1 - 22:3, 22:16, 22:22, 25:8, 25:9, 79:14

**idea [18]** - Vol. 1 - 7:25, 15:25, 18:20, 19:9, 38:16, 38:20, 67:1, 71:3, 83:24, 85:17, 97:10, 101:25, 104:10, 122:20, 125:13, 150:25, 155:17, 156:3

**ideal [3]** - Vol. 1 - 44:4, 57:22, 157:10

**ideas** Vol. 1 - 19:2

**ideation** Vol. 1 - 165:23

**identification [4]** - Vol. 1 - 8:10, 46:19, 47:19, 119:6

**identified [6]** - Vol. 1 - 31:21, 32:2, 32:5, 66:20, 160:9, 170:16

**identify [2]** - Vol. 1 - 13:24, 23:22

**identity [67]** - Vol. 1 - 11:9, 11:12, 12:19, 20:15, 20:21, 21:20, 23:13, 23:14, 23:17, 23:17, 23:19, 23:22, 23:23, 24:5, 24:6, 24:7, 24:8, 24:13, 24:15, 24:19, 24:25, 26:14, 26:14, 31:18, 32:16, 33:18, 38:3, 40:10, 43:5, 47:14, 47:20, 47:22, 48:10, 50:3, 54:9, 55:5, 56:25, 58:2, 61:24, 61:25, 70:6, 70:15, 80:18, 80:23, 81:10, 81:13, 85:6, 85:9, 85:24, 86:16, 86:21, 86:24, 87:10, 87:11, 87:13, 88:25, 100:19, 104:18, 104:24, 114:12, 114:12, 120:16, 129:3, 131:7, 150:12, 163:2, 165:3

**idiosyncratic [2]** - Vol. 1 - 60:4, 126:10

**idiot** Vol. 1 - 151:18

**ignored** Vol. 1 - 58:2

**ignores [2]** - Vol. 1 - 23:23,



24:14
II  Vol. 1 - 10:14
illness [4] -
Vol. 1 - 28:24,
131:5, 134:18,
134:19
imagine [5] -
Vol. 1 - 48:11,
132:5, 154:24,
164:15, 164:16
immediate [2] -
Vol. 1 - 37:13,
39:7
immediately
Vol. 1 - 45:15
impaired  Vol. 1 -
66:25
implants [2] -
Vol. 1 - 57:10,
101:9
importance [3] -
Vol. 1 - 109:23,
128:23, 150:20
importantly
Vol. 1 - 55:14
improper  Vol. 1 -
145:24
improve [11] -
Vol. 1 - 26:15,
27:12, 72:16,
96:13, 98:8,
98:25, 99:12,
121:25, 122:1,
124:12, 154:15
improving [4] -
Vol. 1 - 26:15,
98:5, 123:23,
124:3
inability [2] -
Vol. 1 - 86:9,
169:12
inapparently
Vol. 1 - 147:25
inappropriate
Vol. 1 - 38:22
inauthentic
Vol. 1 - 168:6
inch [8] - Vol. 1 -
10:22, 141:25,
142:4, 143:25,
144:4, 144:6,
144:7, 144:24
inchoate  Vol. 1 -
30:16
include [7] -
Vol. 1 - 61:16,
61:23, 62:2,
62:7, 67:16,
67:16, 168:6
included  Vol. 1 -
61:13
includes  Vol. 1 -
10:13

including [9] -
Vol. 1 - 24:8,
27:10, 51:12,
77:9, 123:5,
136:19, 136:20,
158:17, 165:4
incompetent
Vol. 1 - 158:9
incongruence
[2] - Vol. 1 -
80:18, 98:22
inconstant [4] -
Vol. 1 - 118:1,
118:16, 118:23,
123:10
incorporated
Vol. 1 - 85:11
increase  Vol. 1 -
77:23
increased [2] -
Vol. 1 - 14:12,
14:18
increasing [3] -
Vol. 1 - 32:11,
32:11, 170:24
indicate [2] -
Vol. 1 - 148:18,
169:10
indicated [2] -
Vol. 1 - 31:4,
163:6
indicates  Vol. 1 -
67:5
indication  Vol. 1 -
169:15
individual [21] -
Vol. 1 - 15:4,
37:16, 38:6,
38:24, 50:9,
68:19, 69:1,
74:3, 84:4, 91:4,
93:24, 104:10,
107:18, 108:8,
108:15, 118:15,
126:12, 126:16,
126:17, 132:12,
133:8
individualized
[3] - Vol. 1 -
50:1, 50:6,
52:23
individually
Vol. 1 - 125:20
individuals [6] -
Vol. 1 - 38:12,
53:11, 53:19,
60:1, 75:15,
99:10
indoctrination
[3] - Vol. 1 -
54:14, 153:3,
156:2
industry  Vol. 1 -

116:10
influence [6] -
Vol. 1 - 39:23,
54:25, 105:5,
105:22, 105:25,
151:23
influenced [4] -
Vol. 1 - 48:20,
48:21, 77:4,
84:7
information [5] -
Vol. 1 - 27:24,
55:18, 67:4,
145:22, 162:10
informed [5] -
Vol. 1 - 120:25,
140:8, 168:3,
169:3, 169:5
inherent [5] -
Vol. 1 - 56:12,
65:25, 66:2,
122:10, 154:1
initial [2] - Vol. 1 -
15:1, 15:9
initially  Vol. 1 -
82:17
injured  Vol. 1 -
25:24
injury  Vol. 1 -
116:23
inmate [15] -
Vol. 1 - 27:1,
42:11, 46:12,
50:2, 50:8,
50:14, 52:1,
53:1, 71:2,
80:21, 96:19,
99:8, 131:17,
148:7, 169:7
inmate's [3] -
Vol. 1 - 52:22,
80:22, 132:24
inmates [28] -
Vol. 1 - 31:11,
31:18, 33:14,
38:7, 47:20,
49:21, 50:6,
50:13, 50:16,
50:19, 51:14,
51:21, 55:12,
65:14, 77:21,
79:7, 79:17,
94:18, 133:4,
133:15, 133:20,
135:1, 136:19,
136:20, 142:17,
146:11, 148:5,
148:23
inside  Vol. 1 -
30:13
insist  Vol. 1 -
18:5
insisted  Vol. 1 -

139:1
insisting  Vol. 1 -
144:14
insists  Vol. 1 -
169:9
instability  Vol. 1 -
118:3
instance [2] -
Vol. 1 - 89:5,
99:8
instantly  Vol. 1 -
149:15
instead  Vol. 1 -
138:24
institution [6] -
Vol. 1 - 1:12,
50:16, 50:19,
50:21, 53:23,
74:18
institutionalize
Vol. 1 - 53:19
institutions
Vol. 1 - 53:20
instruct  Vol. 1 -
139:7
Instructor [2] -
Vol. 1 - 1:20,
174:6
instrument
Vol. 1 - 172:21
insubordination
Vol. 1 - 136:1
insulin [2] -
Vol. 1 - 111:17,
113:2
insurance [5] -
Vol. 1 - 108:1,
116:10, 116:14,
117:4, 117:16
integrates
Vol. 1 - 18:22
intelligent [4] -
Vol. 1 - 86:12,
86:13, 91:4,
161:17
intense  Vol. 1 -
78:13
intensely  Vol. 1 -
149:12
intent  Vol. 1 -
166:18
intention [3] -
Vol. 1 - 23:24,
23:25, 24:3
intentions  Vol. 1 -
24:12
interact  Vol. 1 -
63:3
interest [5] -
Vol. 1 - 11:7,
11:14, 11:15,
21:20, 23:19
interested [12] -

Vol. 1 - 23:20,
24:17, 53:11,
57:21, 85:15,
151:12, 152:2,
152:3, 152:14,
152:15, 164:24,
174:15
interesting [3] -
Vol. 1 - 19:6,
31:25, 58:4
interests  Vol. 1 -
11:14
interface  Vol. 1 -
29:21
interfere  Vol. 1 -
133:24
interferes  Vol. 1 -
63:22
internal [3] -
Vol. 1 - 43:19,
104:15, 104:22
internally  Vol. 1 -
86:21
international [5] -
Vol. 1 - 53:14,
54:2, 54:4, 58:9,
67:3
Internet [7] -
Vol. 1 - 35:17,
35:21, 83:1,
83:2, 83:5, 83:5,
84:7
interpersonal
[2] - Vol. 1 -
74:6, 155:16
interpersonally
Vol. 1 - 17:14
interpret [2] -
Vol. 1 - 55:17,
60:3
interpretation
[2] - Vol. 1 -
51:5, 162:24
interpreted
Vol. 1 - 122:15
interrupt [2] -
Vol. 1 - 97:19,
109:12
interrupting
Vol. 1 - 109:13
intervening
Vol. 1 - 115:6
intervention [6] -
Vol. 1 - 100:12,
103:12, 115:3,
115:12, 132:16,
134:14
interventions
[2] - Vol. 1 -
71:4, 131:1
interview [5] -
Vol. 1 - 7:20,
14:2, 15:8, 38:6,

171:9
interviewed [4] -
Vol. 1 - 26:3,
26:5, 37:22,
122:18
intimate [2] -
Vol. 1 - 86:25,
90:13
intrapsychic
Vol. 1 - 17:3
introduction
Vol. 1 - 134:11
intrusion  Vol. 1 -
105:8
invoke [2] -
Vol. 1 - 28:23,
28:25
involve  Vol. 1 -
36:19
involved [12] -
Vol. 1 - 11:22,
12:24, 13:5,
13:14, 24:21,
36:23, 40:22,
45:16, 48:8,
72:13, 79:1,
151:10
involvement [2] -
Vol. 1 - 51:23,
171:8
involves [2] -
Vol. 1 - 11:8,
73:21
involving [8] -
Vol. 1 - 11:9,
21:21, 21:22,
23:20, 35:25,
36:12, 36:23,
36:25
irrelevant [4] -
Vol. 1 - 70:22,
162:15, 163:13,
164:2
isn't [9] - Vol. 1 -
70:8, 74:1, 87:5,
87:8, 126:18,
130:19, 151:14,
155:13, 162:21
isolation  Vol. 1 -
25:25
issue [12] -
Vol. 1 - 23:23,
29:2, 41:21,
68:14, 132:17,
133:13, 142:11,
142:13, 147:3,
148:2, 148:14,
164:3
issued  Vol. 1 -
119:20
issues [15] -
Vol. 1 - 12:19,
20:16, 21:20,



30:19, 46:5, 50:3, 103:10, 132:7, 137:13, 138:2, 140:23, 140:23, 141:19, 148:10, 170:23
item Vol. 1 - 73:13
items [28] - Vol. 1 - 9:20, 34:6, 34:13, 34:15, 34:17, 34:18, 40:7, 50:13, 50:18, 50:20, 51:2, 51:5, 51:7, 51:13, 51:23, 70:7, 77:24, 78:2, 79:15, 79:18, 79:25, 94:23, 95:3, 96:5, 96:20, 135:4, 135:7, 171:2
itself [4] - Vol. 1 - 17:9, 18:17, 71:25, 111:4

**J**

January Vol. 1 - 8:18
jeopardy [2] - Vol. 1 - 93:24, 142:17
Jersey [5] - Vol. 1 - 25:8, 25:11, 25:18, 25:22, 36:3
Jesus Vol. 1 - 114:10
job [2] - Vol. 1 - 46:2, 152:10
jockey Vol. 1 - 72:1
Jones [4] - Vol. 1 - 1:9, 2:6, 175:4, 175:8
journal [4] - Vol. 1 - 28:5, 35:10, 122:25, 165:12
journey Vol. 1 - 112:9
judge Vol. 1 - 39:14
judges Vol. 1 - 55:17
judgment [5] - Vol. 1 - 17:8, 68:20, 101:15, 101:16, 108:22

Julie [2] - Vol. 1 - 1:9, 175:8
July Vol. 1 - 22:2
June [3] - Vol. 1 - 28:7, 167:11, 174:19
justice Vol. 1 - 28:19
justices Vol. 1 - 91:21
justification Vol. 1 - 162:11
justify [6] - Vol. 1 - 29:17, 111:20, 112:6, 143:8, 143:9, 143:12

**K**

Katherine Vol. 1 - 46:23
keeping Vol. 1 - 153:4
keeps [2] - Vol. 1 - 42:18, 104:19
Ken Vol. 1 - 152:8
Kenneth [3] - Vol. 1 - 23:7, 46:23, 76:1
Keohane [6] - Vol. 1 - 1:6, 4:11, 6:10, 10:10, 80:2, 175:8
Keohane's Vol. 1 - 10:13
kept Vol. 1 - 165:5
kill [5] - Vol. 1 - 41:19, 41:24, 90:10, 158:25, 164:17
killing Vol. 1 - 164:15
kindness [2] - Vol. 1 - 51:18, 71:1
kinds [3] - Vol. 1 - 34:16, 103:11, 170:6
Kirk Vol. 1 - 145:9
Kirkland [2] - Vol. 1 - 2:5, 175:4
knife Vol. 1 - 95:17
knowing [2] - Vol. 1 - 27:10,

72:2
knowledgable Vol. 1 - 150:23
knowledge [5] - Vol. 1 - 94:13, 94:14, 105:13, 150:19, 156:2
knowledged Vol. 1 - 126:13
known [6] - Vol. 1 - 11:6, 32:17, 82:22, 94:4, 106:11, 142:7
knows [9] - Vol. 1 - 86:4, 91:4, 91:5, 91:6, 91:22, 91:22, 139:13, 161:19, 162:4
Kosilek [3] - Vol. 1 - 36:6, 37:7, 39:12
kreid@jones.walk Vol. 1 - 2:11

**L**

label Vol. 1 - 80:17
Labeled Vol. 1 - 10:13
language Vol. 1 - 106:19
largely Vol. 1 - 42:9
larger Vol. 1 - 101:7
laser Vol. 1 - 34:22
lasting Vol. 1 - 168:8
later [3] - Vol. 1 - 28:6, 83:20, 132:8
latest Vol. 1 - 47:23
laughing Vol. 1 - 55:2
law [3] - Vol. 1 - 11:12, 28:6, 123:1
Lawrence [2] - Vol. 1 - 28:1, 28:8
lawsuit [4] - Vol. 1 - 92:11, 129:8, 136:22, 156:20
lawsuits [2] - Vol. 1 - 48:12, 78:15
lawyer Vol. 1 -

105:1
lawyerly Vol. 1 - 123:16
lawyers [3] - Vol. 1 - 55:17, 91:20, 97:24
layers Vol. 1 - 48:16
lcooper@aclu.org Vol. 1 - 2:23
lead [5] - Vol. 1 - 61:8, 61:10, 74:2, 74:8, 158:20
leading Vol. 1 - 75:22
learn [2] - Vol. 1 - 134:7, 138:20
learned Vol. 1 - 134:3
learning [3] - Vol. 1 - 129:14, 129:16, 155:25
least [5] - Vol. 1 - 50:9, 72:10, 79:1, 89:8, 133:25
leaves Vol. 1 - 142:4
led [5] - Vol. 1 - 87:1, 118:13, 122:21, 122:24, 122:24
legal [8] - Vol. 1 - 9:7, 37:4, 39:10, 39:21, 89:21, 92:7, 128:22, 134:14
legally Vol. 1 - 139:13
legs Vol. 1 - 72:1
length [10] - Vol. 1 - 115:25, 116:2, 138:3, 140:24, 140:25, 141:20, 141:22, 143:14, 144:11, 147:6
lens Vol. 1 - 24:21
lesbian Vol. 1 - 152:17
Leslie [5] - Vol. 1 - 2:16, 4:9, 145:11, 175:21
less [2] - Vol. 1 - 48:11, 160:10
lesser Vol. 1 - 144:12
let's [22] - Vol. 1 - 12:10, 49:24,

