IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE,<br><br>    Plaintiff,<br><br>v.<br><br>JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections,<br><br>    Defendant. | CASE NO. 4:16-cv-511 |

## Joint Notice Concerning Plaintiff's Hair

Pursuant to this Court's order, ECF 143, the parties notify the court that they have been unable to reach further agreement concerning Plaintiff's hair.

Respectfully submitted,

| | |
|---|---|
| **/s/ Daniel B. Tilley**<br>**Daniel B. Tilley**<br>Florida Bar No. 102882<br>**Nancy G. Abudu**<br>Florida Bar No. 111881<br>ACLU Foundation of Florida<br>4500 Biscayne Blvd., Suite 340<br>Miami, FL 33137<br>(786) 363-2714<br>dtilley@aclufl.org<br>nabudu@aclufl.org<br><br>**Leslie Cooper***<br>ACLU Foundation | */s/ Kirkland E. Reid*<br>Kirkland E. Reid (REIDK9451)<br>Jones Walker LLP<br>11 North Water Street, Ste. 1200<br>Mobile, Alabama  36602<br>Telephone:  251-439-7513<br>Facsimile:   251-439-7358<br>Email:  kreid@joneswalker.com<br><br>William Dean Hall, III<br>Florida Bar Number 67936<br>Daniel Russell<br>Florida Bar Number 36445<br>Jones Walker LLP |

1

125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2627
LCooper@aclu.org
*Admitted to the N.D. Fla.

**Matthew D. Grosack**
Florida Bar No. 073811
DLA Piper LLP (US)
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131
(305) 423-8554
matthew.grosack@dlapiper.com

**Elizabeth C. Akins****
DLA Piper LLP (US)
1201 W. Peachtree Street, NW
Suite 2800
Atlanta, Georgia 30309
(404) 736-7812
liza.akins@dlapiper.com
**Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

215 South Monroe Street, Suite 130
Tallahassee, FL 32301
Telephone: 850/425-7831
E-Mail: whall@joneswalker.com
Telephone:  850-425-7805
Facsimile:   850-425-7815
Email:  drussell@joneswalker.com

Allison B. Kingsmill* (La. Bar No. 36532)
Jones Walker LLP
201 St. Charles Avenue, Ste. 5100
New Orleans, Louisiana 70170
Telephone: 504-582-8252
Facsimile: 504-582-7358
Email: akingsmill@joneswalker.com
*Admitted pro hac vice

ATTORNEYS FOR DEFENDANT JONES

2