IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE,

     Plaintiff,

v.                                                                        CASE NO. 4:16-cv-511

JULIE L. JONES, in her official
capacity as Secretary of the Florida
Department of Corrections,

     Defendant.

### Second Joint Notice Concerning Plaintiff's Hair

The parties notify the court that Plaintiff has been transferred out of DOC custody for an evidentiary hearing concerning her state-court criminal case. Before Plaintiff returns to DOC custody, Plaintiff's counsel will confer with counsel for the DOC regarding any potential additional agreement concerning Plaintiff's hair and will notify the court of any agreement reached, or the lack of any agreement.

Respectfully submitted,

| | |
|---|---|
| **/s/ Daniel B. Tilley** | */s/ Kirkland E. Reid* |
| **Daniel B. Tilley** | Kirkland E. Reid (REIDK9451) |
| Florida Bar No. 102882 | Jones Walker LLP |
| **Nancy G. Abudu** | 11 North Water Street, Ste. 1200 |
| Florida Bar No. 111881 | Mobile, Alabama  36602 |
| ACLU Foundation of Florida | Telephone:  251-439-7513 |

1

4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2714
dtilley@aclufl.org
nabudu@aclufl.org

**Leslie Cooper***
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2627
LCooper@aclu.org
*Admitted to the N.D. Fla.

**Matthew D. Grosack**
Florida Bar No. 073811
DLA Piper LLP (US)
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131
(305) 423-8554
matthew.grosack@dlapiper.com

**Elizabeth C. Akins****
DLA Piper LLP (US)
1201 W. Peachtree Street, NW
Suite 2800
Atlanta, Georgia 30309
(404) 736-7812
liza.akins@dlapiper.com
**Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

Facsimile:    251-439-7358
Email:  kreid@joneswalker.com

William Dean Hall, III
Florida Bar Number 67936
Daniel Russell
Florida Bar Number 36445
Jones Walker LLP
215 South Monroe Street, Suite 130
Tallahassee, FL 32301
Telephone: 850/425-7831
E-Mail: whall@joneswalker.com
Telephone:  850-425-7805
Facsimile:   850-425-7815
Email:  drussell@joneswalker.com

Allison B. Kingsmill* (La. Bar No. 36532)
Jones Walker LLP
201 St. Charles Avenue, Ste. 5100
New Orleans, Louisiana 70170
Telephone: 504-582-8252
Facsimile: 504-582-7358
Email: akingsmill@joneswalker.com
*Admitted pro hac vice

ATTORNEYS FOR DEFENDANT JONES