UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**Reiyn Keohane,**

    **Plaintiff,**

v.                                                **Case No. 4:16-cv-511-MW-CAS**

**Julie Jones,**
*in her official capacity as*
**Secretary of the Florida Department
of Corrections,**

    **Defendant.**
_____/

## ORDER REGARDING PLAINTIFF'S HAIR

This Court has considered, following a telephonic hearing on August 29, 2017, Plaintiff's Motion for Order Concerning Plaintiff's Hair. ECF No. 155. That motion is **GRANTED IN PART and DENIED IN PART**. Based on the stipulation of the parties,

**IT IS ORDERED:**

Plaintiff's hair shall not be forcibly cut by Defendant pending entry of judgment on the trial of this case. Plaintiff shall maintain her hair above the ear and off the collar pending entry of judgment, with no other limitation to hair length.

1

Violation of this order by either party may subject the violator to civil contempt penalties.

**SO ORDERED on August 30, 2017.**

<u>s/Mark E. Walker</u>
**United States District Judge**