UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Reiyn Keohane,

      Plaintiff,

v.                                               Case No. 4:16-cv-511-MW-CAS

Julie Jones,
*in her official capacity as*
Secretary of the Florida Department of Corrections,

      Defendant.

_____

**Joint Status Report**

In an Order dated December 18, 2017, this Court directed the parties "to confer and file a joint status report setting out the status of Plaintiff's condition, her hormone treatment, and her hair, on or before Friday, December 22, 2017." ECF 160. Accordingly, the parties submit this joint status report.

**Plaintiff's Condition**

On or about Tuesday, September 19, 2017, Plaintiff was transferred from Jefferson CI to Zephyrhills CI. Since trial, at both Jefferson CI and Zephyrhills CI, Plaintiff has continued to file grievances concerning various matters, including but not limited to the confiscation of bras, the inability to purchase female upper-body garments from FDC contractors (as other female inmates can), prison staff not using

female pronouns, and the inability to shave while in confinement. FDC contends that it has acted and continues to act appropriately with respect to those grievances. Specifically, FDC contends that Plaintiff continues to be provided with a medical pass for possession of a bra, which has been consistently honored. FDC contends that Plaintiff's issued bra, pursuant to the medical pass, is identical to the type of athletic bra issued to female inmates.

On or about September 21, 2017, Plaintiff was on suicide observation for approximately four days. Plaintiff contends that her mental health remains deteriorated because of improper treatment of her gender dysphoria. The FDC contends that it continues to appropriately address Plaintiff's mental-health needs. Specifically, FDC contends that Plaintiff is receiving enhanced treatment and evaluation at Zephyrhills CI by professionals trained to evaluate and address gender dysphoria issues. FDC contends that FDC officials there have also received gender dysphoria training from Dr. Levine, FDC's trial expert. Further, FDC contends that Plaintiff was placed in administrative confinement over a disagreement with FDC personnel regarding a low bunk pass unrelated to this case, which led to the suicide observation while in confinement. FDC concluded that no suicidal ideation was present during this time.

**Hormone Treatment**

Plaintiff continues to receive hormone therapy.

**Plaintiff's Hair**

The parties have adhered to the Court's stipulated order concerning Plaintiff's hair, ECF 159 at 1 ("Plaintiff's hair shall not be forcibly cut by Defendant pending entry of judgment on the trial of this case. Plaintiff shall maintain her hair above the ear and off the collar pending entry of judgment, with no other limitation to hair length."). Plaintiff continues to contend that FDC's refusal to let her grow out her hair and permit her to access the female clothing and grooming items available to other female inmates, along with FDC staff refusal to use female pronouns with respect to her, fails to adequately treat her gender dysphoria and does not satisfy constitutional requirements. FDC disputes that staff refuses to use female pronouns, and FDC continues to contend that Plaintiff's current treatment is appropriate and does satisfy constitutional requirements. FDC further contends that Plaintiff's hair creates a safety and security risk to Plaintiff and others, even though compliant with the Court's Order, because of present thickness and curls.

Respectfully submitted,

| | |
|---|---|
| **/s/ Daniel B. Tilley** | */s/Kirkland E. Reid* |
| **Daniel B. Tilley** | Kirkland E. Reid (REIDK9451) |
| Florida Bar No. 102882 | Jones Walker LLP |
| **Nancy G. Abudu** | 11 North Water Street, Ste. 1200 |
| Florida Bar No. 111881 | Mobile, Alabama 36602 |
| ACLU Foundation of Florida | Telephone: 251-439-7513 |
| 4343 West Flagler Street, Suite 400 | Facsimile: 251-439-7358 |
| Miami, FL 33134 | Email: kreid@joneswalker.com |
| (786) 363-2714 | |
| dtilley@aclufl.org | |
| nabudu@aclufl.org | William Dean Hall, III |
| | Florida Bar Number 67936 |
| **Leslie Cooper*** | Daniel Russell, Fla Bar No. 36445 |
| ACLU Foundation | Jones Walker LLP |
| 125 Broad Street, 18th Floor | 215 South Monroe Street, Suite 130 |
| New York, New York 10004 | Tallahassee, FL 32301 |
| (212) 549-2627 | Telephone: 850/425-7831 |
| LCooper@aclu.org | E-Mail: whall@joneswalker.com |
| *Admitted to the N.D. Fla. | Telephone: 850-425-7805 |
| | Facsimile: 850-425-7815 |
| **Matthew D. Grosack** | Email: drussell@joneswalker.com |
| Florida Bar No. 073811 | |
| DLA Piper LLP (US) | Allison B. Kingsmill*** (La. Bar No. |
| 200 S. Biscayne Boulevard, Suite 2500 | 36532) |
| Miami, Florida 33131 | Jones Walker LLP |
| (305) 423-8554 | 201 St. Charles Avenue, Ste. 5100 |
| matthew.grosack@dlapiper.com | New Orleans, Louisiana 70170 |
| | Telephone: 504-582-8252 |
| **Elizabeth C. Akins**** | Facsimile: 504-582-7358 |
| DLA Piper LLP (US) | Email: akingsmill@joneswalker.com |
| 1201 W. Peachtree Street, NW | ***Admitted pro hac vice |
| Suite 2800 | |
| Atlanta, Georgia 30309 | |

(404) 736-7812  
liza.akins@dlapiper.com  
\*\*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANT JONES