UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

v.                                  Case No. 4:16cv511-MW/CAS

**JULIE JONES,**
**In her official capacity as**
**SECRETARY OF THE**
**FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

    **Defendants.**
_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPLY WITH COURT ORDER

This Court heard Defendant's Motion to Require Compliance with Court Order, ECF No. 163, at a telephonic hearing on Tuesday, March 13, 2018. As stated on the record at the hearing, the Defendant's motion is **GRANTED in part** and **DENIED in part**. Defendant's motion is **GRANTED** to the extent that Plaintiff must continue to comply with lawful orders and searches of her person and hair. But the motion is **DENIED** in that Defendant must refrain from cutting Plaintiff's hair until further direction from this Court. A follow-up order that sets out a more detailed standard by which Defendant may measure and cut Plaintiff's hair is forthcoming.

1

But in the meantime, Defendant must maintain the status quo.

**SO ORDERED on March 13, 2018.**

                                            <u>s/Mark E. Walker</u>
                                            **United States District Judge**