UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE

    VS                                                      CASE NO.  4:16cv511-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY

**JUDGMENT**

      This Court **DECLARES** Defendant's Former Procedure 602.053, ECF No. 3-15, is unconstitutional as a blanket ban on medical treatment for inmates diagnosed with gender dysphoria. Defendant is **PERMANENTLY ENJOINED** from reenacting and enforcing this policy. This Court further enters a **PERMANENT INJUNCTION** against Defendant requiring it to permit Ms. Keohane access to Defendant's female clothing and grooming standards and requiring Defendant to continue to provide Ms. Keohane with hormone therapy so long as it is not medically contraindicated and while Ms. Keohane remains in Defendant's custody.

                                                                JESSICA J. LYUBLANOVITS
                                                                CLERK OF COURT

 August 22, 2018                  s/ *Kimberly J. Westphal*
DATE                                    Deputy Clerk: Kimberly J. Westphal