IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE,<br><br>　　　Plaintiff,<br><br>v.<br><br>JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections,<br><br>　　　Defendant. | CASE NO. 4:16-cv-511 |

## NOTICE OF APPEAL

　　Notice is hereby given that Julie L. Jones, in her official capacity as Secretary of the Florida Department of Corrections, defendant in the above-styled lawsuit, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment (doc. 172) entered in this action on August 22, 2018, in accordance with the Order on the Merits (doc. 171) issued on the same date.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Kirkland E. Reid*
　　　　　　　　　　　　　　　　　　Kirkland E. Reid (REIDK9451)
　　　　　　　　　　　　　　　　　　Jones Walker LLP
　　　　　　　　　　　　　　　　　　11 North Water Street, Ste. 1200
　　　　　　　　　　　　　　　　　　Mobile, Alabama  36602
　　　　　　　　　　　　　　　　　　Telephone:  251-439-7513
　　　　　　　　　　　　　　　　　　Facsimile:  251-439-7358
　　　　　　　　　　　　　　　　　　Email:  kreid@joneswalker.com

{MB319345.1}

>Daniel Russell (Fla. Bar No. 36445)
>William D. Hall (Fla. Bar No. 67936)
>Jones Walker LLP
>215 South Monroe Street, Suite 130
>Tallahassee, FL 32301
>Telephone:  850-425-7805
>Facsimile:   850-425-7815
>Email:  drussell@joneswalker.com
>
>*Attorneys for Defendant Julie Jones, in her official capacity as Secretary of the Florida Department of Corrections*

## CERTIFICATE OF SERVICE

I certify that on September 21, 2018, a copy of the foregoing was filed using the CM/ECF system which will send notice to all counsel of record.

>*/s/ Kirkland E. Reid*
>Kirkland E. Reid