| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | Re-send: 18-14096-H Reiyn Keohane v. Florida Department of Correcti "Civil Appeal Docketed - Notice of Appeal" (4:16-cv-00511-MW-CAS) |
| **Date:** | Monday, October 01, 2018 11:49:03 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Eleventh Circuit**

**Amended 10/01/2018 11:48:17: Notice of Docket Activity**

The following transaction was entered on 10/01/2018 at 11:39:59 AM EDT and filed on 09/26/2018

| | |
|---|---|
| **Case Name:** | Reiyn Keohane v. Florida Department of Correcti |
| **Case Number:** | 18-14096 |
| **Document(s):** | Document(s) |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Florida Department of Corrections Secretary on 09/21/2018. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 10/10/2018 as to Appellant Florida Department of Corrections Secretary. Awaiting Appellee's Certificate of Interested Persons due on or before 10/24/2018 as to Appellee Reiyn Keohane

**Notice will be electronically mailed to:**

Nancy Gbana Abudu
Leslie Cooper
Devang Desai
Daniel R. Lazaro
Jessica Lyublanovits, Clerk of Court
Kirkland E. Reid
Daniel Boaz Tilley

**Notice sent via US Mail to:**

Elizabeth C. Akins
DLA Piper LLP (US)
1201 W PEACHTREE ST NW STE 2800
ATLANTA, GA 30309

Marc Wesley Dunbar
Jones Walker, LLP
215 S MONROE ST STE 130
TALLAHASSEE, FL 32301

William Dean Hall, III
Jones Walker, LLP
215 S MONROE ST STE 130
TALLAHASSEE, FL 32301

Allison B. Kingsmill
Jones Walker LLP
201 ST CHARLES AVE FL 49
NEW ORLEANS, LA 70170

Daniel Ryan Russell
Jones Walker, LLP
215 S MONROE ST STE 130
TALLAHASSEE, FL 32301

The following document(s) are associated with this transaction:
**Document Description:** DKT-2 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/RussellS.O'Neal_1814096_8578348_DKT-2AppealWITHDeficiency_96.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/26/2018] [FileNumber=8578348-2]
[8f80781e77df8d8419619419c5082781088e8c3c41c0a94862635cdda242ca2df5c1bf380133d467401e225b6bac29c956eb3d864698fdc56ee540aea879d622]]

**Recipients:**

- Nancy Gbana Abudu
- Elizabeth C. Akins
- Leslie Cooper
- Devang Desai
- Marc Wesley Dunbar
- William Dean Hall, III
- Allison B. Kingsmill
- Daniel R. Lazaro
- Jessica Lyublanovits, Clerk of Court

- Kirkland E. Reid
- Daniel Ryan Russell
- Daniel Boaz Tilley

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 18-14096 NOA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/26/2018] [FileNumber=8578348-0]
[521ae2333d5f861b20065bd98b5be65bc478839f32530ccdd43316cb7d7daaf0e195c6fa899ccb9d5c5be37573c974ff39b1fe687804e719a7a3c4b09661f919]]

**Document Description:** USDC Order- Doc #171
**Original Filename:** 18-14096 order #171.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/26/2018] [FileNumber=8578348-1]
[0b8b8925c5c0ea7ccb2fe357fd6e9a9c4a7ce291af20330670f9dcb516a5768a0b71baeb4dad8896172c9c7b73a02bf20736935f29719e7b6b7a7068cff2d9f3]]

**Document Description:** DKT-2 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/RussellS.O'Neal_1814096_8578348_DKT-2AppealWITHDeficiency_96.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/26/2018] [FileNumber=8578348-5]
[91ce8ce2ff68135f6a431e2c969815a8f5f1c4ec2b057c2666f72cb9a9f1be2d73356d4e4f32e9334642fe660180b2494cbc5a2506e01c27e512ebabad480f59]]
**Recipients:**

- Nancy Gbana Abudu
- Elizabeth C. Akins
- Leslie Cooper
- Devang Desai
- Marc Wesley Dunbar
- William Dean Hall, III
- Allison B. Kingsmill
- Daniel R. Lazaro
- Jessica Lyublanovits, Clerk of Court
- Kirkland E. Reid
- Daniel Ryan Russell
- Daniel Boaz Tilley