IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14096-HH
_____

REIYN KEOHANE,

                                                                    Plaintiff - Appellee,

versus

FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY,

                                                                    Defendant - Appellant,

TRUNG VAN LE,
In his official capacity as Chief Health Officer
of the Desoto Annex, et al.,

                                                                    Defendants.
_____

Appeal from the United States District Court
for the Northern District of Florida
_____

ORDER:

    A judge of this Court withholds issuance of the mandate in this appeal.

                                                                       DAVID J. SMITH
                                          Clerk of the United States Court of
                                                      Appeals for the Eleventh Circuit

                                              ENTERED FOR THE COURT - BY DIRECTION