**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**REIYN KEOHANE**

    **v.**     **CASE NO.: 4:16-cv-511-MW-CAS**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS SECRETARY**

## JUDGMENT

*Plaintiff's claims against Defendant are dismissed with prejudice.*

    JESSICA J. LYUBLANOVITS
    CLERK OF COURT

12/18/2020     s/ Chip Epperson
DATE           Deputy Clerk