UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Reiyn Keohane,

      Plaintiff,

v.                                      Case No. 4:16-cv-511-MW-CAS

Julie Jones,
*in her official capacity as*
Secretary of the Florida Department
of Corrections,

      Defendant.

_____

**Plaintiff's Unopposed Motion to Stay
the Case Pending Any Supreme Court Review**

    Plaintiff moves to stay any further deadlines in this case pending Supreme Court review, if any.

    On March 11, 2020, the Eleventh Circuit vacated this Court's trial order, dismissed the case as moot in part, and reversed in part. No. 18-14096 (11th Cir. Mar. 11, 2020). On April 15, 2020, Plaintiff filed a motion for rehearing en banc. On April 28, 2020, the Eleventh Circuit entered an order indicating that a judge of that court was withholding the issuance of the mandate in the appeal. On December 3, 2020, the Eleventh Circuit entered an order denying rehearing en banc. On December 11, 2020, the Eleventh Circuit entered the appellate mandate. On

December 17, 2020, this Court entered an "Order Vacating Judgment." ECF 194. On December 18, 2020, the Clerk entered a new judgment stating that "Plaintiff's claims against Defendant are dismissed with prejudice." ECF 195.

If the interest of efficiency, Plaintiff requests that this Court stay any deadlines for any further relief, including a bill of costs, pending Supreme Court review. Because of "ongoing public health concerns relating to COVID-19," the Supreme Court has extended the deadline to file a petition for writ of certiorari "to 150 days from the date of the lower court judgment, order denying discretionary review, or order denying a timely petition for rehearing." Order (Mar. 19, 2020), https://www.supremecourt.gov/orders/courtorders/031920zr_d1o3.pdf. The Eleventh Circuit's order denying rehearing en banc was entered on December 3, 2020, and 150 days following that date is May 2, 2021—a Sunday, meaning that any cert petition must be filed no later than the following day, May 3, 2021.

Plaintiff requests that any deadlines be stayed until the later of the cert deadline (May 3, 2021) or, if a cert petition is filed, the conclusion of any further proceedings at the Supreme Court.

Plaintiff's counsel has consulted with Defendant's counsel, who does not oppose the relief requested in this motion.

Respectfully submitted,

**/s/ Daniel B. Tilley**
**Daniel B. Tilley**
Florida Bar No. 102882
ACLU Foundation of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

**Leslie Cooper\***
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2627
LCooper@aclu.org
*Admitted to the N.D. Fla.

**ATTORNEYS FOR PLAINTIFFS**

**Ardith Bronson**
DLA Piper LLP (US)
Florida Bar No. 423025
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131
T. (305) 423-8562
ardith.bronson@dlapiper.com