# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

v.                                          **Case No. 4:16cv511-MW/MAF**

**JULIE JONES,** *in her official capacity*
*as* **Secretary of the Florida Department**
**of Corrections,**

    **Defendant.**

_____/

## ORDER GRANTING UNOPPOSED MOTION TO STAY

This Court has considered, without hearing, Plaintiff's Unopposed Motion to Stay. ECF No. 196. The motion is **GRANTED**. All deadlines in this case are stayed pending Supreme Court review, if any.

**SO ORDERED on December 28, 2020.**

                                                     s/Mark E. Walker
                                                     **Chief United States District Judge**