UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| **Reiyn Keohane,**<br><br>Plaintiff,<br><br>v.<br><br>**Julie Jones, in her official capacity as Secretary of the Florida Department of Corrections,**<br><br>Defendant. | Case No. 4:16-cv-511-MW/CAS |

### FDC'S MOTION TO TAX COSTS

Defendant Florida Department of Corrections ("FDC"), pursuant to Fed. R. Civ. P. 54 and N.D. Fla. Loc. R. 54.2(A), respectfully submits this motion to tax costs necessarily incurred in this case. In support of this motion, FDC states, as follows:

1. On August 22, 2018, this Court entered its Order on the Merits (doc. 171) and Judgment (doc. 172) in favor of plaintiff Reiyn Keohane ("Keohane"). FDC timely appealed the Court's Order. (doc. 179). On March 11, 2020, the Eleventh Circuit vacated this Court's Order and rendered judgment in FDC's favor. (doc. 189). In accordance with the Eleventh Circuit's Mandate (doc. 192), this Court entered an Order vacating its prior judgment. (doc. 194, 195).

2. On December 23, 2020, Keohane filed a consent motion to stay any applicable deadlines, including the time to file a bill of costs, pending any Supreme Court review. (doc. 196). This Court granted the consent motion and stayed all deadlines. (doc. 197).

3. Keohane, on May 3, 2021, filed a petition for writ of certiorari in the United States Supreme Court (Case No. 20-1553). FDC filed its response on June 1, 2021. On October 4, 2021, the U.S. Supreme Court denied Keohane's petition. (doc. 198).

4. Based on this Court's Order staying the deadline to file a bill of costs until after U.S. Supreme Court review, and the Supreme Court's October 4, 2021 denial of Keohane's petition, FDC now respectfully submits its bill of costs.

5. As the prevailing party in this case, FDC is entitled to recover costs against Keohane pursuant to Fed. R. Civ. P. 54(d)(1). The "prevailing party" is "[a] party in whose favor a judgment is rendered." *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 603 (2001) (citation omitted). The verified Bill of Costs in the form found on the Clerk's website is attached hereto as Exhibit A.

6. The itemization of costs is attached hereto as Exhibit B. As shown on the itemization, the total costs FDC seeks is $15,341.66. This amount consists of $505 for the Notice of Appeal filed by FDC (doc. 179); $13,158.03 for necessary

deposition and trial transcripts used in this case; and $1,678.63 for printing costs necessitated by Keohane's petition filed with the U.S. Supreme Court. The documentation evidencing these costs is attached hereto as Exhibit C.

7. FDC is the prevailing party in this case. As such, it is entitled to all allowable costs necessarily incurred in this action. 28 U.S.C. § 1920; N.D. Fla. Loc. R. 54.2(A).

WHEREFORE , FDC respectfully requests that the Court tax costs against Keohane in the amount of $15,341.66. FDC requests such other and different relief as justice may require.

### Certificate of Word Count

Undersigned counsel, pursuant to Local Rule 7.1(F), certifies that this response contains 457 words.

Respectfully submitted,

*/s/ Kirkland E. Reid*
Kirkland E. Reid (REIDK9451)
The Finley Firm, PC
200 13th Street
Columbus, GA  31901
T: (706) 322-6226
F: (706) 322-6221
Email:  kreid@thefinleyfirm.com
Attorney for Florida Department of Corrections

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of October 2021, electronically filed a true and correct copy of the foregoing via the CM/ECF system which will send notice to all counsel of record:

/s/ *Kirkland E. Reid*
Kirkland E. Reid