**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

REIYN KEOHANE

    VS                                                             CASE NO.  4:16cv511-MW/CAS

JULIE JONES, in her official capacity as
Secretary of the Florida Department

**JUDGMENT**

Defendant is entitled to judgment against Plaintiff in the amount of $13,356.43 in costs, for which sum let execution rest.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

 November 17, 2021                                   s/ Taylor McGill
DATE                                                  Deputy Clerk: Taylor McGill