58:22, 60:8, 65:16, 71:7, 74:10, 75:2, 75:2, 81:17, 87:15, 87:18, 99:25, 102:18, 119:17, 121:18, 125:7, 125:8, 137:17, 142:4, 144:6, 170:8
lethal Vol. 1 - 115:5
letter [4] - Vol. 1 - 8:17, 15:21, 15:22, 26:6
letterhead [2] - Vol. 1 - 8:16, 13:18
letters [2] - Vol. 1 - 16:3, 19:19
level [6] - Vol. 1 - 50:15, 50:21, 51:2, 76:6, 77:10, 90:8
Levine [30] - Vol. 1 - 1:14, 1:17, 3:3, 4:1, 8:6, 8:9, 8:12, 8:13, 8:17, 9:19, 43:23, 43:24, 46:16, 46:18, 46:21, 47:9, 47:10, 52:13, 60:5, 67:14, 76:15, 80:13, 119:5, 120:7, 120:24, 158:17, 167:17, 172:17, 174:7, 175:11
Levine's Vol. 1 - 175:10
LGBT Vol. 1 - 2:18
Liberties Vol. 1 - 2:19
libido Vol. 1 - 82:3
licensed Vol. 1 - 155:24
lie [4] - Vol. 1 - 82:23, 96:2, 112:8, 139:18
lied [2] - Vol. 1 - 82:17, 82:19
lift [2] - Vol. 1 - 95:11
lifter Vol. 1 - 42:19
liked Vol. 1 - 110:2
likely [4] - Vol. 1 - 92:3, 119:22, 121:25, 168:10

limb [2] - Vol. 1 - 42:21, 42:22
limitations [7] - Vol. 1 - 15:24, 53:23, 54:12, 56:12, 147:5, 158:17, 165:16
limited [3] - Vol. 1 - 20:22, 66:25, 98:24
lingo Vol. 1 - 100:20
lips [2] - Vol. 1 - 101:9, 101:10
listed [2] - Vol. 1 - 10:12, 80:7
listen [4] - Vol. 1 - 54:15, 89:3, 89:4, 166:14
listened Vol. 1 - 42:13
literal [3] - Vol. 1 - 93:17, 94:16, 104:11
literature [2] - Vol. 1 - 22:7, 43:20
lived Vol. 1 - 12:24
liver Vol. 1 - 105:22
lives [16] - Vol. 1 - 63:22, 64:9, 66:12, 66:25, 67:2, 67:4, 108:23, 114:9, 129:10, 138:14, 138:18, 143:2, 161:22, 162:5, 162:8, 166:15
living [15] - Vol. 1 - 12:25, 13:2, 17:2, 18:10, 21:18, 57:13, 61:23, 75:20, 81:25, 85:11, 94:3, 95:19, 131:6, 131:16, 161:8
LLC Vol. 1 - 1:22
loaded Vol. 1 - 165:5
lobe [2] - Vol. 1 - 114:19, 114:19
located Vol. 1 - 175:12
logical Vol. 1 - 102:8
long-term [6] - Vol. 1 - 13:12, 21:5, 25:25,



26:10,
117:8, 158:22
longer [12] -
Vol. 1 - 90:14,
92:13, 102:1,
112:3, 112:10,
112:11, 122:13,
138:5, 139:8,
142:19, 144:24,
171:3
longevity  Vol. 1 -
160:8
longings  Vol. 1 -
140:3
looking [6] -
Vol. 1 - 46:25,
47:10, 95:13,
118:24, 145:12,
160:8
looks [2] - Vol. 1 -
8:21, 35:2
lose [3] - Vol. 1 -
92:11, 116:5,
116:18
loses [3] - Vol. 1 -
92:7, 164:12,
168:22
loss [2] - Vol. 1 -
82:3, 116:12
lost [9] - Vol. 1 -
21:4, 21:11,
65:4, 71:21,
73:16, 111:14,
144:23, 152:10,
168:25
lotions [3] -
Vol. 1 - 34:19,
79:22, 79:23
lots  Vol. 1 -
114:11
loud  Vol. 1 -
124:18
love [5] - Vol. 1 -
55:16, 105:2,
117:1, 168:8,
168:21
lover [2] - Vol. 1 -
95:24, 131:13
low [3] - Vol. 1 -
76:7, 76:18,
77:12
lowest  Vol. 1 -
76:23
ludicrous  Vol. 1 -
101:13
lumpectomies
Vol. 1 - 116:11
lunch  Vol. 1 -
115:17
luncheon  Vol. 1 -
115:20
lung  Vol. 1 -
114:19

lying [2] - Vol. 1 -
83:8, 164:11

_____

**M**

M.D [9] - Vol. 1 -
1:14, 1:18, 3:3,
4:1, 86:18,
102:11, 155:23,
172:17, 174:7
ma'am  Vol. 1 -
64:15
machine  Vol. 1 -
165:5
mad  Vol. 1 -
63:13
magazines
Vol. 1 - 143:25
maintain  Vol. 1 -
85:19
maintaining
Vol. 1 - 133:15
major [2] - Vol. 1 -
130:4, 169:2
majority [5] -
Vol. 1 - 20:16,
20:18, 21:12,
21:16, 149:14
makers  Vol. 1 -
126:9
makes [18] -
Vol. 1 - 5:2,
17:20, 64:13,
64:15, 64:16,
64:19, 66:4,
68:11, 68:20,
71:11, 72:19,
96:24, 97:1,
102:8, 133:17,
136:7, 136:8,
167:6
makeup  Vol. 1 -
79:21
making [12] -
Vol. 1 - 18:9,
18:13, 18:14,
40:16, 67:1,
72:24, 75:17,
77:17, 77:20,
84:13, 94:20,
163:1
male [31] -
Vol. 1 - 6:17,
17:10, 17:11,
17:11, 18:21,
19:5, 34:10,
34:11, 50:16,
50:16, 50:19,
57:13, 62:22,
66:10, 69:12,
75:19, 79:8,
87:13, 97:4,
97:5, 111:20,

111:21, 111:22,
129:10, 129:11,
129:23, 135:1,
136:20, 138:4,
149:16, 168:6
male-appearing
Vol. 1 - 69:18
male-to-female
[3] - Vol. 1 -
62:3, 67:17,
68:7
males [2] -
Vol. 1 - 147:5,
147:8
mammoplasty
Vol. 1 - 100:21
management
[6] - Vol. 1 -
26:7, 37:24,
38:11, 47:19,
57:22, 97:12
managing  Vol. 1 -
50:2
manipulation [4] -
Vol. 1 - 164:22,
166:16, 167:5,
167:7
manipulative
Vol. 1 - 164:10
mannerisms [2] -
Vol. 1 - 133:5,
149:6
marches  Vol. 1 -
164:13
marginalized
Vol. 1 - 154:7
marital [3] -
Vol. 1 - 11:8,
11:12, 35:10
mark [4] - Vol. 1 -
8:5, 8:6, 46:15,
118:25
marked [8] -
Vol. 1 - 8:9,
8:13, 46:18,
47:10, 52:12,
80:13, 119:5,
167:17
market  Vol. 1 -
151:22
marketing
Vol. 1 - 150:24
masculine [3] -
Vol. 1 - 18:23,
19:5, 24:10
masculinity [2] -
Vol. 1 - 13:9,
19:10
masochistic
Vol. 1 - 94:6
Massachusettes
[3] - Vol. 1 -
22:16, 54:9,

70:5
Massachusetts
[34] - Vol. 1 -
22:2, 22:22,
25:7, 25:9,
27:23, 28:21,
31:6, 31:16,
32:3, 34:1,
34:14, 37:8,
37:21, 38:6,
39:11, 43:4,
43:9, 47:18,
51:1, 51:20,
56:3, 77:16,
77:23, 78:10,
78:13, 79:10,
79:19, 95:2,
96:3, 120:18,
133:25, 134:25,
135:10, 153:1
mastectomies
[2] - Vol. 1 -
116:11, 116:16
master  Vol. 1 -
18:1
masturbate
Vol. 1 - 106:6
masturbation
Vol. 1 - 106:7
match [3] -
Vol. 1 - 97:14,
97:21, 129:3
material  Vol. 1 -
69:13
matter [8] -
Vol. 1 - 38:14,
41:17, 94:15,
100:25, 125:9,
127:3, 130:6,
175:17
matters [4] -
Vol. 1 - 11:7,
69:1, 97:12,
148:22
mature  Vol. 1 -
91:17
maybe [14] -
Vol. 1 - 19:16,
45:23, 71:9,
85:23, 90:10,
108:4, 112:17,
114:4, 158:14,
159:5, 161:1,
161:1, 161:3,
162:11
MDOC [3] -
Vol. 1 - 48:10,
51:20, 52:13
meandering
Vol. 1 - 28:22
meaning [9] -
Vol. 1 - 34:8,
72:8, 81:25,

93:13, 126:9,
126:10, 126:12,
143:15, 156:21
meanings  Vol. 1 -
90:20
means [16] -
Vol. 1 - 16:21,
45:25, 46:1,
70:24, 72:12,
73:8, 80:20,
90:21, 90:23,
92:22, 98:10,
98:13, 104:12,
121:24, 142:1,
174:10
meant [6] -
Vol. 1 - 54:6,
61:10, 102:19,
147:24, 169:18,
169:19
mediate  Vol. 1 -
44:8
medical [48] -
Vol. 1 - 6:7,
10:13, 10:15,
28:14, 28:24,
39:20, 52:24,
55:7, 56:18,
68:25, 69:6,
69:13, 69:19,
72:14, 74:13,
90:18, 96:9,
96:10, 96:11,
96:17, 97:15,
99:17, 99:19,
100:9, 101:5,
104:1, 106:24,
107:20, 112:4,
112:6, 112:24,
115:23, 116:6,
121:10, 122:13,
122:21, 125:22,
130:24, 132:15,
135:21, 137:4,
137:12, 147:22,
151:24, 153:14,
155:3, 156:15,
165:15
medically [69] -
Vol. 1 - 41:8,
100:11, 100:20,
100:24, 101:2,
101:11, 101:16,
101:19, 101:20,
101:22, 102:2,
102:13, 103:3,
103:6, 103:7,
103:14, 103:19,
103:24, 104:21,
104:25, 105:3,
105:7, 105:14,
105:18, 105:19,
105:21, 106:2,

106:3, 106:8,
106:9, 106:17,
111:9, 111:9,
111:14, 111:15,
111:17, 111:18,
111:19, 112:2,
112:11, 113:6,
113:10, 113:15,
113:22, 114:1,
114:22, 114:24,
115:2, 115:24,
116:20, 117:3,
117:5, 117:6,
117:12, 117:20,
121:2, 121:10,
121:24, 122:4,
122:17, 122:23,
123:5, 125:17,
131:1, 139:19,
143:15, 159:24,
165:8, 165:10
medication [2] -
Vol. 1 - 5:23,
68:24
medicine [8] -
Vol. 1 - 33:23,
39:1, 39:2,
76:23, 77:2,
77:11, 102:14,
106:12
MEDINA  Vol. 1 -
174:4
meet [5] - Vol. 1 -
15:5, 27:5,
31:19, 53:22,
62:21
meeting [3] -
Vol. 1 - 55:1,
58:9, 77:21
meetings [5] -
Vol. 1 - 22:8,
32:24, 33:13,
40:18, 78:8
melodrama
Vol. 1 - 166:14
melodramatic
Vol. 1 - 140:1
members [2] -
Vol. 1 - 28:18,
53:2
memory  Vol. 1 -
7:19
menstruate
Vol. 1 - 129:12
mental [30] -
Vol. 1 - 22:19,
37:25, 44:9,
50:1, 50:4,
50:10, 55:10,
63:22, 72:16,
72:18, 72:21,
73:1, 86:6, 86:7,
92:9, 92:15,



94:13, 97:14, 124:13, 126:6, 134:8, 136:8, 136:13, 137:12, 143:22, 152:21, 152:22, 156:5, 157:4, 163:23

mentality  Vol. 1 - 46:7

mentally  Vol. 1 - 18:1

mention  Vol. 1 - 25:6

mentioned [22] - Vol. 1 - 9:19, 10:2, 10:3, 21:19, 22:15, 25:5, 25:8, 27:22, 32:13, 34:3, 34:24, 36:11, 36:15, 53:5, 64:5, 67:25, 77:21, 120:20, 146:22, 147:11, 147:14, 162:18

merely  Vol. 1 - 153:3

mess [4] - Vol. 1 - 42:21, 42:22, 95:9, 95:13

met [7] - Vol. 1 - 80:3, 80:21, 140:8, 140:13, 140:18, 140:21, 171:11

Meyer-bahlburg  Vol. 1 - 23:8

microphone  Vol. 1 - 9:17

mid-'80s  Vol. 1 - 14:15

Middle  Vol. 1 - 123:21

midway  Vol. 1 - 84:23

mightily  Vol. 1 - 85:6

mill [2] - Vol. 1 - 132:7, 132:9

mind [7] - Vol. 1 - 30:13, 65:23, 97:21, 105:24, 149:9, 162:13, 163:16

minds  Vol. 1 - 83:24

minimize  Vol. 1 - 139:12

minimum  Vol. 1 - 50:7

minor [6] - Vol. 1 -

41:17, 73:13, 128:21, 129:24, 130:2, 130:19

minority [8] - Vol. 1 - 28:15, 29:2, 56:15, 76:12, 151:21, 152:21, 154:3, 165:15

minus  Vol. 1 - 25:12

minuscript  Vol. 1 - 119:24

minute  Vol. 1 - 47:5

minutes [3] - Vol. 1 - 25:9, 145:15, 145:19

Miss [4] - Vol. 1 - 123:23, 124:3, 124:6, 124:12

missing  Vol. 1 - 154:23

misstated  Vol. 1 - 36:7

misstating  Vol. 1 - 138:12

mistake  Vol. 1 - 89:12

misunderstand  Vol. 1 - 121:21

mixed  Vol. 1 - 163:21

Mobile [2] - Vol. 1 - 2:9, 175:6

modern  Vol. 1 - 45:4

modest  Vol. 1 - 129:4

modification  Vol. 1 - 146:2

modifications  Vol. 1 - 49:25

modified [3] - Vol. 1 - 65:22, 97:25, 98:2

modify  Vol. 1 - 20:12

moment [3] - Vol. 1 - 47:13, 118:24, 134:20

momentous [5] - Vol. 1 - 15:14, 17:21, 19:13, 21:7, 136:4

Monday [2] - Vol. 1 - 1:21, 172:2

money  Vol. 1 - 116:17

month [10] - Vol. 1 - 13:5,

13:14, 30:12, 30:12, 35:9, 43:7, 43:8, 43:9, 48:19, 156:15

month's  Vol. 1 - 90:18

monthly [2] - Vol. 1 - 48:22, 50:9

months [12] - Vol. 1 - 15:10, 15:10, 25:17, 27:12, 27:12, 28:6, 33:5, 33:6, 61:2, 61:2, 112:19, 117:10

mood [2] - Vol. 1 - 90:8, 90:22

morbidity  Vol. 1 - 160:20

morning  Vol. 1 - 4:9

morphine  Vol. 1 - 96:25

mortality [3] - Vol. 1 - 160:5, 160:6, 160:9

mosaic [5] - Vol. 1 - 18:25, 24:10, 52:4, 114:11, 114:12

motivations  Vol. 1 - 43:19

mouth [2] - Vol. 1 - 116:8, 162:16

move [2] - Vol. 1 - 74:10, 112:7

moved [3] - Vol. 1 - 9:17, 92:15, 122:11

movement [4] - Vol. 1 - 40:15, 77:16, 77:19, 153:5

moving [2] - Vol. 1 - 40:20, 78:10

MTF  Vol. 1 - 50:17

muddled [2] - Vol. 1 - 61:14, 77:18

multi  Vol. 1 - 48:14

multiple [4] - Vol. 1 - 23:15, 23:21, 48:16, 48:16

multiply  Vol. 1 - 12:11

murder [5] - Vol. 1 - 42:4,

42:4, 87:2, 87:3, 118:4

murdered  Vol. 1 - 42:6

muscles [2] - Vol. 1 - 42:19, 95:16

muscular [2] - Vol. 1 - 42:18, 96:4

mutuality  Vol. 1 - 24:11

myself [7] - Vol. 1 - 14:22, 58:15, 68:18, 72:9, 85:22, 90:10, 163:4

## N

naive  Vol. 1 - 19:4

naked  Vol. 1 - 26:4

names  Vol. 1 - 76:3

narcissistic [3] - Vol. 1 - 91:25, 116:23, 144:14

narrator  Vol. 1 - 128:25

narrowly  Vol. 1 - 130:3

natal [3] - Vol. 1 - 6:15, 24:18, 24:19

national [5] - Vol. 1 - 22:8, 40:18, 74:23, 77:21, 78:8

natural  Vol. 1 - 129:13

nature [8] - Vol. 1 - 55:12, 57:23, 118:15, 125:6, 125:17, 133:12, 151:8, 163:15

Naw  Vol. 1 - 60:24

Nazis  Vol. 1 - 106:13

necessarily [8] - Vol. 1 - 6:20, 63:10, 68:5, 77:2, 91:14, 109:21, 141:3, 166:21

necessary [74] - Vol. 1 - 41:8, 59:8, 60:25, 100:11, 100:20, 100:24, 101:2,

101:11, 101:16, 101:19, 101:20, 101:22, 102:2, 102:13, 103:3, 103:6, 103:7, 103:14, 103:19, 103:24, 104:21, 104:25, 105:4, 105:7, 105:15, 105:18, 105:19, 105:21, 106:2, 106:3, 106:8, 106:10, 106:17, 108:8, 108:11, 111:9, 111:10, 111:14, 111:15, 111:17, 111:18, 111:19, 112:3, 112:11, 113:7, 113:11, 113:15, 113:23, 114:1, 114:22, 114:24, 115:2, 115:12, 115:24, 116:20, 117:3, 117:5, 117:6, 117:12, 117:20, 121:2, 121:10, 121:24, 122:5, 122:17, 122:23, 123:5, 125:18, 139:14, 139:19, 143:15, 159:24, 165:9, 165:10

necessity [21] - Vol. 1 - 6:8, 60:12, 96:9, 96:10, 96:11, 96:18, 97:15, 99:17, 99:19, 101:5, 104:1, 106:24, 107:20, 112:4, 112:6, 112:24, 115:23, 120:10, 122:13, 122:22, 125:22

needed [4] - Vol. 1 - 10:18, 27:11, 48:13, 137:5

needless  Vol. 1 - 33:24

needlessly  Vol. 1 - 118:5

needs [12] - Vol. 1 - 4:19, 20:19, 33:9, 52:23, 55:9, 87:23, 94:21, 104:10, 134:13, 137:11, 137:25, 169:3

negative  Vol. 1 -

142:24

neglect  Vol. 1 - 44:23

neither  Vol. 1 - 168:6

neovagina  Vol. 1 - 57:8

nerves  Vol. 1 - 168:25

neutral  Vol. 1 - 16:13

nice  Vol. 1 - 90:6

niche [4] - Vol. 1 - 150:18, 151:22, 157:12, 157:13

nipple  Vol. 1 - 148:12

no-no  Vol. 1 - 41:20

Nobody  Vol. 1 - 162:4

nod  Vol. 1 - 4:23

none [4] - Vol. 1 - 83:13, 160:24, 169:7, 169:19

nonexistent  Vol. 1 - 78:4

nontransgender  Vol. 1 - 157:24

nor  Vol. 1 - 174:16

Norsworthy  Vol. 1 - 36:1

North [4] - Vol. 1 - 2:8, 53:16, 76:7, 175:5

Northeast  Vol. 1 - 1:22

NORTHERN  Vol. 1 - 1:2

Northwestern  Vol. 1 - 152:12

nose [3] - Vol. 1 - 57:9, 101:20, 102:1

nosology  Vol. 1 - 76:13

Notary [6] - Vol. 1 - 1:20, 172:24, 174:3, 174:6, 174:21, 175:12

note  Vol. 1 - 172:3

nothing [7] - Vol. 1 - 58:1, 115:24, 125:9, 153:19, 163:14, 169:22, 174:8

notice  Vol. 1 - 61:3

nuanced  Vol. 1 -



19:7
**numbered**
Vol. 1 - 9:20
**numbering [2]** -
Vol. 1 - 47:4,
49:16
**numbers [2]** -
Vol. 1 - 32:1,
32:9
**nurses** Vol. 1 -
154:6
**nursing** Vol. 1 -
53:24
**nylon** Vol. 1 -
71:24

O

**O'Brien [2]** -
Vol. 1 - 119:3,
119:12
**object [16]** -
Vol. 1 - 49:10,
53:7, 108:10,
121:11, 132:19,
135:23, 137:6,
137:8, 140:12,
141:4, 145:2,
148:8, 148:19,
160:15, 168:12,
170:7
**objecting [2]** -
Vol. 1 - 141:7,
145:24
**objection [3]** -
Vol. 1 - 137:14,
147:18, 170:18
**OBJECTIONS**
Vol. 1 - 3:7
**objective [4]** -
Vol. 1 - 157:17,
158:6, 158:20,
158:21
**objectively [3]** -
Vol. 1 - 157:25,
160:18, 160:19
**obligation** Vol. 1 -
133:19
**obviously [4]** -
Vol. 1 - 72:6,
73:12, 108:18,
150:22
**occasionally**
Vol. 1 - 27:15
**occasions**
Vol. 1 - 37:22
**occur [2]** - Vol. 1 -
17:25, 64:11
**odds** Vol. 1 -
168:18
**offered** Vol. 1 -
50:8
**office [2]** - Vol. 1 -

14:1, 174:18
**officers [2]** -
Vol. 1 - 88:22,
133:21
**official** Vol. 1 -
1:9
**officials [10]** -
Vol. 1 - 33:11,
94:18, 122:20,
134:11, 138:1,
140:22, 141:3,
141:18, 141:21,
165:25
**Ohio [7]** - Vol. 1 -
1:21, 1:23, 11:1,
172:20, 174:2,
174:6, 174:18
**older** Vol. 1 -
91:9
**one's [14]** -
Vol. 1 - 24:18,
24:19, 61:23,
61:24, 61:25,
90:21, 96:1,
101:8, 101:9,
101:20, 149:6,
149:7, 157:17,
157:17
**one-inch** Vol. 1 -
144:4
**one-third** Vol. 1 -
24:7
**ones** Vol. 1 -
10:2
**ongoing [2]** -
Vol. 1 - 15:13,
31:7
**opinion [19]** -
Vol. 1 - 6:7,
37:10, 41:9,
41:10, 41:11,
41:15, 76:21,
76:22, 76:25,
77:2, 80:24,
121:1, 121:6,
122:2, 124:8,
124:16, 148:21,
159:12, 161:10
**opinions [4]** -
Vol. 1 - 29:3,
29:5, 54:25,
152:5
**opportunity**
Vol. 1 - 94:10
**opposed [2]** -
Vol. 1 - 6:14,
97:17
**opposite [2]** -
Vol. 1 - 156:14,
156:24
**option** Vol. 1 -
167:23
**options** Vol. 1 -

167:22
**order [8]** - Vol. 1 -
18:1, 29:9, 83:7,
84:9, 85:19,
106:23, 112:7,
150:8
**organ** Vol. 1 -
105:6
**organization [8]** -
Vol. 1 - 53:10,
53:14, 56:17,
58:17, 58:18,
58:22, 134:9,
152:25
**organizations
[2]** - Vol. 1 -
55:18, 152:18
**organized**
Vol. 1 - 57:15
**orientation [2]** -
Vol. 1 - 11:10,
23:24
**oriented [2]** -
Vol. 1 - 163:23,
163:24
**origin** Vol. 1 -
45:6
**origins** Vol. 1 -
57:22
**Osborne [2]** -
Vol. 1 - 28:1,
28:7
**others [5]** -
Vol. 1 - 13:20,
56:9, 60:21,
70:22, 80:20
**otherwise [3]** -
Vol. 1 - 135:19,
174:15, 175:13
**ought [11]** -
Vol. 1 - 31:22,
59:5, 71:9,
85:23, 87:12,
112:17, 122:9,
123:12, 141:23,
151:15, 157:10
**ourselves** Vol. 1 -
17:19
**outcome [5]** -
Vol. 1 - 29:23,
60:16, 91:22,
117:8, 117:8
**outcomes** Vol. 1 -
91:11
**outer** Vol. 1 -
34:11
**outlandish**
Vol. 1 - 133:16
**outlined [2]** -
Vol. 1 - 26:17,
27:5
**outpatient**
Vol. 1 - 30:4

**outpatients**
Vol. 1 - 29:16
**outraged [3]** -
Vol. 1 - 37:15,
55:1, 55:3
**outside [7]** -
Vol. 1 - 30:23,
42:5, 67:24,
72:4, 146:7,
154:8, 154:11
**overdose** Vol. 1 -
90:19
**overrepresentati**
Vol. 1 - 32:8
**override [2]** -
Vol. 1 - 143:21,
145:1
**overwhelmed**
Vol. 1 - 90:9

P

**p.m** Vol. 1 -
171:17
**packs [2]** -
Vol. 1 - 124:25,
124:25
**pages [6]** -
Vol. 1 - 8:16,
10:21, 119:24,
119:24, 120:9,
163:7
**paid** Vol. 1 -
164:23
**pain [12]** - Vol. 1 -
52:10, 96:13,
96:21, 96:22,
96:25, 96:25,
97:3, 97:6, 97:8,
97:16, 97:20,
97:25
**panties [26]** -
Vol. 1 - 40:5,
69:10, 69:12,
70:3, 70:20,
70:22, 70:22,
71:24, 72:3,
72:7, 72:8,
72:10, 88:13,
93:13, 93:14,
93:22, 94:2,
97:6, 98:1, 99:3,
105:21, 105:22,
106:2, 106:4,
107:4, 164:16
**panty** Vol. 1 -
71:25
**paradigm [8]** -
Vol. 1 - 28:14,
28:14, 28:15,
28:16, 28:17,
28:19, 76:23,
77:1

**paradigms [2]** -
Vol. 1 - 28:11,
29:17
**paradox** Vol. 1 -
30:9
**paradoxes [2]** -
Vol. 1 - 29:21,
122:10
**paragraph [13]** -
Vol. 1 - 37:4,
50:22, 82:16,
84:20, 85:1,
89:18, 89:20,
96:10, 99:16,
107:25, 115:23,
121:23, 141:17
**parameters**
Vol. 1 - 66:16
**paranoia** Vol. 1 -
165:1
**paraphilia [2]** -
Vol. 1 - 11:10,
24:3
**paraphilic** Vol. 1 -
24:11
**parents [5]** -
Vol. 1 - 15:5,
15:6, 83:19,
83:23, 86:8
**Parma** Vol. 1 -
174:18
**participate [9]** -
Vol. 1 - 16:19,
16:21, 30:5,
30:22, 48:19,
86:13, 90:13,
90:14, 98:16
**participation**
Vol. 1 - 50:9
**particular [17]** -
Vol. 1 - 12:3,
15:25, 17:17,
25:22, 45:16,
45:21, 50:21,
55:19, 70:16,
86:6, 89:5,
103:8, 108:8,
113:2, 114:2,
151:6, 164:13
**particularly [2]** -
Vol. 1 - 14:17,
26:1
**party [3]** - Vol. 1 -
54:16, 110:1,
174:14
**passage [2]** -
Vol. 1 - 89:24,
99:22
**passionate [2]** -
Vol. 1 - 94:16,
160:15
**passionately [2]** -
Vol. 1 - 159:18,

161:6
**past [10]** - Vol. 1 -
9:7, 12:6, 13:25,
19:17, 19:23,
20:1, 26:16,
45:1, 45:4, 92:3
**pathology [3]** -
Vol. 1 - 84:16,
105:14, 153:20
**pathway [3]** -
Vol. 1 - 27:2,
31:2, 112:7
**pathways** Vol. 1 -
149:4
**patient [63]** -
Vol. 1 - 11:21,
12:3, 12:13,
12:14, 15:8,
17:19, 19:3,
42:11, 43:13,
45:16, 45:21,
59:16, 62:10,
63:1, 63:21,
64:24, 67:8,
70:15, 70:20,
70:24, 71:7,
71:9, 72:15,
74:9, 82:8,
92:25, 93:8,
100:7, 100:8,
100:14, 100:14,
102:4, 102:5,
103:3, 103:6,
103:8, 103:17,
104:10, 109:6,
109:8, 110:12,
110:17, 112:2,
112:12, 112:15,
112:18, 112:20,
112:21, 113:17,
114:2, 114:6,
114:13, 114:15,
122:2, 133:9,
133:10, 148:12,
151:16, 155:20,
158:15, 158:20,
160:13, 163:8
**patient's [4]** -
Vol. 1 - 19:2,
45:22, 70:23,
113:19
**patients [40]** -
Vol. 1 - 11:16,
12:1, 12:6,
12:13, 12:15,
12:19, 13:4,
13:22, 14:9,
14:14, 14:14,
14:18, 14:20,
14:21, 14:24,
16:16, 19:15,
19:16, 19:19,
19:22, 20:1,



20:3, 20:14, 20:21, 20:22, 20:25, 21:11, 21:12, 24:13, 31:18, 32:16, 32:21, 33:13, 44:2, 48:12, 60:18, 75:9, 75:12, 83:5, 160:25
**patterns [2] -** Vol. 1 - 11:11, 129:13
**pay [3] -** Vol. 1 - 23:16, 116:14, 117:16
**peaceable** Vol. 1 - 24:11
**Peggy [2] -** Vol. 1 - 23:8, 76:5
**pending** Vol. 1 - 5:8
**penile** Vol. 1 - 82:2
**penis [6] -** Vol. 1 - 57:3, 72:1, 106:21, 106:21, 131:14, 131:14
**penitentiaries** Vol. 1 - 138:18
**people's [12] -** Vol. 1 - 24:2, 45:25, 46:1, 46:1, 54:18, 63:9, 66:12, 86:10, 161:22, 162:5, 162:8, 166:14
**per [3] -** Vol. 1 - 11:22, 119:24, 122:21
**perceive [7] -** Vol. 1 - 62:18, 63:4, 64:2, 64:13, 97:4, 164:9, 164:10
**perceived [2] -** Vol. 1 - 64:21, 65:6
**percent [7] -** Vol. 1 - 32:6, 66:18, 66:21, 131:22, 168:15, 169:9, 169:21
**percentage** Vol. 1 - 134:6
**perceptions** Vol. 1 - 63:23
**perform** Vol. 1 - 98:11
**perhaps [8] -** Vol. 1 - 4:15,

45:15, 58:15, 59:3, 148:13, 158:25, 159:5, 171:3
**period** Vol. 1 - 92:11
**periodically** Vol. 1 - 15:18
**permission [2] -** Vol. 1 - 18:4, 92:4
**permitted [2] -** Vol. 1 - 50:17, 93:2
**perpetuity** Vol. 1 - 116:15
**persist [2] -** Vol. 1 - 15:19, 20:18
**persistence [8] -** Vol. 1 - 23:12, 84:24, 85:5, 85:8, 85:17, 86:11, 86:23, 87:4
**person's [4] -** Vol. 1 - 42:16, 69:22, 81:17, 118:17
**personal [6] -** Vol. 1 - 13:22, 74:9, 126:10, 157:14, 157:18, 158:7
**personality [7] -** Vol. 1 - 144:21, 163:12, 163:15, 163:20, 163:24, 164:23, 165:1
**personally [8] -** Vol. 1 - 12:8, 13:23, 14:8, 33:17, 59:3, 59:4, 80:3, 158:24
**persons [2] -** Vol. 1 - 105:17, 114:9
**perspective [6] -** Vol. 1 - 45:7, 45:25, 165:14, 165:14, 165:15, 165:16
**pervasive** Vol. 1 - 46:7
**Ph.D [3] -** Vol. 1 - 86:17, 102:11, 155:24
**phase** Vol. 1 - 48:25
**phenomenon [5] -** Vol. 1 - 19:1, 19:7,

40:13, 56:17, 77:6
**phobia** Vol. 1 - 165:2
**phrase [4] -** Vol. 1 - 71:19, 72:18, 90:6, 128:13
**physical [7] -** Vol. 1 - 44:24, 61:3, 66:20, 95:8, 100:12, 111:24, 112:24
**physically [4] -** Vol. 1 - 66:23, 95:12, 107:22, 113:7
**physician [12] -** Vol. 1 - 53:2, 68:20, 96:11, 102:5, 104:2, 105:8, 105:11, 105:15, 105:19, 107:25, 121:24, 169:6
**physicians [2] -** Vol. 1 - 101:15, 102:15
**physiologic** Vol. 1 - 107:2
**physiology [5] -** Vol. 1 - 99:24, 105:5, 105:9, 105:14, 106:5
**picking [3] -** Vol. 1 - 84:3, 84:3, 90:11
**piece [2] -** Vol. 1 - 46:4, 134:9
**pills** Vol. 1 - 90:17
**placement** Vol. 1 - 50:16
**places** Vol. 1 - 156:9
**placid** Vol. 1 - 27:14
**plaintiff [5] -** Vol. 1 - 1:7, 2:4, 4:10, 6:9, 80:2
**plaintiff's [2] -** Vol. 1 - 156:7, 156:11
**plan [10] -** Vol. 1 - 37:10, 37:11, 49:20, 50:1, 50:6, 50:11, 51:14, 51:17, 52:14, 52:19
**plans [3] -** Vol. 1 - 37:16, 43:14, 43:17
**playing** Vol. 1 -

85:15
**plays** Vol. 1 - 19:11
**please [10] -** Vol. 1 - 35:8, 52:13, 60:3, 62:24, 73:3, 73:4, 84:3, 110:25, 142:19, 175:17
**pleased [2] -** Vol. 1 - 71:24, 88:10
**pleasing [5] -** Vol. 1 - 72:11, 72:24, 72:25, 73:20, 138:25
**plenty** Vol. 1 - 145:10
**plight** Vol. 1 - 139:5
**plus** Vol. 1 - 25:12
**point [20] -** Vol. 1 - 5:5, 6:20, 7:16, 29:9, 39:8, 39:16, 39:18, 49:24, 50:24, 83:16, 86:10, 94:15, 105:3, 110:23, 144:23, 147:15, 153:18, 154:23, 158:12, 158:12
**policies [4] -** Vol. 1 - 23:11, 33:7, 33:7, 55:8
**policy [41] -** Vol. 1 - 33:6, 39:10, 47:14, 47:15, 47:22, 47:24, 47:24, 48:2, 48:7, 48:10, 48:13, 48:17, 48:20, 48:22, 48:24, 49:1, 49:2, 49:6, 49:12, 50:14, 50:25, 52:1, 52:13, 54:10, 54:19, 56:12, 56:12, 69:24, 70:6, 70:7, 78:6, 93:7, 95:2, 99:8, 136:17, 137:2, 142:6, 142:8, 146:2, 146:14, 146:15
**polite** Vol. 1 - 5:4
**political [4] -** Vol. 1 - 57:24, 76:12, 91:13,

154:19
**politically [2] -** Vol. 1 - 153:25, 155:14
**ponytails** Vol. 1 - 147:8
**poor** Vol. 1 - 69:22
**portray** Vol. 1 - 70:21
**pose** Vol. 1 - 170:6
**posed** Vol. 1 - 132:17
**position** Vol. 1 - 102:4
**positions** Vol. 1 - 99:18
**possibility** Vol. 1 - 168:11
**possible [7] -** Vol. 1 - 5:10, 27:11, 39:19, 70:22, 79:10, 127:24, 167:7
**possibly** Vol. 1 - 169:22
**post [3] -** Vol. 1 - 57:4, 160:19, 168:7
**potential [4] -** Vol. 1 - 115:3, 123:10, 125:7, 170:9
**potentially [3] -** Vol. 1 - 112:14, 115:13, 117:7
**power** Vol. 1 - 169:16
**powerful** Vol. 1 - 91:4
**practical [2] -** Vol. 1 - 51:10, 123:7
**practice [7] -** Vol. 1 - 11:1, 11:5, 11:20, 14:8, 58:24, 106:12, 154:25
**practitioners** Vol. 1 - 150:5
**prays** Vol. 1 - 114:10
**PREA** Vol. 1 - 133:2
**prearranged** Vol. 1 - 77:6
**precedent** Vol. 1 - 39:10
**precludes** Vol. 1 - 136:5
**precursor** Vol. 1 - 110:9

**predict [3] -** Vol. 1 - 17:16, 91:15, 165:21
**predictability** Vol. 1 - 90:23
**predicting [2] -** Vol. 1 - 165:22, 166:2
**preface** Vol. 1 - 75:5
**prefer [5] -** Vol. 1 - 72:2, 126:1, 131:3, 131:4, 145:6
**preferable** Vol. 1 - 126:3
**preferred** Vol. 1 - 33:20
**premature [2] -** Vol. 1 - 160:5, 160:6
**premised** Vol. 1 - 145:24
**preoccupied** Vol. 1 - 98:22
**prepare [2] -** Vol. 1 - 6:20, 120:6
**prepared** Vol. 1 - 174:10
**preparing [2] -** Vol. 1 - 7:13, 38:14
**prerequisite** Vol. 1 - 110:9
**prescribe [7] -** Vol. 1 - 70:18, 70:19, 105:10, 107:3, 107:4, 107:23, 117:15
**prescribing** Vol. 1 - 69:6
**presence** Vol. 1 - 174:9
**present [12] -** Vol. 1 - 15:7, 18:6, 23:2, 23:5, 45:4, 60:19, 64:11, 65:20, 68:1, 131:10, 131:23, 148:24
**presentation [7] -** Vol. 1 - 16:14, 18:2, 19:5, 22:25, 28:9, 38:24, 75:19
**presentations** Vol. 1 - 22:13
**presented [6] -** Vol. 1 - 22:8, 22:9, 23:6, 25:19, 58:9, 66:1



presenting [6] - Vol. 1 - 13:10, 17:8, 17:13, 61:23, 85:22, 131:6

presents [7] - Vol. 1 - 6:15, 13:4, 91:7, 118:2, 118:18, 118:19, 125:12

pressed Vol. 1 - 49:11

presume Vol. 1 - 8:24

prevent [5] - Vol. 1 - 5:20, 5:24, 29:18, 96:12, 96:13

previous [3] - Vol. 1 - 45:23, 110:6, 110:24

previously Vol. 1 - 8:6

primarily Vol. 1 - 76:10

principle Vol. 1 - 112:21

Printed Vol. 1 - 172:24

prior Vol. 1 - 9:21

prison [91] - Vol. 1 - 6:17, 10:15, 22:20, 25:4, 26:10, 27:16, 27:23, 28:4, 29:14, 29:18, 31:21, 32:5, 33:11, 34:10, 41:20, 42:3, 42:7, 42:9, 44:9, 44:23, 53:24, 55:13, 55:21, 55:24, 67:24, 69:21, 69:24, 71:23, 72:4, 78:17, 78:21, 78:24, 79:4, 87:21, 88:20, 88:25, 89:1, 89:23, 92:16, 92:25, 93:6, 93:7, 93:20, 94:2, 94:12, 94:18, 94:23, 95:11, 96:2, 98:10, 98:12, 103:12, 118:5, 118:21, 122:19, 129:11, 133:14, 133:19, 133:23, 134:2, 134:9, 134:10,

134:11, 135:11, 135:25, 136:13, 136:15, 136:24, 137:12, 137:24, 138:14, 138:20, 139:6, 140:9, 140:11, 140:14, 140:17, 142:8, 143:2, 146:8, 146:25, 154:11, 154:12, 163:16, 163:19, 163:22, 163:23, 165:24, 165:24, 165:24, 166:6

prison's Vol. 1 - 133:19

prisoner [12] - Vol. 1 - 26:11, 28:3, 28:16, 29:24, 81:9, 88:19, 88:20, 98:7, 133:13, 142:14, 159:21, 169:6

prisoners [42] - Vol. 1 - 24:12, 30:8, 30:20, 30:24, 32:2, 32:24, 33:9, 35:25, 36:13, 36:19, 36:23, 37:9, 37:11, 37:23, 39:25, 40:3, 40:16, 42:3, 44:5, 44:22, 54:18, 54:24, 55:6, 55:23, 59:6, 68:4, 68:6, 71:15, 88:21, 88:23, 95:3, 132:14, 133:17, 134:14, 138:5, 138:20, 148:1, 159:19, 159:20, 161:7, 166:1, 166:20

prisons [25] - Vol. 1 - 25:7, 32:9, 32:10, 34:2, 45:5, 46:6, 48:15, 53:20, 55:21, 78:10, 78:18, 79:16, 92:10, 134:3, 134:12, 135:15, 135:19, 146:22, 147:5, 147:7, 148:4, 148:16, 149:20, 159:19, 166:1

private [4] -

Vol. 1 - 11:1, 86:21, 104:15, 122:20

privately Vol. 1 - 72:10

probably [24] - Vol. 1 - 6:16, 13:3, 14:1, 14:2, 14:15, 23:1, 30:4, 30:21, 38:17, 48:15, 68:12, 76:4, 78:4, 84:1, 116:17, 122:8, 122:11, 138:16, 138:24, 143:24, 144:3, 148:15, 159:20, 162:11

probation Vol. 1 - 152:11

problem [19] - Vol. 1 - 25:22, 25:23, 27:17, 40:19, 55:19, 57:19, 66:13, 83:12, 92:20, 96:1, 97:12, 97:13, 107:20, 152:2, 152:3, 154:7, 158:21, 158:22, 161:20

problems [8] - Vol. 1 - 29:22, 30:3, 30:21, 59:19, 59:24, 66:20, 78:20, 168:24

procedure [5] - Vol. 1 - 4:4, 65:1, 96:12, 112:5, 175:13

process [14] - Vol. 1 - 17:3, 18:8, 20:8, 23:18, 28:25, 29:8, 29:8, 40:20, 46:14, 57:15, 57:20, 85:22, 120:11, 136:4

processes [3] - Vol. 1 - 17:25, 31:21, 46:12

produced Vol. 1 - 174:10

producing Vol. 1 - 114:18

productive Vol. 1 - 161:6

products Vol. 1 - 68:6

profession [5] - Vol. 1 - 56:18,

56:19, 130:24, 130:25, 134:4

professional [15] - Vol. 1 - 1:19, 44:10, 53:9, 68:23, 91:13, 109:15, 109:16, 134:8, 136:8, 136:14, 152:22, 152:23, 157:5, 159:12, 174:5

professional's Vol. 1 - 109:9

professionally Vol. 1 - 156:20

professionals [6] - Vol. 1 - 22:19, 22:21, 55:10, 60:18, 86:6, 86:7

professions Vol. 1 - 92:10

professor Vol. 1 - 152:9

profound Vol. 1 - 59:9

program [15] - Vol. 1 - 30:5, 31:17, 31:22, 32:14, 32:22, 33:4, 33:10, 52:3, 52:5, 52:7, 54:13, 56:14, 70:12, 98:15, 153:2

programs [3] - Vol. 1 - 44:3, 44:6, 98:20

progress Vol. 1 - 94:9

prohibition Vol. 1 - 136:25

project [2] - Vol. 1 - 2:18, 159:2

promised Vol. 1 - 109:12

promulgated Vol. 1 - 55:8

Promulgation Vol. 1 - 48:1

pronounce Vol. 1 - 76:4

pronouns [3] - Vol. 1 - 62:4, 62:8, 62:8

properly Vol. 1 - 150:11

Property Vol. 1 - 50:14

prose [2] - Vol. 1 - 61:11, 61:11

prosper Vol. 1 - 117:9

prosthesis Vol. 1 - 116:15

protect [4] - Vol. 1 - 95:15, 95:17, 95:18, 95:24

protection Vol. 1 - 26:5

protocol Vol. 1 - 61:13

protocols [12] - Vol. 1 - 31:11, 32:13, 32:20, 33:12, 34:5, 49:8, 49:9, 58:13, 74:13, 74:20, 78:20, 150:9

protuberant [2] - Vol. 1 - 126:11, 126:11

prove Vol. 1 - 122:4

provide [8] - Vol. 1 - 14:24, 48:22, 69:25, 82:3, 132:1, 132:6, 140:2, 140:2

provided [5] - Vol. 1 - 4:3, 16:4, 27:24, 50:10, 51:22

provider Vol. 1 - 50:11

provides Vol. 1 - 175:13

providing [8] - Vol. 1 - 60:1, 96:19, 108:6, 127:25, 128:1, 128:5, 128:14, 170:14

provision Vol. 1 - 52:23

provocative [2] - Vol. 1 - 118:5, 147:25

psyche Vol. 1 - 85:12

psychiatric [36] - Vol. 1 - 22:9, 45:7, 73:22, 73:25, 74:1, 74:4, 74:16, 78:20, 80:17, 99:16, 99:19, 99:23, 100:1, 108:16, 112:15, 112:23, 113:5, 113:12, 126:5,

126:8, 126:14, 126:18, 126:22, 127:6, 131:4, 131:5, 134:17, 134:19, 135:21, 137:4, 145:1, 151:23, 155:21, 160:20, 163:17, 163:19

psychiatrically [11] - Vol. 1 - 107:10, 107:14, 108:7, 108:12, 110:11, 110:17, 116:1, 125:23, 126:3, 127:9, 127:20

psychiatrist [13] - Vol. 1 - 102:6, 112:13, 112:16, 113:25, 146:7, 146:16, 154:24, 155:15, 157:21, 158:9, 164:22, 166:15, 170:1

psychiatrists [2] - Vol. 1 - 106:19, 150:15

psychiatry [17] - Vol. 1 - 23:16, 26:6, 28:6, 37:19, 37:23, 48:23, 90:5, 91:25, 100:3, 123:1, 126:6, 126:17, 127:11, 149:23, 155:7, 155:18, 165:22

psychodynamic Vol. 1 - 45:6

psychodynamics Vol. 1 - 43:18

psychological [14] - Vol. 1 - 15:6, 56:19, 72:8, 104:16, 105:24, 108:17, 108:19, 108:20, 108:24, 111:24, 126:15, 130:25, 132:16, 145:1

psychologically [23] - Vol. 1 - 87:22, 87:25, 88:3, 88:12, 103:21, 104:7, 104:13, 107:9, 108:7, 108:13, 110:11, 110:17, 110:19, 115:25, 117:14, 122:14, 125:24, 126:1, 127:20, 137:25,



138:8, 151:16, 159:24

psychologists [2] - Vol. 1 - 28:18, 133:22

psychology [3] - Vol. 1 - 126:5, 126:7, 126:16

psychotherapy [6] - Vol. 1 - 45:25, 50:10, 59:5, 59:6, 59:7, 59:10

puberty Vol. 1 - 86:17

public [6] - Vol. 1 - 1:20, 64:12, 172:24, 174:6, 174:21, 175:12

publication Vol. 1 - 122:25

publications [2] - Vol. 1 - 22:14, 35:3

publicly Vol. 1 - 13:10

published [7] - Vol. 1 - 7:1, 10:5, 28:1, 28:4, 35:9, 35:18, 43:20

punch Vol. 1 - 108:21

purchase Vol. 1 - 50:17

purpose [2] - Vol. 1 - 4:2, 154:12

pus [2] - Vol. 1 - 114:19, 114:20

pushed [2] - Vol. 1 - 95:25, 157:14

pushing Vol. 1 - 102:3

puts [2] - Vol. 1 - 99:17, 102:3

putting [6] - Vol. 1 - 58:22, 71:14, 93:24, 94:17, 95:5, 101:9

## Q

qualified [2] - Vol. 1 - 26:24, 174:6

qualify [5] - Vol. 1 - 26:18, 29:15, 96:11, 96:23, 128:21

qualitative Vol. 1 - 127:16

quality [4] - Vol. 1 - 66:11, 66:12, 76:7, 115:4

quarter [5] - Vol. 1 - 142:4, 143:24, 144:4, 144:6, 144:24

quarter-inch Vol. 1 - 143:20

queen [3] - Vol. 1 - 89:22, 92:23, 152:10

quest [5] - Vol. 1 - 57:4, 57:5, 57:12, 92:8, 130:12

questioner [2] - Vol. 1 - 120:21, 123:21

quick [3] - Vol. 1 - 34:25, 38:4, 60:1

quickly [4] - Vol. 1 - 5:10, 59:13, 59:14, 127:12

quieted Vol. 1 - 14:15

quite [7] - Vol. 1 - 17:16, 27:3, 27:13, 57:19, 118:13, 134:12, 155:25

quote [2] - Vol. 1 - 90:19, 130:19

quoted Vol. 1 - 168:14

quoting Vol. 1 - 123:6

## R

raise [2] - Vol. 1 - 44:18, 83:23

raised [6] - Vol. 1 - 63:15, 63:18, 66:10, 102:23, 151:13, 158:4

raising Vol. 1 - 23:10

rape [7] - Vol. 1 - 93:23, 93:24, 95:11, 133:7, 133:7, 133:8, 170:23

rare Vol. 1 - 131:12

rate [6] - Vol. 1 - 160:5, 160:6,

161:15, 168:17, 168:20, 169:8

rates Vol. 1 - 161:13

rather [8] - Vol. 1 - 4:21, 17:10, 24:22, 94:16, 131:12, 143:7, 151:10, 160:17

ratio Vol. 1 - 168:18

RE Vol. 1 - 175:8

react [3] - Vol. 1 - 17:17, 17:18, 69:18

reactions Vol. 1 - 17:24

reader Vol. 1 - 92:24

readers Vol. 1 - 81:7

reading [3] - Vol. 1 - 43:21, 121:19, 175:11

real-life [22] - Vol. 1 - 16:12, 16:12, 16:18, 16:23, 18:2, 18:8, 18:13, 18:16, 20:1, 60:8, 61:20, 61:22, 62:11, 62:12, 63:7, 63:12, 63:21, 64:3, 64:5, 65:21, 67:15, 75:14

realistic Vol. 1 - 169:10

reality [10] - Vol. 1 - 39:24, 39:25, 40:1, 63:8, 63:9, 85:21, 86:2, 92:1, 92:2, 169:17

realize Vol. 1 - 64:21

realizing Vol. 1 - 19:7

really [31] - Vol. 1 - 14:6, 18:4, 18:7, 27:13, 27:18, 28:20, 45:5, 49:1, 54:5, 55:1, 64:1, 66:6, 66:14, 71:7, 85:13, 87:5, 87:8, 95:12, 112:25, 122:17,

123:13, 126:15, 127:11, 132:16, 134:13, 145:3, 150:11, 152:16, 157:22, 165:25, 166:18

rearrangement Vol. 1 - 64:18

reason [13] - Vol. 1 - 58:10, 64:3, 74:4, 81:3, 81:15, 85:24, 106:9, 135:20, 137:5, 152:1, 154:3, 167:10, 172:6

reasonable [5] - Vol. 1 - 38:19, 38:25, 96:12, 122:2, 144:11

reasons [12] - Vol. 1 - 63:7, 63:20, 65:12, 111:24, 111:25, 138:16, 145:1, 146:12, 147:15, 147:19, 147:23, 152:2

reassignment [56] - Vol. 1 - 13:1, 15:20, 15:22, 16:1, 17:22, 18:5, 18:7, 18:15, 26:16, 26:18, 26:25, 27:10, 28:3, 29:25, 30:6, 30:20, 30:24, 31:2, 31:4, 37:14, 38:16, 39:8, 39:11, 39:13, 39:19, 57:1, 57:5, 58:7, 60:14, 64:19, 65:1, 66:17, 70:2, 97:7, 97:9, 97:11, 101:1, 101:17, 103:7, 130:9, 130:10, 130:22, 159:22, 160:19, 161:1, 161:7, 161:13, 161:16, 161:23, 162:3, 162:6, 162:21, 168:5, 168:11, 168:18, 169:8

rebuttal [5] - Vol. 1 - 6:25, 10:4, 159:25, 162:18, 164:1

recent [4] -

Vol. 1 - 14:11, 27:17, 59:17, 66:18

recently [2] - Vol. 1 - 7:1, 10:5

recess [4] - Vol. 1 - 67:12, 115:20, 134:22, 167:14

recognition Vol. 1 - 33:15

recognize [28] - Vol. 1 - 46:21, 46:24, 47:11, 52:8, 56:11, 57:16, 57:23, 63:8, 74:19, 77:1, 77:10, 85:21, 91:17, 91:17, 91:18, 92:10, 93:7, 98:25, 100:5, 102:10, 112:20, 116:25, 119:8, 125:3, 134:13, 142:22, 149:15, 149:20

recognized [6] - Vol. 1 - 55:9, 74:12, 76:18, 83:8, 111:3, 149:6

recognizes Vol. 1 - 85:15

recollection Vol. 1 - 47:21

recommend [10] - Vol. 1 - 15:15, 16:22, 29:23, 39:5, 40:4, 40:8, 59:10, 87:19, 92:17, 137:22

recommendation [9] - Vol. 1 - 15:23, 26:6, 37:17, 38:19, 39:21, 41:19, 121:4, 122:25, 170:25

recommendations [14] - Vol. 1 - 31:10, 31:15, 34:4, 37:24, 40:9, 50:12, 52:21, 64:25, 87:16, 122:12, 137:18, 137:19, 141:17, 163:18

recommended [10] - Vol. 1 - 19:18, 27:9, 31:2, 31:16,

32:14, 32:21, 32:33, 34:3, 38:11, 40:3

recommending [2] - Vol. 1 - 28:13, 93:2

recommends Vol. 1 - 96:11

record [4] - Vol. 1 - 47:4, 47:7, 115:18, 141:7

records [7] - Vol. 1 - 9:14, 9:20, 9:21, 9:25, 10:1, 10:13, 10:24

redone Vol. 1 - 102:13

reduce [2] - Vol. 1 - 100:25, 128:15

reduced [4] - Vol. 1 - 97:23, 98:3, 98:4, 174:9

refer [5] - Vol. 1 - 6:12, 15:21, 53:1, 62:8, 62:13

reference Vol. 1 - 73:20

referenced [2] - Vol. 1 - 52:25, 53:5

referred Vol. 1 - 63:2

referring [3] - Vol. 1 - 6:9, 42:23, 53:22

refers Vol. 1 - 23:25

reflexive Vol. 1 - 24:23

reframe Vol. 1 - 58:19

refresh Vol. 1 - 47:21

refreshed Vol. 1 - 7:19

refusal Vol. 1 - 86:2

refuse [2] - Vol. 1 - 100:9, 118:6

refused [2] - Vol. 1 - 83:22, 92:4

refusing Vol. 1 - 138:23

regarding [6] - Vol. 1 - 31:11, 34:4, 34:4, 48:9,



50:12, 58:13
**registered [3]** - Vol. 1 - 1:19, 52:2, 174:5
**regret** Vol. 1 - 66:16
**regular** Vol. 1 - 32:23
**Reid [30]** - Vol. 1 - 2:5, 3:9, 7:5, 47:2, 49:10, 53:7, 108:10, 121:11, 132:19, 135:23, 137:6, 137:8, 137:14, 140:12, 141:4, 141:11, 145:2, 145:10, 145:15, 145:18, 145:23, 147:18, 147:22, 148:8, 168:12, 170:7, 170:18, 171:14, 175:4, 175:9
**Reign** Vol. 1 - 175:8
**reinforce** Vol. 1 - 104:10
**reinforces** Vol. 1 - 66:3
**Reiyn [54]** - Vol. 1 - 1:6, 4:11, 6:10, 6:12, 6:13, 10:10, 80:2, 80:20, 80:25, 82:16, 83:17, 84:3, 84:4, 85:10, 87:22, 88:8, 89:21, 91:9, 91:18, 91:19, 92:2, 92:18, 92:18, 92:25, 94:6, 94:14, 94:19, 95:16, 117:14, 127:24, 137:25, 138:18, 138:23, 139:12, 140:5, 140:5, 142:17, 142:19, 142:23, 143:23, 143:24, 147:10, 163:21, 164:6, 164:9, 164:10, 164:12, 165:9, 165:18, 165:19, 166:2, 166:5, 171:1, 171:9
**Reiyn's [10]** - Vol. 1 - 82:25, 84:24, 85:5, 87:20, 88:16,

137:22, 163:12, 163:15, 164:23, 164:24
**rejected** Vol. 1 - 26:16
**relate [2]** - Vol. 1 - 11:7, 162:14
**related [7]** - Vol. 1 - 6:6, 9:7, 37:4, 50:3, 106:7, 110:23, 133:1
**relating [2]** - Vol. 1 - 103:10, 128:7
**relations [3]** - Vol. 1 - 11:13, 21:5, 60:20
**relationship [8]** - Vol. 1 - 15:13, 21:8, 23:23, 23:24, 68:23, 90:13, 168:9, 168:21
**relationships [2]** - Vol. 1 - 13:12, 115:5
**relative [2]** - Vol. 1 - 90:8, 174:14
**relatively [2]** - Vol. 1 - 19:3, 130:2
**relevance** Vol. 1 - 69:13
**relevant [2]** - Vol. 1 - 70:23, 81:14
**relieve [2]** - Vol. 1 - 96:13, 96:21
**relieves [2]** - Vol. 1 - 52:9, 96:22
**relieving** Vol. 1 - 97:17
**religious [2]** - Vol. 1 - 91:12, 151:8
**rely** Vol. 1 - 43:22
**remain** Vol. 1 - 18:1
**remembering** Vol. 1 - 147:16
**remind [2]** - Vol. 1 - 24:4, 31:1
**remodeled [2]** - Vol. 1 - 101:8, 101:11
**remodeling** Vol. 1 - 101:20

**removal [3]** - Vol. 1 - 34:22, 34:23, 78:3
**remove** Vol. 1 - 114:14
**rendered** Vol. 1 - 121:6
**reoperation** Vol. 1 - 169:8
**repeat [5]** - Vol. 1 - 10:2, 62:6, 87:7, 95:22, 104:4
**rephrase [5]** - Vol. 1 - 19:18, 68:11, 68:15, 77:17, 113:9
**report [59]** - Vol. 1 - 6:24, 6:25, 6:25, 7:2, 8:21, 8:23, 9:1, 9:3, 9:4, 9:9, 9:14, 9:21, 9:24, 10:4, 10:4, 10:5, 13:19, 25:6, 27:6, 27:21, 35:2, 36:8, 36:16, 37:2, 80:7, 80:12, 81:4, 81:6, 82:15, 84:18, 89:12, 96:8, 96:18, 115:23, 119:20, 121:20, 122:6, 137:16, 141:18, 143:4, 147:11, 156:21, 157:1, 159:25, 160:3, 160:13, 160:24, 162:17, 162:18, 162:22, 162:25, 162:25, 163:7, 163:9, 163:10, 163:10, 164:4, 164:19, 168:3
**reporter [5]** - Vol. 1 - 1:19, 4:19, 5:2, 120:8, 174:5
**reporting [4]** - Vol. 1 - 1:20, 1:22, 174:5, 174:16
**reports [2]** - Vol. 1 - 36:9, 49:5
**represent [2]** - Vol. 1 - 45:7, 169:11
**representation** Vol. 1 - 124:21
**represented**

Vol. 1 - 138:17
**represents** Vol. 1 - 169:12
**repudiate** Vol. 1 - 24:18
**request [3]** - Vol. 1 - 87:20, 88:16, 137:23
**require [2]** - Vol. 1 - 16:3, 142:9
**required [4]** - Vol. 1 - 100:7, 129:23, 140:11, 175:12
**requirement [3]** - Vol. 1 - 60:12, 60:13, 109:21
**requires [3]** - Vol. 1 - 18:9, 100:14, 105:10
**reread [2]** - Vol. 1 - 6:24, 6:24
**research [5]** - Vol. 1 - 22:10, 76:6, 76:8, 76:9, 76:20
**researchers [2]** - Vol. 1 - 56:24, 75:22
**reserve [2]** - Vol. 1 - 25:3, 123:15
**residency** Vol. 1 - 155:21
**resides** Vol. 1 - 6:17
**respect [6]** - Vol. 1 - 78:25, 112:21, 113:19, 115:3, 134:7, 148:4
**respectable** Vol. 1 - 76:24
**respond [2]** - Vol. 1 - 46:4, 46:11
**responded** Vol. 1 - 38:23
**response [6]** - Vol. 1 - 87:20, 88:15, 111:11, 137:22, 140:6, 171:1
**responsibilities [2]** - Vol. 1 - 146:10, 169:6
**responsible [3]** - Vol. 1 - 93:1, 105:9, 133:14
**responsibly [2]** - Vol. 1 - 30:5,

30:22
**rest [2]** - Vol. 1 - 20:7, 138:6
**result [3]** - Vol. 1 - 37:17, 40:10, 54:17
**results** Vol. 1 - 160:2
**retain [2]** - Vol. 1 - 50:18, 60:13
**retained [3]** - Vol. 1 - 6:2, 36:16, 41:1
**rethink** Vol. 1 - 85:23
**return [2]** - Vol. 1 - 75:19, 145:6
**returns** Vol. 1 - 18:21
**reverted** Vol. 1 - 21:13
**review [3]** - Vol. 1 - 10:24, 52:14, 52:20
**reviewed [4]** - Vol. 1 - 9:20, 9:21, 9:25, 10:6
**rhinoplasty** Vol. 1 - 100:21
**rich [2]** - Vol. 1 - 29:6, 29:20
**rid** Vol. 1 - 114:15
**ridiculous [2]** - Vol. 1 - 146:14, 146:15
**right-hand** Vol. 1 - 49:17
**rights [13]** - Vol. 1 - 28:15, 28:15, 28:15, 29:2, 56:15, 76:12, 91:6, 152:22, 152:23, 154:15, 154:17, 165:14, 165:15
**rigid [2]** - Vol. 1 - 92:21, 93:13
**rip** Vol. 1 - 42:21
**Risen** Vol. 1 - 8:17
**risk [7]** - Vol. 1 - 133:7, 148:20, 149:17, 164:8, 164:8, 169:3, 169:4
**risks [6]** - Vol. 1 - 132:25, 148:11, 168:4, 170:6, 170:16, 170:16
**risky** Vol. 1 - 148:15

**role [3]** - Vol. 1 - 18:21, 58:16, 168:7
**roles [3]** - Vol. 1 - 19:10, 60:19, 105:3
**room [5]** - Vol. 1 - 72:5, 122:20, 157:13, 157:19, 157:23
**rough** Vol. 1 - 9:4
**routine** Vol. 1 - 4:16
**RPR [2]** - Vol. 1 - 174:21, 175:20
**RSA [2]** - Vol. 1 - 2:7, 175:5
**ruined** Vol. 1 - 94:10
**rule [2]** - Vol. 1 - 33:8, 174:17
**rules [9]** - Vol. 1 - 4:3, 4:17, 27:16, 44:8, 138:15, 138:16, 138:21, 143:3, 175:13
**run [9]** - Vol. 1 - 11:11, 11:18, 13:3, 13:3, 39:17, 39:17, 44:19, 56:25, 132:7

---

**S**

**sacrificed** Vol. 1 - 132:25
**safe [8]** - Vol. 1 - 135:16, 138:3, 140:24, 140:25, 141:19, 141:22, 143:20, 146:13
**safety [16]** - Vol. 1 - 88:21, 88:21, 133:15, 133:18, 133:20, 138:2, 138:16, 140:23, 140:23, 141:19, 142:6, 142:11, 142:12, 147:15, 147:19, 148:1
**sake** Vol. 1 - 120:7
**sat [2]** - Vol. 1 - 83:18, 83:24
**save [2]** - Vol. 1 - 115:13, 166:14
**saving [5]** - Vol. 1 - 115:6, 115:10, 161:22, 162:5, 162:7



saying [22] - Vol. 1 - 5:3, 18:18, 47:18, 71:7, 73:15, 77:25, 87:5, 87:8, 89:4, 99:18, 103:1, 103:4, 112:11, 117:21, 117:23, 130:6, 139:17, 142:5, 143:2, 146:16, 146:18, 163:8

says [24] - Vol. 1 - 4:5, 43:23, 43:24, 48:1, 49:25, 50:5, 62:24, 80:15, 85:5, 89:20, 114:13, 114:15, 119:1, 120:5, 120:22, 121:23, 123:22, 125:19, 133:10, 142:21, 151:16, 154:2, 160:24, 169:7

scarves Vol. 1 - 116:18

scenario [2] - Vol. 1 - 112:5, 159:2

Schirripa [4] - Vol. 1 - 1:19, 174:5, 174:21, 175:20

schizophrenia Vol. 1 - 160:7

schizophrenic Vol. 1 - 158:1

scholar Vol. 1 - 131:22

scholarly [4] - Vol. 1 - 11:15, 21:19, 56:10, 59:19

scholarship Vol. 1 - 154:19

schools Vol. 1 - 154:5

schoolteachers Vol. 1 - 105:16

science [7] - Vol. 1 - 57:24, 77:5, 77:12, 153:3, 153:4, 154:18, 160:22

scientific [9] - Vol. 1 - 56:16, 56:21, 57:20, 58:17, 60:2, 76:17, 77:3, 161:20, 162:1

scroll Vol. 1 - 47:25

scrotum [2] - Vol. 1 - 166:10, 166:11

se Vol. 1 - 122:21

seal Vol. 1 - 174:18

secondary Vol. 1 - 80:19

secret Vol. 1 - 109:25

Secretary Vol. 1 - 1:9

section [5] - Vol. 1 - 53:18, 137:19, 141:18, 168:3, 170:17

security [29] - Vol. 1 - 50:15, 50:21, 51:2, 89:23, 132:17, 132:25, 133:11, 133:13, 133:24, 134:16, 135:20, 137:5, 137:11, 141:2, 143:19, 144:23, 146:6, 146:8, 146:9, 146:9, 146:10, 148:1, 148:6, 148:9, 148:20, 148:21, 148:22, 163:5, 163:6

security-related [2] - Vol. 1 - 87:21, 137:23

seeing Vol. 1 - 8:18

seeking [4] - Vol. 1 - 36:19, 36:23, 90:1, 170:4

seem [5] - Vol. 1 - 21:1, 32:10, 38:18, 44:16, 156:13

seemed [4] - Vol. 1 - 38:21, 39:9, 45:20, 118:5

seems [8] - Vol. 1 - 35:20, 54:7, 64:12, 82:5, 130:4, 143:7, 145:12, 151:7

sees [3] - Vol. 1 - 93:21, 131:12, 131:15

self [4] - Vol. 1 - 16:14, 17:1,

18:3, 61:23

self-confidence Vol. 1 - 86:3

self-control Vol. 1 - 90:21

self-harm Vol. 1 - 164:8

self-preservatio Vol. 1 - 90:22

seminar [9] - Vol. 1 - 22:2, 22:3, 22:16, 25:19, 27:23, 27:25, 28:20, 48:21, 77:22

seminars [2] - Vol. 1 - 40:18, 78:9

send [2] - Vol. 1 - 15:16, 175:15

Senior Vol. 1 - 2:17

sense [19] - Vol. 1 - 15:24, 17:1, 63:9, 63:11, 65:2, 67:7, 69:23, 93:15, 94:6, 95:18, 95:20, 97:13, 104:16, 104:16, 104:22, 133:16, 142:20, 144:21, 164:20

sensibilities Vol. 1 - 104:9

sensitizing Vol. 1 - 33:8

sensuous Vol. 1 - 101:10

sent [6] - Vol. 1 - 9:5, 19:22, 35:7, 48:24, 140:10, 140:13

sentences Vol. 1 - 102:20

separate [2] - Vol. 1 - 11:25, 14:2

September [3] - Vol. 1 - 22:1, 22:1, 22:5

serious [6] - Vol. 1 - 73:22, 73:24, 74:1, 74:3, 130:20, 164:8

served Vol. 1 - 36:11

service Vol. 1 - 50:11

sessions Vol. 1 - 33:5

setback Vol. 1 -

92:7

sets Vol. 1 - 28:11

setting [3] - Vol. 1 - 32:14, 87:21, 137:24

seven Vol. 1 - 53:12

seven-foot Vol. 1 - 95:9

seven-inch Vol. 1 - 95:17

several [5] - Vol. 1 - 6:24, 7:1, 15:9, 37:7, 161:11

severally Vol. 1 - 115:7

severe [2] - Vol. 1 - 65:17, 113:14

sex [66] - Vol. 1 - 13:1, 15:20, 15:21, 16:1, 17:21, 18:5, 18:7, 18:15, 22:10, 24:2, 24:18, 24:19, 26:16, 26:18, 26:25, 27:10, 28:3, 29:25, 30:6, 30:19, 30:23, 31:2, 31:3, 35:10, 37:14, 38:16, 39:8, 39:11, 39:13, 39:18, 56:25, 57:4, 58:7, 60:13, 65:1, 66:16, 70:2, 80:19, 94:4, 94:5, 97:7, 97:8, 97:11, 97:11, 101:1, 101:17, 103:6, 130:9, 130:10, 130:22, 151:5, 151:15, 159:22, 160:19, 160:25, 161:7, 161:13, 161:15, 161:23, 162:2, 162:6, 162:20, 168:5, 168:10, 168:17, 169:8

sexual [24] - Vol. 1 - 11:7, 11:8, 11:9, 11:11, 11:12, 11:12, 23:22, 24:5, 24:7, 24:14, 28:2, 44:24, 90:14,

98:18, 98:19, 98:19, 114:12, 148:19, 148:19, 149:17, 151:21, 152:20, 168:23, 168:24

sexuality [2] - Vol. 1 - 21:21, 23:21

sexually [3] - Vol. 1 - 133:5, 147:25, 148:17

sexually-deprive Vol. 1 - 94:3

shackles Vol. 1 - 122:18

shall [4] - Vol. 1 - 50:7, 50:17, 52:19, 111:23

share Vol. 1 - 31:20

shaved [2] - Vol. 1 - 57:10, 100:22

she'll Vol. 1 - 129:16

she's [32] - Vol. 1 - 81:21, 82:20, 86:7, 86:8, 88:19, 88:25, 89:4, 89:25, 90:1, 91:1, 91:5, 91:23, 92:8, 92:20, 116:21, 117:8, 121:19, 125:13, 128:3, 128:22, 128:23, 129:7, 129:11, 129:14, 129:17, 139:2, 139:2, 139:5, 139:8, 139:24, 167:8, 170:4

shift Vol. 1 - 78:5

shirt [3] - Vol. 1 - 88:5, 88:6, 138:10

shocked [2] - Vol. 1 - 81:7, 83:19

short [4] - Vol. 1 - 101:23, 138:23, 144:5, 170:19

short-term Vol. 1 - 158:21

shorter Vol. 1 - 139:7

shortly Vol. 1 - 41:18

shorts Vol. 1 - 72:1

shoulders [2] - Vol. 1 - 89:7, 164:18

shouldn't [5] - Vol. 1 - 37:16, 43:24, 105:23, 144:25, 162:12

showing [2] - Vol. 1 - 119:14, 161:12

shown Vol. 1 - 66:18

shows Vol. 1 - 160:22

shrinkage Vol. 1 - 82:2

shriveled-up Vol. 1 - 131:14

shunning Vol. 1 - 153:11

sift Vol. 1 - 84:13

sign [3] - Vol. 1 - 171:15, 175:12, 175:13

signature [4] - Vol. 1 - 175:12, 175:12, 175:14, 175:15

signed Vol. 1 - 175:15

significant [2] - Vol. 1 - 65:8, 161:23

silent Vol. 1 - 151:3

silicone Vol. 1 - 101:8

silly Vol. 1 - 143:7

similar [2] - Vol. 1 - 22:3, 25:19

similarities Vol. 1 - 73:17

similarly [2] - Vol. 1 - 69:8, 113:25

simple [2] - Vol. 1 - 134:15, 159:16

simply [3] - Vol. 1 - 82:16, 94:1, 153:13

sincerely Vol. 1 - 138:13

Sinea Vol. 1 - 46:23

sister Vol. 1 - 62:13

Sitting Vol. 1 - 21:11

situation [2] -



Vol. 1 - 154:22, 158:18

**situations** Vol. 1 - 126:14

**six [6]** - Vol. 1 - 12:3, 15:3, 27:12, 30:18, 33:5, 109:18

**six-hour [2]** - Vol. 1 - 22:2, 48:20

**skeptic** Vol. 1 - 56:7

**skeptical** Vol. 1 - 60:4

**skepticism [7]** - Vol. 1 - 54:17, 56:2, 56:4, 58:12, 58:13, 58:16, 164:19

**skeptics** Vol. 1 - 56:5

**skew** Vol. 1 - 158:18

**skin [3]** - Vol. 1 - 61:4, 69:14, 82:1

**slight [3]** - Vol. 1 - 96:6, 96:7, 144:8

**Slightly** Vol. 1 - 146:24

**slip [2]** - Vol. 1 - 62:14, 62:25

**slips** Vol. 1 - 26:12

**slow [2]** - Vol. 1 - 80:14, 134:13

**slowed** Vol. 1 - 136:2

**smart [2]** - Vol. 1 - 159:17, 161:5

**smarter [5]** - Vol. 1 - 86:5, 86:5, 86:5, 86:7, 86:8

**social [24]** - Vol. 1 - 13:19, 16:5, 16:6, 16:12, 16:23, 18:16, 60:9, 60:12, 60:20, 64:6, 64:25, 67:15, 67:20, 67:25, 74:6, 75:14, 103:10, 109:7, 109:14, 109:21, 109:24, 110:8, 155:15, 165:2

**socially [7]** - Vol. 1 - 16:17,

17:14, 82:1, 86:25, 103:13, 108:17, 152:13

**society [7]** - Vol. 1 - 22:10, 30:4, 32:11, 55:9, 131:18, 131:20, 154:9

**soft** Vol. 1 - 144:7

**softening** Vol. 1 - 82:2

**sole** Vol. 1 - 171:8

**somebody [14]** - Vol. 1 - 66:7, 70:10, 71:8, 108:21, 109:6, 112:25, 113:14, 114:25, 115:8, 115:11, 135:21, 155:6, 165:5, 167:1

**somebody's** Vol. 1 - 130:20

**someone [12]** - Vol. 1 - 63:25, 72:5, 73:3, 93:21, 98:6, 107:15, 129:24, 139:20, 143:24, 164:15, 167:6, 169:9

**someone's** Vol. 1 - 115:6

**Somewhere** Vol. 1 - 56:20

**son [4]** - Vol. 1 - 63:16, 63:17, 63:18, 151:17

**sophisticated [2]** - Vol. 1 - 44:6, 44:11

**sorry [25]** - Vol. 1 - 7:6, 20:3, 24:13, 28:22, 32:12, 39:3, 51:11, 87:7, 88:3, 88:6, 89:12, 97:19, 107:3, 119:25, 120:2, 121:15, 128:16, 134:24, 135:7, 135:9, 147:20, 154:23, 162:13, 162:15, 167:12

**sort [16]** - Vol. 1 - 14:15, 25:25, 27:7, 43:14, 54:16, 75:22, 84:15, 123:22, 126:13, 126:25,

128:19, 137:20, 144:9, 151:4, 163:25, 165:20

**soul [3]** - Vol. 1 - 18:23, 18:23, 93:15

**sounds [2]** - Vol. 1 - 130:5, 151:14

**speaking [4]** - Vol. 1 - 106:20, 133:18, 143:4

**special [10]** - Vol. 1 - 25:25, 33:12, 33:15, 55:9, 91:19, 92:14, 92:15, 150:18, 153:13, 153:17

**specialization [2]** - Vol. 1 - 11:4, 149:22

**specialize** Vol. 1 - 55:19

**specializes** Vol. 1 - 155:15

**specially [2]** - Vol. 1 - 150:13, 156:3

**specialty [5]** - Vol. 1 - 11:6, 11:13, 53:2, 149:22, 157:12

**specific [3]** - Vol. 1 - 33:9, 88:9, 109:23

**specifically [3]** - Vol. 1 - 6:5, 28:21, 77:22

**specified** Vol. 1 - 174:13

**speech** Vol. 1 - 149:7

**spend [4]** - Vol. 1 - 49:13, 80:6, 129:15, 157:8

**spent [6]** - Vol. 1 - 28:10, 41:22, 145:18, 156:15, 163:7, 164:21

**sperm [2]** - Vol. 1 - 106:6, 168:23

**splitting** Vol. 1 - 127:1

**spoke [2]** - Vol. 1 - 23:13, 159:5

**sputum** Vol. 1 - 114:18

**SRS** Vol. 1 -

168:7

**SS** Vol. 1 - 174:3

**stabbed** Vol. 1 - 165:4

**stability [2]** - Vol. 1 - 90:7, 90:22

**stabilize** Vol. 1 - 88:24

**staff [12]** - Vol. 1 - 2:17, 7:24, 13:4, 15:8, 15:9, 33:16, 43:17, 48:23, 54:13, 92:6, 118:21, 122:23

**stage** Vol. 1 - 48:25

**stance [2]** - Vol. 1 - 57:24, 57:24

**standard [2]** - Vol. 1 - 53:21, 67:3

**standards [53]** - Vol. 1 - 52:25, 53:4, 53:13, 53:23, 54:3, 54:11, 54:17, 55:15, 55:25, 56:2, 56:13, 57:14, 58:8, 58:10, 58:12, 58:23, 58:24, 59:8, 59:11, 59:14, 59:16, 59:20, 59:21, 60:7, 60:10, 60:24, 61:5, 61:9, 61:16, 74:11, 74:19, 76:17, 91:2, 96:21, 98:8, 99:9, 99:12, 103:18, 107:11, 107:21, 108:6, 109:19, 109:20, 110:5, 110:6, 127:18, 128:15, 136:19, 136:25, 148:25, 164:7, 170:5, 170:15

**standing** Vol. 1 - 83:23

**start [14]** - Vol. 1 - 61:14, 73:22, 87:19, 130:12

**started** Vol. 1 - 134:2

**state [8]** - Vol. 1 - 1:21, 32:2, 78:18, 142:11,

142:11, 172:20, 174:2, 174:6

**state's** Vol. 1 - 29:25

**states [7]** - Vol. 1 - 1:1, 20:20, 76:9, 78:14, 111:2, 142:9, 142:10

**statewide [2]** - Vol. 1 - 137:2, 142:8

**station** Vol. 1 - 82:8

**status [2]** - Vol. 1 - 73:7, 151:21

**staying** Vol. 1 - 82:15

**Steet** Vol. 1 - 2:8

**Stenotype** Vol. 1 - 174:9

**step** Vol. 1 - 47:4

**Stephen [7]** - Vol. 1 - 1:14, 1:17, 3:3, 4:1, 172:17, 174:7, 175:10

**steps** Vol. 1 - 18:15

**stereotypic** Vol. 1 - 84:5

**stipulated** Vol. 1 - 175:14

**stop [3]** - Vol. 1 - 50:22, 50:24, 113:8

**stopped [2]** - Vol. 1 - 14:14, 51:11

**store** Vol. 1 - 64:14

**strange [3]** - Vol. 1 - 23:14, 60:5, 82:5

**stranger** Vol. 1 - 64:12

**Street [2]** - Vol. 1 - 2:20, 175:5

**strengths** Vol. 1 - 15:24

**stress** Vol. 1 - 154:3

**strong [2]** - Vol. 1 - 96:1, 96:3

**strongly** Vol. 1 - 18:7

**structure** Vol. 1 - 165:20

**struggle [3]** - Vol. 1 - 13:8, 42:8, 139:17

**struggles** Vol. 1 - 164:25

**struggling** Vol. 1 - 26:14

**stubborn [8]** - Vol. 1 - 84:24, 85:5, 85:8, 86:10, 86:23, 87:4, 99:1, 139:3

**stubbornness [2]** - Vol. 1 - 85:16, 86:1

**student [2]** - Vol. 1 - 60:20, 156:16

**studied** Vol. 1 - 165:21

**studies** Vol. 1 - 168:13

**stuffs** Vol. 1 - 117:10

**style [4]** - Vol. 1 - 47:2, 133:17, 138:25, 143:25

**subject [11]** - Vol. 1 - 24:25, 29:7, 81:18, 102:16, 116:8, 123:23, 124:3, 145:6, 152:14, 153:18, 153:19

**subjected** Vol. 1 - 140:16

**subjective [8]** - Vol. 1 - 42:13, 66:11, 70:23, 96:22, 122:1, 123:23, 124:4, 131:15

**subjects** Vol. 1 - 11:15

**subsections** Vol. 1 - 152:17

**substance [2]** - Vol. 1 - 28:8, 90:16

**substances** Vol. 1 - 90:16

**subtle** Vol. 1 - 84:15

**subtype** Vol. 1 - 81:12

**subtypes** Vol. 1 - 81:14

**successes** Vol. 1 - 89:21

**sue** Vol. 1 - 144:15

**sued [2]** - Vol. 1 -



55:21, 55:22
suffer [2] - Vol. 1 - 65:17, 158:25
suffering [6] - Vol. 1 - 33:23, 33:24, 33:24, 70:1, 151:20, 155:19
suffers [2] - Vol. 1 - 91:7, 114:25
sufficient  Vol. 1 - 67:20
suggest  Vol. 1 - 71:9
suggesting [2] - Vol. 1 - 87:12, 89:25
suicidal [7] - Vol. 1 - 158:16, 164:14, 165:23, 165:25, 166:1, 166:17, 170:9
suicidality [2] - Vol. 1 - 161:13, 167:3
suicide [17] - Vol. 1 - 58:7, 92:5, 142:25, 158:15, 160:12, 160:20, 165:21, 166:2, 166:6, 166:12, 166:20, 166:21, 166:24, 167:6, 168:7, 168:17, 168:20
suicides  Vol. 1 - 160:21
Suite [2] - Vol. 1 - 2:8, 175:5
summer  Vol. 1 - 82:18
superior  Vol. 1 - 91:4
supervise [2] - Vol. 1 - 14:20, 31:19
support [3] - Vol. 1 - 15:25, 16:1, 154:17
supposed  Vol. 1 - 106:13
supreme [2] - Vol. 1 - 91:21, 164:14
surface [2] - Vol. 1 - 89:9, 117:23
surgeon [2] - Vol. 1 - 101:3, 106:18
surgeons [2] -

Vol. 1 - 16:3, 106:21
surgeries [3] - Vol. 1 - 57:5, 61:18, 101:7
surgery [76] - Vol. 1 - 13:2, 15:20, 15:22, 16:1, 17:22, 17:22, 18:5, 18:7, 18:15, 19:19, 26:16, 26:18, 26:25, 27:10, 28:4, 29:25, 30:6, 30:20, 30:24, 31:2, 31:4, 37:14, 38:17, 39:5, 39:7, 39:9, 39:12, 39:13, 39:19, 57:1, 57:5, 58:7, 58:14, 60:6, 60:14, 64:17, 65:1, 66:17, 67:22, 69:8, 70:2, 75:11, 77:10, 97:7, 97:9, 97:11, 100:1, 101:1, 101:17, 103:7, 105:19, 105:20, 107:16, 110:10, 130:9, 130:10, 130:12, 130:22, 130:23, 131:2, 131:19, 150:21, 159:22, 160:19, 161:1, 161:7, 161:13, 161:16, 161:23, 162:3, 162:6, 162:21, 168:5, 168:11, 168:18, 169:9
surgical  Vol. 1 - 68:24
surprised  Vol. 1 - 122:22
surveyed  Vol. 1 - 59:25
Susan [3] - Vol. 1 - 62:24, 62:25, 63:2
suspension  Vol. 1 - 152:11
sustain  Vol. 1 - 93:15
swarmy  Vol. 1 - 151:4
Sweden [2] - Vol. 1 - 58:5, 66:19
Swedish  Vol. 1 -

169:21
switch [3] - Vol. 1 - 58:17, 80:1, 105:2
sworn [2] - Vol. 1 - 4:4, 174:7
symmetrical  Vol. 1 - 116:24
sympathetic [2] - Vol. 1 - 151:20, 151:21
symposium [5] - Vol. 1 - 22:4, 23:7, 23:9, 23:10, 24:4
symptom  Vol. 1 - 126:24
symptoms  Vol. 1 - 80:18
synonym [4] - Vol. 1 - 24:6, 24:7, 107:13, 126:14
system [3] - Vol. 1 - 22:20, 32:2, 55:13
systematically  Vol. 1 - 77:6
systems [4] - Vol. 1 - 78:24, 79:4, 79:6, 134:5

――――――
### T
――――――

taken [13] - Vol. 1 - 4:12, 57:23, 67:12, 72:5, 82:11, 115:20, 119:11, 134:14, 134:22, 167:14, 172:2, 174:12, 175:10
takes [4] - Vol. 1 - 15:9, 30:18, 114:18, 126:10
taking [19] - Vol. 1 - 5:9, 18:9, 29:11, 29:13, 44:4, 52:22, 54:23, 55:12, 57:24, 68:23, 90:17, 90:18, 106:13, 106:20, 111:4, 111:10, 134:6, 149:5, 165:25
talks  Vol. 1 - 114:9
TALLAHASSEE  Vol. 1 - 1:2
taught [6] -

Vol. 1 - 21:22, 22:1, 22:15, 24:24, 150:16, 157:1
Taylor  Vol. 1 - 1:22
teach [5] - Vol. 1 - 21:25, 44:4, 45:2, 54:21, 157:3
teaches  Vol. 1 - 155:20
teaching [2] - Vol. 1 - 44:13, 55:4
team  Vol. 1 - 40:10
Telephonic [2] - Vol. 1 - 1:14, 1:17
telling [3] - Vol. 1 - 125:13, 151:6, 162:4
tells [2] - Vol. 1 - 83:14, 157:8
temporarily [8] - Vol. 1 - 64:19, 66:4, 72:22, 79:1, 93:11, 116:16, 116:25, 170:10
temporary [3] - Vol. 1 - 67:9, 92:7, 116:13
ten [11] - Vol. 1 - 14:2, 14:8, 14:16, 19:16, 19:25, 21:1, 89:14, 89:15, 145:15, 145:18, 161:25
tend [5] - Vol. 1 - 13:12, 14:19, 15:12, 29:2, 161:2
tends [2] - Vol. 1 - 21:6, 23:17
tension  Vol. 1 - 86:20
Teresita [2] - Vol. 1 - 1:10, 8:14
term [31] - Vol. 1 - 16:6, 16:8, 16:9, 16:14, 23:25, 24:2, 90:5, 90:6, 90:23, 92:23, 99:17, 106:24, 107:20, 111:19, 112:6, 113:11, 122:10, 122:13, 122:13, 123:5, 123:6, 125:22,

126:1, 126:17, 144:12, 153:17, 169:18, 169:18, 170:19, 170:21, 170:22
terminal  Vol. 1 - 156:5
terminology [4] - Vol. 1 - 103:25, 108:4, 108:25, 127:21
terms [7] - Vol. 1 - 13:22, 76:22, 86:25, 127:19, 130:25, 146:19, 147:24
test [2] - Vol. 1 - 16:12, 65:21
testicles [2] - Vol. 1 - 166:8, 166:9
testified [4] - Vol. 1 - 35:24, 35:24, 36:12, 36:16
testify [3] - Vol. 1 - 36:8, 117:19, 174:8
testimony [6] - Vol. 1 - 5:21, 35:23, 37:1, 37:7, 174:9, 174:11
testing  Vol. 1 - 15:6
testosterone  Vol. 1 - 143:9
textbook  Vol. 1 - 83:9
thank [8] - Vol. 1 - 35:15, 54:8, 79:3, 120:11, 146:19, 148:3, 171:14, 175:16
themselves [26] - Vol. 1 - 13:9, 13:10, 17:13, 18:6, 29:13, 32:10, 60:19, 62:17, 64:11, 65:20, 65:21, 78:16, 88:23, 95:5, 95:12, 95:15, 131:11, 131:11, 131:23, 148:24, 149:11, 150:18, 151:22, 158:10, 164:15, 164:17
theoretical  Vol. 1 - 93:4
Theoretically  Vol. 1 - 99:14

therapeutic [2] - Vol. 1 - 46:5, 46:14
therapies  Vol. 1 - 100:10
therapist [6] - Vol. 1 - 21:8, 30:13, 41:19, 41:24, 46:2, 46:13
therapists [2] - Vol. 1 - 46:5, 54:22
therapy [26] - Vol. 1 - 19:23, 22:10, 32:24, 34:4, 35:10, 45:5, 45:20, 46:14, 60:7, 61:16, 69:3, 71:6, 75:8, 98:16, 103:6, 104:21, 107:16, 109:16, 110:10, 110:16, 114:1, 147:11, 157:10, 168:5, 168:10, 169:14
there's [42] - Vol. 1 - 5:8, 9:4, 14:17, 20:12, 33:7, 33:15, 35:8, 49:19, 53:18, 54:20, 58:1, 59:9, 64:9, 66:5, 66:8, 72:13, 72:14, 76:3, 85:16, 86:1, 86:1, 91:18, 96:1, 103:1, 106:25, 107:1, 107:1, 109:14, 115:24, 127:15, 127:16, 128:20, 139:15, 139:15, 148:5, 151:4, 153:19, 154:3, 164:19, 164:20, 166:16, 166:17
thereafter  Vol. 1 - 130:23
therefore [4] - Vol. 1 - 21:6, 94:1, 122:4, 159:3
they're [59] - Vol. 1 - 15:14, 15:19, 16:20, 17:4, 21:4, 21:18, 22:20, 29:13, 30:14, 33:15, 33:19,



44:11,
44:11, 44:18,
45:8, 53:22,
56:5, 63:22,
63:25, 65:11,
65:21, 65:24,
66:23, 69:16,
72:3, 72:6,
72:20, 73:6,
76:11, 76:12,
76:12, 76:13,
78:21, 84:5,
92:13, 92:14,
95:10, 99:3,
105:4, 106:22,
112:10, 130:11,
130:13, 131:24,
136:3, 137:12,
138:23, 144:2,
149:11, 150:16,
150:17, 151:6,
151:20, 152:1,
154:6, 154:12,
154:13, 154:15,
166:21

**they've [13]** -
Vol. 1 - 17:5,
30:3, 44:3,
44:22, 44:24,
57:25, 60:11,
71:21, 134:5,
150:24, 151:21,
158:10, 168:25

**thin** Vol. 1 -
95:14

**thing [45]** -
Vol. 1 - 5:12,
5:12, 17:8,
17:20, 23:14,
23:16, 25:19,
34:21, 36:7,
43:14, 47:11,
56:21, 62:20,
71:13, 72:21,
72:22, 81:12,
82:5, 83:16,
88:9, 93:16,
93:17, 98:18,
100:2, 105:13,
106:14, 116:13,
126:8, 127:8,
129:5, 129:24,
130:3, 130:4,
130:19, 131:10,
131:15, 134:15,
146:17, 146:20,
146:21, 151:2,
153:7, 153:7,
160:12, 166:18

**thinking [12]** -
Vol. 1 - 59:21,
59:22, 78:3,
81:18, 90:10,

123:4, 123:16,
123:17, 128:17,
136:3, 169:11,
169:11

**thinks [6]** -
Vol. 1 - 63:16,
76:15, 142:12,
163:4, 163:11,
170:8

**third [2]** - Vol. 1 -
47:16, 123:22

**thirty** Vol. 1 -
175:13

**though [17]** -
Vol. 1 - 36:11,
39:12, 44:16,
52:3, 58:8,
62:18, 71:21,
87:6, 100:2,
113:17, 113:22,
127:1, 139:24,
145:9, 163:13,
163:20, 169:8

**thoughtful [4]** -
Vol. 1 - 19:12,
24:22, 44:12,
98:21

**thoughts [2]** -
Vol. 1 - 110:23,
164:14

**thousands**
Vol. 1 - 106:10

**threatened [2]** -
Vol. 1 - 41:19,
78:15

**threatening**
Vol. 1 - 123:11

**threats [2]** -
Vol. 1 - 41:23,
42:17

**three-hour**
Vol. 1 - 22:4

**throughout**
Vol. 1 - 39:1

**thrown** Vol. 1 -
132:4

**thwarted [3]** -
Vol. 1 - 89:23,
92:1, 92:2

**thyroid** Vol. 1 -
57:9

**tissue [3]** -
Vol. 1 - 106:22,
124:22, 148:13

**title [3]** - Vol. 1 -
23:9, 35:13,
47:18

**today [13]** -
Vol. 1 - 5:21,
6:19, 6:20, 7:18,
21:18, 32:3,
43:11, 101:7,
109:25, 123:8,

128:11, 161:9,
165:17

**today's [3]** -
Vol. 1 - 6:21,
100:20, 120:6

**tolerate** Vol. 1 -
169:12

**tomorrow** Vol. 1 -
167:8

**Toniqua** Vol. 1 -
36:2

**top [5]** - Vol. 1 -
9:13, 47:17,
80:15, 120:21,
123:22

**topic** Vol. 1 -
23:2

**Toronto** Vol. 1 -
76:9

**total** Vol. 1 -
12:2

**totally** Vol. 1 -
38:21

**touched [2]** -
Vol. 1 - 60:7,
62:3

**towards [7]** -
Vol. 1 - 9:13,
27:2, 40:16,
77:16, 77:20,
149:4, 158:19

**towel** Vol. 1 -
132:4

**Tower [2]** -
Vol. 1 - 2:7,
175:5

**track** Vol. 1 -
22:13

**tradition [3]** -
Vol. 1 - 69:1,
69:14, 106:15

**traditionally**
Vol. 1 - 116:2

**train** Vol. 1 -
82:7

**trained [4]** -
Vol. 1 - 103:16,
156:4, 156:15,
157:19

**training [6]** -
Vol. 1 - 45:8,
54:13, 56:3,
153:14, 153:17,
155:18

**traits [2]** - Vol. 1 -
84:21, 86:3

**trans [8]** - Vol. 1 -
33:3, 33:15,
40:16, 44:21,
85:5, 85:9,
86:24, 134:13

**transcribe**
Vol. 1 - 4:19

**transcribed**
Vol. 1 - 175:10

**transcript [3]** -
Vol. 1 - 3:17,
172:1, 174:11

**Transcription**
Vol. 1 - 174:10

**transexual**
Vol. 1 - 152:4

**transferred**
Vol. 1 - 140:9

**transfolks** Vol. 1 -
133:4

**transgender
[30]** - Vol. 1 -
13:4, 13:24,
14:9, 19:17,
26:14, 29:15,
33:13, 36:13,
53:10, 53:11,
62:4, 66:20,
67:17, 68:7,
77:20, 79:7,
79:17, 82:23,
87:6, 87:9,
101:12, 135:1,
135:11, 146:23,
147:1, 148:5,
153:20, 157:25,
159:18, 160:9

**transgendered**
Vol. 1 - 166:21

**transgenderism**
Vol. 1 - 149:4

**transition [28]** -
Vol. 1 - 16:5,
16:7, 18:16,
20:2, 20:4,
20:17, 56:22,
60:9, 60:12,
60:19, 64:6,
64:24, 64:25,
65:6, 67:15,
67:20, 67:25,
75:14, 103:11,
103:13, 108:17,
108:18, 109:7,
109:14, 109:21,
109:24, 110:9,
150:21

**transitioned**
Vol. 1 - 21:13

**transitioning [6]** -
Vol. 1 - 16:13,
16:17, 16:23,
20:8, 20:19,
62:16

**transitions**
Vol. 1 - 65:11

**transpeople [9]** -
Vol. 1 - 29:18,
33:22, 34:1,
37:13, 44:21,

84:8, 86:16,
153:12, 153:12

**transperson [8]** -
Vol. 1 - 13:6,
13:7, 13:11,
17:1, 87:10,
93:9, 95:20,
111:23

**transsexual [11]** -
Vol. 1 - 31:22,
32:6, 32:9,
32:10, 50:23,
82:9, 83:10,
132:9, 155:22,
160:5, 165:11

**transsexualism**
Vol. 1 - 152:13

**transwoman [3]** -
Vol. 1 - 6:16,
118:22, 118:23

**transwomen [2]** -
Vol. 1 - 52:8,
96:4

**treat [13]** -
Vol. 1 - 32:16,
62:18, 67:20,
68:17, 75:8,
75:11, 102:16,
108:8, 150:6,
153:5, 157:25,
158:3, 158:9

**treated [5]** -
Vol. 1 - 65:7,
65:10, 100:15,
155:2, 157:7

**treating [6]** -
Vol. 1 - 11:17,
12:18, 12:23,
74:21, 154:25,
155:7

**treatment [111]** -
Vol. 1 - 14:24,
15:4, 15:16,
16:2, 16:24,
21:23, 22:6,
23:3, 29:19,
29:23, 29:24,
30:5, 30:22,
31:11, 32:13,
32:20, 33:11,
33:14, 35:25,
36:13, 36:20,
36:23, 37:10,
37:11, 37:16,
38:11, 38:14,
40:3, 42:3, 42:5,
43:14, 43:17,
45:17, 47:19,
49:8, 49:20,
50:1, 50:6,
50:11, 51:13,
51:17, 52:14,
52:19, 52:20,

53:1, 53:17,
53:18, 54:22,
61:13, 64:25,
65:18, 65:19,
66:5, 66:8, 67:7,
68:9, 68:10,
68:12, 68:14,
68:17, 68:21,
69:3, 69:6, 69:9,
69:11, 69:19,
69:20, 70:3,
71:3, 71:14,
72:14, 74:13,
75:2, 75:2,
78:19, 88:24,
94:12, 98:18,
98:20, 99:20,
100:2, 100:6,
100:9, 100:16,
103:2, 109:22,
111:4, 113:2,
113:10, 121:25,
125:18, 127:7,
130:6, 130:18,
132:2, 132:6,
132:18, 133:1,
135:20, 136:6,
149:21, 150:10,
151:25, 159:18,
159:20, 160:2,
163:19, 163:22,
167:22, 167:23,
170:3

**treatments [5]** -
Vol. 1 - 23:11,
29:15, 35:14,
66:11, 113:6

**trick** Vol. 1 -
138:12

**tried [2]** - Vol. 1 -
93:8, 165:17

**tries** Vol. 1 -
21:5

**trimmed** Vol. 1 -
140:10

**trouble [4]** -
Vol. 1 - 11:11,
27:15, 99:4,
160:25

**troubles** Vol. 1 -
86:18

**true [8]** - Vol. 1 -
61:7, 72:2, 84:1,
85:18, 112:1,
129:19, 161:1,
174:11

**trust [2]** - Vol. 1 -
134:16, 134:17

**trusted** Vol. 1 -
122:19

**trusting [2]** -
Vol. 1 - 21:8,
124:21



trustworthy Vol. 1 - 128:25
truth [8] - Vol. 1 - 21:16, 60:16, 91:22, 125:14, 151:7, 174:8, 174:8
truthful Vol. 1 - 5:21
tucks Vol. 1 - 71:25
turn [8] - Vol. 1 - 8:16, 49:15, 50:5, 80:13, 84:18, 119:23, 143:8, 167:19
twice Vol. 1 - 21:3
two-way Vol. 1 - 140:4
type [4] - Vol. 1 - 4:22, 5:2, 14:23, 109:23
types Vol. 1 - 75:1
typical Vol. 1 - 14:7
typically Vol. 1 - 159:19

—————
U
—————

ugly Vol. 1 - 114:18
uh-huh [40] - Vol. 1 - 4:21, 6:12, 10:12, 20:11, 26:19, 34:16, 34:20, 34:24, 37:6, 41:14, 42:1, 48:8, 49:3, 51:9, 51:25, 56:1, 56:7, 66:5, 69:8, 78:7, 82:11, 84:22, 89:2, 89:19, 109:1, 112:13, 127:2, 130:15, 132:1, 135:6, 136:16, 146:5, 156:17, 156:25, 157:6, 162:9, 164:5, 168:16, 169:25, 171:10
ultimate Vol. 1 - 5:12
ultimately [3] - Vol. 1 - 20:16, 94:19, 164:6
unable [2] - Vol. 1 - 89:25, 91:1

unanimous Vol. 1 - 44:18
unanticipated Vol. 1 - 17:24
uncomfortable [3] - Vol. 1 - 99:18, 102:3, 102:9
unconscious Vol. 1 - 62:20
unconsciously Vol. 1 - 62:22
undergarments [25] - Vol. 1 - 52:6, 68:8, 70:12, 71:16, 79:9, 93:3, 95:4, 96:5, 96:20, 99:9, 99:12, 103:18, 104:8, 107:11, 108:7, 127:18, 128:2, 128:3, 128:14, 129:23, 129:24, 135:2, 136:18, 170:15, 171:2
underlying [5] - Vol. 1 - 28:22, 28:24, 29:1, 29:3, 29:4
underneath [2] - Vol. 1 - 28:11, 28:12
underpants [8] - Vol. 1 - 34:15, 73:4, 73:7, 73:11, 146:20, 148:6, 148:13, 148:14
understand [47] - Vol. 1 - 4:11, 5:14, 16:6, 16:8, 18:19, 20:19, 36:14, 44:1, 44:21, 46:6, 63:15, 66:17, 69:25, 70:19, 73:19, 75:6, 76:6, 82:22, 84:3, 86:15, 86:15, 91:12, 103:15, 104:2, 104:5, 104:20, 106:1, 107:7, 109:2, 111:1, 112:22, 114:5, 117:13, 121:8, 123:15, 127:3, 127:16, 130:16, 136:12, 137:1, 137:2, 138:15, 139:21, 150:20, 153:17, 161:19,

169:18
understanding [16] - Vol. 1 - 19:9, 21:10, 43:3, 50:25, 74:12, 78:9, 105:9, 105:11, 107:20, 123:4, 123:6, 136:16, 136:21, 144:16, 144:19, 153:5
understands Vol. 1 - 163:23
understood [5] - Vol. 1 - 5:17, 17:19, 89:24, 99:7, 138:17
undertake [2] - Vol. 1 - 136:4, 169:2
underwear [2] - Vol. 1 - 6:8, 164:7
undressed Vol. 1 - 72:6
unease [2] - Vol. 1 - 60:1, 122:24
unethical [3] - Vol. 1 - 106:14, 106:20, 151:4
unfortunately [5] - Vol. 1 - 149:24, 149:25, 150:1, 150:2, 150:5
unhappy [2] - Vol. 1 - 17:4, 161:24
unicorn Vol. 1 - 116:24
Union Vol. 1 - 2:19
unique [6] - Vol. 1 - 33:22, 60:4, 70:1, 78:18, 84:16, 146:13
unit Vol. 1 - 70:16
United [4] - Vol. 1 - 1:1, 20:20, 76:8, 111:2
units Vol. 1 - 26:1
universal [3] - Vol. 1 - 18:25, 142:8, 168:22
universality Vol. 1 - 45:3
universities [2] - Vol. 1 - 22:17,

24:24
University [3] - Vol. 1 - 22:5, 152:12, 152:12
unless [3] - Vol. 1 - 141:11, 150:13, 175:13
unnecessariness Vol. 1 - 139:16
unreasonableness Vol. 1 - 139:15
unsavory [2] - Vol. 1 - 153:7, 153:7
unscientific Vol. 1 - 54:15
unstable [4] - Vol. 1 - 118:1, 118:16, 123:10, 136:3
unusual [3] - Vol. 1 - 24:3, 71:13, 125:6
unwilling Vol. 1 - 54:15
unwisely Vol. 1 - 159:5
upon [5] - Vol. 1 - 1:18, 52:23, 58:16, 67:2, 77:3
urinate [3] - Vol. 1 - 83:19, 83:22, 83:25
urination Vol. 1 - 106:5
us-against-them Vol. 1 - 46:7
useful [6] - Vol. 1 - 27:3, 41:7, 41:12, 104:15, 116:25, 122:4
uses [2] - Vol. 1 - 108:2, 156:24
using [5] - Vol. 1 - 62:4, 62:7, 90:15, 90:16, 99:17
usual Vol. 1 - 157:13
usually [2] - Vol. 1 - 126:16, 168:24
utilizing Vol. 1 - 52:24

—————
V
—————

VA Vol. 1 - 160:3
vagina [2] - Vol. 1 - 129:12,

131:15
valid Vol. 1 - 77:2
valuable [2] - Vol. 1 - 45:9, 45:10
value [2] - Vol. 1 - 21:7, 21:8
varieties [2] - Vol. 1 - 19:4, 100:3
variety Vol. 1 - 138:22
various [6] - Vol. 1 - 44:3, 60:19, 65:12, 75:1, 78:20, 79:4
varying Vol. 1 - 55:2
vast Vol. 1 - 149:14
verbally Vol. 1 - 4:21
verge Vol. 1 - 158:14
version [7] - Vol. 1 - 47:14, 52:24, 54:10, 59:18, 61:6, 61:12, 61:15
versions [3] - Vol. 1 - 53:13, 60:14, 60:17
versus [3] - Vol. 1 - 55:9, 119:2, 148:13
vessel Vol. 1 - 105:7
veterans [4] - Vol. 1 - 160:4, 160:5, 160:9, 160:11
viable Vol. 1 - 100:2
victim Vol. 1 - 148:19
victims Vol. 1 - 133:8
videoconference Vol. 1 - 119:10
view [31] - Vol. 1 - 6:13, 29:9, 30:23, 31:3, 45:20, 54:16, 68:17, 75:7, 86:10, 103:11, 108:4, 113:5, 113:11, 124:17, 125:21, 126:25, 127:15, 128:1, 129:22, 132:14, 137:10, 137:15,

138:11, 138:13, 138:14, 143:18, 144:3, 153:18, 158:19, 165:16, 167:25
views [2] - Vol. 1 - 113:22, 153:3
violence [9] - Vol. 1 - 42:16, 42:17, 99:2, 118:4, 122:18, 123:10, 125:7, 133:9, 135:24
violent [5] - Vol. 1 - 26:1, 117:25, 118:8, 123:10, 134:7
Virginia [6] - Vol. 1 - 25:8, 25:10, 25:18, 26:9, 36:8, 79:14
visited Vol. 1 - 118:17
visits [5] - Vol. 1 - 11:19, 11:25, 12:3, 12:13, 12:14
vocal Vol. 1 - 100:22
vocation Vol. 1 - 170:11
vocational [3] - Vol. 1 - 74:6, 155:16, 168:7
vocationally Vol. 1 - 17:14
voice Vol. 1 - 100:23
Volume Vol. 1 - 10:14
volunteered Vol. 1 - 38:2
vulnerability [3] - Vol. 1 - 95:19, 95:21, 147:24
vulnerable [6] - Vol. 1 - 89:22, 90:2, 91:1, 93:22, 93:23, 95:11

—————
W
—————

waistband Vol. 1 - 148:13
wait [2] - Vol. 1 - 47:13, 137:21
waived Vol. 1 - 175:14
Walker [2] - Vol. 1 - 2:6, 175:4



walking [3] - Vol. 1 - 131:13, 142:14, 147:7

wanted [14] - Vol. 1 - 27:2, 33:2, 41:5, 49:13, 63:20, 81:21, 83:20, 88:9, 118:7, 118:10, 121:5, 159:22, 165:8, 165:10

wanting [3] - Vol. 1 - 15:20, 44:18, 79:23

wants [31] - Vol. 1 - 24:1, 24:1, 52:1, 52:4, 59:12, 62:10, 67:8, 68:16, 70:21, 81:9, 82:1, 83:13, 89:5, 89:6, 89:7, 92:19, 93:8, 100:23, 101:25, 102:1, 102:1, 114:6, 123:12, 128:3, 128:20, 130:4, 139:1, 139:2, 139:8, 152:22, 152:23

warrior [3] - Vol. 1 - 89:21, 92:23, 139:24

wash   Vol. 1 - 151:11

watching   Vol. 1 - 129:16

ways [6] - Vol. 1 - 38:24, 74:21, 75:20, 128:10, 148:24, 159:5

we'd [3] - Vol. 1 - 15:5, 30:6, 110:7

we'll [2] - Vol. 1 - 5:6, 171:14

we're [34] - Vol. 1 - 4:17, 5:3, 9:15, 14:2, 29:20, 30:7, 59:13, 65:12, 67:1, 69:21, 69:21, 73:16, 77:7, 97:20, 98:20, 101:13, 102:14, 102:15, 103:25, 104:22, 107:2, 107:3, 112:23, 117:6, 127:1, 127:11, 127:13, 136:21, 142:1, 159:4,

161:8, 161:21, 165:22, 169:23

we've [4] - Vol. 1 - 13:17, 33:25, 145:15, 145:18

weapons   Vol. 1 - 43:1

wear [19] - Vol. 1 - 34:10, 34:15, 52:5, 68:5, 69:15, 69:16, 70:20, 72:10, 72:16, 88:13, 94:1, 105:21, 116:6, 116:17, 116:18, 129:23, 135:2, 164:16, 164:17

wearing [13] - Vol. 1 - 68:24, 69:10, 69:12, 70:3, 72:3, 72:7, 72:8, 73:11, 93:22, 97:5, 97:25, 99:3, 148:6

wears [2] - Vol. 1 - 72:15, 117:10

week [5] - Vol. 1 - 11:22, 13:4, 30:11, 30:11, 92:13

weeks   Vol. 1 - 12:10

weight [3] - Vol. 1 - 42:19, 124:22, 124:23

weights   Vol. 1 - 95:11

welcome   Vol. 1 - 124:15

well-being   Vol. 1 - 130:20

weren't [2] - Vol. 1 - 144:13, 147:8

west   Vol. 1 - 7:2

Western   Vol. 1 - 25:3

what's [9] - Vol. 1 - 8:13, 30:13, 31:25, 32:7, 49:11, 52:12, 145:17, 152:13, 161:10

whatever [12] - Vol. 1 - 58:13, 89:7, 106:5, 123:11, 124:24, 127:20, 144:2, 144:10, 146:12, 150:22, 155:1,

167:11

wheelchair   Vol. 1 - 38:18

whereas   Vol. 1 - 110:6

WHEREOF   Vol. 1 - 174:18

Whereupon [8] - Vol. 1 - 8:9, 46:18, 47:7, 67:12, 115:20, 119:5, 134:22, 167:14

whether [37] - Vol. 1 - 10:14, 18:14, 28:3, 36:11, 39:8, 39:21, 41:6, 42:24, 45:20, 64:17, 66:22, 75:18, 76:20, 79:16, 84:14, 99:3, 99:10, 106:6, 111:5, 111:21, 116:21, 117:8, 117:9, 117:10, 118:21, 121:5, 125:13, 127:19, 131:13, 131:16, 132:15, 145:22, 147:4, 153:14, 163:16, 167:2, 170:14

who's [8] - Vol. 1 - 12:24, 12:25, 13:1, 24:16, 105:2, 105:9, 148:16, 159:17

who've   Vol. 1 - 116:11

whoever   Vol. 1 - 155:1

whole [8] - Vol. 1 - 29:12, 40:19, 41:21, 47:11, 58:6, 94:15, 127:8, 174:8

whom [2] - Vol. 1 - 49:5, 103:17

whose [5] - Vol. 1 - 11:11, 76:3, 122:18, 122:19, 133:17

wife [3] - Vol. 1 - 7:18, 7:23, 15:4

wig [9] - Vol. 1 - 116:6, 116:17, 116:19, 116:20, 117:1, 117:1, 117:10, 117:16, 117:17

wigs   Vol. 1 - 117:2

willing   Vol. 1 - 101:14

win [3] - Vol. 1 - 29:9, 139:25, 160:17

wins   Vol. 1 - 129:8

Wisconsin   Vol. 1 - 79:14

within [6] - Vol. 1 - 13:9, 25:17, 35:21, 53:23, 55:24, 174:6

within-named   Vol. 1 - 174:7

withstand   Vol. 1 - 86:20

witness [10] - Vol. 1 - 3:2, 3:16, 6:2, 8:15, 35:12, 36:6, 174:7, 174:9, 174:18, 175:12

witnessed   Vol. 1 - 41:23

wives   Vol. 1 - 15:5

woman [59] - Vol. 1 - 6:14, 6:17, 12:25, 13:2, 17:2, 17:6, 17:9, 18:6, 18:10, 18:11, 19:8, 42:22, 42:23, 62:17, 62:19, 64:12, 64:13, 64:22, 65:6, 65:11, 66:2, 66:4, 67:17, 68:2, 70:24, 71:10, 71:10, 72:10, 73:8, 73:9, 73:10, 81:9, 81:25, 82:1, 93:18, 93:19, 93:19, 104:11, 104:12, 104:12, 110:1, 110:5, 116:23, 116:25, 117:7, 118:16, 118:20, 118:22, 123:11, 129:15, 129:16, 131:11, 131:16, 131:18, 131:19, 131:23, 142:20, 142:22, 146:17

women [16] - Vol. 1 - 32:4,

37:12, 51:3, 78:16, 94:5, 101:23, 106:14, 116:5, 116:10, 116:15, 116:18, 117:1, 129:17, 135:11, 146:23, 147:1

women's [3] - Vol. 1 - 51:3, 73:3, 127:18

won't [2] - Vol. 1 - 71:18, 113:7

wonderful   Vol. 1 - 161:17

wondering [5] - Vol. 1 - 18:16, 46:25, 116:4, 153:10, 168:9

worker   Vol. 1 - 60:20

workers   Vol. 1 - 13:19

works   Vol. 1 - 105:11

worries   Vol. 1 - 131:21

worry   Vol. 1 - 133:18

worse   Vol. 1 - 138:24

worth [3] - Vol. 1 - 10:22, 90:19, 148:22

worthless   Vol. 1 - 46:3

wouldn't [9] - Vol. 1 - 7:24, 30:5, 30:22, 33:2, 39:20, 71:6, 71:9, 126:21, 130:6

WPATH [28] - Vol. 1 - 52:25, 53:5, 53:21, 53:25, 54:1, 54:6, 54:10, 54:13, 54:17, 54:19, 55:15, 55:25, 56:2, 56:6, 56:16, 56:23, 57:19, 57:25, 58:8, 58:12, 58:17, 74:11, 125:19, 150:7, 150:14, 150:18, 154:2, 154:6

WPATH's [2] - Vol. 1 - 53:22, 153:17

wrapped   Vol. 1 - 26:4

writes [3] - Vol. 1 - 33:7, 76:11, 163:10

writing [4] - Vol. 1 - 9:3, 9:11, 9:21, 48:7

written [4] - Vol. 1 - 9:24, 34:25, 35:5, 59:18

wrong [6] - Vol. 1 - 24:6, 58:1, 91:5, 140:6, 153:19, 154:3

wrote [7] - Vol. 1 - 8:23, 26:6, 36:8, 36:16, 59:22, 122:6, 152:9

### X

x-ray   Vol. 1 - 114:19

### Y

yeah [30] - Vol. 1 - 26:22, 35:3, 36:19, 47:24, 51:12, 62:7, 68:3, 73:19, 77:25, 79:3, 95:1, 102:21, 110:25, 113:10, 124:2, 124:15, 127:2, 127:22, 132:22, 135:3, 137:2, 137:3, 141:16, 145:8, 147:14, 149:24, 154:21, 154:24, 155:12, 155:13

year's   Vol. 1 - 165:12

yellow   Vol. 1 - 114:18

yep   Vol. 1 - 89:15

yesterday   Vol. 1 - 167:7

yet [8] - Vol. 1 - 23:15, 30:7, 35:17, 123:25, 158:2, 160:3, 160:13, 160:24

York [2] - Vol. 1 - 2:21, 2:21

you'll [6] - Vol. 1 - 8:12, 52:18, 61:2, 80:16, 85:4, 119:23



**young [8] -** Vol. 1 - 6:8, 6:13, 6:17, 27:14, 92:21, 139:20, 142:22, 146:17
**younger** Vol. 1 - 14:20
**youngster** Vol. 1 - 19:3
**yourself [6] -** Vol. 1 - 94:7, 94:8, 94:20, 120:8, 158:24, 159:1
**youthful** Vol. 1 - 169:24

### Z

**Zip** Vol. 1 - 175:6
**Zucker [3] -** Vol. 1 - 23:7, 76:1, 152:8

